Mark K. Schonfeld (MS-2798)
Regional Director
Attorney for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
Northeast Regional Office
3 World Financial Center
New York, NY 10281
(212) 336-0077 (Gizzi)

05 CV 5231

JUDGE SWAIN

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------
SECURITIES AND EXCHANGE COMMISSION,

           Plaintiff,

    v.

AMERINDO INVESTMENT ADVISORS INC.,
ALBERTO WILLIAM VILAR, and GARY ALAN
TANAKA,

           Defendants.
---------------------------------------------------------

05 Civ.       (     )

PLEASE TAKE NOTICE, that upon the annexed "Declaration Supporting Motion to Be Admitted Pro Hac Vice," plaintiff Securities and Exchange Commission will move this Court before the Honorable _____, United States District Judge, Southern District of New York, at the United States Court House, 500 Pearl Street, New York, NY, on the 15th day of June, 2005, or as soon thereafter as counsel can be heard, pursuant to Local Civil Rule 1.3(c) of this Court, for an order admitting Kay L. Lackey pro hac vice to

the Bar of this Court as counsel for Plaintiff. The Commission believes that because of the nature of this motion no briefing is required.

Dated: June 1, 2005
New York, New York

By: _____
Paul Gizzi (PG-1836)
(212) 336-0077
Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
Northeast Regional Office
3 World Financial Center -
New York, New York  10281