Mark K. Schonfeld (MS-2798)
Regional Director
Attorney for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
Northeast Regional Office
3 World Financial Center
New York, NY  10281
(212) 336-0077 (Gizzi)

05 CV 5231

JUDGE SWAIN

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SECURITIES AND EXCHANGE COMMISSION,

Plaintiff,

v.

AMERINDO INVESTMENT ADVISORS INC.,
ALBERTO WILLIAM VILAR, and GARY ALAN
TANAKA,

Defendants.

05 Civ.     (    )

DECLARATION SUPPORTING MOTION TO BE ADMITTED PRO HAC VICE

KAY L. LACKEY declares under penalties of perjury:

1. I am employed as an attorney at the Securities and Exchange Commission, 3 World Financial Center, New York, New York, 10281.  I make this Declaration in support of the motion, pursuant to Local Civil Rule 1.3(c) of this Court, for an order admitting me pro hac vice to the Bar of this Court as counsel for the Plaintiff.

2. I am admitted to practice and a member in good standing of the Bars of the following jurisdictions: Commonwealth of Massachusetts and State of New Mexico. I have requested Certificates of Good Standing which I will forward to the Court as soon as I receive them.

3. I am also admitted to practice and a member in good standing of the Bar of the United States District Court for the District of Massachusetts.

4. I am not a member of the Bar of New York or the United States District Court for the Southern District of New York.

5. If admitted pro hac vice to the Bar of this Court, I will be associated with the Northeast Regional Office of the Securities and Exchange Commission, and Mark K. Schonfeld and Paul Gizzi, attorneys in the Northeast Regional Office, who are members of the Bar of this Court. The Securities and Exchange Commission maintains an office in New York City for the regular transaction of business.

Dated: June 1, 2005

　　　　　　　　　　　　　　　　　　　　／s／ Kay L. Lackey
　　　　　　　　　　　　　　　　　　　　Kay L. Lackey