ROBERT KNUTS (RK-0967)
DAY, BERRY & HOWARD LLP
875 Third Avenue
New York, NY 10022
(212) 829-3620

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x

SECURITIES AND EXCHANGE COMMISSION,        :

                Plaintiff,                                  :

            v.                                                      :        05 Civ. 5231 (LTS)

AMERINDO INVESTMENT ADVISORS INC.,        :
ALBERTO WILLIAM VILAR, and GARY ALAN
TANAKA,                                                                  :

                Defendants.                           :
------------------------------------------------------------------------x

      Pursuant to paragraph III of the Preliminary Injunction Order and Order To Appoint A Monitor for Amerindo and To Conduct An Examination of Client Accounts, dated June 2, 2005, (the "Order"), I hereby accept the appointment as Monitor under the terms of the Order.

Dated: New York, New York
       June 3, 2005

                                               _____
                                               ROBERT KNUTS (RK-0967)
                                               Day, Berry & Howard LLP
                                               875 Third Avenue
                                               New York, NY 10022
                                               (212) 829-3620

TO:    See attached service list

<u>Service List</u>

Paul Gizzi, Esq.
U.S. Securities and Exchange Commission
3 World Financial Center
New York, NY 10281
(212) 336-0077


Eugene R. Licker, Esq.
Loeb & Loeb LLP
345 Park Avenue
New York, NY 10154-0037
(212) 407-4000
(212) 407-4990 [fax]

Attorneys for Defendant Amerindo Investment Advisors Inc.


Susan R. Necheles, Esq.
Hafetz & Necheles
500 Fifth Avenue
New York, NY 10110
(212) 997-7595
(212) 997-7646 [fax]

Attorneys for Defendant Alberto William Vilar


Victor J. Rocco, Esq.
Heller Ehrman LLP
7 Times Square
New York, NY 10036
(212) 847-8795
(212) 763-7300

Attorneys for Defendant Gary Alan Tanaka