Mark K. Schonfeld (MS-2798)
Regional Director
Attorney for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
Northeast Regional Office
3 World Financial Center
New York, NY 10281
(212) 336-0077 (Gizzi)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SECURITIES AND EXCHANGE COMMISSION,

              Plaintiff,

      v.

AMERINDO INVESTMENT ADVISORS INC.,
ALBERTO WILLIAM VILAR, and GARY ALAN
TANAKA,

              Defendants.

05 Civ. 5231(LTS)

SUPPLEMENTAL DECLARATION SUPPORTING MOTION TO BE ADMITTED PRO HAC VICE WITH CERTIFICATES OF GOOD STANDING ATTACHED

KAY L. LACKEY declares under penalties of perjury:

1. On June 1, 2005, I submitted a motion pursuant to Local Civil Rule 1.3(c) of this Court to be admitted pro hac vice in this action for the Plaintiff, Securities and Exchange Commission.

2. I previously attached a declaration indicating that I am employed as an attorney at the Securities and Exchange Commission, 3 World Financial Center, New York, New York, 10281.

3. I am admitted to practice and a member in good standing of the Bars of the following jurisdictions: Commonwealth of Massachusetts and State of New Mexico.

Although I did not have Certificates of Good Standing at the time I filed the original motion (although I had requested them from the respective jurisdictions), I have now obtained these Certificates of Good Standing. I have attached Certificates of Good Standing to this supplemental declaration.

    4. As I previously indicated, I am also admitted to practice and a member in good standing of the Bar of the United States District Court for the District of Massachusetts.

    5. Additionally, as previously indicated, I am not a member of the Bar of New York or the United States District Court for the Southern District of New York.

    6. If admitted pro hac vice to the Bar of this Court, I will be associated with the Northeast Regional Office of the Securities and Exchange Commission, and Mark K. Schonfeld and Paul Gizzi, attorneys in the Northeast Regional Office, who are members of the Bar of this Court. The Securities and Exchange Commission maintains an office in New York City for the regular transaction of business.

Dated: June 14, 2005

                                                    _____
                                                    Kay L. Lackey

2

# ATTACHMENTS

# COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.

BE IT REMEMBERED, that at the Supreme Judicial Court holden at Boston within and for said County of Suffolk, on the twentieth day of December A.D. 1990, said Court being the highest Court of Record in said Commonwealth:

### Kay L. Lackey

being found duly qualified in that behalf, and having taken and subscribed the oaths required by law, was admitted to practice as an Attorney, and, by virtue thereof, as a Counsellor at Law, in any of the Courts of the said Commonwealth: that said Attorney is at present a member of the Bar, and is in good standing according to the records of this Court*.

In testimony whereof, I have hereunto set my hand and affixed the seal of said Court, this eighth day of June in the year of our Lord two thousand and five.

MAURA S. DOYLE, Clerk

* Records of private discipline, if any, such as a private reprimand imposed by the Board of Bar Overseers or by any court, are not covered by this certification.

X3116



IN THE SUPREME COURT OF THE STATE OF NEW MEXICO

# Certificate

STATE OF NEW MEXICO }
} ss.
SUPREME COURT }

I, KATHLEEN JO GIBSON, Chief Clerk of the Supreme Court of the State of New Mexico, hereby certify that   KAY L. LACKEY   was admitted to practice law in the Supreme Court and other courts of the State of New Mexico on   April 19, 1996  , and has at all times since been and is now a member of the Bar of said Supreme Court in good standing.

"Good standing" means that the attorney is current on payment of State Bar dues; has complied with Minimum Continuing Legal Education requirements; and is not presently under either administrative or disciplinary suspension. No disciplinary action involving professional misconduct has been taken against the attorney's law license. This certification expires 30 days from this date, unless sooner revoked or rendered invalid by operation of rule or law.

WITNESS, My official signature and the seal of said Court this   3rd   day of June, 2005.

Kathleen Jo Gibson
Chief Clerk of the Supreme Court
of the State of New Mexico

NOTE: Attorney was granted inactive status on July 1, 1996