MARK K. SCHONFELD (MS-2798)
REGIONAL DIRECTOR
Attorney for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
Northeast Regional Office
3 World Financial Center
New York, NY  10281
(212) 336-0077 (Gizzi)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION | : |
| Plaintiff, | : |
| - against - | : |
| AMERINDO INVESTMENT ADVISORS INC., ALBERTO WILLIAM VILAR, and GARY ALAN TANAKA, | : 05 Civ. 5231 (LTS)(DFE) |
| Defendants. | : |

----------------------------------------------------------------x

### CERTIFICATION OF SERVICE OF THE COURT'S
### INITIAL CONFERENCE ORDER DATED JUNE 13, 2005

I, Paul G. Gizzi, hereby certify that on June 22, 2005, I caused to be served by Federal Express a copy of the Court's Initial Conference Order dated June 13, 2005 upon each of the following:

Eugene Licker, Esq.
Loeb & Loeb LLP
345 Park Avenue
New York, New York 10154
(counsel for Amerindo Investment Advisors Inc.)

Alberto William Vilar
860 United Nations Plaza
New York, New York  100017

Gary Alan Tanaka
c/o Mark Tanaka
74 East 79th Street
New York, New York  10021

Dated: New York, New York
       June 24, 2005

                                    Respectfully submitted,

                                    Paul G. Gizzi (PG-1836)

                                    Counsel for the Plaintiff
                                    Securities and Exchange Commission
                                    3 World Financial Center, Room 4300
                                    New York, NY  10281
                                    212-336-0077