

UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
NORTHEAST REGIONAL OFFICE
3 WORLD FINANCIAL CENTER
ROOM 4300
NEW YORK, NEW YORK 10281-1022

WRITER'S DIRECT DIAL LINE
PAUL G. GIZZI
(212) 336-0077
gizzip@sec.gov

June 24, 2005

<u>Via Federal Express</u>

Eugene Licker
Loeb & Loeb LLP
345 Park Avenue
New York, New York  10154-0037

Re:   <u>SEC v. Amerindo Investment Advisors Inc., et al., 05-CV-5231 (LTS) (S.D.N.Y.)</u>

Dear Mr. Licker:

   I am counsel for the plaintiff Securities and Exchange Commission in the above-mentioned action.  In connection with this action, you have previously confirmed that you are authorized to accept service of the summons and complaint on behalf of defendant Amerindo Investment Advisors Inc.  Consequently, I am enclosing with this letter the original summons and a copy of the complaint.

   Please sign and date a copy of this letter to acknowledge your receipt of the summons and complaint, and return the signed copy to me.  Thank you.

Sincerely,

Paul G. Gizzi
Counsel for the Plaintiff
Securities and Exchange Commission

Enclosures

Eugene Licker
Summons and complaint received on  6/25