07/11/2005 12:23 FAX 2123361322          US SECURITIES & COMM                          ⌐003/004

SWAIN, J.

MARK K. SCHONFELD (MS-2798)
REGIONAL DIRECTOR
Attorney for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
Northeast Regional Office
3 World Financial Center
New York, NY 10281
(212) 336-0077 (Ghazi)

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 07/27/05
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------x
SECURITIES AND EXCHANGE COMMISSION,      :
                                         :
                Plaintiff,               :
                                         :
        - against -                      :
                                         :
AMERINDO INVESTMENT ADVISORS INC.,       :  05 Civ. 5231 (LTS)(DFE)
ALBERTO WILLIAM VILAR, and GARY          :
ALAN TANAKA,                             :
                                         :
                Defendants.              :
                                         :
----------------------------------------x

## STIPULATION AND [PROPOSED] ORDER

WHEREAS the plaintiff Securities and Exchange Commission ("Commission") commenced this action by filing a Complaint on June 1, 2005;

WHEREAS the Commission served the Summons and Complaint upon defendant Amerindo Investment Advisors Inc. ("Amerindo") on June 24, 2005;

WHEREAS defendant Amerindo's response to the Complaint is due on July 14, 2005;

WHEREAS the plaintiff Commission and defendant Amerindo have agreed to extend the date by which Amerindo must respond to the Complaint;

07/11/2005 12:23 FAX 2123361322         US SECURITIES & COMM                              ⌀004/004

ACCORDINGLY, IT IS STIPULATED AND AGREED that the date by which defendant Amerindo must answer, move, or otherwise respond to the Complaint shall be extended until August 19, 2005.

Dated: New York, New York
July 11, 2005

_____
Paul G. Gizzi (PG-1936)
Attorney for Plaintiff
Securities and Exchange Commission
3 World Financial Center
New York, NY 10281
Telephone (212) 336-0077

_____
Eugene Licker, Esq. (EL-0229)
Attorney for Defendant
 Amerindo Investment Advisors Inc.
345 Park Avenue
New York, NY 10154
Telephone (212) 407-4157

So Ordered:
_____ 7/25/05
U.S.D.J.