Swain, S.

**MARK K. SCHONFELD (MS-2798)**
**REGIONAL DIRECTOR**
Attorney for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
Northeast Regional Office
3 World Financial Center
New York, NY 10281
(212) 336-0077 (Ghezi)



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 07/27/05

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x
SECURITIES AND EXCHANGE COMMISSION,

            Plaintiff,

   - against -

AMERINDO INVESTMENT ADVISORS INC.,     : 05 Civ. 5231 (LTS)(DFE)
ALBERTO WILLIAM VILAR, and GARY
ALAN TANAKA,

            Defendants.
--------------------------------------------------------x

## STIPULATION AND [PROPOSED] ORDER

WHEREAS the plaintiff Securities and Exchange Commission ("Commission") commenced this action by filing a Complaint on June 1, 2005;

WHEREAS the Commission served the Summons and Complaint upon defendant Gary Alan Tanaka on June 21, 2005;

WHEREAS defendant Tanaka's response to the Complaint is due on July 11, 2005;

WHEREAS the plaintiff Commission and defendant Tanaka have agreed to extend the date by which Tanaka must respond to the Complaint;

ACCORDINGLY, IT IS STIPULATED AND AGREED that the date by which defendant Tanaka must answer, move, or otherwise respond to the Complaint shall be extended until August 19, 2005.

Dated: New York, New York
July 11, 2005

*Paul G. Gizzi* (PG-1856)
Attorney for Plaintiff
Securities and Exchange Commission
3 World Financial Center
New York, NY 10281
Telephone: (212) 336-0077

*Gary Alan Tanaka*

So Ordered:

*signature* 7/25/05
U.S.D.J.

2