**MARK K. SCHONFELD (MS-2798)**
**REGIONAL DIRECTOR**
**Attorney for Plaintiff**
**SECURITIES AND EXCHANGE COMMISSION**
**Northeast Regional Office**
3 World Financial Center
New York, NY 10281
(212) 336-0077 (Gizzi)

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 07/27/05
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------x
SECURITIES AND EXCHANGE COMMISSION,

        Plaintiff,

    - against -

AMERINDO INVESTMENT ADVISORS INC.,    05 Civ. 5231 (LTS)(DFE)
ALBERTO WILLIAM VILAR, and GARY
ALAN TANAKA,

        Defendants.
-----------------------------------------------------------x

### STIPULATION AND [PROPOSED] ORDER

      WHEREAS the plaintiff Securities and Exchange Commission ("Commission") commenced this action by filing a Complaint on June 1, 2005;

      WHEREAS the Commission served the Summons and Complaint upon defendant Alberto William Vilar on June 21, 2005;

      WHEREAS defendant Vilar's response to the Complaint is due on July 11, 2005;

      WHEREAS the plaintiff Commission and defendant Vilar have agreed to extend the date by which Vilar must respond to the Complaint;

**ACCORDINGLY, IT IS STIPULATED AND AGREED** that the date by which defendant Vilar must answer, move, or otherwise respond to the Complaint shall be extended until August 19, 2005.

Dated: New York, New York
       July 11, 2005

*/s/ Paul G. Gizzi*
Paul G. Gizzi (PG-1836)
Attorney for Plaintiff
Securities and Exchange Commission
3 World Financial Center
New York, NY  10281
Telephone (212) 336-0077

*/s/ Alberto William Vilar*
Alberto William Vilar

So Ordered:

*/s/ 7/25/05*
U.S.D.J.

2