MARK K. SCHONFELD (MS-2798)
REGIONAL DIRECTOR
Attorney for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
Northeast Regional Office
3 World Financial Center
New York, NY 10281
(212) 336-0077 (Gizzi)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
SECURITIES AND EXCHANGE COMMISSION         :
                                           :
                 Plaintiff,                :
                                           :
         - against -                       :
                                           :
AMERINDO INVESTMENT ADVISORS INC.,         :  05 Civ. 5231 (LTS)(DFE)
ALBERTO WILLIAM VILAR, and GARY            :
ALAN TANAKA,                               :
                                           :
                 Defendants.               :
                                           :
-------------------------------------------------------------------x

### CERTIFICATION OF SERVICE OF THE COURT'S
### MEMO ENDORSEMENT DATED SEPTEMBER 14, 2005

I, Paul G. Gizzi, hereby certify that on September 15, 2005, I caused to be served a copy of the Court's Memo Endorsement dated September 14, 2005 (i) upon each of the following by Facsimile:

Eugene Licker, Esq.
Loeb & Loeb LLP
345 Park Avenue
New York, New York 10154
(counsel for defendant Amerindo Investment Advisors Inc.)

Justin M. Sher, Esq.
Kobre & Kim LLP
800 Third Avenue
New York, New York 10022

(on behalf of defendant Gary A. Tanaka)

Glenn C. Colton, Esq.
Wilson Sonsini Goodrich & Rosati
12 East 49th Street, 30th Floor
New York, NY 10017
(on behalf of defendant Gary A. Tanaka)

Robert Leinwand, Esq.
Robinson Brog Leinwand Greene Genovese & Gluck P.C.
1345 Avenue of the Americas
New York, New York 10105-0143
(on behalf of defendant Alberto W. Vilar)

and (ii) upon each of the following by Federal Express:

Alberto William Vilar
860 United Nations Plaza
New York, New York 100017

Gary Alan Tanaka
c/o Mark Tanaka
74 East 79th Street
New York, New York 10021

Dated: New York, New York
September 15, 2005

Respectfully submitted,

Paul G. Gizzi (PG-1836)

Counsel for the Plaintiff
Securities and Exchange Commission
3 World Financial Center, Room 4300
New York, NY 10281
212-336-0077