Glenn C. Colton (GC-2493)
Jessica L. Margolis (JM-7786)
WILSON SONSINI GOODRICH & ROSATI
PROFESSIONAL CORPORATION
12 E. 49th Street, 30th Floor
New York, New York  10017

*Attorneys for Defendant*
*Gary Alan Tanaka*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | 05 CV 5231 (LTS) |
| - against - | ECF CASE |
| AMERINDO INVESTMENT ADVISORS INC., ALBERTO WILLIAM VILAR and GARY ALAN TANAKA, | **NOTICE OF APPEARANCE** |
| Defendants. | |

To the Clerk of this Court and all parties of record:

    Please enter my appearance as counsel in this case for Defendant **Gary Alan Tanaka**.

    I certify that I am admitted to practice in this Court.

Date: October 6, 2005

                                        /s/ Jessica L. Margolis
                                      Jessica L. Margolis (JM-7786)
                                      WILSON SONSINI GOODRICH & ROSATI
                                      PROFESSIONAL CORPORATION
                                      12 E. 49th Street, 30th Floor
                                      New York, New York  10017
                                      (212) 999-5800
                                      Fax (212) 999-5899