```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/19/05
```

Mark K. Schonfeld (MS-2798)
Regional Director
Attorney for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
Northeast Regional Office
3 World Financial Center
New York, NY 10281
(212) 336-0077 (Gizzi)

**MEMO ENDORSED**

IT IS ORDERED that counsel to whom this Memo Endorsement is sent is responsible for faxing or otherwise delivering promptly a copy to all counsel and unrepresented parties and filing a certificate of service within 5 days from the date hereof. Do not make [application] to Chambers.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.

AMERINDO INVESTMENT ADVISORS INC., ALBERTO WILLIAM VILAR, and GARY ALAN TANAKA,

    Defendants.

05 Civ. 5321 (LTS)

PLEASE TAKE NOTICE, that upon the annexed "Declaration Supporting Motion to Be Admitted Pro Hac Vice," plaintiff Securities and Exchange Commission will move this Court before the Honorable _____, United States District Judge, Southern District of New York, at the United States Court House, 500 Pearl Street, New York, NY, on the 15th day of June, 2005, or as soon thereafter as counsel can be heard, pursuant to Local Civil Rule 1.3(c) of this Court, for an order admitting Kay L. Lackey pro hac vice to

*The within application, including the June 14, 2005 Supplemental Declaration and attachments, is granted, subject to payment of the requisite fee.*

SO ORDERED.

_____ 19 Oct 2005
LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE