MARK K. SCHONFELD (MS-2798)
REGIONAL DIRECTOR
Attorney for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
Northeast Regional Office
3 World Financial Center
New York, NY 10281
(212) 336-0077 (Gizzi)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
SECURITIES AND EXCHANGE COMMISSION :
                                   :
                  Plaintiff,       :
                                   :
         - against -               :
                                   :
AMERINDO INVESTMENT ADVISORS INC., : 05 Civ. 5231 (LTS)(DFE)
ALBERTO WILLIAM VILAR, and GARY    :
ALAN TANAKA,                       :
                                   :
                  Defendants.      :
                                   :
------------------------------------------------------------------x

### CERTIFICATION OF SERVICE OF THE COURT'S
### MEMO ENDORSEMENT DATED OCTOBER 19, 2005

I, Paul G. Gizzi, hereby certify that on October 20, 2005, I served by facsimile a copy

of the Court's Memo Endorsement dated October 19, 2005 upon each of the following:

Eugene R. Licker, Esq.
Loeb & Loeb LLP
345 Park Avenue
New York, NY 10154
(Counsel for defendant Amerindo Investment Advisors Inc.)

Robert R. Leinwand, Esq.
Robinson Brog Leinwand Greene Genovese & Gluck P.C.
1345 Avenue of the Americas
New York, NY 10105-0143
(Counsel for defendant Alberto W. Vilar)

Glenn C. Colton, Esq.
Wilson Sonsini Goodrich & Rosati
12 East 49th Street, 30th Floor
New York, NY 10017
(Counsel for defendant Gary A. Tanaka)

and

Robert Knuts
Day, Berry & Howard LLP
875 Third Avenue
New York, NY 10022
(Court-appointed Monitor)

Dated: New York, New York
October 20, 2005

Respectfully submitted,

Paul G. Gizzi (PG-1836)

Counsel for the Plaintiff
Securities and Exchange Commission
3 World Financial Center, Room 4300
New York, NY 10281
212-336-0077