UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x

SECURITIES AND EXCHANGE COMMISSION,    :

                Plaintiff,    :    05 Civ. 5231 (LTS)

   -against-    :

AMERINDO INVESTMENT ADVISERS INC.,    :
ALBERTO WILLIAM VILAR, and
GARY ALAN TANAKA,    :

                Defendants.    :

-------------------------------------------------------------------x

## DECLARATION AND INTERIM FEE APPLICATION OF ROBERT KNUTS, MONITOR FOR AMERINDO INVESTMENT ADVISERS INC.

Robert Knuts, pursuant to 28 U.S.C. § 1746, declares as follows:

1. I am a member of the Bar of this Court and practice law at the firm of Day, Berry & Howard LLP ("DBH"). Pursuant to an order dated June 2, 2005 ("Order"), this Court appointed me as Monitor for defendant Amerindo Investment Advisers Inc. ("Amerindo U.S."). As Monitor during the past five months, I have reviewed the ongoing business operations of Amerindo U.S. and gathered information concerning past activities involving Amerindo U.S., in accordance with the Order.

2. During the period from early June 2005 through the end of September 2005, with the assistance of certain DBH colleagues, I have engaged in the following activities to fulfill the purposes of the Order:


  a. Communicated with the Investment Committee of Amerindo U.S. to monitor the investment activities of Amerindo U.S. during the period of time that institutional clients continued to employ Amerindo U.S. as an investment adviser;

  b. Participated in interviews of key employees of Amerindo U.S. to gather information concerning both ongoing and past operations of Amerindo U.S.;

  c. Communicated with persons who invested in various "Amerindo" entities, both to answer questions concerning the role of the monitor and to obtain information concerning the relationship between Amerindo U.S. and other entities that utilized the "Amerindo" name;

  d. Analyzed financial and accounting documents supplied by Amerindo U.S. to assemble the information concerning assets, liabilities, and past financial transactions required by the Order;

  e. Reviewed documents to identify the financial institutions that might have custody of assets belonging to Amerindo U.S. and communicated with those financial institutions;

  f. Reviewed proposed expenditures by Amerindo U.S. and supporting documentation for those expenditures;

  g. Analyzed the listed receivables of Amerindo U.S. and communicated with former clients of Amerindo U.S. to facilitate collection of those receivables; and

  h. Communicated frequently with counsel for Amerindo U.S. and employees of Amerindo U.S. concerning ongoing business operations.

3. The tasks that were performed by my colleagues at DBH and me during the period from June 3, 2005 through September 30, 2005 are described in more detail in the

document attached as Exhibit A. That document also identifies the time spent on those tasks and the proposed fees for the work performed, which totals $66,634.68, including certain out-of-pocket expenses. The hourly rates utilized in Exhibit A to calculate the proposed fees reflect: (a) a 25% discount from the standard hourly rate charged by DBH for my time; and (b) a 10% discount from the standard hourly rates charged by DBH for the time of my colleagues who have assisted me in performing the tasks required by the Order.

4.      Pursuant to Paragraph IV of the Order, I respectfully request that the Court direct Amerindo U.S. to pay $66,634.68 in fees and expenses attributable to the performance of my duties as Monitor of Amerindo U.S. during the period from June 3, 2005 through September 30, 2005. A copy of a proposed order granting the relief sought by this application is attached as Exhibit B. I have caused a copy of this application, including the proposed form of Order, to be served upon the plaintiff Securities and Exchange Commission and counsel for each of the defendants.

Pursuant to 28 U.S.C. § 1746, I hereby declare under penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
       November 3, 2005

_____
Robert Knuts

## SEC v. Amerindo

<u>Service List</u>

Mark K. Schonfeld, Esq.
U.S. Securities and Exchange Commission
Three World Financial Center
New York, NY 10281

Paul Gizzi, Esq.
U.S. Securities and Exchange Commission
Three World Financial Center
New York, NY 10281
(212) 336-0077

Attorneys for Plaintiff Securities and Exchange Commission


Eugene R. Licker, Esq.
Loeb & Loeb LLP
345 Park Avenue
New York, NY 10154-0037
(212) 407-4157

Attorneys for Defendant Amerindo Investment Advisers Inc.


