UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------x

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | : | |
| Plaintiff, | : | 05 Civ. 5231 (LTS) |
| -against- | : | |
| AMERINDO INVESTMENT ADVISERS INC., ALBERTO WILLIAM VILAR, and GARY ALAN TANAKA, | : | Attorney Certification |
| | : | |
| Defendants. | : | |

-------------------------------------------------------------------------x

I, Lisa Pepe Whittaker, hereby certify, that on November 3, 2005, I caused to be served the Declaration and Interim Fee Application of Robert Knuts, Monitor for Amerindo Investment Advisers Inc., with Exhibits A and B, in accordance with the Federal Rules of Civil Procedure, and/or the Southern District's Local Rules, and/or the Southern District's Rules on Electronic Service upon each of the parties set forth below:

    Mark K. Schonfeld, Esq.
    U.S. Securities and Exchange Commission
    Three World Financial Center
    New York, NY 10281

    Paul Gizzi, Esq.
    U.S. Securities and Exchange Commission
    Three World Financial Center
    New York, NY 10281
    (212) 336-0077

    Attorneys for Plaintiff Securities and Exchange Commission

71311535.1
November 3, 2005 5:34 PM

Eugene R. Licker, Esq.
Loeb & Loeb LLP
345 Park Avenue
New York, NY 10154-0037
(212) 407-4157

Attorneys for Defendant Amerindo Investment Advisers Inc.


Robert R. Leinwand, Esq.
Robinson Brog Leinwand Greene Genovese & Gluck P.C.
1345 Avenue of the Americas
New York, NY 10105-0143
(212) 603-6309

Attorneys for Defendant Alberto William Vilar


Glenn C. Colton, Esq.
Wilson Sonsini Goodrich & Rosati
12 East 49th Street, 30th Flr.
New York, NY 10017
(212) 999-5804

Attorneys for Defendant Gary Alan Tanaka




/S/
Lisa Pepe Whittaker (LW 4115)