**ROBINSON BROG LEINWAND GREENE**
 **GENOVESE & GLUCK P.C.**
**Attorneys for Alberto William Vilar**
1345 Avenue of the Americas
New York, New York 10105
(212) 603-6300
**Robert R. Leinwand, Esq. (RRL-5203)**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
**SECURITIES AND EXCHANGE COMMISSION,**

                                    Plaintiff,                    Case No. 05-CV-5231

              -against-


**AMERINDO INVESTMENT ADVISORS, INC.,**
**ALBERTO WILLIAM VILAR and GARY**
**TANAKA,**
                                    Defendants.
-----------------------------------------------------------------X

### NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS


     **PLEASE TAKE NOTICE,** that the undersigned hereby appears for **ALBERTO**

**WILLIAM VILAR,** Defendant herein, and hereby demands that all notices given or

required to be given in this case be given to and served upon the undersigned at the

offices, post offices and telephone numbers set forth below, addressed to the  attention of:

**Robert R. Leinwand, Esq**.

     **PLEASE TAKE FURTHER NOTICE,** that this demand shall be broadly

construed to include, by way of example and not by way of limitation, all notices and

papers, including, without limitation, orders and notices of any application, motion,

{00287709.DOC;1}

petition, pleading, request, complaint or demand, whether formal or informal, whether

written or oral, and whether transmitted or conveyed by mail delivery, telephone,

telegraph, telex, fax, e-mail  or otherwise.


**DATED:**   New York, New York
            November      , 2005


                              **ROBINSON BROG LEINWAND GREENE**
                              **GENOVESE & GLUCK P.C.**
                              **Attorneys for Alberto William Vilar**
                              1345 Avenue of the Americas
                              New York, New York  10105
                              (212) 603-6300


                              **By** /s/ Robert R. Leinwand
                                 **Robert R. Leinwand (RRL-5203)**

**TO:  Mark K. Schonfeld, Esq.**
     **Securities and Exchange Commission**
     3 World Financial Center, Room 4300
     New York, New York 10281
     **Counsel to the SEC**

     **Justin M. Ster, Esq.**
     **Kobre & Kim, LLP**
     800 Third Avenue
     New York, New York 10022
     **Counsel to Gary Alan Tanaka**

     **Eugene Crikeu, Esq.**
     **Loeb & Loeb**
     345 Park Avenue
     New York, New York 10154
     **Counsel to Amerindo Investment Advisors Inc.**

{00287709.DOC;1}

**ROBINSON BROG LEINWAND GREENE**
 **GENOVESE & GLUCK P.C.**
**Attorneys for Alberto William Vilar**
1345 Avenue of the Americas
New York, New York 10105
(212) 603-6300
**Robert R. Leinwand, Esq. (RRL-5203)**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
**SECURITIES AND EXCHANGE COMMISSION,**

|  |  |  |
|---|---|---|
|  | Plaintiff, | Case No. 05-CV-5231 |

-against-

**AMERINDO INVESTMENT ADVISORS, INC.,**          **AFFIDAVIT OF SERVICE**
**ALBERTO WILLIAM VILAR and GARY**
**TANAKA,**

                                        Defendants.
-----------------------------------------------------------------X

STATE OF NEW YORK       )
                                        ss.:
COUNTY OF NEW YORK   )

        **TINA FOGEL**, being duly sworn, deposes and says:

        1.  Deponent is not a party to the action, is over 18 years of age and resides in New York,

New York.

        2.  On the **10**th day of **November, 2005,** deponent served *VIA FIRST CLASS MAIL, the*

**NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS** upon:

| | | |
|---|---|---|
| **Mark K. Schonfeld, Esq.** | **Eugene Crikeu, Esq.** | **Justin M. Ster, Esq.** |
| **Securities and Exchange Commission** | **Loeb & Loeb** | **Kobre & Kim, LLP** |
| 3 World Financial Center, Room 4300 | 345 Park Avenue | 800 Third Avenue |
| New York, New York 10281 | New York, New York 10154 | New York, New York 10022 |
| **Counsel to the SEC** | **Counsel to Amerindo Investment Advisors** | **Counsel to Gary Alan Tanaka** |

{00287709.DOC;1}

by depositing true copies of same enclosed in a post-paid properly addressed wrapper in an

official depository under the exclusive care and custody of the United States Postal Service

within the State of New York.

 /s/TINA FOGEL
**TINA FOGEL**

Sworn to before me this
**10**th day of **November, 2005**

**/s/Robert M. Sasloff**
Notary Public, State of New York
No. 31-4966401 Qualified in New York
County  Commission Expires 5-7-2006

{00287709.DOC;1}

**Mark K. Schonfeld, Esq.**
**Securities and Exchange Commission**
3 World Financial Center, Room 4300
New York, New York 10281

**Justin M. Ster, Esq.**
**Kobre & Kim, LLP**
800 Third Avenue
New York, New York 10022

**Eugene Crikeu, Esq.**
**Loeb & Loeb**
345 Park Avenue
New York, New York 10154