Mark K. Schonfeld (MS-2798)
Regional Director
Attorney for the Plaintiff
SECURITIES AND EXCHANGE COMMISSION
Northeast Regional Office
3 World Financial Center
New York, New York 10281
(212) 336-0077 (Gizzi)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION | : ECF Case |
| Plaintiff, | : |
| - against - | : |
| AMERINDO INVESTMENT ADVISORS INC., ALBERTO W. VILAR, and GARY ALAN TANAKA, | : 05 Civ. 5231 (LTS)(DFE) |
| Defendants. | : |

------------------------------------------------------------------x

## NOTICE OF PLAINTIFF'S MOTION FOR LEAVE TO AMEND THE COMPLAINT

Please take notice that upon the "Declaration of Mark D. Salzberg In Support of Plaintiff Securities and Exchange Commission's Motion For Leave to Amend the Complaint" and the exhibits attached thereto, plaintiff Securities and Exchange Commission ("Commission") will move before the Honorable Judge Laura Taylor Swain, United States District Judge, Southern District of New York, at the United States Court House, 40 Centre Street, New York, New York, 10007, at such time as the Court may designate, pursuant to Rule 15(a) of the Federal Rules of Civil Procedure, for an Order granting the Commission leave to file and serve an Amended Complaint in this case.

Dated: November 10, 2005
      New York, New York

                By: _/s/ Mark D. Salzberg_
                     Mark D. Salzberg
                     (212) 336-0159
                     Attorneys for Plaintiff
                     SECURITIES AND EXCHANGE COMMISSION
                     Northeast Regional Office
                     3 World Financial Center
                     New York, New York 10281