UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SECURITIES EXCHANGE COMMISSION,
                Plaintiff,

-against-

AMERINDO INVESTMENT ADVISORS INC., et al.,
                Defendants.

No. 05 Civ. 5231 (LTS)(DFE)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/13/05

**Order**

For the reasons stated on the record at the December 9, 2005, conference, the Department of Justice's motion to intervene is granted. Discovery is stayed pending further order of the Court, and the Defendants' time to respond to the Amended Complaint is hereby extended to May 31, 2006. The next conference in this matter will be held on June 7, 2006, at 2:30 PM.

    SO ORDERED.

Dated: New York, New York
       December 13, 2005

                                    LAURA TAYLOR SWAIN
                                    United States District Judge