UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------x

SECURITIES AND EXCHANGE COMMISSION,            :

                           Plaintiff,            :            05 Civ. 5231
                                                     (LTS) (DFE)

     -against-            :

AMERINDO INVESTMENT ADVISORS INC.,            :
AMERINDO INVESTMENT ADVISORS, INC.,
AMERINDO ADVISORS U.K. LIMITED,            :
AMERINDO MANAGEMENT INC.
AMERINDO TECHNOLOGY GROWTH FUND, INC.,   :
AMERINDO TECHNOLOGY GROWTH FUND II, INC.,
TECHNO RAQUIA, S.A.,            :
ALBERTO W. VILAR, and
GARY ALAN TANAKA,            :
                      Defendants.
-----------------------------------------------------------------------x

DECLARATION AND FEE
APPLICATION OF ROBERT KNUTS, MONITOR
FOR AMERINDO INVESTMENT ADVISORS INC.

Robert Knuts, pursuant to 28 U.S.C. § 1746, declares as follows:

    1.    I am a member of the Bar of this Court and practice law at the firm of Day, Berry & Howard LLP ("DBH").  Pursuant to an order dated June 2, 2005 ("Order"), this Court appointed me as Monitor for defendant Amerindo Investment Advisors Inc. ("Amerindo U.S.").

    2.    On December 5, 2005, I filed a written report with the Court and, on December 9, 2005, I made an oral presentation to the Court concerning the work that I performed as Monitor. Later that same day, the Court granted my previous interim application for compensation for the work performed during the period from June 3, 2005 through September 30, 2005.

3.      During the period from October 1, 2005 through December 15, 2005, with the assistance of certain DBH colleagues, I engaged in the following activities to fulfill the purposes of the Order:

      a.      Communicated with persons who invested in various "Amerindo" entities to answer questions concerning the role of the monitor and to obtain relevant information concerning Amerindo U.S.;

      b.      Analyzed financial and accounting documents supplied by Amerindo U.S. to assemble the information concerning assets, liabilities, and past financial transactions required by the Order;

      c.      Reviewed documents to identify the financial institutions that might have custody of assets belonging to Amerindo U.S. and communicated with those financial institutions;

      e.      Reviewed proposed expenditures by Amerindo U.S. and supporting documentation for those expenditures;

      f.      Analyzed the listed receivables of Amerindo U.S. and communicated with former clients of Amerindo U.S. to facilitate collection of those receivables;

      g.      Communicated frequently with counsel for Amerindo U.S. and employees of Amerindo U.S. concerning ongoing business operations; and

      h.      Drafted the written report that was filed on December 5, 2005.

4.      The tasks that were performed by my colleagues at DBH and me during the period from October 1, 2005 through December 15, 2005 are described in more detail in the document attached as Exhibit A.  That document also identifies the time spent on those tasks and the proposed fees for the work performed, which totals $35,975.99, including certain out-of-

pocket expenses.  The hourly rates utilized in Exhibit A to calculate the proposed fees reflect:
(a) a 25% discount from the standard hourly rate charged by DBH for my time; and (b) a 10%
discount from the standard hourly rates charged by DBH for the time of my colleagues who have
assisted me in performing the tasks required by the Order.

     5.     Pursuant to Paragraph IV of the Order, I respectfully request that the Court direct
Amerindo U.S. to pay $35,975.99 in fees and expenses attributable to the performance of my
duties as Monitor of Amerindo U.S. during the period from October 1, 2005 through December
15, 2005.  A copy of a proposed order granting the relief sought by this application is attached as
Exhibit B.  I have caused a copy of this application, including the proposed form of Order, to be
served upon the plaintiff Securities and Exchange Commission and counsel for defendants
Amerindo U.S., Alberto Vilar, and Gary Tanaka.

     Pursuant to 28 U.S.C. § 1746, I hereby declare under penalty of perjury that the foregoing
is true and correct.

Dated: New York, New York
       December 29, 2005

                                     Robert Knuts