# Day, Berry & Howard LLP

COUNSELLORS AT LAW

Boston  Greenwich  Hartford  New Haven  New York  Stamford  West Hartford  www.dbh.com

December 29, 2005
Invoice: 33361883

AMERINDO INVESTMENT ADVISORS INC
DAVID MAINZER
CHIEF ORPERATING OFFICER
399 PARK AVENUE
22ND FLOOR
NEW YORK, NY 10022

Tax Identification No. 06-0317480

**FOR PROFESSIONAL SERVICES RENDERED** in the below captioned matter(s) for the period through December 16, 2005, including:

## MONITOR (001775-00000)

| Date | Description | Name | Hours |
|---|---|---|---|
| 10/03/2005 | Telephone call with E. Licker concerning status of certain issues; telephone call with S. Kobre; telephone call with SEC staff attorneys; review of documents in preparation for pretrial conference | Knuts, R | 1.8 |
| 10/03/2005 | Revise and resend returned requests from custodians; calls with T. McEvoy of M&T Bank and J. DePalma of Wachovia regarding questions about our inquiry; obtain network contact information for Bank of America | Whittaker, L | 3.0 |
| 10/04/2005 | Telephone call with J. Hoffman; review memorandum prepared by counsel for Amerindo Technology Fund; further review of documents in preparation for pretrial conference; analyze draft balance sheet provided by company | Knuts, R | 2.4 |
| 10/04/2005 | Revise memorandum to Court describing our activities and findings as monitor; review and revise exhibits with E. McCutcheon | Whittaker, L | 3.3 |
| 10/05/2005 | Telephone call with SEC staff attorneys; telephone call with E. Licker; further analysis of issues concerning Amerindo Technology Fund; preparation for pretrial conference | Knuts, R | 1.3 |
| 10/05/2005 | Continue to create a spreadsheet exhibit of the transactions relevant to investigation and role as monitor | McCutcheon, E | 1.0 |

| Date | Description | Name | Hours |
|---|---|---|---|
| 10/06/2005 | Attend pretrial conference before Judge Swain; preparation for conference; meeting with L. Whittaker to identify remaining tasks to complete report | Knuts, R | 2.3 |
| 10/06/2005 | Continue to create a spreadsheet exhibit of the transactions relevant to investigation and role as monitor | McCutcheon, E | 1.0 |
| 10/06/2005 | Attend Amerindo pretrial conference with B. Knuts | Whittaker, L | 1.3 |
| 10/07/2005 | Telephone call with Nature Conservancy representative concerning outstanding receivable | Knuts, R | 0.2 |
| 10/07/2005 | Continue to create a spreadsheet exhibit of the transactions relevant to investigation and role as monitor | McCutcheon, E | 1.0 |
| 10/10/2005 | Continue to create a spreadsheet exhibit of the transactions relevant to investigation and role as monitor | McCutcheon, E | 1.5 |
| 10/10/2005 | Revise memorandum describing our activities as monitor and revise exhibits to be attached | Whittaker, L | 2.5 |
| 10/11/2005 | Continue to create a spreadsheet exhibit of the transactions relevant to investigation and role as monitor | McCutcheon, E | 4.0 |
| 10/11/2005 | Draft letter and obtain contact information for two potential additional custodians for Amerindo accounts, S.G. Cowen and California Bank & Trust | Whittaker, L | 1.1 |
| 10/12/2005 | Telephone call with counsel for Amerindo Technology Fund concerning open issues; further research regarding same | Knuts, R | 1.3 |
| 10/12/2005 | Continue to create a spreadsheet exhibit of the transactions relevant to investigation and role as monitor | McCutcheon, E | 1.0 |
| 10/13/2005 | Review time charges; draft interim fee application | Knuts, R | 1.5 |
| 10/13/2005 | Continue to create a spreadsheet exhibit of the transactions relevant to investigation and role as monitor | McCutcheon, E | 1.5 |
| 10/14/2005 | Telephone calls with representatives of Amerindo Tech Growth Fund investors concerning status of proceedings | Knuts, R | 0.3 |
| 10/17/2005 | Draft fee application; review order concerning same | Knuts, R | 1.5 |
| 10/19/2005 | Review and analyze documents received from D. | Knuts, R | 0.4 |

