

UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
NORTHEAST REGIONAL OFFICE
3 WORLD FINANCIAL CENTER
ROOM 4300
NEW YORK, NEW YORK 10281-1022

WRITER'S DIRECT DIAL LINE
MARK D. SALZBERG
(212) 336-0159
SalzbergM@sec.gov

March 5, 2007

BY FACSIMILE

Honorable Laura Taylor Swain, U.S.D.J.
United States District Court
Southern District of New York
40 Centre Street, Room 1205
New York, New York 10007-1581

**MEMO ENDORSED**

IT IS ORDERED that counsel to whom this Memo Endorsement is sent is responsible for faxing or otherwise delivering promptly a copy to all counsel and unrepresented parties and filing a certificate of such service within 5 days from the date hereof. Do not fax such certification to Chambers.

Re: SEC v. Amerindo Investment Advisors Inc., et al.,
    05-CV-5231 (LTS) (S.D.N.Y.)

Dear Judge Swain:

I am counsel for the plaintiff Securities and Exchange Commission in this action. I am submitting this letter on behalf of the Commission and defendants Alberto W. Vilar, Gary A. Tanaka and Amerindo Investment Advisors Inc. ("Amerindo US"). No counsel has as of yet entered an appearance for the remaining defendants, Amerindo Investment Advisors, Inc., Amerindo Advisors UK Limited, Amerindo Management Inc, Amerindo Technology Growth Fund, Inc., Amerindo Technology Growth Fund II, Inc., and Techno Raquia, S.A.

On December 13, 2005, the Court granted the United States Attorney's Office's application to stay this action pending conclusion of a parallel criminal action against defendants Vilar and Tanaka (United States v. Vilar, 05 Cr. 621 (KMK)). The Court also scheduled a conference for this action and set a date for defendants to respond to the Amended Complaint. The Court then extended these dates based on an adjournment of the criminal trial to October 2006 and, subsequently, January 2, 2007. The criminal trial has been adjourned again, and is currently scheduled to begin on or about May 21, 2007.

Accordingly, the Commission and defendants Vilar, Tanaka, and Amerindo US respectfully request that the Court adjourn the March 9, 2007 conference in this action to a date following the conclusion of the parallel criminal trial. Further, defendants Vilar, Tanaka, and Amerindo US request an extension of the March 16, 2007 deadline to respond to the Amended Complaint to a date following the conclusion of the criminal trial. The Commission does not oppose this request. Finally, the Commission and defendants Vilar and Tanaka agree to notify the Court promptly following the conclusion of the criminal trial. At such time, the parties will propose dates for a court conference and the deadline for the defendants to respond to the Amended Complaint. The Commission and defendants Vilar, Tanaka, and Amerindo US thus

Honorable Laura Taylor Swain
March 5, 2007
Page 2

respectfully request that the Court schedule the court conference and the deadline for the defendants to respond to the Amended Complaint following its receipt of the aforementioned letter.

Respectfully submitted,

*Mark D. Salzberg*
Mark. D. Salzberg (MS-2811)
Counsel for the Plaintiff
Securities and Exchange Commission

So Ordered: The March 16, 2007 conference date and the deadline for defendants Vilar, Tanaka, and Amerindo US to respond to the Amended Complaint are adjourned pending further order of the Court.

/s/ 3/5/2007
Hon. Laura Taylor Swain
United States District Judge

cc: Jessica L. Margolis
Wilson Sonsini Goodrich & Rosati
Professional Corporation
1301 Avenue of the Americas, 40th Floor
New York, NY 10019

Robert Leinwand
Robinson Brog Leinwand Greene Genovese & Gluck P.C.
1345 Avenue of the Americas
New York, New York 10105-0143

Eugene R. Licker
Loeb & Loeb LLP
345 Park Avenue
New York, New York 10145

fax to Pl.
3/6/07