William J. Davis (WD 0362)
SCHEICHET & DAVIS, P.C.
Attorneys for Defendant
Alberto W. Vilar
767 Third Avenue - 24th Floor
New York, New York 10017
(212) 688-3200

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x

SECURITIES AND EXCHANGE COMMISSION,

                Plaintiff,

-vs-

AMERINDO INVESTMENT ADVISORS, INC.,
AMERINDO INVESTMENT ADVISORS, INC.,
AMERINDO ADVISORS UK LIMITED,
AMERINDO MANAGEMENT, INC.,
AMERINDO TECHNOLOGY GROWTH FUND, INC.,
AMERINDO TECHNOLOGY GROWTH FUND II, INC.,
TECHNO ROQUIA, S.A.,
ALBERTO W. VILAR, and
GARY ALAN TANAKA

                Defendants.

-----------------------------------------------------------------x

ECF CASE

05 Civ. 5231 (LTS)(DFE)

**NOTICE OF APPEARANCE**

To the Clerk of this court and all parties of record:

    Please enter my appearance as counsel in this case for defendant ALBERTO W. VILAR. I certify that I am an attorney admitted to practice in this court.

Dated: New York, New York
       June 13, 2007

*William J. Davis (WD 0362)*
SCHEICHET & DAVIS, P.C.
767 Third Avenue - 24th Floor
New York, NY 10017
Tel. (212) 688-3200
Fax (212) 371-7634