UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

SECURITIES EXCHANGE COMMISSION,

        Plaintiff,

-v-                                     No. 05 Civ. 5231 (LTS)(DFE)

AMERINDO INVESTMENT ADVISORS
INC., et al.,

        Defendants.

-------------------------------------------------------x



## ORDER[1]

        In light of the conclusion of the trial in the parallel criminal case (United States v. Vilar, 05 Cr. 621 (RJS)), a status conference will be held in the above-captioned action on Wednesday, January 7, 2009 at 12:30 p.m. The parties are directed to consult in advance of the conference and to submit to the Court in writing, to be received at least one week before the conference, a proposed deadline for a response or responses to the complaint and any further information that the parties believe the Court should consider in setting a schedule in this action.

        SO ORDERED.

Dated: New York, New York
       November 20, 2008

                                                    LAURA TAYLOR SWAIN
                                                    United States District Judge

---

[1] *The ECF system provides notice of the entry of this Order to each party that has both entered an appearance in this case and registered with ECF. The ECF-registered attorneys are responsible for providing notice to any co-counsel whose e-mail addresses are not reflected on the ECF docket for this case, and Plaintiff's counsel, upon receiving notice of this Order, is hereby ordered to fax or otherwise deliver promptly a copy to all parties who are not represented by ECF-registered counsel. A certificate of such further service shall be filed within 5 days from the date hereof. Counsel who have not registered for ECF are ordered to register immediately as filing users in accordance with the Procedures for Electronic Case Filing.*