UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
SECURITIES AND EXCHANGE COMMISSION

                Plaintiff,         05 Cv 5231 (LTS)

      - against -               **NOTICE OF MOTION TO WITHDRAW**

AMERINDO INVESTMENT ADVISORS INC.,
ALBERTO WILLIAM VILAR, and
GARY ALAN TANAKA,

Defendants.

------------------------------------------------------------x

## NOTICE OF MOTION TO WITHDRAW

    PLEASE TAKE NOTICE, that upon the Declaration of Eugene R. Licker, Loeb & Loeb LLP, will move this Court before Hon. Laura Taylor Swain at the Courthouse located at 500 Pearl Street, New York, New York 10007 as soon as counsel can be heard for an order pursuant to Local Civil Rule 1.4 of the Local Civil Rules of the United States District Courts for the Southern and Eastern Districts of New York allowing Loeb &Loeb LLP to withdraw as counsel for Amerindo Investment Advisors Inc. in the above-captioned action.

Dated: New York, New York
        January 6, 2009

LOEB & LOEB LLP

By: _____
Eugene R. Licker
345 Park Avenue
New York, NY 10154

TO:

**Mark K. Schonfeld**
Securities and Exchange Commission
233 Broadway
New York, NY 10279-1102
(646) 428-1911
*Attorney for Plaintiff*

**Mark Daniel Salzberg**
Securities & Exchange Commission (3 WFC)
Three World Financial Center, Room 4300
New York, NY 10281
(212)-336-0159
*Attorney for Plaintiff*

**Paul G. Gizzi**
U.S. Securities and Exchange Commission( 3 World Financial)
Three World Financial Center
New York, NY 10281
(212)-336-0077
*Attorney for Plaintiff*

**Fred B. Ringel**
Robinson Brog Leinwand Greene Genovese & Gluck PC
1345 Avenue of The Americas, 31st Floor
New York, NY 10105
(212)-586-4050
*Attorneys for Defendant Alberto W. Vilar*

**Glenn C. Colton**
Wilson Sonsini Goodrich & Rosati(NYC)
12 East 49th Street
New York, NY 10017
212-999-5804
*Attorneys for Defendant Gary A. Tanaka*

Jessica L. Margolis
Wilson Sonsini Goodrich & Rosati(NYC)
12 East 49th Street
New York, NY 10017
212-999-5804
*Attorneys for Defendant Gary A. Tanaka*