UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | 05 Cv. 5231 (LTS) |
| Plaintiff, | |
| - against - | ECF CASE |
| AMERINDO INVESTMENT ADVISORS INC., ALBERTO WILLIAM VILAR, and GARY ALAN TANAKA | **NOTICE OF MOTION TO WITHDRAW** |
| Defendants. | |

PLEASE TAKE NOTICE THAT, upon the accompanying Declaration of Jessica L. Margolis in Support of Motion to Withdraw, dated August 13, 2009, Wilson Sonsini Goodrich & Rosati, Professional Corporation, will move this Court before the Honorable Laura T. Swain, United States District Court Judge for the Southern District of New York, located at 500 Pearl Street, New York, New York, as soon as counsel can be heard, for an Order pursuant to Local Civil Rule 1.4 of the Local Civil Rules of the United States District Courts for the Southern and Eastern District of New York permitting Wilson Sonsini Goodrich & Rosati and all of its attorneys and employees to withdraw as counsel of record for Gary Alan Tanaka in the above-captioned action.

Dated: August 13, 2009
        New York, New York

WILSON SONSINI GOODRICH & ROSATI,
PROFESSIONAL CORPORATION

By:   /s/ Jessica L. Margolis

Jessica L. Margolis
1301 Avenue of the Americas, 40th Fl.
New York, New York  10019
Tel: 212.999.5800

*Attorneys for Defendant Gary Alan Tanaka*