# EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | 05 Cv. 5231 (LTS) |
| Plaintiff, | |
| - against - | ECF CASE |
| AMERINDO INVESTMENT ADVISORS INC., ALBERTO WILLIAM VILAR, and GARY ALAN TANAKA | |
| Defendants. | |

## AFFIDAVIT OF GARY ALAN TANAKA

I, GARY ALAN TANAKA, being duly sworn on oath, hereby state as follows:

1. I submit this affidavit in support of the motion by Wilson Sonsini Goodrich & Rosati, Professional Corporation ("Wilson Sonsini"), and in particular Jessica L. Margolis, to withdraw as my attorneys in connection with the above-captioned matter (the "Action").

2. I knowingly and freely consent to the withdrawal of Wilson Sonsini, and in particular Jessica L. Margolis, from the Action and all related matters.

I declare under the penalty of perjury that the foregoing is true and correct and that this affidavit was executed on the 20th day of August 2009, in New York, New York.

_____
Gary Tanaka

Sworn to before me this
20th day of August 2009

_____
Notary Public

MICHELLE DRUCKER
Notary Public - State of New York
NO. 01DR6114467
Qualified in Queens County
My Commission Expires 9/23/2012