ROBINSON BROG LEINWAND GREENE GENOVESE & GLUCK P.C.

875 THIRD AVENUE

NEW YORK, NEW YORK 10022-0123

(212) 603-6300

FAX (212) 956-2164

April 2, 2010

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 07 APR 2010
```

Robert R. Leinwand
212-603-6309
rrl@robinsonbrog.com
fax: 212-581-5981

**VIA FACSIMILE #212-805-0426
and First Class Mail**
The Honorable Laura Taylor Swain
United States District Court Judge
United States District Court for the
 Southern District of New York
500 Pearl Street
New York, New York 10007-1312

**MEMO ENDORSED**

RE: <u>SEC v. Amerindo Investment Advisors Inc.</u>, *et al.*   05 Civ. 5231 (LTS)(DFE)

Dear Judge Swain:

Pursuant to a letter to you from Marc Salzberg of the SEC dated February 22, 2010, and your memo endorsed "So Ordered" on that same date, you adjourned the Pre-trial Case Conference in the above case to April 9, 2010 at 3:15 p.m. with a direction that the parties notify Your Honor promptly if Judge Sullivan ruled on the Restitution Order. We have been advised that Judge Sullivan has not so ruled. Accordingly, we believe that nothing substantial would be accomplished at the Pre-Trial Conference, and accordingly, request that the Pre-Trial Conference presently scheduled for April 9, 2010 be continued for approximately sixty (60) days. We of course will notify the Court if Judge Sullivan rules on the Restitution Order prior to the continued date of the Pre-Trial Conference.

Counsel for the SEC has consented to this request.

Please advise if any further information would be of assistance to the Court.

Respectfully submitted,

[signature]

**Robert R. Leinwand**

RRL:tef
cc: Glenn Colton, Esq. – via email
    Mark Salzberg, Esq.—via email
    Eugene Licker, Esq.—via email
    Paul Gizzi, Esq.—via email

475261

*The conference is adjourned to June 16, 2010, at 4:30 pm.*

SO ORDERED.

NEW YORK, NY
[signature]
LAURA TAYLOR SWAIN
April 7, 2010   UNITED STATES DISTRICT JUDGE