UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

SECURITIES AND EXCHANGE
COMMISSION,

        Plaintiff,

-v-                                       No. 05 Civ. 5231 (LTS)(JLC)

AMERINDO INVESTMENT
ADVISORS INC., et al.,

        Defendants.

-------------------------------------------------------x



### ORDER

        Sentencing in the related criminal case having been completed, it is hereby ordered that Defendants respond to the Amended Complaint in the above-captioned matter by **May 10, 2010**. Mr. Tanaka must also enter a notice of appearance by new counsel or appear pro se by **May 10, 2010**. Mr. Tanaka is hereby notified that failure to file a notice of appearance by May 10, 2010, may result in judgment against him by default. If he wishes to proceed without counsel, Mr. Tanaka is instructed to consult with the Court's pro se office at (212) 805-0175 for procedural assistance regarding self-representation.

        A copy of this order will be sent to Mr. Tanaka at 211 East 60th St., Apartment 4C, New York, NY 10022, the mailing address he confirmed as valid to the SEC on April 15, 2010. All filings in this case are directed to be mailed to Mr. Tanaka at the aforementioned address pending entry of notice of appearance.

        SO ORDERED.

Dated: New York, New York
       April 15, 2010

LAURA TAYLOR SWAIN
United States District Judge

4.15.10.WPD        VERSION 4/15/10        1