UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
SECURITIES AND EXCHANGE COMMISSION　　　　:
　　　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　　　Plaintiff,　　　　　　　:　　05 Cv 5231 (LTS)
　　　　　　　　　　　　　　　　　　　　　　:
　　- against -　　　　　　　　　　　　　　:　　NOTICE OF MOTION
　　　　　　　　　　　　　　　　　　　　　　:　　TO FILE DECLARATION
　　　　　　　　　　　　　　　　　　　　　　:　　UNDER SEAL
AMERINDO INVESTMENT ADVISORS INC.,　　　　 :
ALBERTO WILLIAM VILAR, and　　　　　　　　:
GARY ALAN TANAKA,　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　　　Defendants.　　　　　　 :
　　　　　　　　　　　　　　　　　　　　　　:
------------------------------------------------------------------x

## NOTICE OF MOTION TO FILE DECLARATION UNDER SEAL

PLEASE TAKE NOTICE, that upon the Memorandum of Law submitted herewith, Loeb & Loeb LLP will move this Court before Hon. Laura Taylor Swain at the Courthouse located at 500 Pearl Street, New York, New York 10007 as soon as counsel can be heard for an order pursuant to Rule 5.2(d) of the Federal Rules of Civil Procedure allowing Loeb & Loeb LLP to file its declaration in support of its motion to withdraw as counsel for Amerindo Investment Advisors Inc. in the above-captioned action and to stay the matter as to Amerindo Investment Advisors Inc. under seal.

Dated: New York, New York
       June 4, 2010

                                            LOEB & LOEB LLP

                                            By: /s/
                                            Eugene R. Licker
                                            345 Park Avenue
                                            New York, NY 10154

NY752041.3
207761-10001

TO:

**Mark K. Schonfeld**
Securities and Exchange Commission
233 Broadway
New York, NY 10279-1102
(646) 428-1911
*Attorney for Plaintiff*

**Mark Daniel Salzberg**
Securities & Exchange Commission
Three World Financial Center, Room 4300
New York, NY 10281
(212)-336-0159
*Attorney for Plaintiff*

**Paul G. Gizzi**
Securities and Exchange Commission
Three World Financial Center
New York, NY 10281
(212)-336-0077
*Attorney for Plaintiff*

**Fred B. Ringel**
Robinson Brog Leinwand Greene Genovese & Gluck PC
1345 Avenue of the Americas, 31st Floor
New York, NY 10105
(212)-586-4050
*Attorneys for Defendant Alberto W. Vilar*

**Gary A. Tanaka**
c/o Dershowitz, Eiger & Adelson, PC
220 Fifth Avenue
Suite 300
New York, NY 10001

NY752041.3
207761-10001