# CARTER LEDYARD & MILBURN LLP
*Counselors at Law*

Robert J.A. Zito
Partner

Direct Dial: 212-238-8768
E-mail: zito@clm.com

2 Wall Street
New York, NY 10005-2072

Tel (212) 732-3200
Fax (212) 732-3232

701 8th Street, N.W., Suite 410
Washington, DC 20001-3893
(202) 898-1515

570 Lexington Avenue
New York, NY 10022-6856
(212) 371-2720

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11 JUN 2010

June 10, 2010

**MEMO ENDORSED**

**VIA FACSIMILE**

The Honorable Laura Taylor Swain,
United States District Judge
United States District Court
Foley Square
40 Centre Street, Room 1205
New York, New York 10007-1581

Re: SEC v. Amerindo Investment Advisors, Inc. et al.,
05 Civ. 5231 (LTS)(JLC)

Dear Judge Swain:

I write to respectfully request another extension until July 16 for the Defendants Amerindo Technology Growth Fund, Inc., Amerindo Technology Growth Fund II, Inc. and Techno Raquia, S.A. (collectively, the "Funds") to answer, move or otherwise plead in connection with the above action. June 10 is the current deadline. Mr. Tanaka's time has been extended to July 16. I have spoken with the Plaintiff's counsel and they do not oppose this application.

We continue to be in discussions with various stockholders of the Funds concerning our firm's engagement in this matter, and hope to conclude these discussions and appear on behalf of the Funds in the near future. This is our second request for an extension on these grounds.

Respectfully submitted,

*/s/ Robert J.A. Zito*
Robert J.A. Zito

The request is granted.

SO ORDERED.

*/s/ Laura Taylor Swain* 6/11/10
LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE

RJAZ:ma
cc: Mark D. Salzberg, Esq. (via email)
Robert Leinwand, Esq. (via email)
Eugene R. Licker, Esq. (via email)
Glenn Colton, Esq. (via email)

6620207.1