UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

SECURITIES AND EXCHANGE
COMMISSION,

        Plaintiff,

-v-                                    No. 05 Civ. 5231 (LTS)(JLC)

AMERINDO INVESTMENT
ADVISORS INC., et al.,

        Defendants.

-----------------------------------------------------------x

*USDC SDNY*
*DOCUMENT*
*ELECTRONICALLY FILED*
*DOC #: _____*
*DATE FILED: 28 JUN 2010*

### ORDER

        The common law recognizes a right of public access to "judicial documents," defined as those documents "relevant to the performance of the judicial function and useful in the judicial process." Lugosch v. Pyramid Co. of Onondaga, 435 F.3d 110, 119 (2d Cir. 2006); see also United States v. Amodeo, 44 F.3d 141, 145-46 (2d Cir. 1995) (characterizing the right as a "presumption favoring access to judicial records"). In light of this right of public access, counsel for Defendant Amerindo Investment Advisors, Inc. is hereby directed to provide to the Court a supplemental submission, due no later than **July 12, 2010,** justifying its request to file its June 4, 2010, declaration in support of its motion to withdraw as counsel under seal.

        SO ORDERED.

Dated: New York, New York
       June 28, 2010

                                                        LAURA TAYLOR SWAIN
                                                        United States District Judge