UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

SECURITIES AND EXCHANGE
COMMISSION,

        Plaintiff,

   -v-

AMERINDO INVESTMENT
ADVISORS INC., et al.,

        Defendants.

-------------------------------------------------------x

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 15 SEP 2010
```

No.  05 Civ. 5231 (LTS)(JLC)

### ORDER

      The Court has received a letter dated August 23, 2010, from defendant Gary Tanaka

indicating his preparation to assume self-representation and requesting the appointment of counsel.

The Court construes Mr. Tanaka's letter as an appearance pro se, and will hold in abeyance his

request for counsel pending the upcoming conference in this matter, currently scheduled for

October 22, 2010.

      The Court has also received a letter dated August 31, 2010, from Fox Rothschild

LLP, Mr. Tanaka's former counsel, which refers to a response to the SEC's Amended Complaint

"sent . . . to the Court" unbeknownst to them by Mr. Tanaka.  The Court has not received, nor does

the docket reflect, the filing of a response by Mr. Tanaka.  Mr. Tanaka is hereby directed to

Copies mailed/faxed to  Mr. Tanaka
Chambers of Judge Swain  9-15-10

promptly file with the Court (by way of the Pro Se Office[1]) and serve on the SEC and counsel for

Alberto Vilar his response to the SEC's Amended Complaint.

The SEC is directed to arrange with the Terminal Island Federal Correctional

Institution for Mr. Tanaka's telephonic participation in the October 22, 2010, conference.

SO ORDERED.

Dated: New York, New York
       September 15, 2010

LAURA TAYLOR SWAIN
United States District Judge

---

[1]     The mailing address of the Pro Se Office is:

        United States District Court of the Southern District of New York
        Pro Se Office
        Daniel Patrick Moynihan United States Courthouse
        500 Pearl Street, Room 230
        New York, New York 10007