USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2 1 APR 2011



UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
NEW YORK REGIONAL OFFICE
3 WORLD FINANCIAL CENTER
SUITE 400
NEW YORK, NEW YORK 10281-1022

WRITER'S DIRECT DIAL LINE
MARK D. SALZBERG
(212) 336-0159
SalzbergM@sec.gov

April 21, 2011

BY FACSIMILE

Honorable Laura Taylor Swain, U.S.D.J.
United States District Court
Southern District of New York
40 Centre Street, Room 1205
New York, New York 10007-1581

**MEMO ENDORSED**

Re:  SEC v. Amerindo Investment Advisors Inc., et al.,
     05-CV-5231 (LTS) (S.D.N.Y.)

Dear Judge Swain:

I am counsel for the plaintiff Securities and Exchange Commission ("SEC") in the above-captioned action and write to provide Your Honor with an update. Following the December 10, 2010 status conference, the SEC staff, representatives of the United States Attorney's Office ("USAO") and counsel for defendants Alberto Vilar and Gary Alan Tanaka continued to discuss a potential "global" settlement whereby the Department of Justice would distribute forfeited Amerindo assets to Amerindo investors. The parties have not, however, reached agreement, and are currently waiting for Judge Sullivan's Forfeiture Order in the parallel criminal proceeding to become final. As noted in my most recent letter, four investors have filed petitions to adjudicate their rights and interests in the forfeited Amerindo assets and, specifically, are seeking the alleged value of their Amerindo accounts, plus interest. The USAO is continuing to attempt to resolve these petitions on the grounds that individual investors do not have a legal interest in the specific Amerindo assets. If these petitions cannot be resolved on a consensual basis, the USAO expects to move to dismiss. Because any global settlement will require that forfeiture to the United States be completed, the parties have been awaiting the resolution of these petitions that challenge the forfeiture. Accordingly, the staff, joined by Mr. Vilar's counsel, respectfully requests that Your Honor reschedule the status conference scheduled for Friday, April 29, 2011 until the earlier of (a) the resolution of the investors' petitions and (b) June 15, 2011. Please advise if any further information would be of assistance to the Court.

The request is granted. The conference is rescheduled to June 15, 2011, at 2:00 pm.

SO ORDERED.
NEW YORK, NY
April 21, 2011
LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE

Respectfully submitted,

Mark D. Salzberg
Senior Counsel