# LAW OFFICES
# STILLMAN, FRIEDMAN & SHECHTMAN, P.C.

425 PARK AVENUE
NEW YORK, NY 10022
www.stillmanfriedman.com

DYF

CHARLES A. STILLMAN
JULIAN W. FRIEDMAN
PAUL SHECHTMAN
SCOTT M. HIMES
MARJORIE J. PEERCE
JOHN B. HARRIS
JAMES A. MITCHELL
MICHAEL J. GRUDBERG
NATHANIEL Z. MARMUR
CAROLYN BARTH RENZIN

MARY MARGULIS-OHNUMA
NATHANIEL I. KOLODNY
ELIZABETH S. WEINSTEIN
DANIEL V. SHAPIRO
ERIK M. ZISSU
SARAH K. JACKEL

TELEPHONE
(212) 223-0200
FACSIMILE
(212) 223-1942

**VIA FACSIMILE**

April 21, 2011

Honorable Laura Taylor Swain, U.S.D.J.
United States District Court
Southern District of New York
40 Centre Street, Room 1205
New York, NY 10007-1581


USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 27 APR 2011

Re: SEC v. Amerindo Investment Advisors, Inc., et al.,
    05-CV-5231 (LTS) (S.D.N.Y.)

Dear Judge Swain:

I am writing in order to withdraw my earlier letter to Your Honor sent this afternoon requesting that the pre-trial conference scheduled for April 29 be held, rather than adjourned as requested in Mark Salzberg's letter to Your Honor of today's date.

Since sending my letter, I have spoken to both Mr. Salzberg and Sharon Levin of the United State Attorney's Office. Based on those conversations, I believe that my client's interests are being protected, and that the April 29 conference would be premature at this time.

Respectfully submitted,

Julian W. Friedman

JWF:kj

cc: Mark D. Salzberg, Esq. (via e-mail)
    Gary Alan Tanaka
    Victoria B. Eiger, Esq.
    Robert Leinwand, Esq.
    Sharon Levin, Esq. (via e-mail)