

UNITED STATES
**SECURITIES AND EXCHANGE COMMISSION**
NEW YORK REGIONAL OFFICE
3 WORLD FINANCIAL CENTER
SUITE 400
NEW YORK, NEW YORK 10281-1022

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
#:
FILED: **1 3 JUN 2011**

WRITER'S DIRECT DIAL LINE
MARK D. SALZBERG
(212) 336-0159
SalzbergM@sec.gov

June 8, 2011

BY FACSIMILE

Honorable Laura Taylor Swain, U.S.D.J.
United States District Court
Southern District of New York
40 Centre Street, Room 1205
New York, New York 10007-1581

# MEMO ENDORSED

Re:    SEC v. Amerindo Investment Advisors Inc., et al.,
       05-CV-5231 (LTS) (S.D.N.Y.)

Dear Judge Swain:

I am counsel for the plaintiff Securities and Exchange Commission ("SEC") in the above-captioned action and write to provide Your Honor with an update. As noted in the staff's previous letters, the parties have been awaiting the Forfeiture Order in the parallel criminal action to become final upon the resolution of investor petitions. The United States Attorney's Office ("USAO") has advised the staff that they have successfully resolved all but one of petitions on a consensual basis, and that there is now an agreement in place with the final petitioner's counsel whereby the petition will be withdrawn. Upon the resolution of the final petition, the staff and the USAO expect to promptly resume discussions with defendants' counsel concerning a "global" settlement whereby the Department of Justice would distribute forfeited Amerindo assets to Amerindo investors. Accordingly, the staff, joined by Mr. Vilar's counsel, respectfully requests that Your Honor reschedule the status conference scheduled for Wednesday, June 15, 2011 until July 29, 2011, in order to provide time for the parties to resume discussions. Please advise if any further information would be of assistance to the Court.

*The conference is adjourned to*
*July 29, 2011, at 3:00 pm.*
*The SEC is directed to inform Mr.*
*Tanaka of the adjournment; a*
*copy of this memorandum endorsed*
*order will be mailed to him by the court.*

Respectfully submitted,

*Mark D. Salzberg*
Mark D. Salzberg
Senior Counsel

SO ORDERED.
NEW YORK, NY
June 13, 2011      LAURA TAYLOR SWAIN
                   UNITED STATES DISTRICT JUDGE

Copies mailed/faxed to  Mr Tanaka
Chambers of Judge Swain   6-13-11

Honorable Laura Taylor Swain
June 8, 2011
Page 2


cc: Gary Alan Tanaka (by Regular Mail)
FCI Terminal Island
Federal Correction Institution
P.O. Box 3007
San Pedro, California 90731

Victoria B. Eiger (by electronic mail)
Dershowitz, Eiger & Adelson, P.C.
220 Fifth Avenue, Suite 300
New York, New York 10001
(counsel for Gary Alan Tanaka in the parallel criminal action)

Robert Leinwand (by electronic mail)
Robinson Brog Leinwand Greene Genovese & Gluck P.C.
1345 Avenue of the Americas
New York, New York 10105-0143
(counsel for Alberto W. Vilar)

Sharon Levin (by electronic mail)
U.S Attorney's Office, S.D.N.Y.
One St. Andrews Plaza
New York, New York 10007