D+F

## LAW OFFICES
## STILLMAN, FRIEDMAN & SHECHTMAN, P.C.

425 PARK AVENUE
NEW YORK, NY 10022
www.stillmanfriedman.com

CHARLES A. STILLMAN
JULIAN W. FRIEDMAN
PAUL SHECHTMAN
SCOTT M. HIMES
MARJORIE J. PEERCE
JOHN B. HARRIS
JAMES A. MITCHELL
MICHAEL J. GRUDBERG
NATHANIEL Z. MARMUR

MARY MARGULIS-OHNUMA
NATHANIEL I. KOLODNY
ELIZABETH S. WEINSTEIN
DANIEL V. SHAPIRO
ERIK M. ZISSU

TELEPHONE
(212) 223-0200
FACSIMILE
(212) 223-1942

**VIA FACSIMILE**

July 14, 2011



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 19 JUL 2011

Honorable Laura Taylor Swain
United States District Court
Southern District of New York
40 Centre Street, Room 1205
New York, NY 10007-1581

   Re: SEC v. Amerindo Investment Advisors, Inc., et al.
     05-CV-5231 (LTS) (S.D.N.Y.)

Dear Judge Swain:

  I am writing in furtherance to the letter I sent you earlier today.

  Subsequent to sending my letter, I was informed that Your Honor has already adjourned the July 29 conference in this matter to September 14. Obviously, that makes my letter moot, and I hereby withdraw it.

  In addition, I was just informed by counsel for the SEC and the United States that after the emails that I referred to in my earlier letter to Your Honor, additional discussions have taken place with counsel for the defendants, and that further progress has been made toward an agreed-on distribution to the investors in the Amerindo funds. I am certainly in agreement that additional time should be allowed to determine whether a definitive agreement on this subject can be reached. However, I respectfully submit that if no such agreement is reached by September 14, no further adjournments should be granted, and the Court should require the parties to appear at the conference on that date and explain their positions.

              Respectfully yours,

              Julian W. Friedman