ROBINSON BROG LEINWAND GREENE GENOVESE & GLUCK P.C.

875 THIRD AVENUE

NEW YORK, NEW YORK 10022-0123

(212) 603-6300

FAX (212) 956-2164

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 13 SEP 2011

Robert R. Leinwand

September 12, 2011

212-603-6309
rrl@robinsonbrog.com
Fax: 212-581-5981

**VIA FACSIMILE #212-805-0426**
**and First Class Mail**

The Honorable Laura Taylor Swain
United States District Court Judge
United States District Court, S.D.N.Y.
500 Pearl Street
New York, New York 10007-1312

## MEMO ENDORSED

RE: SEC v. Amerindo Investment Advisors Inc., et al. 05 Civ. 5231 (LTS)(DFE)

Dear Judge Swain:

We are counsel to Alberto Vilar, Defendant in the above-captioned action. We write concerning the Status Conference scheduled for September 14, 2011 at 2:30 p.m. As has been previously reported to you, the parties are attempting to arrive at a global resolution with respect to the above-captioned and the companion criminal matter before the Honorable Richard J. Sullivan, 05-CR-621(RJS), and have been reviewing a proposed Stipulation and Order to be submitted to Judge Sullivan in the criminal matter. Alberto Vilar's criminal counsel in the case has requested a short continuance of the Status Conference because we believe she is a necessary participant in the Status Conference, and she is unavailable to attend same. She has advised that she will be able to focus on the proposed Stipulation and Order subsequent to September 20th, and would be able to attend a Status Conference soon thereafter. Accordingly, request is respectfully made that the Status Conference presently scheduled for September 14, 2011 be adjourned to a date which is convenient to all of the parties and their counsel. We have communicated with counsel for the Securities and Exchange Commission, and they have no objection to a continuance of the Status Conference, and they have suggested the afternoon of September 23, 2011.

545015

ROBINSON BROG LEINWAND GREENE GENOVESE & GLUCK P.C.

The Honorable Laura Taylor Swain
September 12, 2011
Page 2.

Please advise if any further information would be of assistance to the Court.

Respectfully submitted,

Robert R. Leinwand

RRL:tef
cc: Mark D. Salzberg, Esq.—via email
    Nathan Dershowitz, Esq.—via email
    Sharon Levin, Esq.—via email
    Susan C. Wolfe, Esq.—via email
    Vivian Shevitz, Esq.—via email
    Julian Friedman, Esq.—via email
    Eugene F. Hostres-Velez, Esq.—via email

*The conference is adjourned to September 23, 2011, at 2:15 pm. The SEC must arrange for Mr Tanaka's telephone participation.*

SO ORDERED.

NEW YORK, NY
Sept 12, 2011
LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE

545015