## John Preetzmann Aggerholm
21 2ieme Ruelle Wilson (Pacot) Port-au-Prince Haiti    email: jpaggerholm@hotmail.com



November 23, 2011

Honorable Laura Taylor Swain
United States District Court
500 Pearl Street
New York, NY 10007

05civ 5231(LTS)

Dear Honorable Judge Swain,

I am an investor and victim of Amerindo. I have recently been made aware of letters sent to your honor and I respectfully submit this for your consideration.

In 2003, I purchased a 32 foot sailboat and began sailing with my wife. We crossed the Atlantic twice. Unfortunately, after the arrests of Vilar and Tanaka and the subsequent closing of Amerindo we were forced to stop our sailing due to lack of funds.

In 2007, I was forced to return to Haiti, as my mother became very ill and needed to be institutionalized at Les Pavillon de l'Age d'Or in Petionville, Haiti for her continued wellbeing.

I have been trying to follow the proceedings and hoping for the reimbursement of my Amerindo funds. I had hoped after the conviction and sentencing of Vilar and Tanaka, my funds would be returned to me. Unfortunately, this has not been the case.

As I'm sure you are aware, Haiti recently suffered a devastating earthquake. My income stopped flowing and I am in a very difficult situation. The situation in Haiti is very bad and it will not change anytime soon. In the meantime, I am falling behind on payments for my mother's care and may soon risk her continued residency at her facility. As you may imagine, this is of critical importance.

I have heard that certain investor victims may have received emergency advances on their Amerindo funds. This would be a huge relief to my present dilemma. Even $50,000- to $75,000- could be a huge boost to my situation and importantly, allow me to secure my mother's spot at her caregiver facility in Port-au-Prince, which by a miracle, was not damaged in the earthquake.

I am writing to your Honor so that you may be aware of the far reaching consequences of this Amerindo/Vilar/Tanaka situation and severe hardship my family must continue to endure while we await resolution of this matter. Thank you for reading my letter and I hope and pray that this may be quickly resolved.

Yours Sincerely,

John Preetzmann Aggerholm