UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



SECURITIES AND EXCHANGE
COMMISSION,

Plaintiff,

-v-

No. 05 Civ. 5231 (LTS)

AMERINDO INVESTMENT ADVISORS
INC., *et al.*,

Defendants.

UNITED STATES OF AMERICA

-v-

No. 05 Cr. 621 (RJS)

ALBERTO WILLIAM VILAR and
GARY ALAN TANAKA,

Defendants.

## ORDER

LAURA TAYLOR SWAIN, District Judge, and RICHARD J. SULLIVAN, District Judge:

The Court is in receipt of the following submissions: (1) a letter from Patrick W. Begos, dated November 18, 2011, proposing a joint conference in the above-captioned cases regarding a potential distribution of funds to investors; (2) a letter from Julian W. Friedman, dated November 22, 2011, joining in Mr. Begos' request for a joint conference but expressing disagreement with some of his proposals; (3) a letter from John Preetzmann Aggerholm, dated November 28, 2011, detailing his financial difficulties and requesting information as to any reimbursement proceedings; and (4) a letter from Alfred Heitkonig, dated November 30, 2011,

expressing concerns regarding distributions pursuant to the Restitution Order in No. 05 Cr. 621. Additionally, on December 1, 2011, the government filed a motion for entry of a final order of forfeiture in No. 05 Cr. 621, and on December 2, 2011, Defendant Alberto William Vilar filed a motion to stay forfeiture.

Accordingly, IT IS HEREBY ORDERED THAT all parties in both of the above-captioned cases shall appear for a joint conference on January 10, 2012 at 4:45 p.m. in Courtroom 11C of the United States District Court for the Southern District of New York, 500 Pearl Street, New York, New York.   The SEC must make arrangements for Mr. Tanaka's telephonic participation.   The non parties who submitted the above-described letters are also invited to attend.

IT IS FURTHER ORDERED THAT the parties in No. 05 Cr. 621 shall make a joint written submission to the Court no later than December 30, 2011, setting forth a brief explanation of the value of the property referenced in the government's submissions in connection with its motion.

IT IS FURTHER ORDERED THAT the SEC in No. 05 Civ. 5231 shall make a written submission to the Court no later than December 30, 2011, setting forth a brief explanation of what, if any, further relevant assets have been identified, the value and current custody of such assets, and the status and anticipated timing of any plans, proposals or agreed mechanisms for distribution of any or all of the assets referenced in the criminal proceeding submission, or otherwise identified as relevant to forfeiture, restitution or compensation claims.

The Clerk of Court is respectfully requested to docket this order in each of the above captioned cases. The Clerk of Court is further requested to mail copies of this order to Mr. Gary

2

Alan Tanaka, Mr. Patrick W. Begos, Mr. Julian W. Friedman, Mr. John Preetzmann Aggerholm,

and Mr. Alfred Heitkonig.

SO ORDERED.

Dated:      December 19, 2011
            New York, New York


LAURA TAYLOR SWAIN                    RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE          UNITED STATES DISTRICT JUDGE

3