UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
UNDCSPY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JAN 1 3 2012
```

SECURITIES AND EXCHANGE
COMMISSION,

Plaintiff,

-v-

AMERINDO INVESTMENT ADVISORS
INC., *et al.*,

Defendants.

No. 05 Civ. 5231 (LTS)

UNITED STATES OF AMERICA

-v-

ALBERTO WILLIAM VILAR and
GARY ALAN TANAKA,

Defendants.

No. 05 Cr. 621 (RJS)

ORDER

LAURA TAYLOR SWAIN, District Judge, and RICHARD J. SULLIVAN, District Judge:

On January 10, 2012, the Court held a joint conference at which parties in the above-captioned cases discussed the identification of investors and assets, as well as proposals for interim distributions of assets to investors, including persons who have been identified as victims in the criminal proceeding (the collective term "investors" is used in this order to describe all such persons).

Pursuant to the discussions at the January 10, 2012 conference, IT IS ORDERED that the Government and the SEC shall disclose a comprehensive list of the investors, and any

Copies mailed/faxed to   *Mr Tanaka*
Chambers of Judge Swain   1-13-2012

other potential claimants whom they have identified to date, to Defendants Vilar and Tanaka by January 20, 2012.  Courtesy copies shall also be provided for the Chambers of each of the undersigned.

IT IS FURTHER ORDERED that the Government promptly file its January 9, 2012 submission on the ECF system.

The Clerk of Court is respectfully requested to docket this order in each of the above captioned cases and to mail a copy of the order to Mr. Gary Alan Tanaka.  The SEC is directed  to  provide copies of this order to Patrick W. Begos, Esq., Julian W. Friedman, Esq., John Preetzmann Aggerholm, Esq., Mr. Alfred Heitkonig, Thomas J. Hall, Esq. and Timothy Wright, Esq. promptly by fax or similarly rapid mode of delivery

SO ORDERED.

Dated:       January 12, 2012
             New York, New York

LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE

2