Attorney for the Plaintiff
SECURITIES AND EXCHANGE COMMISSION
Northeast Regional Office
3 World Financial Center
New York, NY  10281

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------------x

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | : |
|  | : ECF Case |
| Plaintiff, | : |
|  | : |
| - against - | : |
|  | : |
| AMERINDO INVESTMENT ADVISORS INC., | : 05 Civ. 5231 (LTS) |
| AMERINDO INVESTMENT ADVISORS, INC., | : |
| AMERINDO ADVISORS UK LIMITED, | : |
| AMERINDO MANAGEMENT INC., | : |
| AMERINDO TECHNOLOGY GROWTH FUND, INC., | : |
| AMERINDO TECHNOLOGY GROWTH FUND II, INC., | : |
| TECHNO RAQUIA, S.A., | : |
| ALBERTO W. VILAR, and | : |
| GARY ALAN TANAKA, | : |
|  | : |
| Defendants. | : |
|  | : |

------------------------------------------------------------------------------x

CERTIFICATE OF SERVICE OF THE
ORDER DATED JANUARY 12, 2012

I, Mark D. Salzberg, hereby certify that on January 13, 2012, I served by electronic mail a copy of the Order dated January 12, 2012 on each of the following:  Patrick Begos, Esq., Julian W. Friedman, Esq., John Preetzman, Esq., Mr. Alfred Heitkonig (via his counsel, Julian Friedman, Esq.), Thomas J. Hall, Esq., and Timothy Wright, Esq.

Dated: New York, New York
January 13, 2012

        Respectfully submitted,

_____/s/_____
Mark D. Salzberg

Counsel for the Plaintiff
Securities and Exchange Commission
3 World Financial Center, Room 4300
New York, NY  10281
212-336-0159

2