UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
UNITED STATES OF AMERICA                            :
                                                    :
                              Plaintiff,     :  05 Cr. 621 (RJS)
                                                    :
                    - against -                      :
                                                    :
ALBERTO WILLIAM VILAR and                           :
GARY ALAN TANAKA,                                   :
                                                    :
                              Defendants.    :
------------------------------------------------------------------------x
SECURITIES AND EXCHANGE COMMISSION,                 :
                                                    :
                              Plaintiff,    :
                                                    :
                    - against -                      :
                                                    :
AMERINDO INVESTMENT ADVISORS INC.,                  :  05 Civ. 5231 (LTS)
AMERINDO INVESTMENT ADVISORS, INC.,                 :
AMERINDO ADVISORS UK LIMITED,                       :
AMERINDO MANAGEMENT INC.,                           :
AMERINDO TECHNOLOGY GROWTH FUND, INC.,              :
AMERINDO TECHNOLOGY GROWTH FUND II, INC.,           :
TECHNO RAQUIA, S.A.,                                :
ALBERTO W. VILAR, and                               :
GARY ALAN TANAKA,                                   :
                                                    :
                              Defendants.   :
                                                    :
------------------------------------------------------------------------x

**CERTIFICATE OF SERVICE OF THE**
**ORDER DATED JANUARY 13, 2012**

     I, Mark D. Salzberg, hereby certify that on January 17, 2012, I served by electronic mail a copy of the Order dated January 13, 2012 on each of the following: Patrick Begos, Esq., Julian W. Friedman, Esq., John Preetzman Aggerholm, Esq., Mr. Alfred Heitkonig (via his counsel, Julian Friedman, Esq.), Thomas J. Hall, Esq., and Timothy Wright, Esq.

Dated: New York, New York
January 17, 2012

                          Respectfully submitted,

                          _____/s/_____
                          Mark D. Salzberg

                          Counsel for the Plaintiff
                          Securities and Exchange Commission
                          3 World Financial Center, Room 4300
                          New York, NY  10281
                          212-336-0159