UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| Plaintiff, | : | 05 Cr. 621 (RJS) |
| | : | |
| - against - | : | |
| | : | |
| ALBERTO WILLIAM VILAR and | : | |
| GARY ALAN TANAKA, | : | |
| | : | |
| Defendants. | : | |

-----------------------------------------------------------------------------x

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| - against - | : | |
| | : | |
| AMERINDO INVESTMENT ADVISORS INC., | : | 05 Civ. 5231 (LTS) |
| AMERINDO INVESTMENT ADVISORS, INC., | : | |
| AMERINDO ADVISORS UK LIMITED, | : | |
| AMERINDO MANAGEMENT INC., | : | |
| AMERINDO TECHNOLOGY GROWTH FUND, INC., | : | |
| AMERINDO TECHNOLOGY GROWTH FUND II, INC., | : | |
| TECHNO RAQUIA, S.A., | : | |
| ALBERTO W. VILAR, and | : | |
| GARY ALAN TANAKA, | : | |
| | : | |
| Defendants. | : | |

-----------------------------------------------------------------------------x

## CERTIFICATE OF SERVICE OF THE
## ORDER DATED FEBRUARY 6, 2012

I, Mark D. Salzberg, hereby certify that on February 7, 2012, I served by electronic mail a copy of the Order dated February 6, 2012 on each of the following: Patrick Begos, Esq., Julian W. Friedman, Esq., John Preetzman Aggerholm, Esq., Mr. Alfred Heitkonig (via his counsel, Julian Friedman, Esq.), Thomas J. Hall, Esq., and Timothy Wright, Esq.

Dated: New York, New York
February 8, 2012

Respectfully submitted,

_____/s/_____
Mark D. Salzberg

Counsel for the Plaintiff
Securities and Exchange Commission
3 World Financial Center, Room 4300
New York, NY  10281
212-336-0159

2