UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　　　　　Plaintiff,<br><br>-against-<br><br>AMERINDO INVESTMENT ADVISORS, INC., *et al.*,<br><br>　　　　　　　　Defendants. | Case No. 05 CIV 5231 (LTS)<br><br>**NOTICE OF MOTION BY DEFENDANT ALBERTO VILAR FOR SUMMARY JUDGMENT DISMISSING THIS ACTION** |

PLEASE TAKE NOTICE that upon the annexed affidavit of David C. Burger, sworn to on March 7, 2012, and the documents adopted therein, Defendant Alberto Vilar will move this Court, pursuant to Federal Rule of Civil Procedure 56, at a time and date to be set by the Court, for an Order granting summary judgment dismissing this case, in whole or in substantial part, as to him, and for such other and further relief as to the Court may appear just and proper.

Dated: March 7, 2012
　　　　New York, New York

ROBINSON BROG LEINWAND
GREENE GENOVESE & GLUCK, P.C.

By: _____
　　　David C. Burger
875 Third Avenue, 9th Floor
New York, NY 10022
(212) 603-6300
dcb@robinsonbrog.com
*Attorneys for Alberto Vilar*