UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
SECURITIES AND EXCHANGE          :
COMMISSION,
                                 :      05 Civ. 5231 (LTS)
              Plaintiff,
                                 :      MOTION TO
      v.                                DISMISS
                                 :
AMERINDO INVESTMENT ADVISORS,
INC, *et al.,*                   :
              Defendants.        :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

PLEASE TAKE NOTICE that upon the annexed declaration of
VIVIAN SHEVITZ and the accompanying Memorandum of Law, GARY
A. TANAKA will move this Court, at a time and date to be set by the
Court, for an Order dismissing the case, in whole or in substantial part,
and for such other and further relief as to the Court appears just and
proper.

Dated:  Portland, Maine
        March 7, 2012

                            _____/s/_____
                            Vivian Shevitz
                            Attorney for Defendant Tanaka
                            401 Cumberland Avenue – Apt. 609
                            Portland, Maine 04101
                            914-763-2122
                            FAX:  888 859-0158
                            Vivian@shevitzlaw.com