UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/6/2012
```

SECURITIES AND EXCHANGE
COMMISSION,

                Plaintiff,

-v-

AMERINDO INVESTMENT ADVISORS
INC., *et al.*,

                Defendants.

No. 05 Civ. 5231 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

The Court is in receipt of the following submissions: (1) a letter from Defendant Gary Tanaka, dated March 26, 2012, regarding his contemplated motion to dismiss; (2) a letter from Plaintiff, dated March 29, 2012, responding to Mr. Tanaka's letter; (3) a letter Defendant Alberto Vilar, dated April 5, 2012, regarding his contemplated motion to dismiss; (4) a letter from Plaintiff, dated April 6, 2012, responding to Mr. Vilar's letter; and (5) a letter from Plaintiff, dated April 6, 2012, regarding its contemplated motion for partial summary judgment.

Accordingly, IT IS HEREBY ORDERED THAT the parties shall appear for a pre-motion conference on May 4, 2012 at 10:00 a.m. regarding their contemplated motions. Pursuant to the Court's Individual Practices, Defendants shall respond to Plaintiff's pre-motion letter no later than April 11, 2012.

SO ORDERED.

Dated:     April 6, 2012
              New York, New York

                                                  RICHARD J. SULLIVAN
                                                  UNITED STATES DISTRICT JUDGE