UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SECURITIES AND EXCHANGE
COMMISSION,

                     Plaintiff,

-v-

AMERINDO INVESTMENT ADVISORS
INC., et al.,

                     Defendants.

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/24/2012
```

No. 05 Civ. 5231 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

The Court is in receipt of the following submissions: (1) a letter from Paul Marcus and Dr. Ronald Salvitti, dated April 19, 2012, requesting permission to participate in the Court's May 4, 2012 pre-motion conference; and (2) a letter from Alfred C. Heitkonig, dated April 23, 2012, also requesting permission to participate in the May 4 "hearing."

The requests are granted. Accordingly, IT IS HEREBY ORDERED THAT Messrs. Marcus and Heitkonig and Dr. Salvitti or their representatives, as well as other investors who have participated in past conferences in this matter, may attend and be heard at the May 4, 2012 pre-motion conference. However, the purpose of the conference is to address Defendants' contemplated motions to dismiss and Plaintiff's contemplated motion for summary judgment; thus, the May 4 conference will be focused on those issues and not general concerns surrounding this action, and the parties and investors should plan their statements accordingly.

SO ORDERED.

Dated:     April 24, 2012
             New York, New York

                                                  RICHARD J. SULLIVAN
                                                  UNITED STATES DISTRICT JUDGE