UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SECURITIES AND EXCHANGE
COMMISSION,

                Plaintiff,

-v-

AMERINDO INVESTMENT ADVISORS
INC., *et al.*,

                Defendants.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/4/2012

No. 05 Civ. 5231 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

As stated on the record at the conference held on May 4, 2012, IT IS HEREBY ORDERED THAT Plaintiff shall file a second amended complaint no later than May 25, 2012.

IT IS FURTHER ORDERED THAT the parties shall submit a joint letter setting forth a proposed briefing schedule for their contemplated cross-motions to dismiss and for summary judgment no later than June 8, 2012.

SO ORDERED.

Dated:      May 4, 2012
              New York, New York

                                            RICHARD J. SULLIVAN
                                            UNITED STATES DISTRICT JUDGE