UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
┌─────────────────────────────────┐
│ USDS SDNY                        │
│ DOCUMENT                         │
│ ELECTRONICALLY FILED             │
│ DOC #: _____                  │
│ DATE FILED:  6 | 14 | 2012       │
└─────────────────────────────────┘
```

SECURITIES AND EXCHANGE
COMMISSION,

                              Plaintiff,

        -v-                                        No. 05 Civ. 5231 (RJS)
                                                        ORDER
AMERINDO INVESTMENT ADVISORS
INC., *et al.*,

                              Defendants.

UNITED STATES OF AMERICA

        -v-
                                                   No. 05 Cr. 621 (RJS)
ALBERTO WILLIAM VILAR and
GARY ALAN TANAKA,

                              Defendants.

RICHARD J. SULLIVAN, District Judge:

        The Court is in receipt of a letter from Huw Davies, the Scheme Adviser of the Amerindo

Advisers (UK) Ltd Retirement Benefits Scheme (the "Scheme"), dated May 9, 2011 but received

in Chambers on May 30, 2012, requesting assistance in fulfilling the Adviser's legal

responsibilities in relation to the Scheme.  The letter notes that Mr. Davies had previously

discussed these matters with former Assistant United States Attorney Marc Litt.

        The requests contained in Mr. Davies's letter are properly addressed in the first instance

to Assistant United States Attorney Sharon Cohen Levin, who is now handling the forfeiture

aspects of this action; accordingly, the Court will forward the letter to Ms. Cohen Levin and

Defendants.  IT IS HEREBY ORDERED THAT the government shall respond to Mr. Davies's

request no later than July 13, 2012, and shall send a copy of its response to the Court and to Defendants.

SO ORDERED.

Dated:       June 12, 2012
             New York, New York

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE