UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SECURITIES AND EXCHANGE
COMMISSION,

                Plaintiff,

-v-

AMERINDO INVESTMENT ADVISORS
INC., *et al.*,

                Defendants.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/19/2012

No. 05 Civ. 5231 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

     The Court is in receipt of a letter from Plaintiff, dated June 8, 2012, proposing a briefing schedule for the parties' contemplated motions to dismiss and for summary judgment. Defendants do not consent to Plaintiff's proposal, and instead wish to delay briefing until after the oral argument regarding the individual Defendants' appeals of their criminal convictions in *United States v. Alberto William Vilar, et al.*, No. 05 Cr. 621 (RJS). Because the Court sees no reason to stop these proceedings pending Defendants' appeals, the Court adopts Plaintiff's proposed schedule. Accordingly, IT IS HEREBY ORDERED THAT the parties shall file their contemplated dispositive motions by July 27, 2012. The parties' responses are due by August 17, 2012. Replies, if any, shall be due by September 14, 2012. The parties shall appear for oral argument on October 19, 2012 at 2:30 p.m.

     Additionally, the parties request that the Court lift the limitations on briefs and exhibits in connection with their motions. Accordingly, IT IS FURTHER ORDERED THAT the parties' opening and opposition briefs may be up to 35 pages in length. Reply briefs may be up to 15 pages in length. The page limit for exhibits shall not apply to copies of the pleadings in this

case, charging instruments in the criminal case, or transcripts from the criminal trial; however, the parties are directed to only attach those transcript portions that are necessary to resolution of their motions. Additionally, the parties' request to lift the limitations on numbers of exhibits and length of declarations is HEREBY DENIED without prejudice. Should the parties wish to renew their request, such request should briefly describe the nature of the additional contemplated submissions and why they are necessary.

SO ORDERED.

Dated: June 18, 2012
New York, New York

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE