

UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
NEW YORK REGIONAL OFFICE
3 WORLD FINANCIAL CENTER
SUITE 400
NEW YORK, NEW YORK 10281-1022

WRITER'S DIRECT DIAL LINE
MARK D. SALZBERG
(212) 336-0159
SalzbergM@sec.gov

**MEMO ENDORSED** July 26, 2012

BY EMAIL

Honorable Richard J. Sullivan
United States District Court Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/26/2012
```

Re: SEC v. Amerindo Investment Advisors Inc., et al.,
 05-CV-5231 (RJS) (S.D.N.Y.)

Dear Judge Sullivan:

I represent plaintiff Securities and Exchange Commission ("SEC") in this action and write, pursuant to Individual Rule of Practice 1.D, to respectfully request that the Court extend the time set forth in Your Honor's July 25, 2012 revised scheduling Order for responsive briefs to be filed on the parties dispositive motions from August 31, 2012 to September 7, 2012. The SEC staff working on this action has pre-existing vacations scheduled for the last week of August. This is the SEC staff's first request for an extension. Defendants' counsel, Vivian Shevitz and David Burger, consent to the SEC staff's requested extension, provided that Your Honor similarly extend the deadline for parties to submit reply briefs by one week from September 28, 2012 to October 5, 2012. The SEC staff consents to the defendants' request.

Respectfully submitted,

*Mark D. Salzberg*

Mark D. Salzberg
Senior Counsel

Cc (via email): Vivian Shevitz (Vivian@shevitzlaw.com)
 Jane Simkin Smith (jssmith1@optonline.net)
 David C. Burger (dcb@robinsonbrog.com)

SO ORDERED.
Dated: 7/26/12
RICHARD J. SULLIVAN U.S.D.J.