UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                    Plaintiff,<br><br>        v.<br><br>AMERINDO INVESTMENT ADVISORS INC.,<br>AMERINDO INVESTMENT ADVISORS, INC.,<br>AMERINDO ADVISORS UK LIMITED,<br>AMERINDO MANAGEMENT INC.,<br>AMERINDO TECHNOLOGY GROWTH FUND, INC.,<br>AMERINDO TECHNOLOGY GROWTH  FUND II, INC.,<br>TECHNO RAQUIA, S.A.,<br>ALBERTO W. VILAR, and<br>GARY ALAN TANAKA,<br>                    Defendants. | 05 Civ. 5231 (RJS)<br><br>ECF CASE |

### NOTICE OF MOTION OF PLAINTIFF SECURITIES AND EXCHANGE COMMISSION FOR PARTIAL SUMMARY JUDGMENT AGAINST DEFENDANTS ALBERTO W. VILAR AND GARY ALAN TANAKA

PLEASE TAKE NOTICE that upon the declarations of Neal Jacobson and James Meixner submitted herewith, the statement of undisputed material facts, and all prior proceedings in this case, the plaintiff, Securities and Exchange Commission ("Commission"), will move this Court, on October 19, 2012 at 2:30 p.m., before the Honorable Richard J. Sullivan, at the United States Courthouse for the Southern District of New York, 500 Pearl Street, New York, New York 10007, for an order granting the Commission partial summary judgment against defendants Alberto W. Vilar and Gary Alan Tanaka.

PLEASE TAKE FURTHER NOTICE that all papers to be submitted in opposition to this motion shall be filed with the Court and served upon the Commission no later than September 7, 2012.

PLEASE TAKE FURTHER NOTICE that if no papers are submitted in opposition to this motion, the Court may grant the motion without any further notice or hearing.

Dated: New York, New York
       August 3, 2012

>                    Respectfully submitted,
>
>                    /s/ Neal Jacobson
>                    By:  Neal Jacobson
>                         Mark D. Salzberg
>                    Securities and Exchange Commission
>                    New York Regional Office
>                    3 World Financial Center, Suite 400
>                    New York, New York  10281
>                    Telephone: (212) 336-0095
>                    Facsimile:  (212) 336-1324
>                    Email: Jacobsonn@sec.gov

Of Counsel:
Alistaire Bambach