UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　　　Plaintiff,<br><br>　-v-<br><br>AMERINDO INVESTMENTS ADVISORS, INC., *et al.*,<br><br>　　　　　　Defendants. | No.  05 Civ. 5231 (RJS)<br>ECF Case |

## DECLARATION OF JAMES E. MEIXNER

JAMES E. MEIXNER declares under penalty of perjury as follows:

1. I am over twenty-one years of age and a resident of Portland, Oregon. I am employed by the Payroll & Insurance Group, Inc., 3519 NE 15th Avenue, Portland, Oregon 97212.

2. In or about February 2000, I worked in Northbrook, Illinois and provided accounting services to Ayr, Inc. ("Ayr").

3. On or about February 7, 2000, Ms. Tara Colburn contacted me in my Northbrook, Illinois office and requested that Ayr send $1 million dollars to Amerindo.

4. On or about February 7, 2000, I received a facsimile from Amerindo providing instructions concerning the $1 million payment. A copy of the facsimile is attached hereto as Exhibit A. This copy was provided to me by Mr. Neal Jacobson of the Securities and Exchange Commission who advised me that it was marked as an exhibit in a trial in New York. Although I do not have access to my files from 2000, I recognize the facsimile and recall the transaction in

question.

5.  On or about February 7, 2000, I prepared and signed a letter and attached a check on behalf of Ayr in the amount of $1 million for Ms. Colburn's benefit. A copy of the letter is attached hereto as Exhibit B. This letter was also provided to me by Neal Jacobson. I recognize the letter and my signature on the letter and I recall the transaction in question. Although I do not have a copy of the check, I believe that it was written on an Ayr account at Bank of America.

6.  On or about, February 7, 2000, I sent the letter and the check from Northbrook, Illinois to Bear Stearns Co. Inc. ("Bear Stearns") in New York, New York.

Dated: Portland, OR
25 April , 2012

_____
James E. Meixner