UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SECURITIES AND EXCHANGE COMMISSION,

Plaintiff,

v.

AMERINDO INVESTMENT ADVISORS INC.,
AMERINDO INVESTMENT ADVISORS, INC.,
AMERINDO ADVISORS UK LIMITED,
AMERINDO MANAGEMENT INC.,
AMERINDO TECHNOLOGY GROWTH FUND, INC.,
AMERINDO TECHNOLOGY GROWTH  FUND II, INC.,
TECHNO RAQUIA, S.A.,
ALBERTO W. VILAR, and
GARY ALAN TANAKA,

Defendants.

05 Civ. 5231 (RJS)

ECF CASE

## DECLARATION OF SERVICE

Mark D. Salzberg declares under penalty of perjury as follows:

I am a lawyer employed by the New York Regional Office of the Securities and

Exchange Commission.  On August 9, 2012, I caused true and correct copies of the following

documents to be served on the persons listed on the annexed service list by overnight mail,

postage prepaid:

1. Notice of Motion of Plaintiff Securities and Exchange Commission for Partial Summary Judgment Against Defendants Alberto W. Vilar and Gary Alan Tanaka.
2. Plaintiff Securities and Exchange Commission's Statement of Undisputed Material Facts Pursuant to Local Rule 56.1 in Support of its Motion for Partial Summary Judgment Against Defendants Alberto W. Vilar and Gary Alan Tanaka.
3. Declaration of Neal Jacobson in Support of Motion by Securities and Exchange Commission for Partial Summary Judgment Under Fed. R. Civ. P. 56.
4. Declaration of James E. Meixner.
5. Plaintiff Securities and Exchange Commission's Memorandum of Law in Support of its Motion for Partial Summary Judgment Against Defendants Alberto W. Vilar and Gary Alan Tanaka.

Dated: New York, New York
       August 9, 2012

                              /s/Mark D. Salzberg
                              Mark D. Salzberg

## SERVICE LIST

Vivian Shevitz, Esq.
401 Cumberland Ave., Apt. 609
Portland, ME 04101
(Counsel to Defendant Gary Alan Tanaka)

David C. Burger, Esq.
Robinson  Brog Leinwand et al.
875 Third Ave.
New York, NY 10022-0123
(Counsel to Defendant Alberto W. Vilar)

Alberto W. Vilar
FCI Fort Dix
Federal Correctional Institution
5756 Hartford & Pointville Rd.
Fort Dix, NJ 08640
(On behalf of Defendants Amerindo Investment Advisors Inc., Amerindo Investment Advisors,
Inc., Amerindo Advisors UK Limited, Amerindo Management Inc., Amerindo Technology
Growth Fund, Inc., Amerindo Technology Growth Fund II, Inc., and Techno Raquia, S.A.)

Gary Alan Tanaka
FCI Terminal Island
Federal Correctional institution
1299 Seaside Ave.
San Pedro, CA 90731
(On behalf of Defendants Amerindo Investment Advisors Inc., Amerindo Investment Advisors,
Inc., Amerindo Advisors UK Limited, Amerindo Management Inc., Amerindo Technology
Growth Fund, Inc., Amerindo Technology Growth Fund II, Inc., and Techno Raquia, S.A.)