UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
SECURITIES AND EXCHANGE
COMMISSION,
:   05 Civ. 5231 (LTS)
                    Plaintiff,
:   MOTION TO
   v.                                                         DISMISS
:
AMERINDO INVESTMENT ADVISORS,
INC, et al.,                                                       :
                    Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

      PLEASE TAKE NOTICE that upon the annexed Memorandum of Law, together with all the papers submitted in this case and in the criminal case of US v. Vilar and Tanaka, 05 cr 621 (RJS), incorporated herein by reference, and also the Declaration in support of the Motion to Dismiss filed in March 2012 (Document 211), GARY A. TANAKA will move this Court for an Order dismissing the case and for such other and further relief as to the Court appears just and proper.

Dated:  Portland, Maine
        August 10, 2012

                                          _____/s/_____
                                          Vivian Shevitz
                                          Attorney for Defendant Tanaka
                                          401 Cumberland Avenue – Apt. 609
                                          Portland, Maine 04101
                                          914-763-2122
                                          FAX:  888 859-0158
                                          Vivian@shevitzlaw.com