MEMORANDUM OF DEFENDANTS TANAKA AND VILAR IN SUPPORT OF
MOTION TO DISMISS
SECOND AMENDED COMPLAINT

TABLE OF CONTENTS

I  THE U.S. LAWS DO NOT REACH THE "FRAUDS" IN THIS CASE...........   2

II ATGF INVESTOR FRAUD IS INADEQUATELY PLED
  (AND THERE WAS NO FRAUD)    .........................................................8

III NO REMEDIES ARE APPROPRIATE IN THIS ACTION       ......................10

    IT IS AN ABUSE OF DISCRETION TO HAVE ALLOWED THIS
    AMENDED COMPLAINT; FURTHER, THE "NEW" ALLEGATIONS
    (PERHAPS APART FROM MORRISON –RELATED "FACTS"
    CONCERNING U.S. "CONDUCT", THOUGH IT IS NOT
    CONTROLLING) DO NOT RELATE BACK AND ARE BARRED BY
    THE STATUTE OF LIMITATIONS ...............................10

    COCKAMAMIE  ALLEGATIONS  ABOUT  "COMMINGLING"  AND
    ACTING AS AN "ENTERPRISE": A TOO-LATE AND IMPROPER
    ATTEMPT TO GRAB POWER OVER OFFSHORE OPERATIONS..    13

    THE SEC IS VIOLATING  DEFENDANTS' FIFTH AND EIGHTH
    AMENDMENT RIGHTS BY CARRYING ON THIS CASE......18

        DOUBLE JEOPARDY  ...........................................  21

    NO  SEC  PENALTIES  OR  OTHER  EQUITABLE  FORMS  OF
      RELIEF ARE APPROPRIATE IN THIS ACTION ....   23

    NO SEC PENALTIES OR OTHER EQUITABLE FORMS OF RELIEF
      ARE APPROPRIATE IN THIS ACTION

    THE SEC'S  CLAIM  FOR  DISGORGEMENT  SHOULD  BE
      DISMISSED: THE  SEC  HAS  FAILED  TO  ALLEGE  THAT
      DEFENDANTS  WERE UNJUSTLY ENRICHED; AND, TO THE
      EXTENT THAT THE SEC SEEKS DUPLICATION OF ANY
      AMOUNT AWARDED AS RESTITUTION IN THE CRIMINAL
      CASE, THE REQUEST VIOLATES DOUBLE JEOPARDY ... ...25

THE SEC HAS NOT ADEQUATELY PLED A BASIS FOR
INJUNCTIVE RELIEF ..........................................................27

THE REQUEST FOR PENALTIES BASED ON ALLEGED
VIOLATIONS OF SECURITIES LAWS OCCURRING FIVE YEARS
PRIOR TO THE FILING OF THE COMPLAINT IS BARRED BY
THE STATUTE OF LIMITATIONS ..........................................30

THE SECOND AMENDED COMPLAINT ALSO VIOLATES
F.R.C.P. 8 .............................................................................30

CONCLUSION .......................................................................32