UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SECURITIES AND EXCHANGE
COMMISSION,

      Plaintiff,

v.

AMERINDO INVESTMENT ADVISORS,
INC, et al.,

      Defendants.
------------------------------------------------------------X

05 Civ. 5231 (LTS)

MOTION TO DISMISS
OF DEFENDANT
ALBERTO W. VILAR

PLEASE TAKE NOTICE that, defendant ALBERTO W. VILAR hereby incorporates by reference the Memorandum of Law, dated August 10, 2012, filed in this action on behalf of defendant Gary A. Tanaka, and joins in the incorporation by reference of all of the papers submitted in this action and in the criminal case of US v. Vilar and Tanaka, 05 cr 621 (RJS), including the Declaration in Support of the Motion to Dismiss filed in March 2012 (Document 211), and thereupon ALBERTO W. VILAR will move this Court for an Order dismissing this case and for such other and further relief as to the Court appears just and proper.

Dated: New York, New York
   August 10, 2012

            ROBINSON BROG LEINWAND GREENE
            GENOVESE & GLUCK P.C.

            By: _____
              David C. Burger (DB-8666)
            875 Third Avenue
            New York, New York 10022
            (212) 603-6300
            Attorneys for Defendant Alberto W. Vilar