UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SECURITIES AND EXCHANGE
COMMISSION,

            Plaintiff,

-v-

AMERINDO INVESTMENT ADVISORS
INC., *et al.*,

            Defendants.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/29/2012

No. 05 Civ. 5231 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

        The Court is in receipt of a letter from Defendant, dated August 28, 2012, requesting a one week extension of time to respond to the Government's motion for partial summary judgment. The Government has consented to this request. Accordingly, IT IS HEREBY ORDERED THAT Defendant's response shall be due on September 14, 2012. IT IS FURTHER ORDERED THAT the Government's reply shall be due on October 12, 2012. In light of this second revision to the Parties' briefing schedule, which leaves the Court only one week to prepare for oral argument, IT IS FURTHER ORDERED THAT the oral argument scheduled for October 19, 2012 is adjourned to November 16, 2012 at 1:30 P.M.

SO ORDERED.

Dated:      August 28, 2012
              New York, New York

                                                RICHARD J. SULLIVAN
                                                UNITED STATES DISTRICT JUDGE