UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SECURITIES AND EXCHANGE
COMMISSION,

                  Plaintiff,

-v-

AMERINDO INVESTMENT ADVISORS
INC., *et al.*,

                  Defendants.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/30/2012

No. 05 Civ. 5231 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

On August 28, 2012, the Court granted Defendants' request for a one-week extension of time to respond to the government's motion for partial summary judgment. The August 28 Order gave Defendants until September 14 to respond to the government's motion for summary judgment, and gave the government until October 12 to reply. The Order did not affect the briefing schedule for Defendants' motion to dismiss, set forth in a July 26 order, which requires the government to respond by September 7 and Defendants to reply by October 5. (Doc. No. 235).

The Court is now in receipt of a letter from Defendants, dated August 29, 2012, requesting that the Court revise both briefing schedules to require responses to both dispositive motions by October 12 and replies by October 22. The Court has previously expressed its concern over delays in these proceedings, and Defendants offer no reason for this second request for an extension. Accordingly, Defendants' request is partially granted and partially denied. IT IS HEREBY ORDERED THAT the government's response to Defendants' motion to dismiss shall be due by September 14, 2012. IT IS FURTHER ORDERED THAT Defendants' reply

shall be due by October 12, 2012. This Order once again places the government's motion for summary judgment and Defendants' motion to dismiss on parallel tracks. The parties' responses to both dispositive motions are due by September 14, 2012, and replies are due by October 12, 2012. Oral argument remains scheduled for November 16, 2012 at 1:30 P.M.

SO ORDERED.

Dated:     August 30, 2012
           New York, New York

```
                                        _____
                                        RICHARD J. SULLIVAN
                                        UNITED STATES DISTRICT JUDGE
```