DEFENDANT GARY TANAKA'S MEMORANDUM IN
OPPOSITION TO SEC's MOTION
FOR PARTIAL SUMMARY JUDGMENT

## TABLE OF CONTENTS

There Was No Full And Fair Opportunity to Defend…………………..6

There Is No Support For Remedies Sought By The SEC…………… 13

The Elephant In The Room: "Reliance" ……………………………….22

Conclusion……………………………………………………………….28

## TABLE OF AUTHORITIES

<u>Cases</u>

Aaron v. SEC,  446 U.S. 680 (1980)…………………………………6,26-28

Anderson v. Liberty Lobby, Inc., 477 U.S. 242 (1986)……………… 10

Basic, Inc. v. Levinson, 485 U.S. 224 (1988)…………………………….22

Burgos v. Hopkins, 14 F.3d 787, 789 (2d Cir. 1994)…………………….6

Ernst & Ernst v. Hochfelder, 425 U.S. 185 (1976)    ………27, *passim*.

Gelb v. Royal Globe Insurance Company, 798 F.2d 38 (2d Cir. 1986).6

SEC v. Cavanagh, 445 F.3d 117 (2d Cir. 2006)………………………….4

SEC v. Goldman Sachs & Co., 790 F.Supp.2d 147 (S.D.N.Y. 2011)….9

SEC v. Tzolov, 2011 WL 308274……………………………………….7

United States v. Patel, 61 F.3d 137 (2d Cir. 1995)…………………… 20

<u>Rule</u>

Rule 10b-5 ……………………………………………………………….*passim*

<u>Other Authorities</u>

Leventhal, *Minnesota Litigator* (August 10, 2012)
http://www.minnesota-litigator.com/2012/08/10/civil-procedure-summary-judgment-partial/ …………………………………………………..4

Ryan, *The SEC and the First Amendment*, September 4, 2012
http://online.wsj.com/article_email/SB10000872396390443864204577623222385188102-lMyQjAxMTAyMDAwNjAwODY3Wj.html?mod=wsj_valetleft_email 18