UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                      Plaintiff,<br><br>     v.<br><br>AMERINDO INVESTMENT ADVISORS INC.,<br>AMERINDO INVESTMENT ADVISORS, INC.,<br>AMERINDO ADVISORS UK LIMITED,<br>AMERINDO MANAGEMENT INC.,<br>AMERINDO TECHNOLOGY GROWTH FUND, INC.,<br>AMERINDO TECHNOLOGY GROWTH FUND II, INC.,<br>TECHNO RAQUIA, S.A.,<br>ALBERTO W. VILAR, and<br>GARY ALAN TANAKA,<br>                      Defendants. | 05 Civ. 5231 (RJS)<br><br>ECF CASE |

## DECLARATION OF SERVICE

      Neal Jacobson declares under penalty of perjury as follows:

I am a lawyer employed by the New York Regional Office of the Securities and Exchange Commission.  On September 14, 2012, I caused a true and correct copy of the Memorandum of Plaintiff Securities and Exchange Commission in Opposition to Motion by Defendants Alberto W. Vilar and Gary Alan Tanaka to Dismiss the Second Amended Complaint to be served on the persons listed on the annexed service list by overnight mail, postage prepaid.

Dated:  New York, New York
         September 14, 2012

                                                     /s/Neal Jacobson
                                                   Neal Jacobson

## **SERVICE LIST**

Vivian Shevitz, Esq.
401 Cumberland Ave., Apt. 609
Portland, ME 04101
(Counsel to Defendant Gary Alan Tanaka)

David C. Burger, Esq.
Robinson  Brog Leinwand et al.
875 Third Ave.
New York, NY 10022-0123
(Counsel to Defendant Alberto W. Vilar)

Alberto W. Vilar
FCI Fort Dix
Federal Correctional Institution
5756 Hartford & Pointville Rd.
Fort Dix, NJ 08640
(On behalf of Defendants Amerindo Investment Advisors Inc., Amerindo Investment Advisors, Inc., Amerindo Advisors UK Limited, Amerindo Management Inc., Amerindo Technology Growth Fund, Inc., Amerindo Technology Growth Fund II, Inc., and Techno Raquia, S.A.)

Gary Alan Tanaka
FCI Terminal Island
Federal Correctional institution
1299 Seaside Ave.
San Pedro, CA 90731
(On behalf of Defendants Amerindo Investment Advisors Inc., Amerindo Investment Advisors, Inc., Amerindo Advisors UK Limited, Amerindo Management Inc., Amerindo Technology Growth Fund, Inc., Amerindo Technology Growth Fund II, Inc., and Techno Raquia, S.A.)