UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SECURITIES AND EXCHANGE COMMISSION,

                         Plaintiff,


                 v.                                              05 Civ. 5231 (RJS)

AMERINDO INVESTMENT ADVISORS INC.,                               ECF CASE
AMERINDO INVESTMENT ADVISORS, INC.,
AMERINDO ADVISORS UK LIMITED,
AMERINDO MANAGEMENT INC.,
AMERINDO TECHNOLOGY GROWTH FUND, INC.,
AMERINDO TECHNOLOGY GROWTH  FUND II, INC.,
TECHNO RAQUIA, S.A.,
ALBERTO W. VILAR, and
GARY ALAN TANAKA,
                         Defendants.

## DECLARATION OF SERVICE

Neal Jacobson declares under penalty of perjury as follows:

I am a lawyer employed by the New York Regional Office of the Securities and

Exchange Commission.  On October 11, 2012, I caused true and correct copies of Reply

Memorandum of Plaintiff Securities and Exchange Commission in Further Support of  its

Motion for Partial Summary Judgment to be served on the persons listed on the annexed service

list by overnight mail, postage prepaid.


Dated: New York, New York
       October 12, 2012

                                        /s/Neal Jacobosn
                                        Neal Jacobson

## SERVICE LIST

Vivian Shevitz, Esq.
401 Cumberland Ave., Apt. 609
Portland, ME 04101

David C. Burger, Esq.
Robinson  Brog Leinwand et al.
875 Third Ave.
New York, NY 10022-0123

Alberto W. Vilar
FCI Fort Dix
Federal Correctional Institution
5756 Hartford & Pointville Rd.
Fort Dix, NJ 08640

Gary Alan Tanaka
FCI Terminal Island
Federal Correctional institution
1299 Seaside Ave.
San Pedro, CA 90731