UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/9/2012
```

SECURITIES AND EXCHANGE
COMMISSION,

                Plaintiff,

-v-

AMERINDO INVESTMENT ADVISORS
INC., *et al.*,

                Defendants.

No. 05 Civ. 5231 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

    The Court is in receipt of a letter from Defendants, dated November 8, 2012, requesting an adjournment of the oral argument scheduled for November 16, 2012 due to "extenuating weather- and family-related issues." The Court has already granted two extensions for the motions at issue in next week's argument. Although the Court has received and granted numerous requests for adjournments from parties who lost power or access to their homes or offices as a result of Hurricane Sandy, in this case Defendants' letter fails to offer anything more than the most perfunctory explanation for why it is that they require additional time to prepare for an oral argument that was originally scheduled for October 19, 2012. Accordingly, Defendants' request is HEREBY DENIED without prejudice to renewal, in which case Defendants shall submit a fuller explanation of the need for another extension.

SO ORDERED.

Dated:    November 9, 2012
             New York, New York

                                                    RICHARD J. SULLIVAN
                                                    UNITED STATES DISTRICT JUDGE