UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/13/2012
```

SECURITIES AND EXCHANGE
COMMISSION,

                Plaintiff,

-v-

AMERINDO INVESTMENT ADVISORS
INC., *et al.*,

                Defendants.

No. 05 Civ. 5231 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

     On November 9, 2012, the Court denied Defendants' request for an adjournment of the oral argument scheduled for November 16, 2012 because Defendants failed to provide an adequate explanation of the need for delay. The Court is now in receipt of a letter from Defendants, dated November 9, 2012, explaining the adjournment request in fuller detail. Accordingly, IT IS HEREBY ORDERED THAT the oral argument scheduled for November 16, 2012 adjourned until Tuesday, December 11, 2012 at 4:30 p.m.

     Defendants also request that Defendant Tanaka be permitted to attend the oral argument. That request is HEREBY GRANTED, provided that Defendant Tanaka complies with all conditions set by Pretrial Services.

SO ORDERED.

Dated:      November 9, 2012
                New York, New York

                                            RICHARD J. SULLIVAN
                                            UNITED STATES DISTRICT JUDGE