# MEMO ENDORSED

Vivian Shevitz
Attorney at Law
401 Cumberland Ave. – Apt. 609
Portland, Maine 04101
(207) 899-2502
Cell (914) 763-2122
Vivian@shevitzlaw.com

December 6, 2012

Hon. Richard J. Sullivan (by email)
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12|7|2012
```

Re:   SEC v. Amerindo – 05 cv 5231 (RJS)
Oral Argument December 11, 2012

Dear Judge Sullivan:

I write to advise the Court and parties that Susan C. Wolfe, Esq. will be
arguing the motions at the hearing on December 11, 2012 at 4:30 p.m.,
"of counsel" to me.

I ask that the Court allow to bring in a laptop and also my Blackberry.
(Because I moved out of town, my SDNY attorney passcard expired, and
I have not been able to get to NYC on the one weekday on which one
can renew an SDNY attorney pass.  Hence, I will need special
permission for this appearance, if possible.)  Thank you.

Very truly yours,
/s/
Vivian Shevitz

Cc:  Neal Jacobson, Esq. (email)
     Mark Salzberg, Esq. (email)
     David Burger, Esq. (email)
     Susan C. Wolfe, Esq. (email)

Counsel's request with
respect to the laptop is
HEREBY GRANTED (see attached
Order).  With respect to the
Blackberry, Counsel must contact the
District Executive as explained in Standing
Order M10-468, available at: http://
www.nysd.uscourts.gov/rules/Standing_Order-
Electronic_Devices-General_Purpose-Feb%
202010.pdf. Accordingly, that request is
DENIED.

SO ORDERED
Dated: 12/6/12
RICHARD J. SULLIVAN
U.S.D.J.