**MEMO ENDORSED**



UNITED STATES
**SECURITIES AND EXCHANGE COMMISSION**
NEW YORK REGIONAL OFFICE
3 WORLD FINANCIAL CENTER, ROOM 4300
NEW YORK, NEW YORK 10281-1022

NEAL JACOBSON
(212) 336-0095

March 15, 2013

**BY EMAIL**

Honorable Richard J. Sullivan
United States District Court Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3-18-13

Re:   **SEC v. Amerindo Investment Advisors, Inc., et al., 05-Civ.- 5231 (RJS)**

Dear Judge Sullivan:

By memorandum and order entered on the docket on March 12, 2013, Your Honor directed the parties to file a joint letter by March 22 setting forth a proposed schedule for conducting limited discovery as to whether the Mayers incurred irrevocable liability in the United States and proposed steps for proceeding on the Securities and Exchange Commission's ("SEC") remaining claims in the case. Due to a prior scheduled vacation, Mark Salzberg, a key member of the SEC staff who has been working on this case since 2005, is away from the office from Friday, March 15 through Friday, March 22. Accordingly, we respectfully request that the Court extend the time for filing the joint letter proposal to Friday, March 29.

At approximately 6:15 PM last night we emailed Vivian Shevitz, counsel to Mr. Tanaka, and David Burger, counsel to Mr. Vilar, requesting their consent to extend the response date. We have not yet received a response from either of them.

Respectfully Submitted,

Neal Jacobson

Cc (via email):

Vivian Shevitz (Vivian@shevitzlaw.com)
Jane Simkin Smith (jssmith1@optonline.net)
David C. Burger (dcb@robinsonbrog.com)

SO ORDERED
Dated: 3/18/13

RICHARD J. SULLIVAN
U.S.D.J.