UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



SECURITIES AND EXCHANGE
COMMISSION,

        Plaintiff,

-v-

AMERINDO INVESTMENT ADVISORS
INC., *et al.*,

        Defendants.

No. 05 Civ. 5231 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

    The purpose of this Order is to correct a misspelling in the Court's Memorandum and Order dated March 11, 2013 ("March 11 Order"): the receiver's last name is Gazes, not Grazes. Thus, Ian Gazes shall serve as receiver for the purposes set forth in the March 11 Order.

SO ORDERED.

Dated:     March 18, 2013
            New York, New York

                                          RICHARD J. SULLIVAN
                                        UNITED STATES DISTRICT JUDGE