UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
_____

| | |
|---|---|
| SEC | ECF Case |
| | |
| | **05 cv 5231 (RJS)** |
| v. | related to |
| | 05 cr 621(RJS) |
| Amerindo Investment Advisors, Inc., | |
| Alberto Vilar, and Gary Tanaka | |
| | MOTION |
| Defendants              . | TO |
| | RECONSIDER  AND |
| | FOR A STAY |

_____

PLEASE TAKE NOTICE, THAT UPON the annexed Memorandum and all the proceedings in this case (and in 05 cr 621 and 12 cv 5240 (RJS)), defendants VILAR and TANAKA hereby move pursuant to Local Rule 6.3 for reconsideration of its Order of March 11, 2013 (Doc. 272) granting partial summary judgment to the SEC and imposing a Receiver and injunctive relief, and for a stay of the three related cases pending Receivership work per the March 11, 2013 order.

Dated: March 25, 2013           __/s/_____

                                Vivian Shevitz
                                401 Cumberland Ave. – Apt. 609
                                Portland, Maine 04101
                                207-899-2502 /   Cell 914 762-2122
                                Vivian@shevitzlaw.com