UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SECURITIES AND EXCHANGE
COMMISSION,

                Plaintiff,

-v-

AMERINDO INVESTMENT ADVISORS
INC., *et al.*,

                Defendants.

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3-26-13
```

No. 05 Civ. 5231 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

On March 25, 2013, Defendants Alberto W. Vilar and Gary A. Tanaka ("Defendants") filed motions to (1) reconsider the Court's Order, dated March 11, 2013, granting partial summary judgment to the SEC, and (2) stay that Order pending completion of the Receiver's work. Accordingly, IT IS HEREBY ORDERED THAT the SEC shall respond to Defendants' motions by April 5, 2013, and Defendants shall submit any reply by April 12, 2013.

SO ORDERED.

Dated:      March 26, 2013
               New York, New York

                                                  RICHARD J. SULLIVAN
                                                  UNITED STATES DISTRICT JUDGE