**MEMO ENDORSED**

Vivian Shevitz
Attorney at Law
401 Cumberland Ave. – Apt. 609
Portland, Maine 04101
(207) 899-2502
(914) 763-2122 (cell)
Vivian@shevitzlaw.com

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-10-13

April 10, 2013

Hon. Richard J. Sullivan (by email)
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re: SEC v Amerindo et al, 05 cv 5231 (RJS)
      CLARIFICATION - Request for Extension of Reconsideration Reply

Dear Judge Sullivan:

    I just wrote to ask for an extension of time to file reply papers on defendants' motion for reconsideration of the summary judgment ruling.

    Mr. Jacobson just pointed out that in fact he had agreed to a stay "at least pending the filing of the Receiver's Report," which is currently scheduled to be filed on April 22, 2013, not more generally, and would wait and see thereafter.

    I thus again suggest and ask that our reply papers be stayed as well. I do not want to waive a reply should it be necessary, and ask the Court to schedule the Reply to be filed ten days after any stay is lifted.

                      Very truly yours,
                        /s/
                      Vivian Shevitz

Cc:   Neal Jacobson
       Mark Salzberg
       David Burger

```
Defendants' request to stay the deadline for filing reply papers on their motion
for reconsideration pending completion of the Receiver's Report is HEREBY
GRANTED.  Accordingly, IT IS HEREBY ORDERED THAT Defendants shall submit any
reply papers by May 3, 2013.  If, following the completion of the Receiver's
Report, either of the parties believes there is cause for extending the stay,
they may request to do so.
```

SO ORDERED
Dated: 4/10/13
/s/ RICHARD J. SULLIVAN
U.S.D.J.