MEMO ENDORSED

GAZES LLC
ATTORNEYS AT LAW

April 22, 2013

Via Email
The Honorable Richard J. Sullivan
United States District Judge
Southern District of New York
500 Pearl Street, Room 620
New York, New York 10007



USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-22-13

Re: U.S. Securities and Exchange Commission v. Amerindo Investment Advisors, Inc., et al. 5 cv 5231

Dear Judge Sullivan:

The undersigned was appointed the Receiver pursuant to Order dated March 11, 2013 and was directed to file his report on or before April 22, 2013.

Since the Receiver's appointment he has and continues to conference with numerous parties in interest as concerns the valuation of the securities and an interim distribution for allowed claims. In addition the Receiver requested Goldman Sacks to conduct a valuation of the private securities, which is not complete.

Goldman Sachs has advised the Receiver that they need more time to complete their investigation and it is therefore requested that your honor extend the Receiver's time to submit the Report for thirty (30) days or May 22, 2013 without prejudice to seek another extension if appropriate.

The additional time will afford the Receiver an opportunity to submit a more thorough report while continuing negotiations.

Thank you in advance for your considerations.

Respectfully yours,

S/ Ian J. Gazes

Ian J. Gazes, Receiver

Email Notice Only
U.S. Securities and Exchange Commission
    Attn: Neal Ralph Jacobs, Esq
U.S. Attorney's Office
    Attn: Sharon Levin, Esq.
Vivian Shevitz, Esq.
Jane Simkin Smith, Esq

SO ORDERED
Dated: 4/22/13
RICHARD J. SULLIVAN
U.S.D.J.