**MEMO ENDORSED**



**GAZES LLC**
ATTORNEYS AT LAW

MAIN TEL: (212) 765-9000
FACSIMILE: (212) 765-9675
WRITER'S EMAIL

May 22, 2013

Via Email
The Honorable Richard J. Sullivan
United States District Judge
Southern District of New York
500 Pearl Street, Room 620
New York, New York 10007

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-23-13
```

Re: <u>U.S. Securities and Exchange Commission v. Amerindo Investment Advisors, Inc., et al.</u>

Dear Judge Sullivan:

The undersigned was appointed the Receiver pursuant to Order dated March 11, 2013 and was granted a first extension to file his report to May 22, 2013.

Since the Receiver's appointment he has among other things been diligently seeking a consensual resolution with all interested parties but these negotiations have concluded and the parties could not agree on all points. The negotiations ended yesterday.

By reason of the foregoing the Receiver is finalizing his First Interim Report and requests additional time to file same to May 30, 2013.

The additional time will afford the Receiver an opportunity to submit a report with recommendations concerning a claims process and interim distribution.

Thank you in advance for your considerations.

Respectfully yours,

S/ Ian J. Gazes
_____
Ian J. Gazes, Receiver

Email Notice Only
U.S. Securities and Exchange Commission
    Attn: Neal Ralph Jacobs, Esq
U.S. Attorney's Office
    Attn: Sharon Levin, Esq.
Vivian Shevitz, Esq.
Jane Simkin Smith, Esq.



SO ORDERED
Dated: 5/22/13
RICHARD J. SULLIVAN
U.S.D.J.