UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                           Plaintiff,<br><br>v.<br><br>AMERINDO INVESTMENT ADVISORS INC.,<br>AMERINDO INVESTMENT ADVISORS, INC.,<br>AMERINDO ADVISORS UK LIMITED,<br>AMERINDO MANAGEMENT INC.,<br>AMERINDO TECHNOLOGY GROWTH FUND, INC.,<br>AMERINDO TECHNOLOGY GROWTH  FUND II, INC.,<br>TECHNO RAQUIA, S.A.,<br>ALBERTO W. VILAR, and<br>GARY ALAN TANAKA,<br>                           Defendants. | 05 Civ. 5231 (RJS)<br><br>ECF CASE |

**NOTICE OF PROOF OF CLAIM DEADLINE WITH RESPECT TO
<u>AMERINDO INVESTOR ADVISORS INC. *ET AL.*</u>**

On May __, 2013 the United States District Court for the Southern District of New York entered an Order establishing procedures for the filing of proofs of claim on account of funds given to or through the following entities (collectively, "Amerindo"):

Amerindo Investment Advisors Inc.
Amerindo Investment Advisors, Inc. (Panama)
Amerindo Advisors UK Limited
Amerindo Management Inc.
Amerindo Technology Growth Fund, Inc.
Amerindo Technology Growth Fund II, Inc.
Techno Raquia, S.A.
Amerindo Investment Advisors, Inc.

Please read this notice carefully as it sets forth certain requirements and deadlines established by the Court with respect to the filing of claims against Amerindo.  Failure to comply with the requirements and deadlines set forth herein may affect your right receive to a distribution on account

of your claim.

Please be further advised that this notice is being sent to numerous persons and entities. The fact that you have received this Notice does not mean that you have a valid claim against Amerindo or that the Receiver or the Court believes that you have a valid claim against Amerindo. You may consult with an attorney regarding any possible claim against Amerindo but are not required to do so in order to file a proof of claim.

1. **WHO MUST FILE A PROOF OF CLAIM**

If you assert that you are owed a debt by Amerindo, you **MUST** file a proof of claim. A proof of claim must be filed even if the claim is not now fixed, liquidated or certain.

2. **WHAT TO FILE**

All proof of claim forms must be **signed** by the claimant or, if the claimant is not an individual, by an authorized agent of the claimant. It must be written in English and be denominated in United States currency. You should attach to your completed proof of claim any documents on which the claim is based (if voluminous, attach a summary) or an explanation as to why the documents are not available.

3. **WHEN AND WHERE TO FILE**

Except as provided for herein, the form proofs of claim (two) are enclosed herewith. One proof of claim form concerns all transactions priuor to May 25, 2005 and the other proof of claim concerns transactions after May 25, 2005. The completed proofs of claim must be sent to Ian J. Gazes, the Court appointed Receiver, so as to be received in hand **on or before May \_\_\_, 2013.** All proofs of claim must be mailed or delivered to:

> Gazes LLC
> Attn: Ian J. Gazes
> 151 Hudson Street
> New York, New York 10013

Proofs of claim will be deemed filed only when <u>received</u> by Ian J. Gazes, the Receiver, so as to be received in hand on or before the Bar Date. The completed proofs of claim must be mailed and may **NOT** be delivered by facsimile, telecopy or electronic mail transmission.

Dated: New York, New York
_____, 2013

_____
Ian J. Gazes, Esq.
Gazes LLC
151 Hudson Street
New York, New York 10013
(212) 765-9000

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                                Plaintiff,<br><br>                        v.<br><br>AMERINDO INVESTMENT ADVISORS INC.,<br>AMERINDO INVESTMENT ADVISORS, INC.,<br>AMERINDO ADVISORS UK LIMITED,<br>AMERINDO MANAGEMENT INC.,<br>AMERINDO TECHNOLOGY GROWTH FUND, INC.,<br>AMERINDO TECHNOLOGY GROWTH  FUND II, INC.,<br>TECHNO RAQUIA, S.A.,<br>ALBERTO W. VILAR, and<br>GARY ALAN TANAKA,<br>                                Defendants. | 05 Civ. 5231 (RJS)<br><br>ECF CASE |

**NOTICE OF PROOF OF CLAIM DEADLINE WITH RESPECT TO
AMERINDO INVESTOR FUNDS**

On May __, 2013 the United States District Court for the Southern District of New York entered an Order establishing procedures for the filing of proofs of claim on account of funds invested with or through the following entities (collectively, "Amerindo"):

Amerindo Investment Advisors Inc.
Amerindo Investment Advisors, Inc. (Panama)
Amerindo Advisors UK Limited
Amerindo Management Inc.
Amerindo Technology Growth Fund, Inc.
Amerindo Technology Growth Fund II, Inc.
Techno Raquia, S.A.
Amerindo Investment Advisors, Inc.

Please read this notice carefully as it sets forth certain requirements and deadlines established by the Court with respect to investor claims against Amerindo.  Failure to comply with the requirements and deadlines set forth herein may affect your right receive to a distribution on account

of your claim.

Please be further advised that this notice is being sent to numerous persons and entities. The fact that you have received this Notice does not mean that you have a valid claim against Amerindo or that the Court believes that you have a valid claim against Amerindo. You may consult with an attorney regarding any possible claim against Amerindo but are not required to do so in order to file a proof of claim. ____

1. **WHO MUST FILE A PROOF OF CLAIM**

If you assert that you are owed a debt by Amerindo, you **MUST** file a proof of claim. A proof of claim must be filed even if the claim is not now fixed, liquidated or certain.

2. **WHAT TO FILE**

A proof of claim form is available by contacting the Receiver at:

> Gazes LLC
> Attn: Ian J. Gazes
> 151 Hudson Street
> New York, New York 10013
> Tel. (212) 765-9000
> Fax (212) 765-9675
> office@gazesllc.com

All proof of claim forms must be **signed** by the claimant or, if the claimant is not an individual, by an authorized agent of the claimant. It must be written in English and be denominated in United States currency. You should attach to your completed proof of claim any documents on which the claim is based (if voluminous, attach a summary) or an explanation as to why the documents are not available.

3. **WHEN AND WHERE TO FILE**

Except as provided for herein, all proofs of claim must be sent to Ian J. Gazes, the Court appointed Receiver, so as to be received in hand by the Receiver **on or before May ___, 2013.** All proofs of claim must be mailed or delivered to:

Gazes LLC  
Attn: Ian J. Gazes  
151 Hudson Street  
New York, New York 10013

Proofs of claim will be deemed filed only when <u>received</u> by Ian J. Gazes, the Receiver so as to be received in hand on or before the Bar Date. Proofs of claim may NOT be delivered by facsimile, telecopy or electronic mail transmission.

Dated: New York, New York
        _____, 2013

_____
Ian J. Gazes, Esq.
Gazes LLC
151 Hudson Street
New York, New York 10013
(212) 765-9000