AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION ) | | |
| *Plaintiff* ) | | |
| v. ) | Case No. | 05 Civ. 5231 (RJS) |
| AMERINDO INVESTMENT ADVISORS, et al. ) | | |
| *Defendant* ) | | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Ian J. Gazes, Receiver

Date:   06/25/2013

/s/ ian J. Gazes
*Attorney's signature*

Ian J. Gazes, NY Reg. No. 1958172
*Printed name and bar number*

Gazes LLC
151 Hudson Street
New York, NY 10013

*Address*

ian@gazesllc.com
*E-mail address*

(212) 765-9000
*Telephone number*

(212) 765-9675
*FAX number*