UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                     Plaintiff,<br><br>v.<br><br>AMERINDO INVESTMENT ADVISORS INC.,<br>AMERINDO INVESTMENT ADVISORS, INC.,<br>AMERINDO ADVISORS UK LIMITED,<br>AMERINDO MANAGEMENT INC.,<br>AMERINDO TECHNOLOGY GROWTH FUND, INC.,<br>AMERINDO TECHNOLOGY GROWTH FUND II, INC.,<br>TECHNO RAQUIA, S.A.,<br>ALBERTO W. VILAR, and<br>GARY ALAN TANAKA,<br><br>                     Defendants. | 05 Civ. 5231 (RJS)<br><br>ECF CASE |

NOTICE OF MOTION OF PLAINTIFF SECURITIES AND
EXCHANGE COMMISSION UNDER FED. R. CIV. P. 60(b)(6) FOR
RECONSIDERATION, IN PART, OF THE COURT'S MEMORANDUM
AND ORDER, DATED MARCH 11, 2013, GRANTING IN PART AND DENYING IN
PART THE SECURITIES AND EXCHANGE COMMISSION'S MOTION FOR
PARTIAL SUMMARY JUDGMENT

      PLEASE TAKE NOTICE that upon the memorandum of law submitted herewith, and the record in this case, the plaintiff, Securities and Exchange Commission ("Commission"), will move this Court, on a date and time designated by the Court, before the Honorable Richard J. Sullivan, at the United States Courthouse for the Southern District of New York, 500 Pearl Street, New York, New York 10007, for an order granting the Commission's motion under Fed. R. Civ. P. 60(b)(6) for reconsideration, in part, of the Court's Memorandum and Order, dated March 11, 2013, granting in part and denying in part the Commission's motion for partial summary judgment.

PLEASE TAKE FURTHER NOTICE that all papers to be submitted in opposition to this motion shall be filed with the Court and served upon the Commission no later than September 20, 2013.

PLEASE TAKE FURTHER NOTICE that if no papers are submitted in opposition to this motion, the Court may grant the motion without any further notice or hearing.

PLEASE TAKE FURTHER NOTICE that oral argument, if any, will be set on a date and time designated by the Court.

Dated:  New York, New York
         September 5, 2013

                                         Respectfully submitted,

                                         /s/ Neal Jacobson
                                         By:  Neal Jacobson
                                         Mark Salzberg
                                         Securities and Exchange Commission
                                         New York Regional Office
                                         3 World Financial Center, Suite 400
                                         New York, New York  10281
                                         Telephone:  (212) 336-0095
                                         Facsimile:   (212) 336-1324
                                         Email:  Jacobsonn@sec.gov

Of Counsel:
Alistaire Bambach