**BAKER & McKENZIE**

Baker & McKenzie LLP

452 Fifth Avenue
New York, NY 10018
United States

Tel: +1 212 626 4100
Fax: +1 212 310 1600
www.bakermckenzie.com

**Asia Pacific**
Bangkok
Beijing
Hanoi
Ho Chi Minh City
Hong Kong
Jakarta*
Kuala Lumpur*
Manila*
Melbourne
Shanghai
Singapore
Sydney
Taipei
Tokyo

**Europe, Middle East & Africa**
Abu Dhabi
Almaty
Amsterdam
Antwerp
Bahrain
Baku
Barcelona
Berlin
Brussels
Budapest
Cairo
Casablanca
Doha
Dusseldorf
Frankfurt/Main
Geneva
Istanbul
Johannesburg
Kyiv
London
Luxembourg
Madrid
Milan
Moscow
Munich
Paris
Prague
Riyadh
Rome
St. Petersburg
Stockholm
Vienna
Warsaw
Zurich

**Latin America**
Bogota
Brasilia*
Buenos Aires
Caracas
Guadalajara
Juarez
Lima
Mexico City
Monterrey
Porto Alegre*
Rio de Janeiro*
Santiago
Sao Paulo*
Tijuana
Valencia

**North America**
Chicago
Dallas
Houston
Miami
New York
Palo Alto
San Francisco
Toronto
Washington, DC

* Associated Firm

September 23, 2013

**MEMO ENDORSED**

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-26-13

The Honorable Robert J. Sullivan
United States District Judge
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Re: **Securities and Exchange Commission v. Amerindo Investment Advisers Inc., et al., 05 Cv 5231 (RJS)**

Dear Judge Sullivan,

This morning I was informed by one of Your Honor's law clerks that I am listed on PACER as the lead attorney to be notified in the above captioned case. Having never worked for the SEC, it appears that the listing has been in error, and is now doubly so in light of my departure from government service. I have been informed by the Clerk's Office that the only way to be removed from the notice list is to make a request in a letter to the assigned Judge. Accordingly, I write to respectfully request that I be removed from the list of counsel to be noticed in the above case.

Respectfully submitted,

*/s/ Marc Litt/*

Marc Litt
Partner
+1 212 626 4454
Marc.Litt@bakermckenzie.com

SO ORDERED
/s/ Richard J. Sullivan, USDJ
9/25/13

Baker & McKenzie LLP is a member of Baker & McKenzie International, a Swiss Verein.
1254487-v2\NYCDMS