UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SECURITIES AND EXCHANGE COMMISSION,

        Plaintiff,

-v-

AMERINDO INVESTMENT ADVISORS INC., *et al.*,

        Defendants.

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE: 9-30-13
```

No. 05 Civ. 5231 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

The Court is in receipt of the two attached letters from the Receiver. In light of these letters, IT IS HEREBY ORDERED THAT the Claims Register shall be submitted by October 4, 2013. IT IS FURTHER ORDERED THAT all objections to the Claims Register shall be submitted by November 8, 2013. IT IS FURTHER ORDERED THAT the Receiver shall file a revised Claims Register by November 22, 2013. Other than the deadlines just mentioned, all directives in the Court's June 20, 2013 and July 30, 2013 Orders (Doc. Nos. 291, 297) shall remain in effect.

SO ORDERED.

Dated:    September 27, 2013
             New York, New York

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE



GAZES LLC
ATTORNEYS AT LAW

MAIN TEL: (212) 765-9000
FACSIMILE: (212) 765-9675
WRITER'S EMAIL:
ian@gazesllc.com

September 26, 2013

**By E-mail**
Honorable Richard J. Sullivan
United States District Judge United States District Court
Southern District of New York
500 Pearl Street New York, NY 10007

      Re: *Securities and Exchange Commission v. Amerindo Investment Advisors Inc. et al.*; Case No. 05-cv-05231-RJS

Dear Judge Sullivan:

      Under the Court's orders dated June 20 and July 30, 2013 [ECF Doc. Nos. 291 and 297], the Receiver is to file a claims register of all proofs of claim filed by the September 20, 2013 bar date. The Receiver continues to compile the claims register and anticipates that it will be completed shortly. However, in order to ensure the accuracy of the claims register before filing, the Receiver respectfully requests a short extension to October 4, 2013.

      Respectfully submitted,
      /s/ Ian J. Gazes
      Ian J. Gazes, Receiver

Patrick Begos, Esq. (pwb@begoshorgan.com)
AUSA Sharon Cohen Levin (Sharon.Levin@usdoj.gov)
Andrea L. Weiss, Esq. (aweiss@llf-law.com)
Mark D. Salzberg, Esq. (salzbergm@sec.gov)
Neal Jacobson, Esq. (jacobsonn@sec.gov)
Vivian Shevitz, Esq. (vivian@shevitzlaw.com)
Jane Simkin Smith, Esq. (jssmithl@optonline.net)
David C. Burger, Esq. (dcb@robinsonbrog.com)
Paula K. Colbath, Esq. (pcolbath@loeb.com)
Andrew E. Goldsmith, Esq. (agoldsmith@khhte.com)
Thomas J. Hall, Esq. (hallt@hallandhalllaw.com)
Eugene F. Hestres Velez, Esq. (ehestres@bbh-law.com)
Timothy Wright (twright@entecworks.com)
Robert Fryd (Rfryd@wbcsk.com)
Julian Friedman, Esq. (jfriedman@stillmanfriedman.com)
David Mainzer, Esq. (mainzer@sposilco.com)
James Webster, Esq. (jwebster@khhte.com)

151 HUDSON STREET. NEW YORK. NEW YORK 10013   FIRM EMAIL: OFFICE@GAZESLLC.COM   WEBSITE: WWW.GAZESLLC.COM



**GAZES LLC**
ATTORNEYS AT LAW

MAIN TEL: (212) 765-9000
FACSIMILE: (212) 765-9675
WRITER'S EMAIL:
ian@gazesllc.com

September 27, 2013

**By E-mail**
Honorable Richard J. Sullivan
United States District Judge United States District Court
Southern District of New York
500 Pearl Street New York, NY 10007

    Re: *Securities and Exchange Commission v. Amerindo Investment Advisors Inc. et al.; Case No. 05-cv-05231-RJS*

Dear Judge Sullivan:

    In furtherance of my letter to the Court dated September 26, 2013 requesting a short extension of the deadline to file the claims register to October 4, 2013, the Receiver also requests that the deadline to object to claims be extended to November 8, 2013. Under the Court's order of June 20, 2013 [ECF Doc. No. 291], the objection deadline was set as fourteen (14) days from the date that the claims register was to be filed. The Receiver believes that the requested extension will afford the Receiver time to attempt consensually resolve any disputes that may arise in the claims review process.

    Respectfully submitted,
    /s/ Ian J. Gazes
    Ian J. Gazes, Receiver

Patrick Begos, Esq. (pwb@begoshorgan.com)
AUSA Sharon Cohen Levin (Sharon.Levin@usdoj.gov)
Andrea L. Weiss, Esq. (aweiss@llf-law.com)
Mark D. Salzberg, Esq. (salzbergm@sec.gov)
Neal Jacobson, Esq. (jacobsonn@sec.gov)
Vivian Shevitz, Esq. (vivian@shevitzlaw.com)
Jane Simkin Smith, Esq. (jssmith1@optonline.net)
David C. Burger, Esq. (dcb@robinsonbrog.com)
Paula K. Colbath, Esq. (pcolbath@loeb.com)
Andrew E. Goldsmith, Esq. (agoldsmith@khhte.com)
Thomas J. Hall, Esq. (hallt@hallandhalllaw.com)
Eugene F. Hestres Velez, Esq. (ehestres@bbh-law.com)
Timothy Wright (twright@entecworks.com)
Robert Fryd (Rfryd@wbcsk.com)
Julian Friedman, Esq. jfriedman@stillmanfriedman.com)
David Mainzer, Esq. (mainzer@sposilco.com)
James Webster, Esq. jwebster@khhte.com)