UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SECURITIES AND EXCHANGE
COMMISSION,

          Plaintiff,

-v-

AMERINDO INVESTMENT ADVISORS,
INC., *et al.*,

          Defendants.

No. 05 Civ. 5231 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

    Now before the Court is an eight-page letter from Defendants Vilar and Tanaka, dated September 30, 2013, requesting a stay, a conference, and CJA funds. To the extent the letter is a motion for a stay or for CJA funds, it violates Rule 2(A) of the Court's Individual Rules of Practice, which requires parties to submit a letter requesting a pre-motion conference before submitting a motion, unless the motion was previously authorized by court order or is exempted from the rule. To the extent the letter is a request for a pre-motion conference, it also violates Rule 2(A), which states that such letters may not exceed three pages. Accordingly, all requests in the letter are DENIED, without prejudice for renewal in a properly submitted letter or motion. The clerk of the court is respectfully directed to terminate the motion pending at Doc. No. 310.

SO ORDERED.

Dated:    October 2, 2013
           New York, New York

                              RICHARD J. SULLIVAN
                              UNITED STATES DISTRICT JUDGE