UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SECURITIES AND EXCHANGE COMMISSION,

               Plaintiff,

            v.

AMERINDO INVESTMENT ADVISORS INC.,
AMERINDO INVESTMENT ADVISORS, INC.,
AMERINDO ADVISORS UK LIMITED,
AMERINDO MANAGEMENT INC.,
AMERINDO TECHNOLOGY GROWTH FUND, INC.,
AMERINDO TECHNOLOGY GROWTH FUND II, INC.,
TECHNO RAQUIA, S.A.,
ALBERTO W. VILAR, and
GARY ALAN TANAKA,

               Defendants.



USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10-2-13

05 Civ. 5231 (RJS)

ECF CASE

### ORDER AUTHORIZING THE RECEIVER'S RETENTION OF CBIZ ACCOUNTING, TAX & ADVISORY OF NEW YORK, LLC AND CBIZ ACCOUNTING, TAX & ADVISORY OF SAN DIEGO, LLC

Upon the application ("Application") of Ian J. Gazes, dated September 27, 2013, for the entry of an order of this Court authorizing and empowering the Receiver to retain CBIZ Accounting Tax and Advisory of New York, LLC ("CBIZ NY") and CBIZ Accounting Tax and Advisory of San Diego, LLC ("CBIZ SD." and with CBIZ NY, "CBIZ"), as financial advisor to the Receiver effective July 11, 2013; and the Engagement Letter, attached as Exhibit "B" to the Application, between CBIZ and the Receiver;; and due notice of the Application having been provided; and due deliberation having been had thereon; and no further notice hereof being required; it is hereby

**ORDERED**, that the Receiver is authorized to retain CBIZ on the terms and conditions set forth in the Engagement Letter *nunc pro tunc* to July 11, 2013.

Dated:  New York, New York
       October 2 , 2013

HONORABLE RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE