*SEC v. AMERINDO INVESTMENT ADVISORS INC., et al.*, 05 Civ. 5231-rjs (S.D.N.Y.)
CLAIMS REGISTER OF ALL PROOFS OF CLAIM SUBMITTED TO RECEIVER BY THE SEPTEMBER 20, 2013 BAR DATE

| No. | Claimaint | Shares[*] | Fund(s) | Principal Funds ** | Pre 5/25/05 Profits *** | Pre 5/25/05 Distributions | Post 5/25/05 Profits |
|---|---|---|---|---|---|---|---|
| 1 | E. Ronald Salvitti, M.D. | 91,993.83 | ATGF | $6,000,000.00 | $6,000,000.00 | $0.00 | Unknown |
| 2 | John Preetzmann - Aggerholm | | GFRDA | $279,745.76 | $198,140.10 | $45,000.00 | $992,502.73 |
| 3 | QGCI Nominees Limited a/k/a Quilter Cheviot Limited f/k/a Quilter Goodison Ltd. | 1,642.46 | ATGF | $95,000.00 | -$60,984.65 | $0.00 | Unknown |
| 4 | Lisa Mayer & Debra Mayer c/o Begos Brown & Green LLP | | GFRDA | $11,972,910.93 | $836,350.40 | $1,153,867.26 | $26,920,054.14 |
| | | 14,784.21 | ATGF | $446,168.79 | Unknown | Unknown | Unknown |
| | | 243,902.43 | Intouch | Unknown | Unknown | Unknown | Unknown |
| 6 | Elizabeth Knope | Unknown | Unknown | $84,774.05 | Unknown | None | Unknown |
| 7 | Michael Walsh | 6,057.22 | ATGF | $251,812.46 | Unknown | None | Unknown |
| 8 | Surinder Rametra | 1,957.98 | ATGF | $250,000.00 | Unknown | None | Unknown |
| 9 | Sheridan Securities | 16,917.57 | ATGF | $500,000.00 | None | None | None |
| 10 | James Charles | 22,400.00 | ATGF | $175,726.14 | $271,749.70 | None | Unknown |
| 11 | Ariadana Sanchez | Unknown | GFRDA | $100,000.00 | $1,976,275.64 | Unknown | Unknown |
| 12 | Robin Sayko | 6,057.22 | ATGF | $251,812.46 | $23,920.53 | None | Unnown |
| 13 | Donald & Marilyn Walsh | 6,057.22 | ATGF | $251,812.46 | Unknown | None | Unknown |
| 14 | Frank Harris | Unknown | GFRDA | $50,000.00 | Unknown | None | Unknown |
| 15 | Charles Kaye | 1,630.18 | ATGF | $174,988.00 | $208,146.00 | none | Unknown |
| 16 | Alfred Heitkonig for himself and on behalf of Elna Charlotte Olga a/k/a Elna Heitkoenig and Maaike Maria Hickok a/k/a Heitkoenig | 90,000.00 | ATGF, GFRDA | $6,875,896.73 | Unknown | Unknown | $7,479,156.40 |
| 17 | The Winsford Corporation | Unknown | ATGF | $1,500,000.00 | Unknown | None | Unknown |
| 18 | Peter Sweetland | 1,194.32 | ATGF | $41,670.47 | Unknown | Unknown | Unknown |
| 19 | John Sweetland | 113,859.84 | ATGF | $2,846,496.00 | Unknown | Unknown | Unknown |
| 20 | Timothy Sweetland | 2,823.54 | ATGF | $191,671.47 | Unknown | Unknown | Unknown |
| 21 | John Sweetland | 1,194.32 | ATGF | $41,670.47 | Unknown | Unknown | Unknown |
| 22 | Anthony W. Gibbs | Unknown | ATGF | $1,287,618.98 | Unknown | $30,395.04 | Unknown |
| 23 | Patricia A. Kabara | 6,057.72 | ATGF, Rhodes Capital | $251,812.46 | Unknown | $189,403.00 | Unknown |
| 24 | National Investors Group Holdings Ltd. f/k/a NIG-Amertech Ltd. | 7,799.61 | ATGF | $1,000,000.00 | Unknown | None | Unknown |
| 25 | Angelica Jordan | Unknown | GFRDA, other | $5,252,226.64 | Unknown | None | $7,356,893.16 |

SEC v. AMERINDO INVESTMENT ADVISORS INC., et al. ,05 Civ. 5231-rjs (S.D.N.Y.)
CLAIMS REGISTER OF ALL PROOFS OF CLAIM SUBMITTED TO RECEIVER BY THE SEPTEMBER 20, 2013 BAR DATE

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 29a | Paul Marcus | 146,105.04 | ATGF | $8,451,040.96 | Unknown | Unknown | Unknown |
| 29b | The Deane J. Marcus Trust | 20,559.00 | ATGF | $200,131.51 | Unknown | Unknown | Unknown |
| 29c | The Steven E. Marcus Trust | 20,559.00 | ATGF | $200,131.51 | Unknown | Unknown | Unknown |
| 29d | The Cheryl Marcus-Podhaizer Trust | 20,559.00 | ATGF | $200,131.51 | Unknown | Unknown | Unknown |
| 29e | The Eve S. Marcus Children's Trust | 946.40 | ATGF | $30,000.00 | Unknown | Unknown | Unknown |
| 30 | Imagineers Profit Sharing Plan | 6,941.16 | ATGF | $169,503.13 | Unknown | Unknown | Unknown |
| | | | | $49,424,752.89 | $9,453,597.72 | $1,418,665.30 | $42,748,606.43 |

\* Many Claimants asserted they did not receive regular account statements. Claimants therefore determined their resepctive Share amount from account statements received some time after the initial investment.

\*\* Claimants often determined the Principal Fund amount from based net asset values reflected in statements issues at point after their intial investment.

\*\*\* Individual claimants employed a wide variety of data sources and methods to determine pre and post 5/25/05 Profits.

**NON-INVESTOR CLAIMS**

| No. | Claimaint | Amount | Notes |
|---|---|---|---|
| 5 | Traveler's Bond and Financial Products c/o Sherrie Monteiro, Recovery Management Unit | $1,000,000.00 | Claimant does not assert any claim based on investment but for repayment of defense costs advanced to Vilar and Tanaka |
| 26 | The Amerindo Advisories UK Ltd Retirement Benfefits Scheme | $10,551,153.00 | Claimant does not assert any claim based on investment but for the fund vlaue of JP Morgan 102-05012, held in the name of The Trustees of the Amerindo Advisors (UK) Ltd. |
| 27 | Latchezar Christov | None | Claimant does not assert any claim based on investment but for "finder's fee" for introducing potential clients to Amerindo. |
| 28 | J.P. Morgan Securities LLC | None | Claimant does not assert any claim based on investment but for legal fees and expenses incurred by claimaint in connection with various litigations, investigations and proceedings |