UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SECURITIES AND EXCHANGE COMMISSION,

                Plaintiff,

-v-

AMERINDO INVESTMENT ADVISORS, *et al.*,

                Defendants.

---

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10-10-13
```

No. 05 Civ. 5231 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

The Court is in receipt of a letter from Defendants Vilar and Tanaka (Doc. No. 313) and a letter from Plaintiff (Doc. No. 316). Defendants Vilar and Tanka request a conference on several issues, and Plaintiff does not object. Accordingly, IT IS HEREBY ORDERED THAT the parties shall appear for a conference on Friday, October 25, 2013 at 3:00 p.m. to address the issues raised in Defendants Vilar and Tanaka's letter.

SO ORDERED.

Dated:     October 9, 2013
            New York, New York

                                          RICHARD J. SULLIVAN
                                          UNITED STATES DISTRICT JUDGE