UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SECURITIES AND EXCHANGE
COMMISSION,

            Plaintiff,

-v-

AMERINDO INVESTMENT ADVISORS, *et al.*,

            Defendants.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10-25-13

No. 05 Civ. 5231 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

    IT IS HEREBY ORDERED THAT Defendants shall respond to Plaintiff's motion for reconsideration (Doc. No. 299) no later than November 4, 2013. Any submission shall not exceed ten, double-spaced pages.

SO ORDERED.

Dated:      October 23, 2013
              New York, New York

                                          RICHARD J. SULLIVAN
                                          UNITED STATES DISTRICT JUDGE