**GAZES LLC**
ATTORNEYS AT LAW

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10-28-13

MAIN TEL: (212) 765-9000
FACSIMILE: (212) 765-9675
WRITER'S EMAIL:
ian@gazesllc.com

October 18, 2013

**By E-mail**
Honorable Richard J. Sullivan
United States District Judge United States District Court
Southern District of New York
500 Pearl Street New York, NY 10007

# MEMO ENDORSED

Re:   *Securities and Exchange Commission v. Amerindo Investment Advisors Inc. et al.; Case No. 05-cv-05231-RJS*

Dear Judge Sullivan:

Pursuant to this Court's order dated September 27, 2013 [ECF Doc. No. 309], November 8, 2013 was set as the last day to file objections to proofs of claim. Based on the Receiver's review of claims to date, clarification and/or additional documentation will be required from numerous claimants to determine the validity and amount of those claims. By reason thereof, the Receiver requests that your Honor extend the claims objection date to after February 8, 2014.

The extension of time would afford the Receiver an opportunity to attempt consensual resolutions of any disputed claims without court intervention. The Receiver also requests that objection hearing date proposed in the Receiver's Second Status Report be held on or after March 8, 2014 and that this Court find that twenty (20) days' notice of the claims objection motion by first class mail be deemed sufficient notice thereof.

The Receiver is currently meeting with claimants and/or their counsel with regard to the proofs of claims and upon conclusion of the claim review process the Receiver intends to propose to all claimants a resolution as concerns the basis for a future distributions. This time period will also afford the Receiver more time to liquidate assets.

The Receiver believes the foregoing is the best and most cost effective method for reaching conclusion of the claims process and for judicial economy.

It is requested respectfully requested that your Honor so-order this letter and the Receivers Second Status Report.

Respectfully submitted,
Gazes LLC

By: /s/ Ian J. Gazes
Ian J. Gazes, Receiver

Patrick Begos, Esq. (pwb@begoshorgan.com)
AUSA Sharon Cohen Levin (Sharon.Levin@usdoj.gov)
Andrea L. Weiss, Esq. (aweiss@llf-law.com)
Mark D. Salzberg, Esq. (salzbergm@sec.gov)
Neal Jacobson, Esq. (jacobsonn@sec.gov)
Vivian Shevitz, Esq. (vivian@shevitzlaw.com)

SO ORDERED
Dated: 10/25/13
RICHARD J. SULLIVAN
U.S.D.J.

Jane Simkin Smith, Esq. (jssmith1@optonline.net)
David C. Burger, Esq. (dcb@robinsonbrog.com)
Paula K. Colbath, Esq. (pcolbath@loeb.com)
Andrew E. Goldsmith, Esq. (agoldsmith@khhte.com)
Thomas J. Hall, Esq. (hallt@hallandhalllaw.com)
Eugene F. Hestres Velez, Esq. (ehestres@bbh-law.com)
Timothy Wright (twright@entecworks.com)
Robert Fryd (Rfryd@wbcsk.com)
Julian Friedman, Esq. jfriedman@stillmanfriedman.com)
David Mainzer, Esq. (mainzer@sposilco.com)
James Webster, Esq. jwebster@khhte.com)