UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                         Plaintiff,<br><br>              v.<br><br>AMERINDO INVESTMENT ADVISORS INC.,<br>AMERINDO INVESTMENT ADVISORS, INC.,<br>AMERINDO ADVISORS UK LIMITED,<br>AMERINDO MANAGEMENT INC.,<br>AMERINDO TECHNOLOGY GROWTH FUND, INC.,<br>AMERINDO TECHNOLOGY GROWTH  FUND II, INC.,<br>TECHNO RAQUIA, S.A.,<br>ALBERTO W. VILAR, and<br>GARY ALAN TANAKA,<br>                         Defendants. | 05 Civ. 5231 (RJS)<br><br>ECF CASE |

**NOTICE OF PLAINTIFF SECURITIES AND
EXCHANGE COMMISSION'S MOTION TO SET
DISGORGEMENT AND CIVIL MONEY PENALTIES AGAINST
<u>DEFENDANTS ALBERTO W. VILAR AND GARY ALAN TANAKA</u>**

PLEASE TAKE NOTICE that upon the declaration of Neal Jacobson and exhibits attached thereto, the plaintiff, Securities and Exchange Commission ("Commission"), will move this Court, on a date and at a time to be determined, before the Honorable Richard J. Sullivan, at the United States Courthouse for the Southern District of New York, 40 Foley Square, New York, New York 10007, for an order setting disgorgement and civil money penalties against defendants Alberto W. Vilar and Gary Alan Tanaka.

PLEASE TAKE FURTHER NOTICE that, pursuant to the Court's scheduling order, all papers to be submitted in opposition to this motion shall be filed with the Court and served upon the Commission no later than January 24, 2014.

PLEASE TAKE FURTHER NOTICE that if no papers are submitted in opposition to this motion, the Court may grant the motion without any further notice or hearing.

Dated: New York, New York
November 22, 2013

Respectfully submitted,

/s/ Neal Jacobson
By:  Neal Jacobson
     Mark Salzberg
Securities and Exchange Commission
New York Regional Office
3 World Financial Center, Suite 400
New York, New York  10281
Telephone: (212) 336-0095
Facsimile:  (212) 336-1324
Email: Jacobsonn@sec.gov

Of Counsel:
Alistaire Bambach