UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



SECURITIES AND EXCHANGE COMMISSION,

Plaintiff,

v.

AMERINDO INVESTMENT ADVISORS INC., *et al.*,

Defendants.

05 Civ. 5231 (RJS)

ECF CASE

### ORDER AUTHORIZING THE RECEIVER'S RETENTION OF SOLOMON HARRIS AS CAYMAN ISLAND COUNSEL AND PAYMENT OF THE FILING FEE

Upon the application ("Application") of Ian J. Gazes, dated November 18, 2013, for the entry of an order of this Court authorizing and empowering the Receiver to retain the Cayman Island law firm of Solomon Harris, effective November 18, 2013; and the Engagement Letter, attached as Exhibit "C" to the Application; and due notice of the Application having been provided; and due deliberation having been had thereon; and no further notice hereof being required, and it appearing that the retention of Solomon Harris is in the best interests of the parties in the captioned action; it is hereby

**ORDERED**, that the Receiver is authorized to retain the Solomon Harris law firm, effective November 18, 2013, on the terms and conditions set forth in the Engagement Letter attached to the Application as Exhibit "C", which is incorporated herein; and it is further

**ORDERED**, that the Receiver is authorized to pay the Filing Fee (defined in the Application) from the Distribution Accounts held at J.P. Morgan upon entry of this Order; and it is further

**ORDERED**, that payment of any fees due the Solomon Harris law firm shall only be paid upon entry of a further order of this Court.

Dated: New York, New York
       Nov. 21, 2013

_____
HONORABLE RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE