

Vivian Shevitz
Attorney at Law
46 Truesdale Lake Drive
South Salem, New York 10590
(914) 763-2122
Fax: (888) 859-0158
vivian@shevitzlaw.com

**MEMO ENDORSED**

January 21, 2014

Hon Richard J. Sullivan (by email)
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: SEC v. Amerindo, Vilar and Tanaka -05 cv 5231
Consensual Request for Extension of Time

Dear Judge Sullivan:

With consent of SEC counsel (per email of Neal Jacobson), I request a week's extension of time, from January 24, 2014, until January 31, 2014, for the response to the SEC's motion for disgorgement and penalties.

As explained to counsel, aside from the need to go see the clients in jail to discuss these matters, which I have not been able to accomplish (and will not be able to before next week at the earliest), I am (trying to) deal and help my young kids deal with the death this past week in Brazil of my son-in-law's mother. There are no other relatives.

I therefore request the Court extend the time to respond to disgorgement/penalties until January 31, 2014.

Very truly yours,
/s/
Vivian Shevitz

Cc: David Burger
    Neal Jacobson / Mark Salzberg

SO ORDERED
Date: 1/21/14
RICHARD J. SULLIVAN
U.S.D.J.