

UNITED STATES
**SECURITIES AND EXCHANGE COMMISSION**
NEW YORK REGIONAL OFFICE
BROOKFIELD PLACE, 200 VESEY STREET, SUITE 400
NEW YORK, NEW YORK 10281-1022

WRITER'S DIRECT DIAL LINE
(212) 336-0095

January 24, 2014

**BY EMAIL**

Honorable Richard J. Sullivan
United States District Court Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:    <u>SEC v. Amerindo Investment Advisors Inc., et al., 05-Civ.- 5231 (RJS)</u>

Dear Judge Sullivan:

    The staff of the Securities and Exchange Commission ("Commission") respectfully requests that the Court extend (1) the date by which Defendants Alberto Vilar and Gary Tanaka are required to respond to the Commission's November 22, 2013 motion ("Motion") to set disgorgement and penalties against them to February 7, 2014, and (2) the date by which the Commission is required to file a reply to February 14, 2014. As set forth in the attached email correspondence, after the Court granted the Defendants' request to extend their response date to January 31, 2014, the Commission sought Defendants' consent to extend the Commission's time to reply by one week. At that time, counsel to the Defendants requested that the staff consent to an additional one week to file a response for the reasons set forth in her email. The staff does not object to counsel's request for the additional one week, subject to the Court's granting the Commission additional time to reply.

    Alternatively, if the Court is not inclined to grant the Defendants an additional week to file a response, the staff respectfully requests that the Court grant the Commission until February 7, 2014 to file a reply.

                                                        Respectfully Submitted,

                                                         Neal Jacobson
                                                         Senior Trial Counsel

Cc (via email):

Vivian Shevitz (Vivian@shevitzlaw.com)
Jane Simkin Smith (jssmith1@optonline.net)
David C. Burger (dcb@robinsonbrog.com)
Ian Gazes (Ian@gazesllc.com)

## Jacobson, Neal

| | |
|---|---|
| **From:** | Vivian Shevitz <vivian@shevitzlaw.com> |
| **Sent:** | Wednesday, January 22, 2014 12:14 PM |
| **To:** | Jacobson, Neal; Salzberg, Mark D. |
| **Cc:** | vivian@shevitzlaw.com |
| **Subject:** | RE: Need to request additional week to respond to your disgorgement motion. |

Yes, I consent.

As a heads up, however, I may need yet one additional week because the storm up here has made travel impossible and I have intermittent outages of electricity. (Would you consent in advance to that extra week, to February 7? If so, if you're writing the court so you have an extra week to reply, perhaps you could say that we've agreed to a February 7th date instead of the January 31, and I've agreed to your extra week). Thanks.

Vivian Shevitz
Attorney at Law *
46 Truesdale Lake Drive
South Salem, New York 10590
914-763-2122 (office and cell)
Fax: 888-859-0158
Vivian@shevitzlaw.com

   *Admitted in New York; United States Supreme Court; United
   States Courts Of Appeals for the First, Second, Third, Ninth, and
   Eleventh Circuits; United States District Courts for the Southern District
   Of New York and the Eastern District of New York.

```
   ))((
  ( ' > ' )
~~(   )~~
   ^ ^
```

**From:** Jacobson, Neal [mailto:JacobsonN@SEC.GOV]
**Sent:** Wednesday, January 22, 2014 12:05 PM
**To:** 'vivian@shevitzlaw.com'; Salzberg, Mark D.
**Subject:** Re: Need to request additional week to respond to your disgorgement motion.

Vivian:

We forgot to ask for your consent to adjourn our reply by a week. Will you consent?

Thank you.