

**GAZES LLC**
ATTORNEYS AT LAW

MAIN TEL: (212) 765-9000
FACSIMILE: (212) 765-9675
WRITER'S EMAIL:
ian@gazesllc.com

January 26, 2014

**By ECF and E-mail**

Honorable Richard J. Sullivan
United States District Judge United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

        **Re:** *Securities and Exchange Commission v. Amerindo Investment Advisors Inc. et al.*; Case No. 05-cv-05231-RJS

Dear Judge Sullivan:

    I am the Court appointed receiver (the "Receiver") in the above-referenced cases. On March 14, 2013, the Court entered an order in the related criminal case, *United States of America v. Alberto William Vilar and Gary Tanaka*, S3 05 Cr. 621 (RJS), modifying its previously entered Post-Conviction Restraining Order to authorize the withdrawal of $50,000.00 ("Restrained Fund") from a restrained account to provide for the Receiver's compensation (the "Compensation Order"). On December 31, 2013, the Court entered an order awarding the Receiver "$48,672.40 in compensation and $496.76 in expenses, to be paid from the $50,000 that the Court has already authorized for receiver compensation (Doc. No. 272). The remaining 20% of compensation, equal to $12,168.10, shall be held back and paid once the Receiver's work is satisfactorily completed."

    Based on the foregoing, the only funds remaining in the Restrained Fund is the sum of $860.84 set aside for the Receiver's compensation and that of his professionals. In an abundance of caution and to insure there is available funds to pay future awarded fees and expenses including holdbacks (the "Fees") the Receiver is requesting that your Honor order that the awarded Fees can be paid from the Distribution Fund[1] at J.P. Morgan.

                                                Respectfully submitted,
                                                Gazes LLC

                                                By:__/s/ Ian J. Gazes____
                                                Ian J. Gazes, Receiver

Patrick Begos, Esq. (pwb@begoshorgan.com)
AUSA Sharon Cohen Levin (Sharon.Levin@usdoj.gov)
Andrea L. Weiss, Esq. (aweiss@llf-law.com)
Mark D. Salzberg, Esq. (salzbergm@sec.gov)
Neal Jacobson, Esq. (jacobsonn@sec.gov)
Vivian Shevitz, Esq. (vivian@shevitzlaw.com)

---

[1] The Distribution Fund consists of the cash in the accounts located at J.P. Morgan.

**151 HUDSON STREET. NEW YORK. NEW YORK 10013   FIRM EMAIL: OFFICE@GAZESLLC.COM   WEBSITE: WWW.GAZESLLC.COM**

Jane Simkin Smith, Esq. (jssmith1@optonline.net)
David C. Burger, Esq. (dcb@robinsonbrog.com)
Paula K. Colbath, Esq. (pcolbath@loeb.com)
Andrew E. Goldsmith, Esq. (agoldsmith@khhte.com)
Thomas J. Hall, Esq. (hallt@hallandhalllaw.com)
Eugene F. Hestres Velez, Esq. (ehestres@bbh-law.com)
Timothy Wright (twright@entecworks.com)
Robert Fryd (Rfryd@wbcsk.com)
Julian Friedman, Esq. jfriedman@stillmanfriedman.com)
David Mainzer, Esq. (mainzer@sposilco.com)
James Webster, Esq. jwebster@khhte.com)