UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1-29-14

SECURITIES EXCHANGE COMMISSION

        Plaintiff,

-v-

AMERINDO INVESTMENT ADVISORS, INC., *et al.*,

        Defendants.

No. 05 Civ. 5231 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

The Court is in receipt of a letter from Defendants Alberto Vilar and Gary Tanaka, dated January 28, 2014, objecting to two requests submitted by the Receiver on January 27, 2014. Doc. No. 346; *see also* Doc. Nos. 343, 344.) The Court has already ruled on the Receiver's request that his compensation be paid from the Distribution Fund, as opposed to the $50,000 already set aside by the Court for his payment. (Doc. Nos. 344, 345). In any event, Defendants' letter does not alter the Court's decision. The letter objects to paying the Receiver beyond the $50,000, and the Court's January 27, 2014 Order does not authorize any payment beyond that $50,000. Instead, the Court ordered payment from the $50,000 and stated that "the Receiver may apply to have additional funds set aside for future payments." (*Id.*) If the Receiver makes such an application, Defendants' objections will then be considered. As for Defendants' objections to the Receiver's other request – involving payment of custodial fees – they will be considered by the Court when it makes its decision on that request.

SO ORDERED.

Dated:     January 28, 2014
             New York, New York

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE