

**PAULA K. COLBATH**
Partner

345 Park Avenue
New York, NY 10154

Direct  212.407.4905
Main    212.407.4000
Fax     212.937.3189
pcolbath@loeb.com

Via E-File and E-Mail
(sullivannysdchambers@nysd.uscourts.gov)

February 4, 2014

Honorable Richard J. Sullivan
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re: U.S. Securities and Exchange Commission v. Amerindo (1:05-cv-05231-RJS)

Dear Judge Sullivan:

We represent Alfred C. Heitkonig, John Preetzmann Aggerholm, Elna Heitkoenig and Maaike Hickok (the "Heitkonig Parties").

We have reviewed the February 4, 2014 letter submitted by Julian Friedman, Esq. on behalf of Mr. Marcus and members of his family. On behalf of the Heitkonig Parties, we join in Mr. Friedman's request that the date for objections be adjourned to March 7, 2014.

Respectfully submitted,

Paula K. Colbath
Partner

cc:   Patrick Begos, Esq. (pwb@begoshorgan.com)
      AUSA Sharon Cohen Levin (Sharon.Levin@usdoj.gov)
      Andrea L. Weiss, Esq. (aweiss@llf-law.com)
      Mark D. Salzberg, Esq. (salzbergm@sec.gov)
      Neal Jacobson, Esq. (jacobsonn@sec.gov)
      Vivian Shevitz, Esq. (vivian@shevitzlaw.com)
      Jane Simkin Smith, Esq. (jssmith1@optonline.net)
      David C. Burger, Esq. (dcb@robinsonbrog.com)
      Andrew E. Goldsmith, Esq. (agoldsmith@khhte.com)
      Thomas J. Hall, Esq. (hallt@hallandhalllaw.com)
      Eugene F. Hestres Velez, Esq. (ehestres@bbh-law.com)
      Timothy Wright (twright@entecworks.com)
      Robert Fryd (rfryd@wbcsk.com)
      David Mainzer, Esq. (mainzer@sposilco.com)
      James Webster, Esq. (jwebster@khhte.com)
      Ian J. Gazes, Receiver (ian@gazesllc.com)
      Julian W. Friedman, Esq. (friedmanj@bssfny.com)

Los Angeles   New York   Chicago   Nashville   Washington, DC   Beijing   www.loeb.com

NY1250934.1

A limited liability partnership including professional corporations