# Ballard Spahr
# Stillman & Friedman LLP

425 Park Avenue
New York, NY 10022-3506
TEL 212.223.0200
FAX 212.223.1942
www.ballardspahr.com

Julian W. Friedman
Tel: 212.223.0200 ext. 8019
Fax: 212.223.1942
friedmanj@bssfny.com

February 4, 2014

*By E-File and E-Mail*

Honorable Richard J. Sullivan
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

Re:   SEC v. Amerindo, 05-cv-5231 (RJS)

Dear Judge Sullivan:

Please be advised that we represent Paul Marcus and members of his family, who were investors in ATGF and who have made claims in the distribution proceeding in which Your Honor appointed Ian Gazes, Esq. as Receiver.

I am writing this letter to request an extension of the date previously fixed by the Court for Claimants such as Mr. Marcus to file objections to claims made by others. In its Order of September 27, 2013 (filed on September 30 as document number 309), the Court set November 8, 2013 as the deadline for all objections to the Claims Register filed by the Receiver. On October 18, 2013, Mr. Gazes wrote a letter to Your Honor requesting that the deadline for such claims objections be extended to February 8, 2014. The docket sheet reflects that in a Minute Entry on October 25, 2013, Your Honor granted the Receiver's request to adjourn the claims objection deadline to February 8.

The purpose of this letter is to request that the claims objection deadline be extended to March 7, 2014. This request is based on the fact that in a conversation that I had with Mr. Gazes today, he informed me that he would be filing a proposal for an initial distribution with the Court by Friday, February 7, and that this proposal would list each claimant and the initial distribution to each that Mr. Gazes was recommending.

It is respectfully submitted that allowing the parties to review Mr. Gazes's proposal before they file any objections to claims would be the most efficient way to deal with the issues at stake here, and would be the best way to avoid any waste of the Court's time and any excess legal fees being incurred by the Claimants. The reason is that everyone would just be spinning their wheels if compelled to file objections prior to learning how Mr. Gazes proposes to deal with the claims. To avoid that result, we respectfully request that Your Honor set March 7, 2014 as the date for any interested party to file objections to Mr. Gazes's proposal, including but not limited to

objections to the claimants included, the methodology adopted by the Receiver and the application of that methodology to particular claims.

Respectfully submitted,

Julian W. Friedman

JWF:cn

cc:    Patrick Begos, Esq. (pwb@begoshorgan.com)
       AUSA Sharon Cohen Levin (Sharon.Levin@usdoj.gov)
       Andrea L. Weiss, Esq. (aweiss@llf-law.com)
       Mark D. Salzberg, Esq. (salzbergm@sec.gov)
       Neal Jacobson, Esq. (jacobsonn@sec.gov)
       Vivian Shevitz, Esq. (vivian@shevitzlaw.com)
       Jane Simkin Smith, Esq. (jssmith1@optonline.net)
       David C. Burger, Esq. (dcb@robinsonbrog.com)
       Paula K. Colbath, Esq. (pcolbath@loeb.com)
       Andrew E. Goldsmith, Esq. (agoldsmith@khhte.com)
       Thomas J. Hall, Esq. (hallt@hallandhalllaw.com)
       Eugene F. Hestres Velez, Esq. (ehestres@bbh-law.com)
       Timothy Wright (twright@entecworks.com)
       Robert Fryd (rfryd@wbcsk.com)
       David Mainzer, Esq. (mainzer@sposilco.com)
       James Webster, Esq. (jwebster@khhte.com)

```
IT IS HEREBY ORDERED THAT the request is DENIED.
```

SO ORDERED
Dated: 2/4/14

RICHARD J. SULLIVAN
U.S.D.J.