EXHIBIT A TO RECEIVER'S MOTION FOR AN ORDER
(A) FIXING INVESTOR CLAIMS AND (B) AUTHORIZING INTERIM DISTRIBUTION

| Claim No. | Claimant | ATGF Shares per Most Recent Statement | Statement Date | Allowed ATGF Claim (based on UNAV of 20.71 as of 5/25/05) | Last Known GFDRA Account Balance | GFRDA Interest Rate per Most Recent Statement | Statement Date | Allowed GFRDA Claim | Other Investments | Total Allowed Claim |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | E. Ronald Salvitti, M.D. | 91993.83 | 4/15/04 | $1,905,192.22 | N/A | N/A | N/A | N/A | N/A | $1,905,192.22 |
| 2 | John Preetzmann - Aggerholm | N/A | N/A | N/A | $234,746.76 | 10.00% | 12/31/00 | $381,771.21 | N/A | $381,771.21 |
| 3 | QGCI Nominees Limited a/k/a Quilter Cheviot Limited f/k/a Quilter Goodison Ltd. | 1642.46 | 4/7/05 | $34,015.35 | N/A | N/A | N/A | N/A | N/A | $34,015.35 |
| 4 | Lisa Mayer & Debra Mayer c/o Begos Brown & Green LLP | 14784.21 | 6/30/04 | $306,180.99 | $11,066,713.00 | 5.00% | 6/30/04 | $11,564,333.89 | Intouch | $11,870,514.88 |
| 6 | Elizabeth Knope | N/A | N/A | N/A | N/A | N/A | N/A | N/A | Rhodes Capital | $0.00 |
| 7 | Michael Walsh | 7635.56 | 2/28/03 | $158,132.45 | $143,784.00 | 6.00% | 2/28/03 | $168,673.40 | N/A | $326,805.85 |
| 8 | Surinder Rametra | 1957.98 | 3/31/00 | $40,549.77 | N/A | N/A | N/A | N/A | N/A | $40,549.77 |
| 9 | Sheridan Securities | 16917.57 | 1/29/97 | $350,362.87 | N/A | N/A | N/A | N/A | N/A | $350,362.87 |
| 10 | James Charles | 22400.00 | None | $463,904.00 | N/A | N/A | N/A | N/A | N/A | $463,904.00 |
| 11 | Ariadana Sanchez | N/A | N/A | N/A | $2,076,275.64 | 6 and 7% | 3/31/03 | $2,417,463.79 | N/A | $2,417,463.79 |
| 12 | Robin Sayko | 5400.00 | 5/31/04 | $111,834.00 | $152,411.04 | 4.50% | 5/31/04 | $164,531.75 | N/A | $276,365.75 |
| 13 | Donald & Marilyn Walsh | 7372.67 | 4/30/05 | $152,688.00 | $77,411.04 | 1.50% | 4/30/05 | $81,535.91 | N/A | $234,223.91 |
| 14 | Frank Harris | N/A | N/A | N/A | Unknown | Unknown | N/A | $0.00 | N/A | $0.00 |
| 15 | Charles Kaye | 1630.18 | 12/22/99 | $33,761.03 | N/A | N/A | N/A | N/A | N/A | $33,761.03 |
| 16 | Alfred Heitkonig for himself and on behalf of Elna Charlotte Olga a/k/a Elna Heitkoenig and Maaike Maria Hickok a/k/a Heitkoenig | 90000.00 | 5/31/04 | $1,863,900.00 | $3,164,889.13 | 5.00% | 5/31/04 | $3,458,330.98 | N/A | $5,322,230.98 |
| 17 | The Winsford Corporation | 51396.62 | N/A | $1,064,423.95 | N/A | N/A | N/A | N/A | N/A | $1,064,423.95 |
| 18 | Peter Sweetland | 1194.32 | 4/6/98 | $24,734.37 | N/A | N/A | N/A | N/A | N/A | $24,734.37 |
| 19 | John W. Sweetland, Sr. | 113859.84 | N/A | $2,358,037.29 | N/A | N/A | N/A | N/A | N/A | $2,358,037.29 |
| 20 | Timothy Sweetland | 2823.54 | 3/31/00 | $58,475.51 | N/A | N/A | N/A | N/A | N/A | $58,475.51 |
| 21 | John W. Sweetland, Jr. | 1194.32 | 4/6/98 | $24,734.37 | N/A | N/A | N/A | N/A | N/A | $24,734.37 |

EXHIBIT A TO RECEIVER'S MOTION FOR AN ORDER
(A) FIXING INVESTOR CLAIMS AND (B) AUTHORIZING INTERIM DISTRIBUTION

| Claim No. | Claimant | ATGF Shares per Most Recent Statement | Statement Date | Allowed ATGF Claim (based on UNAV of 20.71 as of 5/25/05) | Last Known GFDRA Account Balance | GFRDA Interest Rate per Most Recent Statement | Statement Date | Allowed GFRDA Claim | Other Investments | Total Allowed Claim |
|---|---|---|---|---|---|---|---|---|---|---|
| 22 | Anthony W. Gibbs | 17746.25 | 9/30/99 | $367,524.84 | N/A | N/A | N/A | N/A | N/A | $367,524.84 |
| 23 | Patricia A. Kabara | 2810.38 | 3/31/04 | $58,202.97 | $115,971.41 | 4.50% | 3/31/04 | $78,102.73 | N/A | $136,305.70 |
| 24 | National Investors Group Holdings Ltd. f/k/a NIG-Amertech Ltd. | 7799.61 | 1/14/00 | $161,529.92 | N/A | N/A | N/A | N/A | N/A | $161,529.92 |
| 25 | Angelica Jordan | N/A | N/A | N/A | N/A | N/A | N/A | N/A | Amerindo International Investment Fund I, individual portfolio of equities | $828,766.10 |
| 29-a | Paul Marcus | 146105.04 | 7/31/04 | $3,025,835.38 | N/A | N/A | N/A | N/A | N/A | $3,025,835.38 |
| 29-b | The Deane J. Marcus Trust | 20559.00 | 7/31/04 | $425,776.89 | N/A | N/A | N/A | N/A | N/A | $425,776.89 |
| 29-c | The Steven E. Marcus Trust | 20559.00 | 7/31/04 | $425,776.89 | N/A | N/A | N/A | N/A | N/A | $425,776.89 |
| 29-d | The Cheryl Marcus-Podhaizer Trust | 24931.05 | 7/31/04 | $516,322.05 | N/A | N/A | N/A | N/A | N/A | $516,322.05 |
| 29-e | The Eve S. Marcus Children's Trust | 946.40 | 7/31/04 | $19,599.94 | N/A | N/A | N/A | N/A | N/A | $19,599.94 |
| 30 | Imagineers Profit Sharing Plan | 6941.16 | 1/31/05 | $143,751.42 | N/A | N/A | N/A | N/A | N/A | $143,751.42 |
| 32 | Lily Cates | N/A | N/A | N/A | N/A | N/A | N/A | N/A | SBIC, Rhodes Capital | $9,198,189.51 |
| 33 | Robert Cox | N/A | N/A | N/A | $85,126.90 | 6.50% | 2/28/02 | $104,638.60 | N/A | $104,638.60 |
| Other | Graciela Lecube Chavez | N/A | N/A | N/A | $90,807.09 | 11.00% | 9/30/01 | $134,220.11 | N/A | $134,220.11 |
| | | | | | | | | | Total Allowed Claims | $42,675,804.44 |