EXHIBIT B TO RECEIVER'S MOTION FOR AN ORDER
(A) FIXING INVESTOR CLAIMS AND (B) AUTHORIZING INTERIM DISTRIBUTION

| Claim No. | Claimant | Total Allowed Claim | Interim Distribution Amount |
|---|---|---|---|
| 1 | E. Ronald Salvitti, M.D. | $1,905,192.22 | $775,398.57 |
| 2 | John Preetzmann - Aggerholm | $381,771.21 | $155,377.94 |
| 3 | QGCI Nominees Limited a/k/a Quilter Cheviot Limited f/k/a Quilter Goodison Ltd. | $34,015.35 | $13,843.99 |
| 4 | Lisa Mayer & Debra Mayer c/o Begos Brown & Green LLP | $11,870,514.88 | $4,831,208.20 |
| 6 | Elizabeth Knope | $0.00 | $0.00 |
| 7 | Michael Walsh | $326,805.85 | $133,007.46 |
| 8 | Surinder Rametra | $40,549.77 | $16,503.44 |
| 9 | Sheridan Securities | $350,362.87 | $142,594.99 |
| 10 | James Charles | $463,904.00 | $188,805.36 |
| 11 | Ariadana Sanchez | $2,417,463.79 | $983,889.16 |
| 12 | Robin Sayko | $276,365.75 | $112,478.73 |
| 13 | Donald & Marilyn Walsh | $234,223.91 | $95,327.33 |
| 14 | Frank Harris | $0.00 | $0.00 |
| 15 | Charles Kaye | $33,761.03 | $13,740.48 |
| 16 | Alfred Heitkonig for himself and on behalf of Elna Charlotte Olga a/k/a Elna Heitkoenig and Maaike Maria Hickok a/k/a Heitkoenig | $5,322,230.98 | $2,166,107.05 |
| 17 | The Winsford Corporation | $1,064,423.95 | $433,212.36 |
| 18 | Peter Sweetland | $24,734.37 | $10,066.70 |
| 19 | John W. Sweetland, Sr. | $2,358,037.29 | $959,703.03 |
| 20 | Timothy Sweetland | $58,475.51 | $23,799.08 |
| 21 | John W. Sweetland, Jr. | $24,734.37 | $10,066.70 |
| 22 | Anthony W. Gibbs | $367,524.84 | $149,579.78 |
| 23 | Patricia A. Kabara | $136,305.70 | $55,475.37 |
| 24 | National Investors Group Holdings Ltd. f/k/a NIG-Amertech Ltd. | $161,529.92 | $65,741.43 |
| 25 | Angelica Jordan | $828,766.10 | $337,301.42 |
| 29-a | Paul Marcus | $3,025,835.38 | $1,231,491.71 |
| 29-b | The Deane J. Marcus Trust | $425,776.89 | $173,287.92 |
| 29-c | The Steven E. Marcus Trust | $425,776.89 | $173,287.92 |
| 29-d | The Cheryl Marcus-Podhaizer Trust | $516,322.05 | $210,139.10 |
| 29-e | The Eve S. Marcus Children's Trust | $19,599.94 | $7,977.02 |
| 30 | Imagineers Profit Sharing Plan | $143,751.42 | $58,505.72 |
| 32 | Lily Cates | $9,198,189.51 | $3,743,592.34 |
| 33 | Robert Cox | $104,638.60 | $42,587.10 |
| Other | Graciela Lecube Chavez | $134,220.11 | $54,626.55 |
| | **Totals** | **$42,675,804.44** | **$17,368,723.95** |