UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,**<br><br>        **Plaintiff,**<br><br>        v.<br><br>**AMERINDO INVESTMENT ADVISORS INC.,** *et al.***,**<br><br>        **Defendants.** | **05 Civ. 5231 (RJS)**<br><br>**ECF CASE** |

**NOTICE OF HEARING ON RECEIVER'S MOTION FOR AN ORDER
(A) FIXING INVESTOR CLAIMS AND (B) AUTHORIZING INTERIM DISTRIBUTION**

  **PLEASE TAKE NOTICE** that upon the motion (the "Motion") of Ian J. Gazes, the Court appointed receiver (the "Receiver"), for an order of the Court (a) fixing investor claims and (b) authorizing the Receiver to make an interim distribution on account of allowed claims, a hearing will held before the Honorable Richard J. Sullivan, United States District Judge, in the United States District Court for the Southern District of New York, Thurgood Marshall Courthouse, Courtroom 905, 40 Foley Square, New York, NY 10007, on **March 14, 2014 at 3:30 p.m.**

Dated: New York, New York
    February 10, 2014

                       /s/ Ian J. Gazes_____
                       Ian J. Gazes, Receiver
                       Gazes LLC
                       151 Hudson Street
                       New York, New York 10013
                       (212) 765-9000

2

Case 1:05-cv-05231-RJS   Document 356   Filed 02/10/14   Page 2 of 2