

MAIN TEL: (212) 765-9000
FACSIMILE: (212) 765-9675
WRITER'S EMAIL:
ian@gazesllc.com

February 10, 2014

**By E-mail and ECF**

Honorable Richard J. Sullivan
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    *Securities and Exchange Commission v. Amerindo Investment Advisors Inc. et al.*; Case No. 05-cv-05231-RJS

Dear Judge Sullivan:

    I write with regard to two matters.

1. In connection with the Mayers' request for an emergency interim payment of $50,000 (the "Emergency Payment") [12-cv-5240-rjs, Doc. No. 100] the Receiver has no objection provided that any such payment is deemed an advance on any interim payment that this Court may subsequently authorize. In the Receiver's recently filed motion to fix investor claims, the Receiver proposed an interim distribution of nearly $5M on account of the Mayer claim.

2. This letter serves to confirm that the hearing concerning the Receiver's motion fixing the investor claims and authorizing an interim distribution has been scheduled for March 14, 2014 at 3:30 p.m. A Notice of Hearing has been filed by the Receiver and served on all investor claimants and other parties in interest.

                                    Respectfully submitted,
                                    Gazes LLC

                                    By:  /s/ Ian J. Gazes
                                  Ian J. Gazes, Receiver

Patrick Begos, Esq. (pwb@begoshorgan.com)
AUSA Sharon Cohen Levin (Sharon.Levin@usdoj.gov)
Andrea L. Weiss, Esq. (aweiss@llf-law.com)
Mark D. Salzberg, Esq. (salzbergm@sec.gov)
Neal Jacobson, Esq. (jacobsonn@sec.gov)
Vivian Shevitz, Esq. (vivian@shevitzlaw.com)
Jane Simkin Smith, Esq. (jssmith1@optonline.net)
David C. Burger, Esq. (dcb@robinsonbrog.com)

Paula K. Colbath, Esq. (pcolbath@loeb.com)
Andrew E. Goldsmith, Esq. (agoldsmith@khhte.com)
Thomas J. Hall, Esq. (hallt@hallandhalllaw.com)
Eugene F. Hestres Velez, Esq. (ehestres@bbh-law.com)
Timothy Wright (twright@entecworks.com)
Robert Fryd (Rfryd@wbcsk.com)
Julian Friedman, Esq. jfriedman@stillmanfriedman.com)
David Mainzer, Esq. (mainzer@sposilco.com)
James Webster, Esq. jwebster@khhte.com)

Attachment (1)