UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2-11-14
```

SECURITIES AND EXCHANGE
COMISSION,

              Plaintiff,

-v-

AMERINDO INVESTMENT ADVISORS
INC., *et al.*,

              Defendants.

No. 05 Civ. 5231 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

Now before the Court is the Receiver's motion for fixing investor claims and authorizing an interim distribution. (Doc. No. 355.) Accordingly, IT IS HEREBY ORDERED THAT all objections to the Receiver's motion shall be submitted no later than February 28, 2014. The Receiver shall respond to these objections no later than March 7, 2014. IT IS FURTHER ORDERED that the Court shall hold a hearing on this motion on March 14, 2014 at 3:30 p.m.

SO ORDERED.

Dated:    February 10, 2014
             New York, New York

                                                RICHARD J. SULLIVAN
                                                UNITED STATES DISTRICT JUDGE