UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>AMERINDO INVESTMENT ADVISORS INC., *et al.*,<br><br>Defendants. | 05 Civ. 5231 (RJS)<br><br>ECF CASE |

DECLARATION IN SUPPORT OF RECEIVER'S MOTION FOR AN ORDER
(A) FIXING INVESTOR CLAIMS AND (B) AUTHORIZING INTERIM DISTRIBUTION

IAN J. GAZES, declares under penalty of perjury:

1. I am the Court appointed receiver in the above-captioned case.

2. In connection with my duties as receiver, I have received a total of thirty-two (32) completed proofs of claim from Amerindo investors (the "Proofs of Claim").

3. Except as set forth herein, true and correct copies of the Proofs of Claim are attached hereto as Exhibits "A" through "FF".

4. With respect to the Proof of Claim filed by Imagineers Profit Sharing Plan ("Imagineers"), claimaint submitted in excess of one-thousand pages of documentation. The bulk of these documents consists of annual and quarterly reports relating to the Imagineers LLC Retirement Savings Plan going back to 1995. Accordingly, only the completed form proof of claim and Attachment I. which consist of Amerindo account statements, are attached.

5. Also attached is the Amerindo account statement relied upon by the receiver and his professionals in formulating the proposed interim distribution to Graciela Lecube Chavez.

Dated: New York, New York
February 17, 2014

        /s/ Ian J. Gazes
Ian J. Gazes

2