| Claim No. | Claimant | ATGF Shares per Most Recent Statement | Statement Date | Distributions Subsequent to Last Known Balance | Allowed ATGF Claim | Last Known GFDRA Account Balance | Last Known GFDRA Accrued Interest per Most Recent Statement | GFRDA Interest Rate per Most Recent Statement | Statement Date | Distributions Subsequent to Last Known Balance | Allowed GFRDA Claim | Other Investments | Allowed Other Investments, Net of Distributions | Total Allowed Claim (new) | Total Allowed Claim (old) | Change |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | E. Ronald Salvitti, M.D. | 91,993.83 | 4/15/04 | $0.00 | $6,000,000.00 | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | $6,000,000.00 | $1,905,192.22 | $4,094,807.78 |
| 2 | John Preetzmann - Aggerholm | N/A | N/A | N/A | N/A | $279,745.76 | $0.00 | 10.00% | 12/31/00 | $45,000.00 | $234,745.76 | N/A | N/A | $234,745.76 | $381,771.21 | ($147,025.45) |
| 3 | QGCI Nominees Limited a/k/a Quilter Cheviot Limited f/k/a Quilter Goodison Ltd. | 1,642.46 | 4/7/05 | $0.00 | $95,000.00 | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | $95,000.00 | $34,015.35 | $60,984.65 |
| 4 | Lisa Mayer & Debra Mayer c/o Begos Brown & Green LLP | 14,784.21 | 6/30/04 | $0.00 | $341,472.00 | $11,066,713.00 | $0.00 | 5.00% | 6/30/04 | $3,749,683.77 | $7,317,029.23 | Intouch | N/A | $7,658,501.23 | $11,870,514.88 | ($4,212,013.65) |
| 6 | Elizabeth Knope | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | Rhodes Capital | $5,021.00 | $5,021.00 | $0.00 | $5,021.00 |
| 7 | Michael Walsh | 7,635.56 | 2/28/03 | $0.00 | $99,511.19 | N/A | N/A | N/A | N/A | N/A | N/A | Rhodes Capital | $81,280.00 | $180,791.19 | $326,805.85 | ($146,014.66) |
| 8 | Surinder Rametra | 1,957.98 | 3/31/00 | $0.00 | $250,000.00 | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | $250,000.00 | $40,549.77 | $209,450.23 |
| 9 | Sheridan Securities | 16,917.57 | 1/29/97 | $0.00 | $500,000.00 | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | $500,000.00 | $350,362.87 | $149,637.13 |
| 10 | James Charles | 22,400.00 | None | $0.00 | $175,726.14 | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | $175,726.14 | $463,904.00 | ($288,177.86) |
| 11 | Ariadana Sanchez | N/A | N/A | N/A | N/A | $2,039,313.00 | $36,961.00 | 6 and 7% | 3/31/03 | $0.00 | $2,076,274.00 | N/A | N/A | $2,076,274.00 | $2,417,463.79 | ($341,189.79) |
| 12 | Robin Sayko | 5,400.00 | 5/31/04 | $0.00 | $117,748.08 | N/A | N/A | N/A | N/A | N/A | N/A | Rhodes Capital | $81,280.00 | $199,028.08 | $276,365.75 | ($77,337.67) |
| 13 | Donald & Marilyn Walsh | 7,372.67 | 4/30/05 | $0.00 | $144,495.48 | N/A | N/A | N/A | N/A | N/A | N/A | Rhodes Capital | $6,280.00 | $150,775.48 | $234,223.91 | ($83,448.43) |
| 14 | Frank Harris | N/A | N/A | N/A | N/A | Unknown | Unknown | Unknown | N/A | N/A | $47,400.00 | N/A | N/A | $47,400.00 | $0.00 | $47,400.00 |
| 15 | Charles Kaye | 1,630.18 | 12/22/99 | $0.00 | $174,988.00 | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | $174,988.00 | $33,761.03 | $141,226.97 |
| 16 | Alfred Heitkonig for himself and on behalf of Elna Charlotte Olga a/k/a Elna Heitkoenig and Maaike Maria Hickok a/k/a Heitkoenig | 90,000.00 | 5/31/04 | $0.00 | $1,962,468.00 | $3,164,889.13 | $132,008.24 | 5.00% | 5/31/04 | $0.00 | $3,296,897.37 | N/A | N/A | $5,259,365.37 | $5,322,230.98 | ($62,865.61) |
| 17 | The Winsford Corporation | 51,396.62 | N/A | $0.00 | $1,500,000.00 | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | $1,500,000.00 | $1,064,423.95 | $435,576.05 |
