EXHIBIT B TO RECEIVER'S AMENDED MOTION FOR AN ORDER
(A) FIXING INVESTOR CLAIMS AND (B) AUTHORIZING INTERIM DISTRIBUTION

| Claim No. | Claimant | Total Allowed Claim (new) | Interim Distribution Amount (new) | Interim Distribution Amount (old) | Change |
|---|---|---|---|---|---|
| 1 | E. Ronald Salvitti, M.D. | $6,000,000.00 | $2,251,953.47 | $775,398.57 | $1,476,554.90 |
| 2 | John Preetzmann - Aggerholm | $234,745.76 | $88,106.09 | $155,377.94 | ($67,271.85) |
| 3 | QGCI Nominees Limited a/k/a Quilter Cheviot Limited f/k/a Quilter Goodison Ltd. | $95,000.00 | $35,655.93 | $13,843.99 | $21,811.94 |
| 4 | Lisa Mayer & Debra Mayer c/o Begos Brown & Green LLP | $7,658,501.23 | $2,874,431.41 | $4,831,208.20 | ($1,956,776.79) |
| 6 | Elizabeth Knope | $5,021.00 | $1,884.51 | $0.00 | $1,884.51 |
| 7 | Michael Walsh | $180,791.19 | $67,855.56 | $133,007.46 | ($65,151.90) |
| 8 | Surinder Rametra | $250,000.00 | $93,831.39 | $16,503.44 | $77,327.95 |
| 9 | Sheridan Securities | $500,000.00 | $187,662.79 | $142,594.99 | $45,067.80 |
| 10 | James Charles | $175,726.14 | $65,954.52 | $188,805.36 | ($122,850.84) |
| 11 | Ariadana Sanchez | $2,076,274.00 | $779,278.74 | $983,889.16 | ($204,610.42) |
| 12 | Robin Sayko | $199,028.08 | $74,700.33 | $112,478.73 | ($37,778.40) |
| 13 | Donald & Marilyn Walsh | $150,775.48 | $56,589.89 | $95,327.33 | ($38,737.44) |
| 14 | Frank Harris | $47,400.00 | $17,790.43 | $0.00 | $17,790.43 |
| 15 | Charles Kaye | $174,988.00 | $65,677.47 | $13,740.48 | $51,936.99 |
| 16 | Alfred Heitkonig for himself and on behalf of Elna Charlotte Olga a/k/a Elna Heitkoenig and Maaike Maria Hickok a/k/a Heitkoenig | $5,259,365.37 | $1,973,974.35 | $2,166,107.05 | ($192,132.70) |
| 17 | The Winsford Corporation | $1,500,000.00 | $562,988.37 | $433,212.36 | $129,776.01 |
| 18 | Peter Sweetland | $41,670.47 | $15,639.99 | $10,066.70 | $5,573.29 |
| 19 | John W. Sweetland, Sr. | $1,874,988.59 | $703,731.18 | $959,703.03 | ($255,971.85) |
| 20 | Timothy Sweetland | $191,670.47 | $71,938.83 | $23,799.08 | $48,139.75 |
| 21 | John W. Sweetland, Jr. | $41,670.47 | $15,639.99 | $10,066.70 | $5,573.29 |
| 22 | Anthony W. Gibbs | $1,287,619.98 | $483,276.71 | $149,579.78 | $333,696.93 |
| 23 | Patricia A. Kabara | $61,129.73 | $22,943.55 | $55,475.37 | ($32,531.82) |
| 24 | National Investors Group Holdings Ltd. f/k/a NIG-Amertech Ltd. | $1,000,000.00 | $375,325.58 | $65,741.43 | $309,584.15 |
| 25 | Angelica Jordan | $3,344,967.13 | $1,255,451.72 | $337,301.42 | $918,150.30 |
| 29-a | Paul Marcus | $3,025,835.38 | $1,135,673.41 | $1,231,491.71 | ($95,818.30) |
| 29-b | The Deane J. Marcus Trust | $425,776.89 | $159,804.96 | $173,287.92 | ($13,482.96) |
| 29-c | The Steven E. Marcus Trust | $425,776.89 | $159,804.96 | $173,287.92 | ($13,482.96) |
| 29-d | The Cheryl Marcus-Podhaizer Trust | $516,322.05 | $193,788.87 | $210,139.10 | ($16,350.23) |
| 29-e | The Eve S. Marcus Children's Trust | $30,000.00 | $11,259.77 | $7,977.02 | $3,282.75 |
| 30 | Imagineers Profit Sharing Plan | $169,503.13 | $63,618.86 | $58,505.72 | $5,113.14 |
| 32 | Lily Cates | $9,198,189.51 | $3,452,315.80 | $3,743,592.34 | ($291,276.54) |
| 33 | Robert Cox | $85,248.51 | $31,995.95 | $42,587.10 | ($10,591.15) |
| Other | Graciela Lecube Chavez | $48,434.12 | $18,178.56 | $54,626.55 | ($36,447.99) |
| | **Total** | **$46,276,419.57** | **$17,368,723.95** | **$17,368,723.95** | |