John W. Sweetland  
President

1800 Century Park East  
Los Angeles, California 90067  
Telephone 213 879 6075

January 23, 1990

Mr. Ken Riffle  
Amerindo Investment Advisors  
60 East Sir Francis Drake Boulevard  
Suite 300  
Larkspur, California 94939

Dear Mr. Riffle:

Enclosed is the Sweetlands' application for investment in the Amerindo Technology Growth Fund II. As instructed, the second original application is being forwarded to the address in Panama.

I have made arrangements with the bank to wire funds in the amount of $1,000,000 to Citibank in New York. The funds will be transferred first thing tomorrow.

If you require anything further, please do not hesitate to call me.

Sincerely,

Darlene G. Simplis  
Assistant to John W. Sweetland

Enclosure

cc: Mr. Albert W. Vilar

AMERINDO TECHNOLOGY GROWTH FUND

Application Form

AIR MAIL TO:   Amerindo Technology Growth Fund II
c/o Overseas Management Company
Bank of Boston Building, 8th Floor
Via Espana 122
Panama, Republic of Panama

1. ACCOUNT NAME (Name of the investor or his nominee. If joint account, all names must be included – such accounts will be registered as "Joint Tenants with Right of Survivorship" unless otherwise specified. If a corporation or trust, the legal name must be given as well as the names and titles of those authorized to give instructions for the account).

..The Morris-Sweetland Living Trust UDT 10/20/87..............

..Gayle Morris Sweetland or John W. Sweetland, Trustees........

2. ADDRESS

[redacted]

[redacted]

3. I/We hereby apply to purchase as many Shares of Amerindo Technology Growth Fund II Inc. as may be purchased with

U.S.$.1,000,000.00..........
(minimum U.S. $100,000)

for a price equal to (a) $10.00 per Share, with respect to Shares issued on the Commencement Date, or (b) the net asset value next computed after receipt of this Application Form (provided that payment has previously been received in New York) with respect to Shares issued after the Commencement Date. I/We confirm receipt of the Fund's Offering Circular, dated January 1985, relating to the Shares. It is understood that if this subscription is rejected, the Fund shall return the full amount tendered herewith without interest. Unless and until rejected, this subscription shall be irrevocable by the subscriber(s).

4. METHOD OF INITIAL PAYMENT (check one)

[X] Bank Telegraphic Transfer. Investors using the telegraphic transfer method for an initial payment should send to:

Citibank N.A.
20 Exchange Place
New York, New York 10004
Credit Bear Stearns & Company
Account No. [redacted]3186
For Further Credit Amerindo Technology Growth Fund II
Account No. [redacted]95-20
Amount U.S.$..1,000,000.00.................................
                                initial transfer
By Order of...The Morris-Sweetland Living Trust UDT 10/20/87
        Client's Name/Client's Offshore Corporation

☐ Check or draft enclosed, payable to the order of Amerindo Technology Growth Fund II.

Checks or bank drafts with accompanying cover letter should be sent to:
Bear Stearns & Company
Attn: Specialist Clearance Dept
2 Broadway, 12th Floor
New York, N.Y. 10004-2207

Credit:   Amerindo Technology Growth Fund II
Account No. ████████95-20

5. REPRESENTATIONS

In signing this Application Form the undersigned warrants that (1) neither he nor any beneficial owner of the shares to be purchased is a citizen of Panama or the United Kingdom, and that he will not transfer any shares or interest therein to a citizen, resident or entity of either country, (2) he has the right and authority to make the investment pursuant to this Application Form whether the investment is his own or is made on behalf of another person or organization; (3) he has the right and authority in regard to this account to redeem shares of the Fund; (4) the Fund's Transfer Agent and the Custodian, respectively, are authorized by him to honor redemption instructions given in person or by telephone, telex, cable or mail from anyone provided that the proceeds are transmitted only to the name of the account as given above at either the address so given or at the Designated Bank so given, unless changed by authorized signature.

Signature: _[signature]_         Title: Trustee
Gayle Morris Sweetland            Date: 1/23/90
Print or Type Name

Signature: _[signature]_         Title: Trustee
John W. Sweetland                 Date: 1/23/90
Print or Type Name

Must be signed by investor or his nominee. If a joint account, all investors must sign. If a corporation or trust authorized officers, trustees or officials must sign and indicate titles.

