UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: **3 - 6-14**

SECURITIES AND EXCHANGE
COMISSION,

               Plaintiff,

-v-

AMERINDO INVESTMENT ADVISORS
INC., *et al.*,

               Defendants.

No. 05 Civ. 5231 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

The Court is in receipt of the attached email, which it is docketing in keeping with the presumption of public access to judicial documents. *See Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110, 124 (2d Cir. 2006). The Court reminds all interested parties that the hearing on the Receiver's motion is scheduled for March 14, 2014, not the 18th. The Court also wishes Ms. Shevitz a speedy and complete recovery from her injury.

SO ORDERED.

Dated:      March 6, 2014
             New York, New York

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE



"Vivian Shevitz"

03/06/2014 10:30 AM

To &lt;sullivannysdchambers@nysd.uscourts.gov&gt;

cc "'Naftalis, Benjamin \(USANYS\)'"

bcc

Subject 05 cv 5231, SEC v Amerindo, and US v Vilar, 05 cr 621 -- Problem

Dear Judge Sullivan:

Pardon me for writing an email. However, I must write to let you know of a problem that I hope will not interfere with the schedules in both SEC v Vilar and Tanaka and the criminal case, but which affects my readiness and ability.

Sunday night I fell on ice and sustained a comminuted fracture of my left radius, extending into the hand joint. I was given an over-the-elbow cast at the Northern Westchester Hospital Emergency Room Sunday night, and pain medication.

This coming Monday, March 10, I will be having surgery to hold the bones together.

I hope to be able to be at the March 18 argument on SEC motions, and am trying to arrange transportation. I also am trying to arrange some way of writing/typing the sentencing submission due March 24. I will have to get to see my clients at MDC as well.

I do not desire to delay these matters but have no help, and am letting you know of this problem.


Vivian Shevitz
Attorney at Law