# EXHIBIT A

# J.P.Morgan

OFFICE SERVICING YOUR ACCOUNT
J.P. Morgan Securities Inc.
383 Madison Avenue
New York, New York 10179
(212) 272-2000

3 of 14

AMERINDO TECHNOLOGY GROWTH

| | |
|---|---|
| STATEMENT PERIOD | November 29, 2008 |
| THROUGH | December 31, 2008 |
| ACCOUNT NUMBER | 102-01495 M26 |
| TAXPAYER NUMBER | Not Applicable |
| LAST STATEMENT | November 28, 2008 |

## Portfolio Value

| Assets | THIS PERIOD | LAST PERIOD |
|---|---|---|
| Net Credit Balance | 19,506,873.47 | 19,505,996.37 |
| Equities | 3,489,906.00 | 2,283,518.00 |
| Total Assets | 22,996,779.47 | 21,789,514.37 |
| NET PORTFOLIO VALUE | 22,996,779.47 | 21,789,514.37 |

## Cash Flow Analysis

| | THIS PERIOD | THIS YEAR |
|---|---|---|
| Opening Cash/Sweep Prog. | $19,505,996.37 | $19,266,635.11 |
| Div/Int/Other Inc (Credit) | 1,253.00 | 343,197.69 |
| Miscellaneous (Credit) | 0.00 | 36,789.20 |
| Amount Credited | $1,253.00 | $379,986.89 |
| Miscellaneous (Debit) | -375.90 | -139,748.53 |
| Amount Debited | $-375.90 | $-139,748.53 |
| Net Cash/Sweep Prog. Act. | 877.10 | 240,238.36 |
| Closing Cash/Sweep Prog. | $19,506,873.47 | $19,506,873.47 |

## Income Summary

| | THIS PERIOD | YEAR TO DATE |
|---|---|---|
| Credit Balance Int. | 1,253.00 | 343,197.69 |
| Total | $1,253.00 | $343,197.69 |
| NRA Tax Withheld | 0.00 | -102,959.33 |

## Your Portfolio Allocation



Equities 15%
Cash & Equivalent 85%

Unshaded portions denote debit balance and/or short market values. The allocation percentage is derived from the absolute market value of your portfolio.

027      01/01/09;06:51  001      V216

# J.P.Morgan

OFFICE SERVICING YOUR ACCOUNT
J.P. Morgan Securities Inc.
383 Madison Avenue
New York, New York 10179
(212) 272-2000

3 of 7

AMERINDO MANAGEMENT INC

| | |
|---|---|
| STATEMENT PERIOD | November 29, 2008 |
| THROUGH | December 31, 2008 |
| ACCOUNT NUMBER | 102-01485 M26 |
| TAXPAYER NUMBER | Not Applicable |
| LAST STATEMENT | November 28, 2008 |

## Portfolio Value

| Assets | THIS PERIOD | LAST PERIOD |
|---|---|---|
| Net Credit Balance | 384,779.53 | 384,762.23 |
| Equities | 37,536.00 | 63,498.00 |
| Total Assets | 422,315.53 | 448,260.23 |
| NET PORTFOLIO VALUE | 422,315.53 | 448,260.23 |

## Income Summary

| | THIS PERIOD | YEAR TO DATE |
|---|---|---|
| Credit Balance Int. | 24.72 | 6,769.80 |
| Total | $24.72 | $6,769.80 |
| NRA Tax Withheld | 0.00 | -2,030.96 |

## Cash Flow Analysis

| | THIS PERIOD | THIS YEAR |
|---|---|---|
| Opening Cash/Sweep Prog. | $384,762.23 | $380,040.69 |
| Div/Int/Other Inc (Credit) | 24.72 | 6,769.80 |
| Amount Credited | $24.72 | $6,769.80 |
| Miscellaneous (Debit) | -7.42 | -2,030.96 |
| Amount Debited | $-7.42 | $-2,030.96 |
| Net Cash/Sweep Prog. Act. | 17.30 | 4,738.84 |
| Closing Cash/Sweep Prog. | $384,779.53 | $384,779.53 |



**Your Portfolio Allocation**

Equities 8%
Cash & Equivalent 92%

Unshaded portions denote debit balance and/or short market values. The allocation percentage is derived from the absolute market value of your portfolio.

