UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**Securities and Exchange Commission**

        Plaintiff

        05 CV 5231 (RJS)

-against-

**CORRECTED MOTION FOR ADMISSION PRO HAC VICE**

**Amerindo Investment Advisors Inc., et al.**

        Defendant

_____

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I <u>Edward Swanson</u> hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for <u>Lily Cates</u> in the above-captioned action.

I am in good standing of the bar(s) of the state(s) of Connecticut and California and there are no pending disciplinary proceedings against me in any state or federal court.

Dated: March 10, 2014

        Respectfully Submitted,

        */s/ Edward T. Swanson*

        Applicant Signature

        Applicant's Name: <u>Edward T. Swanson</u>

        Firm Name: <u>Law Offices of Edward T. Swanson</u>

        Address: <u>2071 N. Altadena Drive</u>

        City/State/Zip: <u>Altadena, CA 91001</u>

        Telephone/Fax: <u>310-283-1035 / 866-397-0114</u>

        E-Mail: <u>etswanson@att.net</u>