UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,**<br><br>Plaintiff,<br><br>v.<br><br>**AMERINDO INVESTMENT ADVISORS INC.**, *et al.*,<br><br>**Defendants.** | 05 Civ. 5231 (RJS)<br><br>ECF CASE |

## CERTIFICATE OF SERVICE

David Dinoso certifies:

I am a resident of the United States, over the age of 18 years and am not a party to or interested in the above-captioned matter.  I am an employee of Gazes LLC, 151 Hudson Street, New York, New York 10013.

On March 7, 2014, I caused to be served the following documents:

**RECEIVER'S OMNIBUS REPLY TO OPPOSITION TO THE RECEIVER'S AMENDED MOTION FOR AN ORDER (A) FIXING INVESTOR CLAIMS AND (B) AUTHORIZING INTERIM DISTRIBUTION**

**and**

**RECEIVER'S REPLY TO MEMORANDUM OF ALBERTO VILAR and GARY TANAKA IN OPPOSITION TO RECEIVER MOTION TO PAY JP MORGAN**

in the manner and persons set forth on the attached service list:

Dated: March 10, 2014                           */s/ David Dinoso*
New York, New York                              David Dinoso

**SERVICE LIST**

**By First Class Mail**

Quilter Cheviot
Attn: Nigel Hill Chartered
St. Helen's
1 Undershaft
London EC3A 8BB

Patrick W. Begos, Esq.
Begos Brown & Green LLP
2425 Post Road, Southport CT 06890

Elizabeth A. Knope
5200 Ridge Rd.
North Haven, CT 06473

Michael Walsh
1715 Grandview Ave.
Westfield, NJ 07090

Surinder Rametra
27 Riesling Court
Commack, NY 11725

Sheridan Securities, Inc.
Attn: Peter Leighton, President
Sterling House
16 Weslye Street
Hamilton HM 11
Bermuda

Ariadana Sanchez
430 Hidden Hills Lane
Escondito, CA 92029

Katherine A. Buchanan, Esq.
Hall & Hall LLP
57 Beach Street
Staten Island, NY 10304-0002

Donald & Marilyn Walsh
66 Uplands Drive
West Hartford, CT 06107

Frank Harris
3 Newlands Cloe
Brentwood
Essex CM13 2SD
United Kingdom

Charles Kaye
26 Lyndale Avenue
London NW2 2QA
United Kingdom

Alfred Heitkonig
1 Taft Street, Apt. PH-E
Santurce, Puerto Rico 00911

Paula K. Colbath, Esq.
Loeb & Loeb LLP
345 Park Avenue
New York, NY 10154

Jeanne Wanlass, Esq.
Loeb & Loeb LLP
10100 Santa Monica Blvd., Suite 2200
Los Angeles, CA 90067

Anthony W. Gibbs
781 Mediterranean Lane
Redwood City, CA 94025

Patricia A. Kabara
396 Greenvillage Street
Moodus, CT 06469

Holland & Knight LLP
Arthur E. Rosenberg, Esq.
31 W. 52nd Street
New York, NY 10019

Michael M. Baldwin-Sotomayor
2235 River Run Drive, Unit 3203
San Diego, CA 92108

Angelica Jordan
1009 Springfield Drive
Milbrae, CA 90403

Julian W. Friedman, Esq.
Ballard Spahr Stillman & Friedman LLP
425 Park Avenue
New York, NY 10022-3506

Imagineers LLC
Attn: Kenneth G. Schultz
635 Farmington Ave.
Hartford, CT 06105

Graciela Lecube Chavez
765 Riverside Drive, Apt. 3J
New York, NY 10032

Robert M Cox
c/o Gary R Cox
PO Box 261
Blue River, OR  97413

**By Electronic Mail**

E. Ronald Salvitti, M.D.
DGardner@swpaeyecenter.com

John Preetzmann – Aggerholm
jpaggerholm@hotmail.com

Paula Colbath
Loeb & Loeb
pcolbath@loeb.com

Quilter Cheviot
oooverseascorporateactions@quiltercheviot.com

Patrick W. Begos, Esq.
Begos Brown & Green LLP
PBegos@bbgllp.com

Elizabeth A. Knope
knope@sbcglobal.net

Michael Walsh
walshm@comncast.net

 Surinder Rametra
Surinder@handson3.com

Sheridan Securities, Inc.
charlesjimj@aol.com

James J. Charles
charlesjimj@aol.com

Katherine A. Buchanan, Esq.
BuchananK@HallandHallLaw.com

Donald & Marilyn Walsh
dwlash@crec.org
mwlash79@comcast.net

Frank Harris
Frankharris1932@gmail.com

Alfred Heitkonig
alfredo@ahfs.biz

Timothy Sweetland
Tsweetland@forbesindustries.com

Jeanne Wanlass
Loeb & Loeb
jwanlass@loeb.com

The Winsford Corporation
jwsweetland@winsford.com

Arthur E. Rosenberg, Esq.
Holland & Knight LLP
Arthur.rosenberg@hklaw.com

Michael M. Baldwin-Sotomayor
Msotomayor333@gmail.com

Julian W. Friedman, Esq.
friedmanj@bssfny.com

Edward T. Swanson, Esq.
etswanson@att.net

Gary R. Cox
trshandgary@comcast.net

Andrea L. Weiss, Esq.
Levi Lubarsky & Feigenbaum LLP
aweiss@llf-law.com

Mark D. Salzberg, Esq.
Securities and Exchange Commission
salzbergm@sec.gov

Neal Jacobson, Esq.
Securities and Exchange Commission
jacobsonn@sec.gov

 Vivian Shevitz, Esq.
vivian@shevitzlaw.com

Jane Simkin Smith, Esq.
jssmith1@optonline.net

David C. Burger, Esq.
Robinson Brog Leinwand Greene
dcb@robinsonbrog.com

Andrew E. Goldsmith, Esq.
Kellogg, Huber, Hansen, Todd, Evans & Figel, P.L.L.C.
agoldsmith@khhte.com

Eugene F. Hestres Velez, Esq.
Bird Bird & Hestres, P.S.C.
ehestres@bbh-law.com

Timothy Wright
Entec Works Llc
twright@entecworks.com

Robert Fryd, Esq.
Warshaw Burstein, LLP
Rfryd@wbcsk.com

David Mainzer, Esq.
Spolin Cohen Mainzer LLP
mainzer@sposilco.com

James Webster, Esq.
Kellogg, Huber, Hansen, Todd, Evans & Figel, P.L.L.C.
jwebster@khhte.com