UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Securities and Exchange Commission,

        Plaintiff,

-against-

Amerindo Investment Advisors Inc., et al.

        Defendant.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3-12-14

05 cv 5231 ( RJS )

**ORDER FOR ADMISSION
PRO HAC VICE**

The motion of Edward T. Swanson, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he/she is a member in good standing of the bar(s) of the state(s) of Connecticut and California; and that his/her contact information is as follows (please print):

Applicant's Name: Edward T. Swanson

Firm Name: Law Offices of Edward T. Swanson

Address: 2071 N. Altadena Drive

City / State / Zip: Altadena, CA  91001

Telephone / Fax: 310-283-1035/866-397-0114

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Lily Cates in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: 3/11/14

_____
United States District ~~Magistrate~~ Judge