UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION | * |
| Plaintiff | * |
| v. | * Civ. 05-5231 (RJS) |
| | * ECF CASE |
| AMERINDO INVESTMENT ADVISORS INC., *et al.*, | * |
| Defendants. | * |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Loeb & Loeb LLP hereby appears in the above-entitled action as counsel for Interested Parties Alfred Heitkoenig, Elna Charlotte Olga a/k/a Elna Heitkoenig and Maakie Olga Maria Hickok a/k/a Maakie Heitkoenig and demands that a copy of all notices and other papers in this action be served upon the attorney noted below at 345 Park Avenue, New York, New York 10154.

Dated: New York, New York
       March 26, 2014

LOEB & LOEB LLP

By: */s/ Paula K. Colbath*
    345 Park Avenue
    New York, NY 10154
    (212) 407-4000

Attorneys for Interested Parties
Alfred Heitkoenig, Elna Charlotte Olga a/k/a Elna
Heitkoenig and Maakie Olga Maria Hickok a/k/a
Maakie Heitkoenig

NY1266279.1
221579-10001