UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

SECURITIES AND EXCHANGE
COMMISSION,

                Plaintiff,

-against-

ALBERTO W. VILAR, and
GARY ALAN TANAKA et al.

                Defendants.

05cv5231(RJS)

NOTICE OF
CHANGE OF
ADDRESS

PLEASE TAKE NOTICE that my address is as follows:

Vivian Shevitz
46 Truesdale Lake Drive
South Salem, New York 10590
914-763-2122
Vivian@shevitzlaw.com

                Respectfully submitted,

                /s/
                Vivian Shevitz
                Attorney for Defendants Vilar and Tanaka

Dated:  March 26, 2014

To: Clerk of the Court