UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-3-14

SECURITIES AND EXCHANGE
COMISSION,

        Plaintiff,

-v-

AMERINDO INVESTMENT ADVISORS
INC., *et al.*,

        Defendants.

No. 05 Civ. 5231 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

For the reasons set forth on the record at the April 2, 2014 conference, IT IS HEREBY ORDERED THAT Plaintiff's motion for default judgment against Defendants Amerindo Investment Advisors Inc., Amerindo Investment Advisors, Inc., Amerindo Advisors UK Limited, Amerindo Management Inc., Amerindo Technology Growth Fund, Inc., Amerindo Technology Growth Fund II, Inc., and Techno Raquia, S.A. is GRANTED as to liability only. The Court will address damages and injunctive relief in a subsequent order.

SO ORDERED.

Dated:    April 2, 2014
            New York, New York

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE