**Back of check (endorsement side):**

```
0110-0001-5
040062731  0110-0001-5
040062731  11-30-00
182...LEES HERITAGE BANK 211274450
12/01...0-0001-5
   03000215 0110-0001-5
1210...785 11-29-00  00 0029181518
NFB SF, CA 12062000
TRACER # 6333  PKT. 001
   122105278
   0916638543
```

FOR DEPOSIT ONLY TO THE
ACCOUNT OF WITHIN NAMED
PAYEE IN ABSENCE OF
ENDORSEMENT GUARANTEED
0291 81518

ENDORSE HERE
DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

**Front of check:**

ANNA P. GLADKOFF
LILY CATES
71 REDWOOD AVE.
CORTE MADERA, CA  94925

11-4288/1210  539        1814

DATE  Nov. 27, 2000

PAY TO THE ORDER OF  Amerindo Investments     $ 300,000.00

Three hundred thousand dollars

WELLS FARGO  Wells Fargo Bank
www.wellsfargo.com

Valued Customer Since 1979

Wells Portfolio

MEMO  Amerindo B2B Mutual Fund

Lily Cates / Anna

⑈121042882⑈05572219420⑈1814  ⑈00300000000⑈