EXHIBIT B TO RECEIVER'S MOTION FOR AN ORDER
(A) FIXING INVESTOR CLAIMS AND (B) AUTHORIZING INTERIM DISTRIBUTION

| Claim No. | Claimant | Total Allowed Claim (new) | REVISED Total Allowed Claim | Change | Interim Distribution Amount (new) | REVISED Interim Distribution Amount | Change |
|---|---|---|---|---|---|---|---|
| 1 | E. Ronald Salvitti, M.D. | $6,000,000.00 | $6,000,000.00 | $0.00 | $2,251,953.47 | $2,251,953.47 | $0.00 |
| 2 | John Preetzmann - Aggerholm | $234,745.76 | $234,745.76 | $0.00 | $88,106.09 | $88,106.09 | $0.00 |
| 3 | QGCI Nominees Limited a/k/a Quilter Cheviot Limited f/k/a Quilter Goodison Ltd. | $95,000.00 | $95,000.00 | $0.00 | $35,655.93 | $35,655.93 | $0.00 |
| 4 | Lisa Mayer & Debra Mayer c/o Begos Brown & Green LLP | $7,658,501.23 | $7,658,501.23 | $0.00 | $2,874,431.41 | $2,874,431.41 | $0.00 |
| 6 | Elizabeth Knope | $5,021.00 | $5,021.00 | $0.00 | $1,884.51 | $1,884.51 | $0.00 |
| 7 | Michael Walsh | $180,791.19 | $247,608.19 | $66,817.00 | $67,855.56 | $92,933.69 | $25,078.13 |
| 8 | Surinder Rametra | $250,000.00 | $250,000.00 | $0.00 | $93,831.39 | $93,831.39 | $0.00 |
| 9 | Sheridan Securities | $500,000.00 | $500,000.00 | $0.00 | $187,662.79 | $187,662.79 | $0.00 |
| 10 | James Charles | $175,726.14 | $175,726.14 | $0.00 | $65,954.52 | $65,954.52 | $0.00 |
| 11 | Ariadana Sanchez | $2,076,274.00 | $2,076,274.00 | $0.00 | $779,278.74 | $779,278.74 | $0.00 |
| 12 | Robin Sayko | $199,028.08 | $275,872.99 | $76,844.91 | $74,700.33 | $103,542.19 | $28,841.86 |
| 13 | Donald & Marilyn Walsh | $150,775.48 | $225,775.13 | $74,999.65 | $56,589.89 | $84,739.17 | $28,149.28 |
| 14 | Frank Harris | $47,400.00 | $47,400.00 | $0.00 | $17,790.43 | $17,790.43 | $0.00 |
| 15 | Charles Kaye | $174,988.00 | $174,988.00 | $0.00 | $65,677.47 | $65,677.47 | $0.00 |
| 16 | Alfred Heitkonig for himself and on behalf of Elna Charlotte Olga a/k/a Elna Heitkoenig and Maaike Maria Hickok a/k/a Heitkoenig | $5,259,365.37 | $5,259,365.37 | $0.00 | $1,973,974.35 | $1,973,974.35 | $0.00 |
| 17 | The Winsford Corporation | $1,500,000.00 | $1,500,000.00 | $0.00 | $562,988.37 | $562,988.37 | $0.00 |
| 18 | Peter Sweetland | $41,670.47 | $41,670.47 | $0.00 | $15,639.99 | $15,639.99 | $0.00 |
| 19 | John W. Sweetland, Sr. | $1,874,988.59 | $1,874,988.59 | $0.00 | $703,731.18 | $703,731.18 | $0.00 |
| 20 | Timothy Sweetland | $191,670.47 | $191,670.47 | $0.00 | $71,938.83 | $71,938.83 | $0.00 |
| 21 | John W. Sweetland, Jr. | $41,670.47 | $41,670.47 | $0.00 | $15,639.99 | $15,639.99 | $0.00 |
| 22 | Anthony W. Gibbs | $1,287,619.98 | $1,287,619.98 | $0.00 | $483,276.71 | $483,276.71 | $0.00 |
| 23 | Patricia A. Kabara | $61,129.73 | $135,770.62 | $74,640.89 | $22,943.55 | $50,958.18 | $28,014.63 |
| 24 | National Investors Group Holdings Ltd. f/k/a NIG-Amertech Ltd. | $1,000,000.00 | $1,000,000.00 | $0.00 | $375,325.58 | $375,325.58 | $0.00 |
| 25 | Angelica Jordan | $3,344,967.13 | $3,344,967.13 | $0.00 | $1,255,451.72 | $1,255,451.72 | $0.00 |
| 29-a | Paul Marcus | $3,025,835.38 | $3,025,835.38 | $0.00 | $1,135,673.41 | $1,135,673.41 | $0.00 |
| 29-b | The Deane J. Marcus Trust | $425,776.89 | $425,776.89 | $0.00 | $159,804.96 | $159,804.96 | $0.00 |
| 29-c | The Steven E. Marcus Trust | $425,776.89 | $425,776.89 | $0.00 | $159,804.96 | $159,804.96 | $0.00 |
| 29-d | The Cheryl Marcus-Podhaizer Trust | $516,322.05 | $516,322.05 | $0.00 | $193,788.87 | $193,788.87 | $0.00 |
| 29-e | The Eve S. Marcus Children's Trust | $30,000.00 | $30,000.00 | $0.00 | $11,259.77 | $11,259.77 | $0.00 |
| 30 | Imagineers Profit Sharing Plan | $169,503.13 | $169,503.13 | $0.00 | $63,618.86 | $63,618.86 | $0.00 |
| 32 | Lily Cates | $9,198,189.51 | $9,198,189.51 | $0.00 | $3,452,315.80 | $3,452,315.80 | $0.00 |
| 33 | Robert Cox | $85,248.51 | $85,248.51 | $0.00 | $31,995.95 | $31,995.95 | $0.00 |
| Other | Graciela Lecube Chavez | $48,434.12 | $48,434.12 | $0.00 | $18,178.56 | $18,178.56 | $0.00 |
| | Total | $46,276,419.57 | $46,569,722.02 | $293,302.45 | $17,368,723.94 | $17,478,807.84 | $110,083.90 |