**Amerindo Investment Advisors Inc.** *et. al.*
**Summary of Management Fees**

| Year | Quarter | Account Balances | Quarterly Management Fee 1.75% | Yearly Management Fee 1.75% |
|------|---------|------------------|--------------------------------|-----------------------------|
| 2005 | Q1 | 11,996,197.00 | $ 209,933.45 | |
| | Q2 | 25,585,014.00 | 447,737.75 | |
| | Q3 | 28,017,605.00 | 490,308.09 | |
| | Q4 | 26,841,772.00 | 469,731.01 | 1,617,710.29 |
| 2006 | Q1 | 27,853,884.00 | 487,442.97 | |
| | Q2 | 25,930,001.00 | 453,775.02 | |
| | Q3 | 26,880,838.00 | 470,414.67 | |
| | Q4 | 28,098,610.00 | 491,725.68 | 1,903,358.33 |
| 2007 | Q1 | 27,728,028.00 | 485,240.49 | |
| | Q2 | 28,461,818.00 | 498,081.82 | |
| | Q3 | 27,848,424.00 | 487,347.42 | |
| | Q4 | 26,777,760.00 | 468,610.80 | 1,939,280.53 |
| 2008 | Q1 | 24,877,875.00 | 435,362.81 | |
| | Q2 | 24,865,350.00 | 435,143.63 | |
| | Q3 | 24,168,095.00 | 422,941.66 | |
| | Q4 | 23,601,248.00 | 413,021.84 | 1,706,469.94 |
| 2009 | Q1 | 24,749,708.00 | 433,119.89 | |
| | Q2 | 24,139,618.00 | 422,443.32 | |
| | Q3 | 24,423,470.00 | 427,410.73 | |
| | Q4 | 23,766,007.00 | 415,905.12 | 1,698,879.05 |
| 2010 | Q1 | 24,577,131.00 | 430,099.79 | |
| | Q2 | 24,466,459.00 | 428,163.03 | |
| | Q3 | 26,200,413.00 | 458,507.23 | |
| | Q4 | 27,580,785.00 | 482,663.74 | 1,799,433.79 |
| 2011 | Q1 | 27,467,326.00 | 480,678.21 | |
| | Q2 | 27,423,021.00 | 479,902.87 | |
| | Q3 | 26,339,064.00 | 460,933.62 | |
| | Q4 | 26,854,862.00 | 469,960.09 | 1,891,474.78 |
| 2012 | Q1 | 26,781,241.53 | 468,671.73 | |
| | Q2 | 26,968,590.00 | 471,950.33 | |
| | Q3 | 28,231,650.00 | 494,053.88 | |
| | Q4 | 27,745,146.53 | 485,540.06 | 1,920,215.99 |
| 2013 | Q1 | 28,076,062.00 | 491,331.09 | |
| | Q2 | 31,438,889.00 | 550,180.56 | |
| | Q3 | 32,285,455.00 | 564,995.46 | |
| | Q4 | 31,238,438.00 | 546,672.67 | 2,153,179.77 |
| | | | $ 16,630,002.46 | $ 16,630,002.46 |