**Amerindo Investment Advisors Inc. et. al.**
**Summary of Claims and Distributions Scenarios**

| | 1a | 1b | | 2 |
|---|---|---|---|---|
| Investment Instrument | Amended Motion (as Filed) | Amended Motion (Adjusted for Walsh Claims) [No Additional Interest Through May 25, 2005] | Interest Calculation From Contribution Date and/or Last Statement Date Through May 25, 2005 | Claims Calculation with Interest for All Investment Instruments (ATGF, GFRDA and Other) thru May 25, 2005 |
| Investments by Instrument: | | | | |
| ATGF | $ 20,453,762.42 | $ 20,453,762.42   43.9% | $ 10,151,234.44 | $ 30,604,996.86   50.2% |
| GFRDA | 13,794,828.12 | 14,256,581.09   30.6% | 3,259,118.63 | 17,515,699.72   28.7% |
| Other Instruments (1) | 12,027,829.03 | 11,859,378.51   25.5% | 1,040,151.73 | 12,899,530.24   21.1% |
| Total Claims | $ 46,276,419.57 | $ 46,569,722.02   100.0% | $ 14,450,504.80 | $ 61,020,226.82   100.0% |
| ADDITIONAL Interest Calculation From 5/25/05 through 12/31/13 | 24,422,765.28 | 24,577,558.09 | | 32,203,932.17 |
| Total Claims (with Interest through 12/31/13) | $ 70,699,184.85 | $ 71,147,280.11 | | $ 93,224,158.99 |

(1) The Other Instruments are noted as the following allowed claims per Scenario 1b, aggregating $11,859,378.51:
Claim #6 - Elizabeth Knope - Claim for Rhodes Capital that was never converted to GFRDA, net of distributions received ($5,021.00)
Claims #25 - Angela Jordan - Claim for Amerindo International Investment Fund I and individual portfolio of equities per the Last Statement Balance ($2,656,168.00)
Claims #32 - Lily Cates - Claim for SBIC, Rhodes Capital and dividends and interest per the Last Statement Balance ($9,198,189.51)