Amerindo Investment Advisors Inc. et. al.
Analysis of Distribution of Funds

|  | Paul Marcus Calculation $ (in 000s) | | CBIZ Calculation $ (in 000s) | |
|---|---:|---:|---:|---:|
| **Funds Available in the Receivership Accounts (1):** | | | | |
| Cash and Other Liquid Funds | $ 23,200 | | $ 23,200 | |
| Priced Securities | 8,600 | | 8,600 | |
|  | 31,800 | | 31,800 | |
| **Other Accounts (2):** | | | | |
| Cayman Account (in the name of Amerindo Internet Growth Fund Ltd.) | 4,000 | | 4,000 | |
| **Private Securities (3)** | 45,000 | | 45,000 | |
| **Total Funds Available** | $ 80,800 | | $ 80,800 | |
| **Administrative Costs:** | | | | |
| Receiver and his Counsel | | | | |
| CBIZ | | | | |
| Chase and its Counsel | | | | |
| Other | | | | |
| **Estimated Aggregate Administrative Costs** | 1,500 | | 1,500 | |
| **Funds Available to Pay Claimants** | 79,300 | | 79,300 | |
| **Claimants by Investment Type:** | | | | |
| GFRDA: | | | | |
| Per Amended Motion | 14,260 | | 14,260 | |
| Interest calculated through May 25, 2005 | 3,260 | | 3,260 | |
|  | 17,520 | | 17,520 | |
| Interest calculated from May 25, 2005 through December 31, 2013 | 9,200 | | 9,200 | |
| GFRDA Claimants (interest calculated through December 31, 2013) (4) | 26,720 | | 26,720 | |
| **Assets Available to Pay ATGF and Other Claimants** | 52,580 | | 52,580 | |
| Other Investment Instruments (5): | | | | |
| Per Amended Motion | 11,900 | | 11,900 | |
| Interest calculated through May 25, 2005 | 1,000 | | 1,000 | |
|  | 12,900 | | 12,900 | |
| **Assets Available to Pay ATGF Claimants (Allowing Other Investment Instruments)** | 39,680 | | 39,680 | |
| **Assets Available to Pay ATGF Claimants (Without Allowing Other Investment Instruments)** | | 52,580 | | 52,580 |
| ATGF: | | | | |
| Per Amended Motion | 20,450 | | 20,450 | |
| Interest calculated through May 25, 2005 | N/A | | 10,150 | |
|  | | | 30,600 | |
| Interest calculated from May 25, 2005 through December 31, 2013 | N/A | | 16,150 | |
| ATGF Claimants (interest calculated through December 31, 2013) | 20,450 | | 46,750 | |
| **Excess Funds, Potentially Attributable to Appreciation of ATGF** | $ 19,230 | | $ (7,070) | |
| **Excess Funds, Potentially Attributable to Appreciation of ATGF (Excludes Payment of Other Investment Instruments)** | | $ 32,130 | | $ 5,830 |

| Allowed Claim Payouts: | | | | | |
|---|---:|---:|---:|---:|---|
| GFRDA | $ 26,720 | $ 26,720 | $ 26,720 | $ 26,720 | |
| ATGF | 39,680 | 52,580 | 46,750 | 46,750 | |
| Other Investment Instruments | 12,900 | - | 12,900 | - | |
|  | $ 79,300 | $ 79,300 | $ 86,370 | $ 73,470 | |
| *Deficiency to Pay All Claims in Full* | | | | $ (7,070) | |

**Notes/Comments:**
(1) Represents estimated amounts maintained in the 4 JP Morgan accounts held by the Receiver as of January 31, 2014.
(2) The Receiver anticipates receiving approximately $4.0 million from the Cayman account.
(3) The Receiver has estimated the value of the Private/Restricted equities held in the JP Morgan accounts under the Receivership, net of fees.
(4) Pursuant to discussions between the Receiver, Judge and the SEC, this analysis assumes that GFRDA claimants would be entitled to interest through December 31, 2013.
(5) The Other Instruments are noted as the following allowed claims, aggregating approximately $11.9 million:
   Claim #6 - Elizabeth Knope - Claim for Rhodes Capital that was never converted to GFRDA, net of distributions received ($5,021.00)
   Claims #25 - Angela Jordan - Claim for Amerindo International Investment Fund I and individual portfolio of equities per the Last Statement Balance ($2,656,168.00)
   Claims #32 - Lily Cates - Claim for SBIC, Rhodes Capital and dividends and interest per the Last Statement Balance ($9,198,189.51)