# LEVI LUBARSKY & FEIGENBAUM LLP

ATTORNEYS AT LAW

1185 AVENUE OF THE AMERICAS

17TH FLOOR

NEW YORK, NEW YORK 10036

TEL. (212) 308-6100

FAX (212) 308-8830

WWW.LLF-LAW.COM

April 17, 2014

BY ELECTRONIC MAIL
(Ian@gazesllc.com)

Ian J. Gazes
Gazes LLC
151 Hudson Street
New York, New York 10013

Re:   *Securities and Exchange Commission v. Amerindo Investment*
      *Advisors, Inc., et al.*, 05 Civ. 5231 (RJS) (S.D.N.Y)

Dear Mr. Gazes:

We write on behalf of J.P. Morgan Securities, LLC ("JPMS") to supplement its Proof of Claim, dated September 20, 2013, to reflect additional legal fees and expenses incurred by JPMS in connection with the proceedings relating to the Amerindo Accounts (as defined in the Proof of Claim). JPMS reserved its right to supplement the Proof of Claim and stated in Section B of the Proof of Claim that "[f]ees and expenses have continued to accrue since August 31, and it is expected that they will continue to accrue until all proceedings with respect to the accounts have concluded. Accordingly, JMPS intends to submit supplemental documentation relating to its claims as they accrue and/or to retain funds to satisfy its lien."

Accordingly, JPMS submits the following supplemental material to its Proof of Claim:

- Invoices dated (i) February 20, 2014 reflecting fees and expenses incurred by JPMS from January 1, 2014 through January 31, 2014; and (ii) March 14, 2014 reflecting fees and expenses incurred by JPMS from February 1, 2014 through February 28, 2014 (both invoices are annexed hereto as Exhibit 1).[1] This supplements the invoices annexed to the Proof of Claim as Exhibit F.

- A payment register reflecting payments made by JPMS as of April 16, 2014 is annexed hereto as Exhibit 2. As of April 16, 2014, the fees and costs paid by JPMS arising from proceedings relating to the Amerindo

---

[1] Privileged information and certain extraneous matter not germane to the Proof of Claim has been redacted from the invoices.

Mr. Ian J. Gazes
April 17, 2014
Page 2

Accounts were $149,734.06.  The payment register annexed hereto reflects two additional payments by JPMS of $4,929.23 and $4,476.80 for the invoices dated February 20, 2014 and March 14, 2014, respectively, that were not included in the payment register annexed as Exhibit G to the Proof of Claim or in the payment registers annexed to either of JPMS's two previous supplemental submissions, dated November 15, 2013 and January 30, 2014.  This submission supplements the payment register annexed to the Proof of Claim as Exhibit G.

JPMS reserves its right to submit further supplemental material to its Proof of Claim as it continues to incur legal fees and expenses in connection with the Amerindo Accounts.

Very truly yours,

Andrea Likwornik Weiss

Enclosures

# EXHIBIT 1

# LEVI LUBARSKY & FEIGENBAUM LLP

**ATTORNEYS AT LAW**
1185 AVENUE OF THE AMERICAS, 17TH FL.
NEW YORK, NY 10036

TEL.    (212) 308-6100
FAX     (212) 308-8830

February 20, 2014

JPMorgan Chase Bank, N.A.
One Chase Manhattan Plaza - 26th Fl.
New York, NY 10081

Invoice # 33214
E.I.N.:  13-3797480
GOLD matter number: 473123

REDACTED

for the period January 1 - January 31, 2014 in connection with
AMERINDO, as follows:

|  |  | Hours | Amount |
|---|---|---|---|
| REDACTED |  |  |  |
| 1/6/2014 ALW | Read and respond to client's email REDACTED REDACTED | 0.50 | 209.00 |
| 1/7/2014 ALW | Communications with client re REDACTED | 0.50 | 209.00 |
| 1/9/2014 ALW | Read email from receiver's accountant and email Ad. Weiss re REDACTED | 0.10 | 41.80 |
| ALW | Conference with Ad. Weiss re REDACTED REDACTED | 0.20 | 83.60 |
| ADW | Review Court orders re Receiver | 0.80 | 196.00 |
| ADW | Search for and review document productions to Receiver | 0.70 | 171.50 |
| ADW | Draft chart re document productions to Receiver | 0.40 | 98.00 |
| ADW | Review email from G. Spivak of CBIZ re request for account statements | 0.10 | 24.50 |

2072.331

JPMorgan Chase Bank, N.A.

