```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/18/14
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

Securities and Exchange Commission,

        Plaintiff,

05 cv 5231 (RJS)

-against-

Amerindo Investment Advisors Inc., et al.

        Defendant.

**ORDER FOR ADMISSION**
**PRO HAC VICE**

The motion of __Edward T. Swanson__, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he/she is a member in good standing of the bar(s) of the state(s) of __Connecticut and California__; and that his/her contact information is as follows (please print):

    Applicant's Name: Edward T. Swanson
    Firm Name: Law Offices of Edward T. Swanson
    Address: 2071 N. Altadena Drive
    City / State / Zip: Altadena, CA  91001
    Telephone / Fax: 310-283-1035/866-397-0114

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for __Lily Cates__ in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: 4/18/14

_[signature]_

United States District ~~/ Magistrate~~ Judge