Robert R. Leinwand, Esq.
Robinson Brog Leinwand Greene Genovese & Gluck P.C.
1345 Avenue of the Americas
New York, NY 10105-0143
(212) 603-6309

Attorneys for Defendant Alberto William Vilar


Glenn C. Colton, Esq.
Wilson Sonsini Goodrich & Rosati
12 East 49th Street, 30th Flr.
New York, NY 10017
(212) 999-5804

Attorneys for Defendant Gary Alan Tanaka

Exhibit A

# Day, Berry & Howard LLP

COUNSELLORS AT LAW
Boston  Greenwich  Hartford  New Haven  New York  Stamford  West Hartford  www.dbh.com

AMERINDO INVESTMENT ADVISORS INC
DAVID MAINZER
CHIEF ORPERATING OFFICER
399 PARK AVENUE
22ND FLOOR
NEW YORK, NY 10022

October 21, 2005
Invoice: 33354669

Tax Identification No. 06-0317480

**FOR PROFESSIONAL SERVICES RENDERED** in the below captioned matter(s) for the period through September 30, 2005, including:

**MONITOR (001775-00000)**

| Date | Description | Name | Hours |
| --- | --- | --- | --- |
| 06/03/2005 | Telephone conferences and e-mails with R. Knuts; review docket and Order; investigate Amerindo corporate structure and review SEC filings | Carragher, D | 1.0 |
| 06/03/2005 | Review and analyze order of appointment; draft and serve acceptance of monitor position; review and analyze SEC complaint; telephone calls to SEC staff and AUSA concerning interview schedule and background information; telephone call with counsel for company concerning appointment | Knuts, R | 3.3 |
| 06/03/2005 | Attend Tanaka's detention hearing; attend Vilar's detention hearing; meet with R. Knuts about strategy and assignments, and review court documents | Whittaker, L | 6.7 |
| 06/06/2005 | Attend interviews of Amerindo (U.S.) employees (Smith, Mainzer, etc.) at offices of Amerindo; telephone calls with prospective forensic accountants concerning monitor tasks; continued review and analysis of background information, including SEC complaint | Knuts, R | 6.2 |
| 06/08/2005 | Telephone calls from possible claimants; telephone calls with counsel for Ciriello concerning confession of judgment entered against Amerindo; analysis of other potential investor claims; telephone calls with counsel for brokerage firms concerning custody and authority issues | Knuts, R | 3.5 |
| 06/09/2005 | Telephone call with SEC staff concerning additional | Knuts, R | 1.0 |

Day, Berry & Howard LLP

Invoice: 33354669

Page: 2

| Date | Description | Name | Hours |
|---|---|---|---|
| | information regarding potential investor claims; telephone call with counsel for company concerning Ciriello; review information provided by investors in other Amerindo-related entities | | |
| 06/10/2005 | Telephone call with company counsel concerning meeting with company employees; review materials received from U.K. fund and private investors | Knuts, R | 2.2 |
| 06/13/2005 | Review notes from interviews with employees to outline open issues; telephone conversations with counsel to company concerning scheduled court conference | Knuts, R | 1.3 |
| 06/14/2005 | Telephone conversations concerning issues involving exercise of certain Google options | Knuts, R | 0.8 |
| 06/14/2005 | Review and analyze document index to identify documents relevant to monitor duties | Whittaker, L | 3.5 |
| 06/15/2005 | Telephone calls concerning issues regarding certain Google options, including calls with brokerage firm representatives and counsel to company; meeting with counsel for Mayer concerning facts regarding Mayer investment; review and analyze pleadings and other court filings | Knuts, R | 2.8 |
| 06/16/2005 | Follow up telephone calls concerning certain Google options; telephone call with company counsel concerning contact with current customers | Knuts, R | 0.6 |
| 06/17/2005 | Review and analyze materials received from company concerning prospective terminations of employment; telephone conversation with counsel to company regarding same; meeting with prospective forensic accountants concerning scope of possible work and cost | Knuts, R | 2.4 |
| 06/21/2005 | Attend interview of D. Shattner; follow up telephone calls with representatives of various brokerage firms concerning location of accounts | Knuts, R | 4.5 |
| 06/22/2005 | Review information received from company concerning tax payments and other issues; review documents and outline issues to be resolved concerning relationship between company and other Amerindo entities | Knuts, R | 2.8 |
| 06/22/2005 | Attend Vilar hearing | Whittaker, L | 1.4 |
| 06/23/2005 | Telephone calls with counsel for potential custodians of accounts in which Amerindo may have trading authority or a beneficial interest; review documents | Knuts, R | 2.5 |