| Date | Description | Name | Hours |
|---|---|---|---|
| | Mainzer concerning Nature Conservancy issue | | |
| 10/20/2005 | Review list of proposed payables; request additional information concerning same; review legal bills | Knuts, R | 0.3 |
| 10/21/2005 | Telephone calls concerning Amerindo Technology Growth Fund from investor and counsel for company in which Amerindo Tech Growth Fund invested funds | Knuts, R | 0.3 |
| 10/25/2005 | Review letters received from custodians to date and update chart of letters received | Whittaker, L | 0.7 |
| 10/26/2005 | Analysis of response from Nature Conservancy; telephone call with E. Licker and D. Mainzer; review information concerning brokerage and bank accounts | Knuts, R | 2.8 |
| 10/27/2005 | Review and revise exhibits for report to Court; contact custodians Wachovia and California Bank and Trust for clarification of responses to our letters; draft follow up letter to B. Ikeda at California Bank and Trust to confirm no additional accounts exist that would be responsive to our request | Whittaker, L | 3.2 |
| 10/31/2005 | Telephone calls with financial institutions concerning information for report; review status of report; work on interim fee application | Knuts, R | 2.5 |
| 11/02/2005 | Continue to create and edit spreadsheet exhibits of the transactions relevant to investigation and role as receiver | McCutcheon, E | 1.0 |
| 11/03/2005 | Telephone calls from investor representatives; review and revise fee application; review information to be presented in report to Court | Knuts, R | 1.5 |
| 11/03/2005 | Continue to create and edit spreadsheet exhibits of the transactions relevant to investigation and role as receiver ; gather exhibits and prepare documents for Electronic Filing in connection with role as Monitor | McCutcheon, E | 2.5 |
| 11/03/2005 | Review declaration and attachments; draft service list for Amerindo fee declaration and order; file and serve declaration of B. Knuts for fees and order for attorney's fees; prepare courtesy copy for criminal attorneys | Whittaker, L | 3.4 |
| 11/04/2005 | Additional review and analysis of information to be presented in report to Court | Knuts, R | 2.0 |
| 11/08/2005 | Analyze information in connection with report to be presented to Court | Knuts, R | 2.5 |
| 11/09/2005 | Continued analysis of information to prepare report for | Knuts, R | 1.5 |

| Date | Description | Name | Hours |
|---|---|---|---|
| | Court | | |
| 11/10/2005 | Telephone call with E. Licker concerning request for payment to Amerindo U.K.; telephone call with D. Walker, controller appointed for Amerindo fund in Cayman Islands; further work on report to Court | Knuts, R | 1.8 |
| 11/10/2005 | Contact custodians of Amerindo accounts that have not responded to our request letter for account identifying information, place phone calls and draft follow-up letters to confirm reason, if they are unable to respond | Whittaker, L | 1.8 |
| 11/11/2005 | Contact custodians of Amerindo accounts that have not responded to our request letter for account identifying information, place phone calls and draft follow-up letters to confirm reason, if they are unable to respond | Whittaker, L | 1.6 |
| 11/15/2005 | Meeting with P. Hannon (investor in Amerindo entity) | Knuts, R | 0.3 |
| 11/16/2005 | Work on report to Court and review of original documents | Knuts, R | 2.5 |
| 11/17/2005 | Review Nature Conservancy performance information; draft letter to Nature Conservancy concerning outstanding fees | Knuts, R | 1.8 |
| 11/21/2005 | Further work on report to Court | Knuts, R | 1.8 |
| 11/22/2005 | Work on report to Court and review of underlying documents | Knuts, R | 2.5 |
| 11/23/2005 | Review underlying documents and work further on report to Court | Knuts, R | 2.0 |
| 11/23/2005 | Revise and review report to the Court | Whittaker, L | 0.7 |
| 11/28/2005 | Work concerning report to Court; review and finalize letter to Nature Conservancy; telephone conversation with counsel to sub-tenant | Knuts, R | 1.3 |
| 11/29/2005 | Work on report to Court concerning Monitor activities; telephone call with K. Schuyler concerning decision by Nature Conservancy to pay fees | Knuts, R | 3.5 |
| 11/29/2005 | Review responses to our request for account identifying information, contact several custodians for clarification of their responses and draft letters to J. DePalma at Wachovia and R. Draths at Northern Trust, B. Fernquist at Investors Bank & Trust to confirm our conversations concerning their responses | Whittaker, L | 2.6 |