| 18 | Peter Sweetland | 1,194.32 | 4/6/98 | $0.00 | $41,670.47 | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | $41,670.47 | $24,734.37 | $16,936.10 |
| 19 | John W. Sweetland, Sr. | 113,859.84 | N/A | $125,011.41 | $1,874,988.59 | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | $1,874,988.59 | $2,358,037.29 | ($483,048.70) |
| 20 | Timothy Sweetland | 2,823.54 | 3/31/00 | $0.00 | $191,670.47 | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | $191,670.47 | $58,475.51 | $133,194.96 |
| 21 | John W. Sweetland, Jr. | 1,194.32 | 4/6/98 | $0.00 | $41,670.47 | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | $41,670.47 | $24,734.37 | $16,936.10 |
| 22 | Anthony W. Gibbs | 17,746.25 | 9/30/99 | $0.00 | $1,287,619.98 | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | $1,287,619.98 | $367,524.84 | $920,095.14 |
| 23 | Patricia A. Kabara | 2,810.38 | 3/31/04 | $0.00 | $61,519.21 | N/A | N/A | N/A | N/A | N/A | N/A | Rhodes Capital | -$389.48 | $61,129.73 | $136,305.70 | ($75,175.97) |
| 24 | National Investors Group Holdings Ltd. f/k/a NIG-Amertech Ltd. | 7,799.61 | 1/14/00 | $0.00 | $1,000,000.00 | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | $1,000,000.00 | $161,529.92 | $838,470.08 |
| 25 | Angelica Jordan | N/A | N/A | N/A | N/A | $665,259.19 | $23,539.94 | 8.00% | N/A | $0.00 | $688,799.13 | Amerindo International Investment Fund I, individual portfolio of equities | $2,656,168.00 | $3,344,967.13 | $828,766.10 | $2,516,201.03 |

| Claim No. | Claimant | ATGF Shares per Most Recent Statement | Statement Date | Distributions Subsequent to Last Known Balance | Allowed ATGF Claim | Last Known GFDRA Account Balance | Last Known GFDRA Accrued Interest per Most Recent Statement | GFRDA Interest Rate per Most Recent Statement | Statement Date | Distributions Subsequent to Last Known Balance | Allowed GFRDA Claim | Other Investments | Allowed Other Investments, Net of Distributions | Total Allowed Claim (new) | Total Allowed Claim (old) | Change |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 29-a | Paul Marcus | 146,105.04 | 7/31/04 | $0.00 | $3,025,835.38 | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | $3,025,835.38 | $3,025,835.38 | $0.00 |
| 29-b | The Deane J. Marcus Trust | 20,559.00 | 7/31/04 | $0.00 | $425,776.89 | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | $425,776.89 | $425,776.89 | $0.00 |
| 29-c | The Steven E. Marcus Trust | 20,559.00 | 7/31/04 | $0.00 | $425,776.89 | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | $425,776.89 | $425,776.89 | $0.00 |
| 29-d | The Cheryl Marcus-Podhaizer Trust | 24,931.05 | 7/31/04 | $0.00 | $516,322.05 | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | $516,322.05 | $516,322.05 | $0.00 |
| 29-e | The Eve S. Marcus Children's Trust | 946.40 | 7/31/04 | $0.00 | $30,000.00 | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | $30,000.00 | $19,599.94 | $10,400.06 |
| 30 | Imagineers Profit Sharing Plan | 6,941.16 | 1/31/05 | $0.00 | $169,503.13 | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | $169,503.13 | $143,751.42 | $25,751.71 |
| 32 | Lily Cates | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | SBIC, Rhodes Capital | $9,198,189.51 | $9,198,189.51 | $9,198,189.51 | $0.00 |
| 33 | Robert Cox | N/A | N/A | N/A | N/A | $85,126.90 | $121.61 | 6.50% | 2/28/02 | $0.00 | $85,248.51 | N/A | N/A | $85,248.51 | $104,638.60 | ($19,390.09) |
| Other | Graciela Lecube Chavez | N/A | N/A | N/A | N/A | $90,807.09 | $0.00 | 11.00% | 9/30/01 | $42,372.97 | $48,434.12 | N/A | N/A | $48,434.12 | $134,220.11 | ($85,785.99) |
| | | | | | | | | | | | | | Total | $46,276,419.57 | $42,675,804.44 | $3,600,615.13 |