6. CLIENT'S SPECIAL INSTRUCTION TO THE FUND:

Example: "In the case of my demise notify and remit to:
N/A ................................................................"

| FUNDS TRANSFER | DEPT. 3853 | DEBIT ADVICE DLT1 -01794 | REFERENCE NO 02425651 | DATE 01/24/90 | TO: BRANCH/DEPT# 1154 OPERATIONS OFFICER |
|---|---|---|---|---|---|

| SOURCE | PAYMENT TYPE | VALUE DATE | AMOUNT |
|---|---|---|---|
| TNC | FRB SAM | 01/24/90 | $1,000,000.00 |

DEP'T PARTY  A/C: ████████0534
THE MORRIS SWEETLAND LIVING TR

CREDIT ADVICE TYPE: FPS        ATTENTION:

CREDIT PARTY  A/C: ████████5370
CITIBANK NA
111 WALL ST.
NEW YORK, NEW YORK
(15891)

DTL: F/C TO AMERINDO TECHNOLOGY GROWTH
FUND II ████#520 B/O THE MORRIS SWEETLAN
LIVING TRUST

BENEFICIARY  A/C: ████████3186
BEAR STEARNS

SENDERS REFERENCE
U 1154         073879
DELIVERY DETAIL
FPS 01/24/90 08:54

13 February 1990

Mr. John W. Sweetland

BY FAX & COURIER



AMERINDO
TECHNOLOGY
GROWTH
FUND LIMITED.
17A Curzon Street, Mayfair,
London W1Y 7FE, England
Tel: 01-629 2349
Telex: 291735 AML UK

Dear John:

Under separate cover you will receive a formal acknowledgement and receipt of your subscription to the Amerindo Technology Growth Fund from the registrar.

Your subscription of $1,000,000 was received by Bear Stearns in New York, the Fund custodian, on 24th January. This represents a purchase of 188,882 shares at a price of $5.2943 per share on the 31st, the next admission day.

The net asset value (n.a.v.) of the Fund is calculated twice monthly. We can arrange to have you call a designated person at Bear Stearns to obtain the n.a.v. Alternatively, we would be delighted to fax the n.a.v. directly to you, if you wish. This is a service we provide to most of our Fundholders.

The Fund issues quarterly reports five weeks after the end of each calendar quarter.

We appreciate the confidence you have placed in us and we will do our utmost to justify it.

Sincerely yours,



Albert W. Vilar



# AMERINDO INVESTMENT ADVISORS INC.

388 Market Street Suite 950
San Francisco, CA 94111
Tel: (415) 362-0292
Fax: (415) 362-0533

17a Curzon Street
London, W1Y 7FE
Tel: (071) 629-2349
Fax: (071) 493-5158

9 July 1990

Mr. John W. Sweetland

BY FACSIMILE

Dear John:

This is to acknowledge receipt of your subscription of $500,000 on 2 July 1990 to the Amerindo Technology Growth Fund, Inc.

Although the net asset value of the Fund is computed twice a month (for the 15th and 31st), we realize that there is a lengthy wait until the 15th. We have, therefore, decided to make an exception for a current shareholder by arranging for interest to be paid until the admission date. We will then convert this amount into additional shares.

We will fax over the exact number of shares allocated to you as soon as we have the valuation for the 15th.

We very much appreciate your continued confidence in us.

Sincerely yours,

Albert

Albert W. Vilar

Enc.

## AMERINDO TECHNOLOGY GROWTH FUND II

### Application Form

AIR MAIL TO:   Amerindo Technology Growth Fund II
c/o Overseas Management Company
Bank of Boston Building, 8th Floor
Via Espana 122
Panama, Republic of Panama

1. **ACCOUNT NAME** (Name of the investor or his nominee. If joint account, all names must be included — such accounts will be registered as "Joint Tenants with Right of Survivorship" unless otherwise specified. If a corporation or trust, the legal name must be given as well as the names and titles of those authorized to give instructions for the account).

    The Morris-Sweetland Living Trust UDT 10/20/87 .....................

    ..... Gayle Morris Sweetland or John W. Sweetland, Trustees ........

2. **ADDRESS**

   ████████████████████████████████ ........................................
   ████████████████████████████████ ........................................

3. I/We hereby apply to purchase as many shares of Amerindo Technology Growth Fund II Inc. as may be purchased with

    U.S. $ ...500,000.00..........
    (minimum U.S. $100,000)

    for a price equal to (a) $10.00 per Share, with respect to Shares issued on the Commencement Date, or (b) the net asset value next computed after receipt of this Application Form (provided that payment has previously been received in New York) with respect to Shares issued after the Commencement Date. I/We confirm receipt of the Fund's Offering Circular, dated January 1985, relating to the Shares. It is understood that if this subscription is rejected, the Fund shall return the full amount tendered herewith without interest. Unless and until rejected, this subscription shall be irrevocable by the subscriber(s).