027    01/01/09;06:51  001    V216

# J.P.Morgan

OFFICE SERVICING YOUR ACCOUNT
J.P. Morgan Securities Inc.
383 Madison Avenue
New York, New York 10179
(212) 272-2000

TECHNO RAQUIA S A

3 of 7

| | STATEMENT PERIOD | November 29, 2008 |
|---|---|---|
| | THROUGH | December 31, 2008 |
| | ACCOUNT NUMBER | 102-17995 M26 |
| | TAXPAYER NUMBER | Not Applicable |
| | LAST STATEMENT | November 28, 2008 |

## Portfolio Value

| | THIS PERIOD | LAST PERIOD |
|---|---|---|
| Assets | | |
| Net Credit Balance | 181,628.30 | 181,620.14 |
| Equities | 3.00 | 3.00 |
| Total Assets | 181,631.30 | 181,623.14 |
| NET PORTFOLIO VALUE | 181,631.30 | 181,623.14 |

## Income Summary

| | THIS PERIOD | YEAR TO DATE |
|---|---|---|
| Credit Balance Int. | 11.66 | 3,195.49 |
| Total | $11.66 | $3,195.49 |
| NRA Tax Withheld | 0.00 | -958.65 |

## Cash Flow Analysis

| | THIS PERIOD | THIS YEAR |
|---|---|---|
| Opening Cash/Sweep Prog. | $181,620.14 | $179,391.46 |
| Div/Int/Other Inc (Credit) | 11.66 | 3,195.49 |
| Amount Credited | $11.66 | $3,195.49 |
| Miscellaneous (Debit) | -3.50 | -958.65 |
| Amount Debited | $-3.50 | $-958.65 |
| Net Cash/Sweep Prog. Act. | 8.16 | 2,236.84 |
| Closing Cash/Sweep Prog. | $181,628.30 | $181,628.30 |

**Your Portfolio Allocation**

Cash & Equivalent
100%

Unshaded portions denote debit balance and/or short market values. The allocation percentage is derived from the absolute market value of your portfolio.

# BEAR STEARNS

OFFICE SERVICING YOUR ACCOUNT
Bear, Stearns & Co. Inc.
383 Madison Avenue
New York, New York 10179
(212) 272-2000

3 of 6

CLEARED THROUGH ITS
WHOLLY OWNED SUBSIDIARY

Bear, Stearns Securities Corp.
One Metrotech Center North
Brooklyn, New York 11201-3859
(212) 272-1000

AMERINDO TECHNOLOGY GROWTH

| | |
|---|---|
| STATEMENT PERIOD | March 1, 2008 |
| THROUGH | March 31, 2008 |
| ACCOUNT NUMBER | 102-01490 M26 |
| TAXPAYER NUMBER | Not Applicable |
| LAST STATEMENT | February 29, 2008 |

## Cash Flow Analysis

| | THIS PERIOD |
|---|---|
| Opening Balance | $521.25 |
| Dividends/Interest | 1.14 |
| Amount Credited | $1.14 |
| Miscellaneous | -0.34 |
| Amount Debited | $-0.34 |
| Net Cash Activity | 0.80 |
| Closing Balance | $522.05 |

## Income Summary

| | THIS PERIOD | YEAR TO DATE |
|---|---|---|
| Credit Balance Int. | 1.14 | 4.02 |
| Total | $1.14 | $4.02 |
| NRA Tax Withheld | 0.00 | -1.21 |

## Portfolio Composition

| | |
|---|---|
| Cash/Cash Equivalent | 522 |
| Total | $522 |

## Cash Balance Summary

| | OPENING | CLOSING |
|---|---|---|
| Margin | 521.25 | 522.05 |
| Net Cash Balance | $521.25 | $522.05 |

### Your Portfolio Allocation



Cash & Equivalent
100%

Unshaded portions denote debit balance and/or short market values. The allocation percentage is derived from the absolute market value of your portfolio.

027          04/02/08;11:32  001          V039