Page    2

| | | | Hours | Amount |
|---|---|---|---|---|
| 1/9/2014 | ADW | Conferences with A. Weiss re REDACTED REDACTED | 0.50 | 122.50 |
| | ADW | Email from and to A. Weiss re REDACTED REDACTED | 0.10 | 24.50 |
| 1/14/2014 | ADW | Send email to G. Spivak re request for account statements | 0.10 | 24.50 |
| 1/15/2014 | ADW | Telephone conference with G. Spivak re request for account statements | 0.10 | 24.50 |
| | ADW | Send email to G. Spivak re request for account statements | 0.10 | 24.50 |
| | ADW | Email from and to A. Weiss re REDACTED REDACTED | 0.10 | 24.50 |
| 1/16/2014 | ADW | Send email to A. Weiss re REDACTED REDACTED | 0.10 | 24.50 |
| 1/21/2014 | ADW | Conferences with E. Shane re REDACTED | 0.20 | 49.00 |
| | ADW | Conferences with E. Arias re REDACTED | 0.20 | 49.00 |
| | ADW | Review account statements previously produced | 0.50 | 122.50 |
| | ADW | Review docket and Court Orders in Securities and Exchange Commission v. Amerindo Investment Advisors, Inc. re bar date for objections to claims | 0.80 | 196.00 |
| | EJS | Review Bank Statements for requested account numbers REDACTED | 0.60 | 72.60 |
| | EJS | Provide litigation support and draft email re bank statement review REDACTED | 0.20 | 24.20 |
| 1/22/2014 | ADW | Telephone conference with E. Shane re REDACTED | 0.10 | 24.50 |
| | ADW | Email from and to E. Shane re REDACTED | 0.10 | 24.50 |

2072.331

JPMorgan Chase Bank, N.A.

Page     3

| | | | Hours | Amount |
|---|---|---|---|---|
| 1/22/2014 | ADW | Email from and to E. Arias re REDACTED | 0.10 | 24.50 |
| | ADW | Send email to A. Weiss re REDACTED | 0.10 | 24.50 |
| | EJS | Review additional received Bank Statements for requested account numbers REDACTED ; draft updated email re same | 0.50 | 60.50 |
| 1/23/2014 | ADW | Email from and to G. Spivak re REDACTED | 0.10 | 24.50 |
| | ADW | Email from and to A. Weiss re REDACTED | 0.10 | 24.50 |
| | ADW | Conferences with E. Shane re account statements | 0.10 | 24.50 |
| 1/24/2014 | EJS | Review four production discs for additional bank statements for the requested account numbers REDACTED REDACTED | 0.60 | 72.60 |
| 1/27/2014 | ADW | Draft email to client re REDACTED | 0.30 | 73.50 |
| 1/28/2014 | ALW | Communications with client re REDACTED | 0.60 | 250.80 |
| | ALW | Communications with receiver re various questions | 0.20 | 83.60 |
| | ALW | Review account records previously produced | 0.30 | 125.40 |
| | ALW | Call with Ian Gazes | 0.20 | 83.60 |
| | ADW | Email from and to client re REDACTED | 0.20 | 49.00 |
| | ADW | Email from and to A. Weiss and E. Shane re REDACTED REDACTED | 0.30 | 73.50 |
| | ADW | Conference with E. Shane re REDACTED | 0.10 | 24.50 |
| | ADW | Draft email to client re REDACTED | 0.30 | 73.50 |

2072.331

JPMorgan Chase Bank, N.A.