Day, Berry & Howard LLP

Invoice: 33354669
Page: 3

| Date | Description | Name | Hours |
|---|---|---|---|
| | and information obtained from various sources; begin preparation of report to Court | | |
| 06/24/2005 | Draft e-mail to counsel for Amerindo Internet Fund PLC concerning stock certificate transfer issue; telephone call with investor in Amerindo Technology Growth Fund | Knuts, R | 0.3 |
| 06/27/2005 | Follow-up conversations with prospective forensic accountants concerning scope of work; review open fact issues concerning monitor assignments | Knuts, R | 0.7 |
| 06/29/2005 | Meeting with SEC staff attorneys to exchange information concerning certain fact issues and to discuss prospective time line for completion of monitor assignments; prepare for meeting | Knuts, R | 2.4 |
| 06/30/2005 | Review proposed payments by Amerindo and identify possible issues; draft outline of presentation to court at July 5th conference | Knuts, R | 1.2 |
| 07/05/2005 | Attend status conference before Judge Swain; review information provided by D. Mainzer; prepare for conference | Knuts, R | 3.4 |
| 07/07/2005 | Review information and documents developed to date concerning relationship between and among Amerindo entities | Knuts, R | 1.8 |
| 07/08/2005 | Telephone calls with investors, representatives of brokerage firms; review documents recently received from Amerindo | Knuts, R | 0.8 |
| 07/11/2005 | Prepare for and participate in conference call with representatives of FSA (U.K.) concerning access to documents and information that may belong to Amerindo U.S. | Knuts, R | 1.8 |
| 07/13/2005 | Meeting with D. Mainzer, E. Licker regarding various issues; review documents | Knuts, R | 3.5 |
| 07/14/2005 | Review documents provided by Amerindo; analyze factual issues to be researched | Knuts, R | 3.5 |
| 07/15/2005 | Meeting with counsel for G. Tanaka concerning various issues; additional review and analysis of documents provided by Amerindo and from other sources | Knuts, R | 3.2 |
| 07/18/2005 | Review relevant documents, travel to San Francisco for inspection of documents and interview of employees | Knuts, R | 8.0 |