| Date | Description | Name | Hours |
|---|---|---|---|
| 11/30/2005 | Work on report to Court concerning monitor activities; telephone call with E. Licker concerning certain fact issues; telephone call with Northern Trust representative concerning requests for account information | Knuts, R | 4.5 |
| 11/30/2005 | Continue to create and edit spreadsheet exhibits of the transactions relevant to investigation and role as receiver | McCutcheon, E | 2.0 |
| 11/30/2005 | Revise Exhibits N and H for report to the Court; draft confirmation of accounts letter to A. Flowers at State Street Bank; contact additional custodians who have not responded to our request and update follow-up chart with phone numbers and dates of contact; confirm client list by comparing to funds listed on transaction summaries | Whittaker, L | 4.8 |
| 12/01/2005 | Review documents to complete report to Court; review new information provided by financial institutions; telephone calls to counsel for parties and draft letter to Court concerning request for additional time to file report | Knuts, R | 2.3 |
| 12/01/2005 | Contact custodians that have not responded to our request; revise Exhibit H to include responses we have receive in the past 48 hours and update draft Exhibit H to include additional contact made with institutions that have not responded; review new responses and documents provided, contact custodians for additional information | Whittaker, L | 6.6 |
| 12/02/2005 | Contact custodians that have not responded to our request; revise Exhibit H to include responses we have receive in the past 48 hours and update draft Exhibit H to include additional contact made with institutions that have not responded; review new responses and documents provided, contact custodians for additional information | Whittaker, L | 2.2 |
| 12/04/2005 | Review and revise all exhibits for report to the Court; follow-up with custodians and document new responses | Whittaker, L | 4.7 |
| 12/05/2005 | Complete report to Court; telephone conversations with E. Licker and D. Mainzer to confirm certain information; complete review of underlying information | Knuts, R | 7.0 |
| 12/05/2005 | Review Report to the Court and finalize exhibits; Contact custodians for additional confirmation of accounts and update exhibits accordingly; prepare report for file and service and file report with Court | Whittaker, L | 7.5 |
| 12/08/2005 | Telephone call with D. Walker (controller for Amerindo | Knuts, R | 0.3 |

Day, Berry & Howard LLP                                       Invoice: 33361883
                                                                     Page: 6

| Date | Description | Name | Hours |
|---|---|---|---|
| | (Cayman)) concerning status of U.S. proceedings | | |
| 12/09/2005 | Attend pretrial conference concerning written report and other issues; prepare for presentation of monitor report | Knuts, R | 3.4 |
| 12/09/2005 | Attend status conference in the SDNY; draft cover letter for courtesy copy of Fee Application to Court and fax to all parties | Whittaker, L | 2.9 |
| 12/12/2005 | Telephone call with counsel for SEC concerning stipulation suggested at pretrial conference | Knuts, R | 0.2 |

| Summary of Hours | Rank | Hours | Rate | Amount |
|---|---|---|---|---|
| Robert Knuts | Partner | 61.6 | $ 375 | $ 23,100.00 |
| Lisa Pepe Whittaker | Associate | 53.9 | 210 | 11,319.00 |
| Elisha A. McCutcheon | Assistant | 16.5 | 81 | 1,336.50 |
| **Total** | | 132.0 | | $ 35,755.50 |
| | | Matter Fee | | $ 35,755.50 |

**Matter Disbursement Summary**

| | |
|---|---|
| Photocopying - 1,432 copies at 0.14 cents per copy | $ 200.48 |
| Overnight Mail | 7.83 |
| Postage | 12.18 |
| | $ 220.49 |
| Matter Disbursements | $ 220.49 |

| | |
|---|---|
| Total For Professional Services Rendered | 35,755.50 |
| Total Disbursements | 220.49 |
| **Total Bill** | **$ 35,975.99** |

| Summary of Hours | Rank | Hours | Rate | Amount |
|---|---|---|---|---|
| Robert Knuts | Partner | 61.6 | $ 375 | $ 23,100.00 |
| Lisa Pepe Whittaker | Associate | 53.9 | 210 | 11,319.00 |
| Elisha A. McCutcheon | Assistant | 16.5 | 81 | 1,336.50 |
| **Total** | | 132.0 | | $ 35,755.50 |