4. **METHOD OF INITIAL PAYMENT** (check one)

    [X] **Bank Telegraphic Transfer.** Investors using the telegraphic transfer method for an initial payment should send to:

    Citibank N.A.
    20 Exchange Place
    New York, New York 10004
    Credit Bear Stearns & Company
    Account No. ████3165
    For Further Credit Amerindo Technology Growth Fund II
    Account No. ████95-20
    Amount U.S.$ ..500,000.00............................
    ~~Initial transfer~~
    By Order of .The Morris-Sweetland Living Trust UDT 10/20/87....
    Client's Name/Client's Offshore Corporation
    (over)

*Funds transferred 7/2/90*
*Mailed 6/29/90*



☐ Check or draft enclosed, payable to the order of Amerindo Technology Growth Fund II.

Checks or bank drafts with accompanying cover letter should be sent to:

Bear Stearns & Company
Attn: Specialist Clearance Dept
2 Broadway, 12th Floor
New York, N.Y. 10004-2207

Credit: Amerindo Technology Growth Fund II
Account No. [redacted]95-20

5. REPRESENTATIONS

In signing this Application Form the undersigned warrants that (1) neither he nor any beneficial owner of the shares to be purchased is a citizen of Panama or the United Kingdom, and that he will not transfer any shares or interest therein to a citizen, resident or entity of either country, (2) he has the right and authority to make the investment pursuant to this Application Form whether the investment is his own or is made on behalf of another person or organization, (3) he has the right and authority in regard to this account to redeem shares of the Fund, (4) the Fund's Transfer Agent and the Custodian, respectively, are authorized by him to honor redemption instructions given in person or by telephone, telex, cable or mail from anyone provided that the proccode are transmitted only to the name of the account as given above at either the address so given or at the Designated Bank so given, unless changed by authorized signature.

Signature:.............................. Title: Trustee..........

Gayle Morris Sweetland............ Date:....................
Print or Type Name

Signature: [signature]................ Title: Trustee..........

John W. Sweetland.................. Date: 6/29/90.......
Print or Type Name

Must be signed by investor or his nominee. If a joint account, all investors must sign. If a corporation or trust authorized officers, trustees or officials must sign and indicate titles.

6. CLIENT'S SPECIAL INSTRUCTION TO THE FUND:

Example: "In the case of my demise notify and remit to:

N/A ......................................................................"

**AMERINDO TECHNOLOGY GROWTH FUND LIMITED**
17A Curzon Street, Mayfair,
London W1Y 7FE, England
Tel: 629 2349
Telex: 291795 AML UK

23 July 1990

Mr. John W. Sweetland

BY FACSIMILE

Dear John:

Your additional contribution of U.S.$500,000 was received by Bear Stearns, New York value dated Monday 2 July for admission to Amerindo Technology Growth Fund on Monday 16 July. We have therefore calculated the interest due for fourteen days as follows:

$$.10\% \times 14/360 \times \$500{,}000 = \$1{,}944.$$

Added to the $500,000 and using the Fund net asset value of U.S.$7.0351 on the 16 July, this would be:

$$\$501{,}944/\$7.0351 = 71{,}348.52 \text{ shares}$$

We have instructed the Fund Registrar to issue 71,348.52 additional shares in your name.

Sincerely yours,

Gary Tanaka

TOTAL P.01

# THE WINSFORD CORPORATION

1800 CENTURY PARK EAST • LOS ANGELES, CA 90067 • (213) 879-6075 • FAX (213) 552-0836

## FAX TRANSMITTAL

DATE: 2/26/91

NO. OF PAGES: 3

TO: Ken Biffle
Oneside

FAX NO.: (415) 362-0533

FROM: Darlene Semple

MESSAGE: Following is the completed & signed form for additional investment in the Technology Growth Fund.

I have arranged to have $500,000 wire transferred tomorrow (2/27) to Citibank in NY.

Please call me to confirm receipt of these funds.