Page     4

| | | | Hours | Amount |
|---|---|---|---|---|
| 1/28/2014 | EJS | Review bank statements for the requested account numbers [REDACTED] re "Last Statement" date for the missing months in the production | 0.80 | 96.80 |
| 1/29/2014 | ALW | Communications with Ad. Weiss re [REDACTED] | 0.20 | 83.60 |
| | ADW | Review email from client re [REDACTED] | 0.20 | 49.00 |
| | ADW | Conference with E. Arias re [REDACTED] | 0.10 | 24.50 |
| | ADW | Email from and to E. Arias re [REDACTED] | 0.10 | 24.50 |
| | ADW | Send email to E. Shane re [REDACTED] | 0.10 | 24.50 |
| | ADW | Conference with A. Weiss re [REDACTED] | 0.10 | 24.50 |
| | ADW | Email from and to A. Weiss re [REDACTED] | 0.10 | 24.50 |
| | ADW | Revise email to client re [REDACTED] | 0.20 | 49.00 |
| 1/30/2014 | ADW | Conferences with E. Shane and E. Arias re [REDACTED] [REDACTED] | 0.20 | 49.00 |
| | ADW | Email from and to client re [REDACTED] | 0.20 | 49.00 |
| | ADW | Review account statements for production to Receiver | 0.20 | 49.00 |
| | ADW | Email from and to E. Shane and E. Arias re [REDACTED] [REDACTED] | 0.10 | 24.50 |
| | EJS | Final review of Bank Statements for requested account numbers [REDACTED]; draft updated email re same | 0.50 | 60.50 |
| 1/31/2014 | ALW | Communications with client, Ad. Weiss, and Receiver regarding [REDACTED] | 0.80 | 334.40 |
| | ADW | Email from and to A. Weiss and E. Shane re [REDACTED] [REDACTED] | 0.10 | 24.50 |

2072.331

JPMorgan Chase Bank, N.A.

Page      5

| | | | Hours | Amount |
|---|---|---|---|---|
| 1/31/2014 | ADW | Review stock certificates received from client | 0.20 | 49.00 |
| | ADW | Review email from client re REDACTED | 0.10 | 24.50 |
| | | Subtotal: | [      15.50 | 4,023.50] |
| | | REDACTED | | |
| 1/21/2014 | ADW | Email from and to A. Weiss re REDACTED REDACTED | 0.20 | 49.00 |
| | ADW | Draft letter to Receiver re supplemental invoices | 0.60 | 147.00 |
| | ADW | Review and redact invoices for Receiver | 0.50 | 122.50 |
| | ADW | Email from and to R. Hope re invoices for Receiver | 0.20 | 49.00 |
| 1/23/2014 | ADW | Draft and revise letter to Receiver re invoices | 0.30 | 73.50 |
| | ADW | Redact invoice to be sent to Receiver | 0.20 | 49.00 |
| | ADW | Review redactions on invoices to be sent to Receiver | 0.20 | 49.00 |
| | ADW | Conference with A. Weiss re REDACTED | 0.10 | 24.50 |
| 1/27/2014 | ALW | Read Mayer letter seeking distribution | 0.10 | 41.80 |
| | ALW | Read receiver letters re payment | 0.10 | 41.80 |
| | ALW | Review submission to receiver re additional invoices | 0.20 | 83.60 |
| | ADW | Email from and to A. Weiss re REDACTED | 0.10 | 24.50 |
| | ADW | Redact invoice attached to letter to Receiver | 0.10 | 24.50 |
| | ADW | Conference with A. Weiss re REDACTED | 0.10 | 24.50 |

2072.331

JPMorgan Chase Bank, N.A.

Page    6

| | | | Hours | Amount |
|---|---|---|---|---|
| 1/27/2014 | ADW | Send email to client re REDACTED | 0.20 | 49.00 |
| | ADW | Review and revise letter to Receiver | 0.20 | 49.00 |
| | ADW | Review letter from V. Shevitz to Judge Sullivan, dated January 28, 2014, and Affidavit of Gary Tanaka, sworn to January 26, 2014 | 0.50 | 122.50 |
| 1/28/2014 | ALW | Review various filings in SEC case | 0.50 | 209.00 |
| | ADW | Email from and to client re REDACTED REDACTED | 0.10 | 24.50 |
| 1/29/2014 | ADW | Send email to J. Santos re REDACTED | 0.10 | 24.50 |
| 1/30/2014 | ALW | Telephone conference with client re REDACTED | 0.20 | 83.60 |
| | ADW | Send letter to Receiver re invoices | 0.20 | 49.00 |
| | ADW | Email from and to client re REDACTED | 0.10 | 24.50 |
| | Subtotal: | | [      5.10 | 1,439.80] |
| | Subtotal of charges | | | $5,463.30 |
| | Total fees: | | 20.60 | $5,463.30 |

REDACTED

REDACTED

REDACTED

REDACTED

2072.331

JPMorgan Chase Bank, N.A.