Day, Berry & Howard LLP

Invoice: 33354669

Page: 4

| Date | Description | Name | Hours |
|---|---|---|---|
| 07/18/2005 | Draft e-mail to clients explaining monitor role | Whittaker, L | 0.7 |
| 07/19/2005 | Interview employees and inspect documents in San Francisco office; travel back to New York | Knuts, R | 8.5 |
| 07/19/2005 | Review order and draft preliminary outline of contents of SEC report | Whittaker, L | 1.1 |
| 07/20/2005 | Review additional information concerning current financial issues; continued review of historic documents as background for monitor report | Knuts, R | 2.5 |
| 07/20/2005 | Attend scheduling conference in SDNY for A. Vilar | Whittaker, L | 1.0 |
| 07/21/2005 | Telephone conference with D. Mainzer and E. Licker regarding current issues; research regarding California law concerning indemnification of officers and directors; telephone call with counsel for Amerindo mutual fund concerning redemption request and other issues; research regarding those issues | Knuts, R | 3.3 |
| 07/22/2005 | Telephone call with S. Wolfe, counsel for A. Vilar, concerning status of matter; additional research regarding indemnification and mutual fund redemption issues; continued work on documents in preparation for report to court | Knuts, R | 2.5 |
| 07/25/2005 | Follow up on financial and document issues | Knuts, R | 1.3 |
| 07/26/2005 | Review superseding indictment in criminal matter | Knuts, R | 0.7 |
| 07/28/2005 | Attend Court Conference on U.S. v. Tanaka and Vilar in SDNY | Whittaker, L | 1.2 |
| 08/03/2005 | Meeting with D. Mainzer, E. Licker concerning certain payment, document issues | Knuts, R | 2.8 |
| 08/04/2005 | Review claims and counter-claims between Amerindo Internet Fund and AIA; fact and legal research regarding same | Knuts, R | 1.4 |
| 08/09/2005 | Calls to possible clients of AIA concerning possible claims against AIA; telephone call with FSA representative concerning status of matter | Knuts, R | 0.8 |
| 08/09/2005 | Compare and analyze Amerindo's bank statements, general ledger, W2s, and transaction summary to determine the types of transactions made, the source and transfer of funds and the consistency of the recording of such transactions; create a spreadsheet exhibit of the transactions relevant to investigation and role as monitor | McCutcheon, E | 5.0 |

Day, Berry & Howard LLP

Invoice: 33354669

Page: 4

Day, Berry & Howard LLP

Invoice: 33354669

Page: 5

| Date | Description | Name | Hours |
|---|---|---|---|
| 08/09/2005 | Research whether in NYS, the president of a company has the authority, by virtue of his position as president, to execute a confession of judgment on behalf of the corporation | Whittaker, L | 3.7 |
| 08/10/2005 | Meeting with A. Engel, counsel for T. Colburn Trust; telephone call with K. Toner, counsel for Vilar and others concerning confession of judgment; review research concerning whether confession of judgment was validly executed | Knuts, R | 5.0 |
| 08/10/2005 | Compare and analyze Amerindo's bank statements, general ledger, W2s, and transaction summary, to determine the types of transactions made, the source and transfer of funds and the consistency of the recording of such transactions; create a spreadsheet exhibit of the transactions relevant to investigation and role as monitor | McCutcheon, E | 2.5 |
| 08/11/2005 | Review documents received from K. Toner concerning T. Colburn Trust matter; telephone call with counsel for G. Tanaka regarding same; conference with L. Whittaker concerning review of internal accounting information to prepare report needed for court; review documents produced by AIA | Knuts, R | 4.2 |
| 08/11/2005 | Compare and analyze Amerindo's bank statements, general ledger, W2s, and transaction summary, to determine the types of transactions made, the source and transfer of funds and the consistency of the recording of such transactions; create a spreadsheet exhibit of the transactions relevant to investigation and role as monitor | McCutcheon, E | 4.0 |
| 08/12/2005 | Obtained SEC filings for R. Knickerbocker | Jones, E | 0.0 |
| 08/12/2005 | Compare and analyze Amerindo's bank statements, general ledger, W2s, and transaction summary, to determine the types of transactions made, the source and transfer of funds and the consistency of the recording of such transactions; create a spreadsheet exhibit of the transactions relevant to investigation and role as monitor | McCutcheon, E | 3.0 |
| 08/15/2005 | Compare and analyze Amerindo's bank statements, general ledger, W2s, and transaction summary, to determine the types of transactions made, the source and transfer of funds and the consistency of the recording of such transactions; create a spreadsheet exhibit of the transactions relevant to investigation and role as monitor | McCutcheon, E | 5.0 |
| 08/16/2005 | Compare and analyze Amerindo's bank statements, general ledger, W2s, and transaction summary, to | McCutcheon, E | 6.2 |