Thank you

P.S. Will mail original form to you today

```
AMERINDO SAN FRANCISCO          TO      12135528836      P.01
```

AIR MAIL TO:    Amerindo Technology Growth Fund, Inc.
c/o Overseas Management Company
Bank of Boston Building, 8th Floor
Via Espana 122
Panama, Republic of Panama

---

1. **ACCOUNT NAME** (Name of the Investor or his nominee. If joint account, all names must be included - such accounts will be registered as "Joint Tenants with Right of Survivorship" unless otherwise specified. If a corporation or trust, the legal name must be given as well as the names and titles of those authorized to give instructions for the account).

......The Morris-Sweetland Living Trust UDT 10/20/87......
......Gayle Morris Sweetland or John W. Sweetland, Trustees......

2. **ADDRESS**

[redacted]

3. I/We hereby apply to purchase as many Shares of Amerindo Technology Growth Fund Inc. as may be purchased with

US $500,000.00
(minimum US $500,000)

for a price equal to (a) $10.00 per Share, with respect to Shares issued on the Commencement Date, or (b) the net asset value next computed after receipt of the Application Form (provided that payment has previously been received in New York) with respect to Shares issued after the Commencement Date. I/We confirm receipt of the Fund's Offering Circular, dated January 1985 relative the Shares. It is understood that if this su[...] return the full amount tendered herewith [...] rejected, this subscription shall be irrevocabl[...]

*Complete &*
*fax to*
*Ken Biffa*
*415-362-0533*

4. **METHOD OF INITIAL PAYMENT**

[x] Bank Telegraphic Transfer. Investors using t[his] an initial payment should send to:

Citibank NA
20 Exchange Place
New York, New York 10004
Credit Bear, Stearns & Company
Account No. [███]3186
For Further Credit Amerindo Te[ch]
Account No. [███]1490
Amount US $ 500,000.00
(telex transfer)

By Order of The Morris-Sweetland Living Trust UDT 10/20/87
Client's Name/Client's Offshore Corporation

FEB-13-1991  16:57  FROM  AMERINDO SAN FRANCISCO  TO  12135520836  P.02

## AMERINDO TECHNOLOGY GROWTH FUND, INC

( · ) Check or Draft enclosed, payable to the order of Amerindo Technology Growth Fund, Inc.

Checks or bank drafts with accompanying cover letter should be sent to:
Bear Stearns & Company
Attn: Specialist Clearance Dept.
2 Broadway, 12th Floor
New York, New York 1004-2207
Credit: Amerindo Technology Growth Fund, Inc.
Account No. ▓▓▓▓▓1490

### 5. REPRESENTATIONS

In signing this Application Form the undersigned warrants that (1) neither he nor any beneficial owner of the shares to be purchased is a citizen of Panama or the United Kingdom, and that he will not transfer any shares of interest therein to a citizen, resident or entity of either country, (2) he has the right and authority to make the investment pursuant to this Application Form whether the investment is his own or is made on behalf of another person or organization, (3) he has the right and authority in regard to this account to redeem shares of the Fund, (4) the Fund's Transfer Agent and the Custodian, respectively, are authorized by him to honor redemption instructions given in person or by telephone, telex, cable or mail from anyone provide that the proceeds are transmitted only to the name of the account as given above at either the address so given or at the Designated Bank so given, unless changed by authorized signature.

Signature: ...[signed]................  Title: ..Trustee............
.John.W..Sweetland.................  Date: ...2/27/91...........
Print or Type Name

Signature: ..........................  Title: .....................
....................................  Date: ......................
Print or Type Name

Must be signed by investor or his nominee. If a joint account, all investors must sign. If a corporation or trust authorized officers, trustees or officials must sign and indicate titles.

### 6. CLIENT'S SPECIAL INSTRUCTIONS TO THE FUND:

Example: "In the case of my demise notify and remit to:
........................................................................
..........................N/A...........................................
........................................................................
........................................................................
........................................................................

TOTAL P.02



**AMERINDO TECHNOLOGY GROWTH FUND INC.**
Registered address:
Bank of Boston Bldg.
Via España 122, 8th Floor
Panama 5, Panama
Tel: (507) 63 7677
Telex: 2111 OMANCO PA

March 7, 1991

Mr. John Sweetland
█████████████

Dear Mr. Sweetland:

We confirm that we received your wire transfer of $500,000.00 into our Amerindo Technology Growth Fund account on February 28, 1991. The value date on record for your funds was February 28, 1991 with a net asset value per share of $7.9896. These funds purchased an additional 62,581.36 shares.

Total shares in your account as of February 28, 1991 was 322,811.88.

If we can be of any additional assistance, please let us know.

SIncerely yours,

*Renata Le Port*

Renata Le Port