Page    7

Disbursements:

|  |  | Quantity | Amount |
|---|---|---:|---:|
| 1/8/2014 | PACER - Oct 1 - Dec 31, 2013 | 1 | 12.90 |
| 1/31/2014 | Photocopies - January 2014 | 950 | 47.50 |

| | Subtotal of charges | $60.40 |
|---|---|---:|
| | Total disbursements: | $60.40 |
| | Total fees and disbursements: | $5,523.70 |

| 1/17/2014 | Payment-Thank you | ($1,012.58) |
|---|---|---:|
| 1/17/2014 | Credit Memo (volume discount) | ($76.22) |

### Attorney Summary

| Name | Hours | Rate | Amount |
|---|---:|---:|---:|
| Andrea L. Weiss (Partner) | 4.70 | 418.00 | $1,964.60 |
| Adam D. Weiss (Associate) | 12.70 | 245.00 | $3,111.50 |
| Elissa J. Shane (Paralegal) | 3.20 | 121.00 | $387.20 |

REDACTED

2072.331

# LEVI LUBARSKY & FEIGENBAUM LLP

ATTORNEYS AT LAW
1185 AVENUE OF THE AMERICAS, 17TH FL.
NEW YORK, NY 10036

TEL.    (212) 308-6100
FAX    (212) 308-8830

March 14, 2014

JPMorgan Chase Bank, N.A.
One Chase Manhattan Plaza - 26th Fl.
New York, NY 10081

Invoice # 33305
E.I.N.:  13-3797480
GOLD matter number: 473123

REDACTED

for the period February 1 - February 28, 2014 in connection with
AMERINDO, as follows:

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| REDACTED |  |  |  |  |
| 2/3/2014 | ALW | Review securities certificates sent by client | 0.40 | 167.20 |
|  | ALW | Communications with Ad. Weiss and E. Shane re REDACTED | 0.20 | 83.60 |
|  | ALW | Email to I. Gazes re certificates | 0.10 | 41.80 |
|  | ADW | Review and electronically organize stock certificates | 0.50 | 122.50 |
|  | ADW | Email from and to A. Weiss and E. Shane re REDACTED | 0.60 | 147.00 |
|  | ADW | Telephone conference with E. Shane re REDACTED | 0.20 | 49.00 |
|  | EJS | Review Stock Certificates and other documents received REDACTED , assemble same to folder for attorney review | 0.40 | 48.40 |
|  | EJS | Assemble Stock Certificates to a folder for attorney review | 0.10 | 12.10 |

2072.331

JPMorgan Chase Bank, N.A.

Page      2

| | | | Hours | Amount |
|---|---|---|---|---|
| 2/3/2014 | EJS | Organize Stock Certificates to master case electronic document management drive | 0.30 | 36.30 |
| 2/6/2014 | ADW | Conferences with E. Shane re REDACTED REDACTED | 0.20 | 49.00 |
| | ADW | Email from and to E. Shane re REDACTED REDACTED | 0.20 | 49.00 |
| | ADW | Draft transmittal letter for production of statements to Receiver | 0.20 | 49.00 |
| | ADW | Review statements being produced to Receiver | 0.20 | 49.00 |
| | EJS | Review and finalize production of bank statements | 0.30 | 36.30 |
| | EJS | Edit production log with recent set of production of documents REDACTED . | 0.50 | 60.50 |
| 2/7/2014 | ADW | Review stock certificates sent to Receiver | 0.60 | 147.00 |
| 2/10/2014 | ADW | Send email to I. Gazes re password for production of account statements | 0.10 | 24.50 |
| | | Subtotal: | [   5.10 | 1,172.20] |

Initial Motions

| | | | Hours | Amount |
|---|---|---|---|---|
| 2/7/2014 | ADW | Send email to A. Weiss re REDACTED | 0.10 | 24.50 |
| | ADW | Review case docket on PACER for Securities and Exchange Commission v. Amerindo Investment Advisors, Inc., et al., | 0.20 | 49.00 |
| | ADW | Review Memorandum of Alberto Vilar and Gary Tanaka in Opposition to SEC's Motion to Set Disgorgement and Civil Penalties | 0.60 | 147.00 |

2072.331

JPMorgan Chase Bank, N.A.