Day, Berry & Howard LLP

Invoice: 33354669
Page: 6

| Date | Description | Name | Hours |
|---|---|---|---|
|  | determine the types of transactions made, the source and transfer of funds and the consistency of the recording of such transactions; create a spreadsheet exhibit of the transactions relevant to investigation and role as monitor; conference with L.Whittaker |  |  |
| 08/17/2005 | Compare and analyze Amerindo's bank statements, general ledger, W2s, transaction summary and monthly expense analysis, to determine the types of transactions made, the source and transfer of funds and the consistency of the recording of such transactions; create a spreadsheet exhibit of the transactions relevant to investigation and role as monitor; conference with L.Whittaker | McCutcheon, E | 8.2 |
| 08/18/2005 | Compare and analyze Amerindo's bank statements, general ledger, W2s, transaction summary, to determine the types of transactions made, the source and transfer of funds and the consistency of the recording of such transactions; create a spreadsheet exhibit of the transactions relevant to investigation and role as monitor | McCutcheon, E | 6.5 |
| 08/19/2005 | Compare and analyze Amerindo's bank statements, general ledger, W2s, transaction summary, to determine the types of transactions made, the source and transfer of funds and the consistency of the recording of such transactions; create a spreadsheet exhibit of the transactions relevant to investigation and role as monitor | McCutcheon, E | 5.6 |
| 08/20/2005 | Compare and analyze Amerindo's bank statements, general ledger, W2s, transaction summary, to determine the types of transactions made, the source and transfer of funds and the consistency of the recording of such transactions; create a spreadsheet exhibit of the transactions relevant to investigation and role as monitor | McCutcheon, E | 1.4 |
| 08/22/2005 | Compare and analyze Amerindo's bank statements, general ledger, W2s, transaction summary, to determine the types of transactions made, the source and transfer of funds and the consistency of the recording of such transactions; create a spreadsheet exhibit of the transactions relevant to investigation and role as monitor | McCutcheon, E | 6.5 |
| 08/23/2005 | Compare and analyze Amerindo's bank statements, general ledger, W2s, transaction summary, to determine the types of transactions made, the source and transfer of funds and the consistency of the recording of such transactions; create a spreadsheet exhibit of the transactions relevant to investigation and role as monitor | McCutcheon, E | 6.5 |

Day, Berry & Howard LLP

Invoice: 33354669

Page: 7

| Date | Description | Name | Hours |
|---|---|---|---|
| 08/24/2005 | Compare and analyze Amerindo's bank statements, general ledger, W2s, transaction summary, to determine the types of transactions made, the source and transfer of funds and the consistency of the recording of such transactions; create a spreadsheet exhibit of the transactions relevant to investigation and role as monitor | McCutcheon, E | 5.5 |
| 08/25/2005 | Compare and analyze Amerindo's bank statements, general ledger, W2s, transaction summary, to determine the types of transactions made, the source and transfer of funds and the consistency of the recording of such transactions; create a spreadsheet exhibit of the transactions relevant to investigation and role as monitor | McCutcheon, E | 4.5 |
| 08/29/2005 | Compare and analyze Amerindo's bank statements, general ledger, W2s, transaction summary, to determine the types of transactions made, the source and transfer of funds and the consistency of the recording of such transactions; create a spreadsheet exhibit of the transactions relevant to investigation and role as monitor | McCutcheon, E | 4.0 |
| 08/30/2005 | Compare and analyze Amerindo's bank statements, general ledger, W2s, transaction summary, to determine the types of transactions made, the source and transfer of funds and the consistency of the recording of such transactions; create a spreadsheet exhibit of the transactions relevant to investigation and role as monitor | McCutcheon, E | 3.5 |
| 08/31/2005 | Compare and analyze Amerindo's bank statements, general ledger, W2s, transaction summary, to determine the types of transactions made, the source and transfer of funds and the consistency of the recording of such transactions; create a spreadsheet exhibit of the transactions relevant to investigation and role as monitor | McCutcheon, E | 5.0 |
| 09/01/2005 | Compare and analyze Amerindo's bank statements, general ledger, W2s, transaction summary, to determine the types of transactions made, the source and transfer of funds and the consistency of the recording of such transactions; create a spreadsheet exhibit of the transactions relevant to investigation and role as monitor | McCutcheon, E | 4.2 |
| 09/02/2005 | Compare and analyze Amerindo's bank statements, general ledger, W2s, transaction summary, to determine the types of transactions made, the source and transfer of funds and the consistency of the recording of such transactions; create a spreadsheet | McCutcheon, E | 4.0 |