Page    3

| | | | Hours | Amount |
|---|---|---|---|---|
| 2/10/2014 | ALW | Review Receiver's submission re distributions | 0.40 | 167.20 |
| | ALW | Email to and telephone conference with Receiver re same | 0.10 | 41.80 |
| | ALW | Read and calendar notice of hearing | 0.10 | 41.80 |
| | ADW | Review Shevitz Declaration in Opposition to SEC's Motion for Disgorgement/Penalties | 0.40 | 98.00 |
| 2/14/2014 | ALW | Telephone conference with receiver re release of funds and email to client re REDACTED | 0.10 | 41.80 |
| 2/20/2014 | ALW | Review court's orders re distribution | 0.10 | 41.80 |
| 2/25/2014 | ALW | Read receiver's amended motion | 0.10 | 41.80 |
| 2/27/2014 | ALW | Review Mayers' objection to claims | 0.30 | 125.40 |
| | ALW | Emails with client re REDACTED | 0.20 | 83.60 |
| | ADW | Review Response and Objections of Lisa and Debra Mayer to Receiver's Motion | 0.30 | 73.50 |
| | ADW | Review email to and from client re REDACTED REDACTED | 0.10 | 24.50 |
| 2/28/2014 | ALW | Read additional objections to receiver's order and email client re REDACTED | 0.50 | 209.00 |
| | ADW | Review email to client | 0.10 | 24.50 |
| | | Subtotal: | [   3.70 | 1,235.20] |
| | | REDACTED | | |
| 2/3/2014 | ALW | Draft letter re fees | 2.10 | 877.80 |

2072.331

JPMorgan Chase Bank, N.A.

Page    4

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 2/4/2014 ALW | Review J. Friedman's letter to court regarding objections | | 0.10 | 41.80 |
| 2/7/2014 ALW | Voice mail message for receiver re fee letter | | 0.10 | 41.80 |
| ALW | Review client's revision to letter and email client re REDACTED | | 0.30 | 125.40 |
| 2/10/2014 ALW | Review email from client re REDACTED and respond | | 0.10 | 41.80 |
| ALW | Revise letter re fees and email client re REDACTED | | 0.70 | 292.60 |
| ALW | Review revised letter to receiver and make further revisions | | 0.70 | 292.60 |
| ALW | Telephone conferences with S. Milewsiki re REDACTED | | 0.10 | 41.80 |
| 2/11/2014 ALW | Email to client re REDACTED | | 0.10 | 41.80 |
| ALW | Telephone conference with Receiver re fees letter | | 0.10 | 41.80 |
| 2/12/2014 ALW | Review fee submission sent to receiver | | 0.40 | 167.20 |
| 2/13/2014 ALW | Review revisions to fee letter and email to client re REDACTED | | 0.20 | 83.60 |
| 2/14/2014 ALW | Revise fees letter and email client re REDACTED | | 0.40 | 167.20 |
| 2/20/2014 ALW | Email to client re REDACTED | | 0.10 | 41.80 |
| 2/21/2014 ALW | Read fees letter and forward to receiver | | 0.10 | 41.80 |
| Subtotal: | | [ | 5.60 | 2,340.80] |
| Subtotal of charges | | | | $4,748.20 |
| Total fees: | | | 14.40 | $4,748.20 |

REDACTED

REDACTED

JPMorgan Chase Bank, N.A.

Page      5

REDACTED

REDACTED

REDACTED

Disbursements:

|  |  | Quantity | Amount |
|---|---|---|---|
| 2/3/2014 | Federal Express shipment(s) | 1 | 14.89 |
| 2/6/2014 | B3 Legal - temporary paralegal services performed  REDACTED  REDACTED | 1 | 87.00 |
| 2/10/2014 | Federal Express shipment(s) | 1 | 15.03 |
| 2/28/2014 | Photocopies - February 2014 | 436 | 21.80 |

|  |  |
|---|---|
| Subtotal of charges | $138.72 |
| Total disbursements: | $138.72 |
| Total fees and disbursements: | $4,886.92 |

|  |  |  |
|---|---|---|
| 2/26/2014 | Payment-Thank you | ($4,929.23) |
| 2/26/2014 | Credit Memo (volume discount) | ($366.47) |
| 2/26/2014 | Write off / Adjustments | ($228.00) |

Attorney Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Andrea L. Weiss (Partner) | 8.20 | 418.00 | $3,427.60 |
| Adam D. Weiss (Associate) | 4.60 | 245.00 | $1,127.00 |
| Elissa J. Shane (Paralegal) | 1.60 | 121.00 | $193.60 |

REDACTED

2072.331

# EXHIBIT 2

4/16/2014                        Levi Lubarsky & Feigenbaum LLP
9:05 AM                                 Payment Register                              Page    1