Day, Berry & Howard LLP

Invoice: 33354669
Page: 8

| Date | Description | Name | Hours |
|---|---|---|---|
| | exhibit of the transactions relevant to investigation and role as monitor | | |
| 09/06/2005 | Telephone call with government attorneys concerning information from potential witnesses; review most recent proposed expenses; telephone calls with investors in other Amerindo entities | Knuts, R | 1.4 |
| 09/06/2005 | Compare and analyze Amerindo's bank statements, general ledger, W2s, transaction summary, to determine the types of transactions made, the source and transfer of funds and the consistency of the recording of such transactions; create a spreadsheet exhibit of the transactions relevant to investigation and role as monitor | McCutcheon, E | 5.0 |
| 09/07/2005 | Telephone call with investors in other Amerindo entities; review possible insurance expense issue | Knuts, R | 1.2 |
| 09/07/2005 | Compare and analyze Amerindo's bank statements, general ledger, W2s, transaction summary, to determine the types of transactions made, the source and transfer of funds and the consistency of the recording of such transactions; create a spreadsheet exhibit of the transactions relevant to investigation and role as monitor | McCutcheon, E | 3.0 |
| 09/08/2005 | Compare and analyze Amerindo's bank statements, general ledger, W2s, transaction summary, to determine the types of transactions made, the source and transfer of funds and the consistency of the recording of such transactions; create a spreadsheet exhibit of the transactions relevant to investigation and role as monitor | McCutcheon, E | 3.0 |
| 09/09/2005 | Meet with L. Whittaker and E. McCutcheon concerning information needed to prepare report to Court | Knuts, R | 0.4 |
| 09/09/2005 | Compare and analyze Amerindo's bank statements, general ledger, W2s, transaction summary, to determine the types of transactions made, the source and transfer of funds and the consistency of the recording of such transactions; create a spreadsheet exhibit of the transactions relevant to investigation and role as monitor | McCutcheon, E | 3.0 |
| 09/09/2005 | Status meeting with R. Knuts and E. McCutcheon; review client list and redemption letters to ensure client list accurate and note client's date of redemption; review expense limitation documents and annual reports to SEC to determine expenses included, percentage of expenses for different classes of shares. | Whittaker, L | 3.6 |

Day, Berry & Howard LLP

Invoice: 33354669

Page: 9

| Date | Description | Name | Hours |
|---|---|---|---|
| 09/11/2005 | Compare and analyze Amerindo's bank statements, general ledger, W2s, transaction summary, to determine the types of transactions made, the source and transfer of funds and the consistency of the recording of such transactions; create a spreadsheet exhibit of the transactions relevant to investigation and role as monitor | McCutcheon, E | 1.0 |
| 09/12/2005 | Telephone call with D. Mainzer and E. Licker concerning insurance tail premium and other outstanding issues | Knuts, R | 0.4 |
| 09/12/2005 | Compare and analyze Amerindo's bank statements, general ledger, W2s, transaction summary, to determine the types of transactions made, the source and transfer of funds and the consistency of the recording of such transactions; create a spreadsheet exhibit of the transactions relevant to investigation and role as monitor | McCutcheon, E | 3.0 |
| 09/12/2005 | Contact brokerage representatives for the clients listed to obtain current and accurate contact information to send letter requesting information on additional accounts; draft letter to custodians requesting information for any account for Amerindo, G. Tanaka, A. Vilar or any members of their families, as well as any account they or an Amerindo employee may have discretionary authority over | Whittaker, L | 5.4 |
| 09/13/2005 | Compare and analyze Amerindo's bank statements, general ledger, W2s, transaction summary, to determine the types of transactions made, the source and transfer of funds and the consistency of the recording of such transactions; create a spreadsheet exhibit of the transactions relevant to investigation and role as monitor | McCutcheon, E | 2.0 |
| 09/14/2005 | Compare and analyze Amerindo's bank statements, general ledger, W2s, transaction summary, to determine the types of transactions made, the source and transfer of funds and the consistency of the recording of such transactions; create a spreadsheet exhibit of the transactions relevant to investigation and role as monitor | McCutcheon, E | 2.0 |
| 09/14/2005 | Revise letter to brokerage firms; revise memorandum summarizing information required by order | Whittaker, L | 2.2 |
| 09/15/2005 | Review documents supplied by counsel for Amerindo Technology Fund concerning expenses offset against management fees; conference call with B. Kramer, F. Giordano concerning same; telephone call with E. Licker concerning same | Knuts, R | 2.8 |