_____

                                      Selection Criteria

_____

A/R.Transaction Type        Payment
Clie.Selection              Include: JPMorgan/AMERINDO (Mayer)

_____

'B' for Billed. 'P' for Posted.

| ID | Type | | Client | | | | |
|---|---|---|---|---|---|---|---|
| | Date Invoice# | | Check Number | Fees | Costs | Interest | Total |
| 32547 | PAY | B | JPMorgan/AMERINDO (Mayer) | | | | (8539.02) |
| 6/19/2012 | G:31204 | | | | | | |
| | Payment-Thank you | | | | | | |
| | Applies to Invoice: G:31115 | | | 8405.09 | 133.93 | 0.00 | |
| 32755 | PAY | B | JPMorgan/AMERINDO (Mayer) | | | | (7076.58) |
| 7/18/2012 | G:31297 | | | | | | |
| | Payment-Thank you | | | | | | |
| | Applies to Invoice: G:31204 | | | 7053.11 | 23.47 | 0.00 | |
| 32934 | PAY | B | JPMorgan/AMERINDO (Mayer) | | | | (19542.43) |
| 8/10/2012 | G:31424 | | | | | | |
| | Payment-Thank you | | | | | | |
| | Applies to Invoice: G:31297 | | | 19412.88 | 129.55 | 0.00 | |
| 33120 | PAY | B | JPMorgan/AMERINDO (Mayer) | | | | (892.17) |
| 9/19/2012 | G:31706 | | | | | | |
| | Payment-Thank you | | | | | | |
| | Applies to Invoice: G:31424 | | | 892.17 | 0.00 | 0.00 | |
| 33610 | PAY | B | JPMorgan/AMERINDO (Mayer) | | | | (13021.54) |
| 12/19/2012 | G:31778 | | | | | | |
| | Payment-Thank you | | | | | | |
| | Applies to Invoice: G:31706 | | | 12881.39 | 140.15 | 0.00 | |
| 33795 | PAY | B | JPMorgan/AMERINDO (Mayer) | | | | (15742.13) |
| 1/17/2013 | G:31932 | | | | | | |
| | Payment-Thank you | | | | | | |
| | Applies to Invoice: G:31824 | | | 15213.16 | 528.97 | 0.00 | |
| 33929 | PAY | B | JPMorgan/AMERINDO (Mayer) | | | | (3980.59) |
| 2/14/2013 | G:32081 | | | | | | |
| | Payment-Thank you | | | | | | |
| | Applies to Invoice: G:31932 | | | 3819.54 | 161.05 | 0.00 | |
| 34118 | PAY | B | JPMorgan/AMERINDO (Mayer) | | | | (10443.14) |
| 3/20/2013 | G:32167 | | | | | | |
| | Payment-Thank you | | | | | | |
| | Applies to Invoice: G:32081 | | | 8286.22 | 2156.92 | 0.00 | |

4/16/2014                                    Levi Lubarsky & Feigenbaum LLP
9:05 AM                                            Payment Register                                        Page    2