Day, Berry & Howard LLP

Invoice: 33354669

Page: 10

| Date | Description | Name | Hours |
|---|---|---|---|
| 09/15/2005 | Compare and analyze Amerindo's bank statements, general ledger, W2s, transaction summary, to determine the types of transactions made, the source and transfer of funds and the consistency of the recording of such transactions; create a spreadsheet exhibit of the transactions relevant to investigation and role as monitor | McCutcheon, E | 1.0 |
| 09/15/2005 | Revise letters to brokerages with custody of accounts for Amerindo Investment Advisors, Inc. | Whittaker, L | 1.6 |
| 09/16/2005 | Review and analyze insurance tail documents provided by D. Mainzer | Knuts, R | 1.0 |
| 09/16/2005 | Revise letters to account custodians for information regrading any accounts held for Amerindo, Vilar, Tanaka or any of their beneficiaries in accordance with court order; contact additional banks listed on general ledger, gather contact information and names of individuals to whom we can address letters regarding additional accounts held with that bank for the benefit of Amerindo, Vilar, Tanaka or any of their beneficiaries | Whittaker, L | 3.2 |
| 09/19/2005 | Additional analysis of expenses that would be appropriately subject to agreement between Amerindo Investment Advisors and Amerindo Technology Fund | Knuts, R | 1.2 |
| 09/19/2005 | Contact additional banks listed on general ledger, gather contact information and names of individuals to whom we can address letters regarding additional accounts held with that bank for the benefit of Amerindo, Vilar, Tanaka or any of their beneficiaries | Whittaker, L | 1.3 |
| 09/20/2005 | Contact additional banks listed on general ledger, gather contact information and names of individuals to whom we can address letters regarding additional accounts held with that bank for the benefit of Amerindo, Vilar, Tanaka or any of their beneficiaries; review Amerindo annual reports and draft e-mail to R. Knuts regarding itemized expenses | Whittaker, L | 3.9 |
| 09/21/2005 | Review documents necessary for drafting report to Court | Knuts, R | 2.0 |
| 09/21/2005 | Revise Amerindo employee list and forward to D. Mainzer | Whittaker, L | 0.8 |
| 09/22/2005 | Prepare for meeting with counsel for Amerindo Funds, Inc. and counsel for directors of Amerindo Technology Fund; review documents provided by counsel at that meeting; telephone call with counsel for Amerindo Investment Advisors concerning recent developments; follow up regarding information required for report to Court; respond to telephone calls from investors in | Knuts, R | 4.7 |