| ID | Type | Client | Fees | Costs | Interest | Total |
|----|------|--------|------|-------|----------|-------|
| | Date Invoice# | Check Number | | | | |
| 34276 | PAY | B JPMorgan/AMERINDO (Mayer) | | | | (18696.00) |
| | 4/11/2013 G:32267 | | | | | |
| | | Payment-Thank you | | | | |
| | | Applies to Invoice: G:32167 | 17966.11 | 729.89 | 0.00 | |
| 34364 | PAY | B JPMorgan/AMERINDO (Mayer) | | | | (565.67) |
| | 4/11/2013 G:32267 | | | | | |
| | | Payment-Thank you | | | | |
| | | Applies to Invoice: G:32223 | 565.67 | 0.00 | 0.00 | |
| 34552 | PAY | B JPMorgan/AMERINDO (Mayer) | | | | (8699.42) |
| | 5/15/2013 G:32406 | | | | | |
| | | Payment-Thank you | | | | |
| | | Applies to Invoice: G:32267 | 7050.42 | 1649.00 | 0.00 | |
| 34706 | PAY | B JPMorgan/AMERINDO (Mayer) | | | | (2714.74) |
| | 6/18/2013 G:32418 | | | | | |
| | | Payment-Thank you | | | | |
| | | Applies to Invoice: G:32406 | 2713.09 | 1.65 | 0.00 | |
| 34864 | PAY | B JPMorgan/AMERINDO (Mayer) | | | | (7836.91) |
| | 7/17/2013 G:32607 | | | | | |
| | | Payment-Thank you | | | | |
| | | Applies to Invoice: G:32504 | 7823.16 | 13.75 | 0.00 | |
| 35075 | PAY | B JPMorgan/AMERINDO (Mayer) | | | | (6052.03) |
| | 8/30/2013 G:32684 | | | | | |
| | | Payment-Thank you | | | | |
| | | Applies to Invoice: G:32607 | 5996.73 | 55.30 | 0.00 | |
| 35217 | PAY | B JPMorgan/AMERINDO (Mayer) | | | | (2897.09) |
| | 9/13/2013 G:32799 | | | | | |
| | | Payment-Thank you | | | | |
| | | Applies to Invoice: G:32684 | 2887.74 | 9.35 | 0.00 | |
| 35375 | PAY | B JPMorgan/AMERINDO (Mayer) | | | | (9183.52) |
| | 10/16/2013 G:32930 | | | | | |
| | | Payment-Thank you | | | | |
| | | Applies to Invoice: G:32799 | 8972.92 | 210.60 | 0.00 | |
| 35588 | PAY | B JPMorgan/AMERINDO (Mayer) | | | | (2178.30) |
| | 11/19/2013 G:33039 | | | | | |
| | | Payment-Thank you | | | | |
| | | Applies to Invoice: G:32930 | 2139.00 | 39.30 | 0.00 | |
| 35754 | PAY | B JPMorgan/AMERINDO (Mayer) | | | | (1254.17) |
| | 12/11/2013 G:33133 | | | | | |
| | | Payment-Thank you | | | | |
| | | Applies to Invoice: G:33039 | 1235.97 | 18.20 | 0.00 | |

4/16/2014                          Levi Lubarsky & Feigenbaum LLP
9:05 AM                                 Payment Register                              Page      3

| ID   Date | Type Invoice# | Client Check Number | Fees | Costs | Interest | Total |
|---|---|---|---|---|---|---|
| 35934 | PAY | B  JPMorgan/AMERINDO (Mayer) | | | | (1012.58) |
| 1/17/2014 | G:33214 | | | | | |
| | Payment-Thank you | | | | | |
| | Applies to Invoice: G:33133 | | 1012.58 | 0.00 | 0.00 | |
| 36131 | PAY | B  JPMorgan/AMERINDO (Mayer) | | | | (4929.23) |
| 2/26/2014 | G:33305 | | | | | |
| | Payment-Thank you | | | | | |
| | Applies to Invoice: G:33214 | | 4868.83 | 60.40 | 0.00 | |
| 36288 | PAY | JPMorgan/AMERINDO (Mayer) | | | | (4476.80) |
| 3/25/2014 | | | | | | |
| | Payment-Thank you | | | | | |
| | Applies to Invoice: G:33305 | | 4338.08 | 138.72 | 0.00 | |
| Grand Total | | | | | | |
| Payment | | | 143533.86 | 6200.20 | 0.00 | (149734.06) |

# J.P.Morgan
## Amerindo Investment Advisors

### Prime Broker Services

## Quarterly Statement
### 1st Quarter 2014

| Administrative Fee | Charge |
|---|---|
| Custodial Fee January 2014 | $5,000.00 |
| Custodial Fee February 2014 | $5,000.00 |
| Custodial Fee March 2014 | $5,000.00 |
| **GRAND TOTAL** | **$15,000.00** |

*The above custodial fees are in reference to the following accounts: 102-17995, 102-01485, 102-01490, and 102-01495

**Payment due upon receipt**

# J.P.Morgan

### Prime Broker Services

## Amerindo Investment Advisors
## Quarterly Statement
4th Quarter 2013

| Administrative Fee | Charge |
| --- | --- |
| Custodial Fee October 2013* | $5,000.00 |
| Custodial Fee November 2013* | $5,000.00 |
| Custodial Fee December 2013* | $5,000.00 |
| **GRAND TOTAL** | **$15,000.00** |

*The above custodial fees are in reference to the following accounts: 102-17995, 102-01485, 102-01490, and 102-01495