Day, Berry & Howard LLP

Invoice: 33354669

Page: 11

| Date | Description | Name | Hours |
|---|---|---|---|
| | other Amerindo entities | | |
| 09/22/2005 | Review and revise letters to Banks/ Custodians on general ledger; teleconference with D. Mainzer to review employee positions and responsibilities to determine and appropriate employee list to attach to letter; review employee list for attachment to letter | Whittaker, L | 3.3 |
| 09/23/2005 | Revise letters to additional banks, review attachments and send out to remaining banks; review bank statements for additional information on European banks and contact D. Mainzer for additional information about these entities and whether a letter to them would be appropriate; review spreadsheet created by E. McCutcheon and add transaction from T-Accounts, confirm all T-account entries consistent with general ledger from May 2004 through May 2005 | Whittaker, L | 6.4 |
| 09/26/2005 | Telephone calls with counsel for AIA, Bear Stearns, SEC concerning instruction regarding Eyetech Pharmaceutical securities | Knuts, R | 0.5 |
| 09/26/2005 | Review spreadsheet created by E. McCutcheon and add transaction from T-Accounts, confirm all T-account entries consistent with general ledger from May 2004 through May 2005; draft memorandum describing work completed in compliance with the court's order | Whittaker, L | 5.6 |
| 09/27/2005 | Review order and draft memorandum describing work completed in compliance with the court order | Whittaker, L | 4.2 |
| 09/28/2005 | Review and analysis of documents provided by counsel for Amerindo Funds; further research concerning interpretation of expense agreement | Knuts, R | 1.8 |
| 09/28/2005 | Review Amerindo Order and begin to prepare actual exhibit and memorandum describing work completed to comply with order | Whittaker, L | 0.5 |

| Summary of Hours | Rank | Hours | Rate | Amount |
|---|---|---|---|---|
| Daniel J Carragher | Partner | 1.0 | $ 450 | $ 450.00 |
| Robert Knuts | Partner | 114.9 | 375 | 43,087.50 |
| Lisa Pepe Whittaker | Associate | 61.3 | 210 | 12,873.00 |
| Elisha A. McCutcheon | Assistant | 114.1 | 81 | 9,242.10 |
| Total | | 291.3 | | $ 65,652.60 |

Day, Berry & Howard LLP

Invoice: 33354669

Page: 12

|  |  |
|---|---:|
| Matter Fee | $ 65,652.60 |

**Matter Disbursement Summary**

| | |
|---|---:|
| Photocopying - 1,932 copies at 0.14 cents per copy | $ 270.48 |
| Postage | 27.20 |
| Travel | 684.40 |
| | $ 982.08 |
| Matter Disbursements | $ 982.08 |

| | |
|---|---:|
| Total For Professional Services Rendered | 65,652.60 |
| Total Disbursements | 982.08 |
| **Total Bill** | $ 66,634.68 |

Exhibit B

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

SECURITIES AND EXCHANGE COMMISSION,           :

               Plaintiff,           :           05 Civ. 5231 (LTS)

  -against-           :

AMERINDO INVESTMENT ADVISERS INC.,           :
ALBERTO WILLIAM VILAR, and
GARY ALAN TANAKA,           :

               Defendants.           :

------------------------------------------------------------------x

## ORDER GRANTING FEE APPLICATION

WHEREAS, pursuant to an order dated June 2, 2005 (the "Order"), the Court appointed Robert Knuts as Monitor for Defendant Amerindo Investment Advisers Inc.; and

WHEREAS, paragraph IV of the Order provides for the Monitor to apply to the Court for payment for services rendered and expenses incurred in the course of the performance of her duties and for the services and expenses of those persons or entities whom the Monitor has engaged to assist him; and

WHEREAS, in a Declaration and Interim Fee Application dated November 3, 2005, the Monitor has applied to the Court for payment of his fees for services from June 3, 2005 through September 30, 2005 as well as the fees and expenses of his counsel, Day, Berry & Howard LLP, during the same time period; and

WHEREAS, the Monitor has served copies of his Declaration and Interim Fee Application upon the plaintiff and defendants herein; and

WHEREAS, this Court has examined the Declaration and Interim Fee Application and is satisfied as to its accuracy, completeness, and reasonableness;

IT IS HEREBY ORDERED THAT:

1.    The Monitor's Interim Fee Application dated November 3, 2005 is GRANTED;

2.    Defendant Amerindo Investment Advisers Inc. shall pay forthwith the sum of $66,634.68 to Day, Berry & Howard LLP.

_____
LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE

Dated: November \_\_\_\_, 2005