Payment due upon receipt

J.P.Morgan

## FEE SCHEDULE – Effective October 1, 2013

For:
Techno Raquia, S.A., Ian Gazes Receiver
Amerindo Management Inc., sub-Account M26, Ian Gazes Receiver
Amerindo Technology Growth Fund, Inc., Ian Gazes Receiver
Amerindo Technology Growth Fund II, Inc., Ian Gazes Receiver

## Execution and Clearing Rates[1] (USD)

| | EXECUTION[2] | CLEARING ONLY[3] |
|---|---|---|
| Listed and NMS Equities | .02/share ($50 per-trade minimum) | $8/trade |
| Listed Options | | $8/trade and $0.20/contract[4] |
| Domestic Bonds  (US Corporate, US Government & Muni) | | $8/trade |

[1] Please discuss execution types not listed here with JP Morgan before effecting trades.
[2] Applied to trades executed by JP Morgan. $50 per-ticket minimum charge for executions, not inclusive of restricted stock clean-up fees
[3] Only applied to executions not done by JP Morgan. Does not include execution fees
[4] All external exchange/OCC fees will be passed to client.

## Non-US Transactions

Please discuss with JP Morgan before effecting trade. Fees are variable by country, type of security, how trade is executed, clearing and settlement process, etc.

## Other Fees

| | |
|---|---|
| Cash Wires (Outbound) or regular-way Securities Deliveries | $200.00 / transaction |
| Corporate Actions | $200.00 / transaction |
| Restricted-securities Legend Removal (transfer services only) | $500.00 / transaction |

## Custody Fees

| | |
|---|---|
| Custody Fee for all accounts (total) | $5000.00 / Month |

## Please Note

© 2013 JPMorgan Chase & Co.  All rights reserved.  This information is provided without warranties of any kind, either express or implied, including any implied warranties of accuracy, completeness, fitness for a particular purpose, or non-infringement.  All product names, company names, and logos mentioned herein are trademarks or registered trademarks of their respective owners.  Access to financial products and execution services is offered through J.P. Morgan Securities LLC ("JPMS") and/or J.P. Morgan Securities plc. ("JPMS plc").  Clearing and custody services are provided by J.P. Morgan Clearing Corp. ("JPMCC") and/or J.P. Morgan Securities plc. ("JPMS plc").  JPMS and JPMCC are separately registered broker dealer affiliates of JPMorgan Chase & Co. and are each members of FINRA, NYSE, and SIPC.  JPMS plc is regulated and authorized by the Financial Services Authority. The information in this Proposal is intended for the recipient and must not be distributed to any other person or replicated in any form without the prior written consent of J.P. Morgan.

J.P.Morgan

All activity fees are charged as transactions are effected. Custody fees are payable quarterly in advance in the first week of every quarter. Activity fees are charged directly to the account in which the activity occurred except custody fees which will be charged to one account identified by the Receiver (this allows us to charge an overall fee rather than one for each account).

Trade and transaction types not included in the above listing will be billed at standard rates unless other arrangements are made in advance. Please contact us before effecting or requesting such activity.

Interest is accrued on debit, credit, and short balances on a settlement date basis and is calculated using actual days/360 base days.

Interest is accrued daily and is aligned with the calendar month. Interest is posted on the first U.S. business day following the calendar month-end.

Interest calculated on short sale balances and the corresponding adjustments to the debit or credit balance is based on the excess collateral requirement from lenders which is typically 102% and 105% of the short market value for domestic and international securities, respectively. Securities priced less than $5 will be marked to our average collateral put-up value rounded up to the nearest dollar.

For short balances, hard to borrow/specials are priced on a case by case basis.

© 2013 JPMorgan Chase & Co. All rights reserved. This information is provided without warranties of any kind, either express or implied, including any implied warranties of accuracy, completeness, fitness for a particular purpose, or non-infringement. All product names, company names, and logos mentioned herein are trademarks or registered trademarks of their respective owners. Access to financial products and execution services is offered through J.P. Morgan Securities LLC ("JPMS") and/or J.P. Morgan Securities plc. ("JPMS plc"). Clearing and custody services are provided by J.P. Morgan Clearing Corp. ("JPMCC") and/or J.P. Morgan Securities plc. ("JPMS plc"). JPMS and JPMCC are separately registered broker dealer affiliates of JPMorgan Chase & Co. and are each members of FINRA, NYSE, and SIPC. JPMS plc is regulated and authorized by the Financial Services Authority. The information in this Proposal is intended for the recipient and must not be distributed to any other person or replicated in any form without the prior written consent of J.P. Morgan.