Vivian Shevitz
Attorney at Law
46 Truesdale Lake Drive
South Salem, New York 10590
(914) 763 2122
Vivian@shevitzlaw.com

April 21, 2014

Hon. Richard J. Sullivan
United States District Judge
Southern District of New York
40 Centre Street
New York, New York 10007

Re:  SEC v. Amerindo, 05 cv5231- Response to Receiver DOC 422

Dear Judge Sullivan,

I write in connection with Ian Gazes' "additional submission" of April 18, 2014 (DOC 422 and its exhibits) concerning the SEC's attempts to get distributions to Amerindo Panama investors, as well as his response to former Amerindo CFO and COO David Mainzer's inquiry about the status of the U.S. Pension Fund account, in which he and other former Amerindo U.S. employees who lost their jobs in 2005 had an interest.

1.  Mr. Mainzer wrote to Mr. Gazes (with a cc to myself, the Court, and others) explaining that he had an investment in the "Amerindo Master Venture Fund, LLC", which was custodied at Bear Stearns and was among the accounts seized in 2005.  Mr. Mainzer stated he had written to Gazes LLC twice to ask about this, in December 2013 and March 2014 – and had "yet to receive any response."  He asked whether there was "anyone willing to look into whether anything owed to Amerindo's former employees on account of their investment" in the Master Venture Fund" account.

Mr. Gazes wrote back almost immediately:  "As previously advised the account you reference below has a zero balance."   That is only half the story.

Although JP Morgan has refused to give defendants any account statements voluntarily, when it (reluctantly) responded to a subpoena, it produced an account statement for the Amerindo Master Venture Fund LLC account statement (among a few other accounts), this one for the period ending February 29, 2012.  The account statement (attached) shows that, *until* February 2012, the account had a balance of $26,613.00 (again, having gained no interest from its seizure by Bear Stearns in 2005 – although according to the account statement, there was $26, 612.52 was "eligible" for the "cash/sweep" program that JP Morgan chose to ignore.)

As far as we can tell, JP Morgan simply – and effectively – *stole* this property.   On February 21, 2012 – just around the time Your Honor and Judge Swain were convening a joint

inquiry in the SEC and criminal case (see DOC 514, government response to Courts' February 7, 2012 order in combined case) -- JP Morgan "abandoned" the account, and debited $26,512.52 by journal entry to "abandoned property" – leaving the zero balance.  (This is but one of the accounts "abandoned" by action of JP Morgan *after* inquiry was made into the assets and claims by this Court.  An account statement for the period February 1 – 28, 2013, for the Amerindo Investment Advisors Money Purchase Plan, account 102-25612, states that this was "abandoned property – but shows a total of $35,343 remaining in the account.  Apparently JP Morgan had not (yet) effectively stolen this property.)

      We advised Mr. Gazes many times about the "abandoned" property.  Sadly he has done nothing (at least nothing we know of) to maximize the accounts for their owners.   Former Amerindo employees should be entitled to their pensions.  They, too, have been hurt in this case.

      2.  Mr. Gazes seems to have done further unnecessary and mysterious work in connection with his most recent submission.  Thus, he commissioned additional research time in some more account methodology in calculating, without our knowledge or approval, supposed Amerindo Panama 'fees'—but the period covered by his analysis is after the *de facto freeze* in 2005 through 2013.  Defendants do not and did not claim any fees for this period -- since the offshore assets ceased to be managed after this point.  The fees claimed by defendants were and are the residual assets --  the result of PAST fees for the management of numerous assets and their reinvestment over the years in Amerindo's universe of emerging growth stocks. (For instance, the Rhodes investment earned over 700% for its investors, including Lily Cates; management fees were not taken but remained in the Panama accounts).   We have no idea why he conjured up a fee calculation for the period 2005-2013.

      3.  Mr. Gazes has also spent a lot of time, it seems, creating "charts" based on proposals for payouts  advanced by investor Paul Marcus.  We question why one investor should have so much authority and why the Receiver is undertaking work on his behalf.  Other investors do not have high-power lawyers, but also have serious objections to Mr. Gazes' and the SEC's recommendations.

      At the same time Mr. Gazes has been doing the work of Paul Marcus' attorney, he has completely ignored accounts of several "smaller" investors, about whom we informed him – and quite recently – the SEC attorneys.   Investors not contacted by Mr. Gazes, though appearing on Sharon Levin's list and noted on our payout proposal in July 2012 include:  three sisters, Jacqueline Gaztambide, Annette Acevedo, and Ana Acevedo; Jenny Zanzuri; Maria Dichov; and Angelika Hrytsyk-Tolik Prvlovskyy (in Ukraine).   Defendants believe they have valid claims.  I told the SEC lawyers that if needed, we could find contact information -- but seemingly the information is in the Amerindo Panama files, where Sharon Levin obtained the names and amounts (per her DOC 514, government response to the combined Courts' request that the government and SEC set forth claims and assets).   Further, Mr. Gazes refuses to recognize Ms. Knope's investment, though it, like other former Rhodes investors, went seamlessly from Rhodes investments to fixed deposit accounts. (Lily Cates insisted on calling her investment by the previous name, "Rhodes", for whatever her reasons.  It was accounted for under the name "Rhodes" on her account statements, but became a fixed deposit as did the other former Rhodes investors who did not withdraw their funds after Rhodes wound down)).   These people with

legitimate claims should be recognized.

      4.  Mr. Gazes has also spent time advancing JP Morgan's claims for custodial and attorneys fees.  As to custodial fees, Mr. Gazes has forwarded JP Morgan claims with *redactions, so* that we cannot even *see* the matters for which JP Morgan thinks it entitled to payment.

      As to custodial fees, I am told, Bear Stearns did not previously even charge custodial fees.  This is a "unilateral" change on its part.  Mr. Gazes embraces it.

      Mr. Gazes should, we submit, be pushing back against JP Morgan's refusal to pay interest even now.  At the hearing on 14 March 2014, JP Morgan's counsel Andrea Weiss took the position that JP Morgan will evidently not pay ANY interest whenever Fed Funds rates are at, or below 50 basis points (one-half of one percent).   This, however, was not in the contracts between Bear Stearns and Amerindo, upon which JP Morgan (and Mr. Gazes) rely for their attempt to get payment of attorneys' fees.  Moreover, Mr. Gazes should have, and should, direct JP Morgan to sweep Amerindo client funds into an overnight money market fund (such as Dreyfus Liquid Assets in the Amerindo U.K. Pension Plan), as had been done in the past.

      JP Morgan continues to accrue interest for itself, to the detriment of the offshore portfolio assets.

      5.  JP Morgan has in fact hijacked this case, and has been the *de facto* mis-manager of the assets.  First it froze the funds in 2005.  This resulted in the $1 ¾ million depreciation in the account through the end of 2009, noted in the Ross report submitted prior to the prior sentencing.  Then JP Morgan  stopped paying interest.  It refused to send us account statements.  It deemed "live" accounts "abandoned" and took the funds, and interest, for itself.  It failed to allow for management of the account despite the strong rising market.  Defendants' historical ability to profit in such a market have been discussed repeatedly.

      Lately, JP Morgan's made another account management decision, opting to give counsel for the UK Pension fund account statements (though it has denied defendants' repeated requests to give them (me) account statement as well – and to explain why account statements have been directed to "Michael R. Fields, at a Cititrust Bahamas Ltd." on a number of accounts, including ATGF Ltd. and the UK Pension Fund account.  Defendants never authorized such transfer of accounts to any Bahama account holder.  There has been complete silence from JP Morgan and from the Receiver as to this mysterious and unexplainable transfer by JP Morgan.

      JP Morgan seemingly makes the decisions to do what it wants with the accounts as if the owner (or at least the de facto manager):

> **From:** Andrea L. Weiss [mailto:aweiss@llf-law.com]
> **Sent:** Tuesday, April 15, 2014 9:38 AM
> **To:** 'justin.anderson@usdoj.gov'; 'Jacobson, Neal'; Webster, James M. (jwebster@khhte.com); Vivian Shevitz (vivian@shevitzlaw.com)
> **Cc:** Adam D. Weiss; Elissa Shane
> **Subject:** Amerindo UK Pension Scheme

     On behalf of James Stableford, Mr. Webster has requested account statements for the UK Pension Scheme account.  Mr. Webster advised me last week that neither the government nor any person claiming an interest in that account  objects to J.P. Morgan producing those statements to Mr. Webster.  Unless I hear to the contrary today from any of you, the statements will be produced.

Thank you,
Andrea Likwornik Weiss
Levi Lubarsky & Feigenbaum LLP
1185 Avenue of the Americas, 17th Floor
New York, New York 10036
Tel: (212) 308-6100
Fax: (212) 308-8830
aweiss@llf-law.com
www.llf-law.com

     Never mind that defendants' prior lawyer should have countered this long ago—which is true.  Regardless, Ian Gazes should be holding JP Morgan responsible for mismanagement now, under 28 U.S.C. § 959. [1]  If he will not do it, then he should be responsible too.  Defendants and the Amerindo clients being deprived of interest and have had accounts effectively stolen through being "abandoned" when the Courts were inquiring about them.  Defendants and the investors should have a remedy for JP Morgan's mismanagement as against it and Mr. Gazes as well.

                                          Very truly yours,
                                          /s/
                                          Vivian Shevitz

Attached:  JP Morgan Account statements Amerindo Master Venture Fund
               And Money Purchase Plan

---

[1] 28 U.S. Code § 959 - Trustees and receivers suable; management; State laws

 (a) Trustees, receivers or managers of any property, including debtors in possession, may be sued, without leave of the court appointing them, with respect to any of their acts or transactions in carrying on business connected with such property. Such actions shall be subject to the general equity power of such court so far as the same may be necessary to the ends of justice, but this shall not deprive a litigant of his right to trial by jury.

(b) Except as provided in section 1166 of title 11, a trustee, receiver or manager appointed in any cause pending in any court of the United States, including a debtor in possession, shall manage and operate the property in his possession as such trustee, receiver or manager according to the requirements of the valid laws of the State in which such property is situated, in the same manner that the owner or possessor thereof would be bound to do if in possession thereof.

# J.P.Morgan

OFFICE SERVICING YOUR ACCOUNT
J.P. Morgan Securities LLC
383 Madison Avenue
New York, New York 10179
(212) 270-6000

AMERINDO MASTER VENTURE

| | |
|---|---|
| STATEMENT PERIOD | February 1, 2012 |
| THROUGH | February 29, 2012 |
| ACCOUNT NUMBER | 102-25590 M0T |
| TAXPAYER NUMBER | On File |
| LAST STATEMENT | December 30, 2011 |

Month End Closing Method: FIFO

AMERINDO MASTER VENTURE
FUND LLC
ABANDONED PROPERTY NY 05/08
STATEMENT & CONFIRM NY1-H054
3 CHASE METROTECH CENTER
C/O OFFICE 99999

## What's In This Statement

Financial Summary............................ 3
Transaction Detail............................ 4
Your Messages................................. 5

## Market Value of Your Portfolio

Cash & Money Mkt Fds  $0  $26,613

- Current market value
- Last statement's market value

## Your Portfolio at a Glance

| | |
|---|---|
| NET EQUITY THIS PERIOD | $0 |
| NET EQUITY LAST STATEMENT | 26,613 |
| CHANGE SINCE LAST STATEMENT | -26,613 |

There are no "Stop Loss" orders or other pending buy
or sell open orders on file for your account.

CLEARING AGENT: J.P. MORGAN CLEARING CORP.
3 CHASE METROTECH CENTER, BROOKLYN, NY 11245

SIPC  This summary is for informational purposes only. It is not intended as a tax document.
This statement should be retained for your records. See reverse side for important information.

AMERINDO MASTER VENTURE

STATEMENT BACKER IS PRINTED ON THIS PAGE

2 of 6

# J.P.Morgan

OFFICE SERVICING YOUR ACCOUNT
J.P. Morgan Securities LLC
383 Madison Avenue
New York, New York 10179
(212) 270-6000

3 of 6

AMERINDO MASTER VENTURE

| | |
|---|---|
| STATEMENT PERIOD | February 1, 2012 |
| THROUGH | February 29, 2012 |
| ACCOUNT NUMBER | 102-25590 MOT |
| TAXPAYER NUMBER | On File |
| LAST STATEMENT | December 30, 2011 |

## Portfolio Value

| Assets | THIS PERIOD | LAST PERIOD |
|---|---|---|
| Net Credit Balance | 0.00 | 26,612.52 |
| Total Assets | $0.00 | $26,612.52 |
| NET PORTFOLIO VALUE | $0.00 | $26,612.52 |

## Cash Flow Analysis

| | THIS PERIOD | THIS YEAR |
|---|---|---|
| Opening Cash/Sweep Prog. | $26,612.52 | $26,612.52 |
| Miscellaneous (Debit) | -26,612.52 | -26,612.52 |
| Amount Debited | $-26,612.52 | $-26,612.52 |
| Net Cash/Sweep Prog. Act. | -26,612.52 | -26,612.52 |
| Closing Cash/Sweep Prog. | $0.00 | $0.00 |

# J.P.Morgan

OFFICE SERVICING YOUR ACCOUNT
J.P. Morgan Securities LLC
383 Madison Avenue
New York, New York 10179
(212) 270-6000

4 of 6

## Transaction Detail

| | | AMERINDO MASTER VENTURE | |
|---|---|---|---|
| | | STATEMENT PERIOD | February 1, 2012 |
| | | THROUGH | February 29, 2012 |
| | | ACCOUNT NUMBER | 102-25590 MOT |
| | | TAXPAYER NUMBER | On File |
| | | LAST STATEMENT | December 30, 2011 |

### INVESTMENT ACTIVITY

| SETTLEMENT DATE | TRADE DATE | TRANSACTION | DESCRIPTION | SYMBOL/CUSIP | QUANTITY | PRICE | DEBIT AMOUNT | CREDIT AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 02/21/12 | | JOURNAL | ZAMBEEL INC SER B-2 PFD RSTD ABANDONED PROPERTY | 9305937 | -7,406 | | | |
| 02/21/12 | | JOURNAL | 3PARDATA INC SER A-3 PFD RSTD ABANDONED PROPERTY | 9306077 | -8,025 | | | |
| 02/21/12 | | JOURNAL | 3PARDATA INC SER A-2 PFD RSTD ABANDONED PROPERTY | 9306080 | -1,975 | | | |
| 02/21/12 | | JOURNAL | CALIENT NETWORKS INC SERIES A-1 PFD RSTD ABANDONED PROPERTY | 9310150 | -737 | | | |
| 02/21/12 | | JOURNAL | SEECOMMERCE SERIES E PFD RSTD ABANDONED PROPERTY | 9311336 | -637,841 | | | |
| 02/21/12 | | JOURNAL | AXSUN TECHNOLOGIES INC SER C CV PFD RSTD ABANDONED PROPERTY | 9311432 | -2,600 | | | |
| 02/21/12 | | JOURNAL | CODEON CORP SER-D CV PFD-RSTD ABANDONED PROPERTY | 9311548 | -2,000 | | | |
| 02/21/12 | | JOURNAL | MYCFO INC SER C PFD RSTD ABANDONED PROPERTY | 9311669 | -15,000 | | | |
| 02/21/12 | | JOURNAL | MOBILIAN CP SER C PFD RSTD ABANDONED PROPERTY | 9380651 | -7,500 | | | |
| 02/21/12 | | JOURNAL | ULTRABAND FIBER OPTICS INC SER C PFD RSTD ABANDONED PROPERTY | 9381559 | -24,691 | | | |

# J.P.Morgan

OFFICE SERVICING YOUR ACCOUNT
J.P. Morgan Securities LLC
383 Madison Avenue
New York, New York 10179
(212) 270-6000

AMERINDO MASTER VENTURE

| | |
|---|---|
| STATEMENT PERIOD | February 1, 2012 |
| THROUGH | February 29, 2012 |
| ACCOUNT NUMBER | 102-25590 MOT |
| TAXPAYER NUMBER | On File |
| LAST STATEMENT | December 30, 2011 |

5 of 6

## Transaction Detail (continued)

**MISCELLANEOUS**

| DATE MO/DAY | TRANSACTION | DESCRIPTION | DEBIT AMOUNT | CREDIT AMOUNT |
|---|---|---|---|---|
| 02/21/12 | JOURNAL | ABANDONED PROPERTY | 26,612.52 | |
| TOTAL MISCELLANEOUS(DEBIT) | | | $-26,612.52 | |

## Your messages

☞ **Important Information For Clients Holding Restricted Securities:**
Restricted Securities (typically noted as "Restricted" or "RSTD" in the security description) have not been registered under the Securities Act of 1933 and may not be "freely traded." Since restricted securities are subject to certain restrictions which may render them illiquid or less liquid than freely-tradeable shares, there can be no assurance a secondary market exists. While we typically use the value of the registered/unrestricted security of the same issuer and same class for statement (and other) reporting purposes, the price realizable in a sale of the securities may be less than the "Market Value" indicated and could be zero. No attempt has been made to independently value the specific security subject to its restriction. Additionally, inclusion of pricing of these holdings will result in the aggregated value of your portfolio as reflected on this report being overstated by an amount equal to the difference (if any) between the value of the freely-traded underlying security and the actual value of your restricted shares. For additional information on pricing, please see "Market Prices" on the back of your account statement.

☞ Please report any difference or non-receipt of checks or stocks, indicated as delivered to you, to Client Services at 800-634-1428; or write to Client Services at J.P. Morgan Clearing Corp. Three Chase Metrotech Center, Brooklyn, N.Y. 11245-0001

# J.P.Morgan

OFFICE SERVICING YOUR ACCOUNT
J.P. Morgan Securities LLC
383 Madison Avenue
New York, New York 10179
(212) 270-6000

6 of 6

AMERINDO MASTER VENTURE

| | |
|---|---|
| STATEMENT PERIOD | February 1, 2012 |
| THROUGH | February 29, 2012 |
| ACCOUNT NUMBER | 102-25590 MOT |
| TAXPAYER NUMBER | On File |
| LAST STATEMENT | December 30, 2011 |

## Your messages (continued)

☞ You are advised to promptly report any inaccuracy or discrepancy in your account to your broker and J.P. Morgan Clearing Corp. ("JPMCC") at the telephone numbers listed on this statement. In order to protect your rights, including any rights under the Securities Investor Protection Act ("SIPA"), any such communications should be reconfirmed in writing to your broker and JPMCC at the addresses which appear on the front of this statement.



Important Information Regarding Auction Rate Securities (ARS). ARS are debt or preferred securities with an interest or dividend rate reset periodically in an auction. Although there may be daily, weekly and monthly resets, there is no guarantee that there will be liquidity. If there are not enough bids at an auction to redeem the securities available for sale, the result may be a failed auction. In the event of a failed auction, there is no assurance that a secondary market will develop or that the security will trade at par or any other price reflected on statements. Accordingly, investors should not rely on pricing information appearing in their statements with respect to ARS. Where J.P. Morgan Clearing Corp. was unable to obtain a price from an outside service for a particular ARS, the price column on your statement will indicate "unpriced."

****** End of Statement ******

(STOP)

# J.P.Morgan

OFFICE SERVICING YOUR ACCOUNT
J.P. Morgan Securities LLC
383 Madison Avenue
New York, New York 10179
(212) 270-6000

AMERINDO INVESTMENT ADVISORS
INC MONEY PURCHASE PLAN AND
TRUST ALBERTO VILAR TTEE
DTD 5/1/94
ABANDONED PROPERTY NY 05/08
C/O OFFICE 99999

STATEMENT PERIOD
February 1 - February 28, 2013

ACCOUNT NUMBER
102-25612 MOT

Month End Closing Method: FIFO

LAST STATEMENT
January 31, 2013

AMERINDO INVESTMENT ADVISORS

## What's In This Statement

Financial Summary.................................................. 3
Your Portfolio Holdings............................................. 4
Transaction Detail................................................... 4
Sweep Program Activity............................................. 4
Your Messages....................................................... 5

## Your Portfolio at a Glance

| | |
|---|---|
| SWEEP PROGRAM BALANCE | 35,343 |
| NET EQUITY THIS PERIOD | $35,343 |
| NET EQUITY LAST STATEMENT | 35,343 |
| CHANGE SINCE LAST STATEMENT | 0 |

There are no "Stop Loss" orders or other pending buy or sell open orders on file for your account.

## Market Value of Your Portfolio

Cash & Money Mkt Fds  $35,343 / $35,343

■ Current market value
□ Last statement's market value

SIPC   This summary is for informational purposes only. It is not intended as a tax document.
This statement should be retained for your records. See reverse side for important information.

CLEARING AGENT: J.P. MORGAN CLEARING CORP.
3 CHASE METROTECH CENTER, BROOKLYN, NY 11245

2 of 5

STATEMENT BACKER IS PRINTED ON THIS PAGE

AMERINDO INVESTMENT ADVISORS

# J.P.Morgan

OFFICE SERVICING YOUR ACCOUNT
J.P. Morgan Securities LLC
383 Madison Avenue
New York, New York 10179
(212) 270-6000

AMERINDO INVESTMENT ADVISORS

STATEMENT PERIOD
February 1 - February 28, 2013

ACCOUNT NUMBER
102-25612 M0T

LAST STATEMENT   January 31, 2013

## Portfolio Value

| | THIS PERIOD | LAST PERIOD |
|---|---|---|
| Assets | | |
| Sweep Program/Money Mkt Fds | 35,343.07 | 35,342.96 |
| Total Assets | $35,343.07 | $35,342.96 |
| NET PORTFOLIO VALUE | $35,343.07 | $35,342.96 |

## Cash Flow Analysis

| | THIS PERIOD | THIS YEAR |
|---|---|---|
| Opening Cash/Sweep Prog. | $35,342.96 | $35,342.02 |
| Sweep Program Div/Int | 0.11 | 1.05 |
| Amount Credited | $0.11 | $1.05 |
| Net Cash/Sweep Prog. Act. | 0.11 | 1.05 |
| Closing Cash/Sweep Prog. | $35,343.07 | $35,343.07 |

## Income Summary

| | THIS PERIOD | YEAR TO DATE |
|---|---|---|
| Dividends | 0.11 | 0.11 |
| Total | $0.11 | $0.11 |

### Your Portfolio Allocation

Cash & MMF 100%

Unshaded portions denote debit balance and/or short market values. The allocation percentage is derived from the absolute market value of your portfolio.

# J.P.Morgan
OFFICE SERVICING YOUR ACCOUNT
J.P. Morgan Securities LLC
383 Madison Avenue
New York, New York 10179
(212) 270-6000

AMERINDO INVESTMENT ADVISORS

STATEMENT PERIOD
February 1 - February 28, 2013

ACCOUNT NUMBER
102-25612 M0T

LAST STATEMENT          January 31, 2013

4 of 5

## Your Portfolio Holdings

### CASH & MONEY MARKET FUNDS

| DESCRIPTION | TYPE | SYMBOL/CUSIP | QUANTITY | PRICE | MARKET VALUE | ESTIMATED ANNUAL INCOME | ESTIMATED YIELD (%) |
|---|---|---|---|---|---|---|---|
| DREYFUS LIQUID ASSETS INC CL 2 SHS EST. 30 DAY AVG YIELD .0100% | CASH | DLATX | 35,343.07 | 1.0000 | 35,343 | | |
| TOTAL CASH & MONEY MARKET FUNDS | | | | | $35,343 | $0 | |

YOUR PRICED PORTFOLIO HOLDINGS                        $35,343

## Transaction Detail

### SWEEP PROGRAM ACTIVITY

| DATE MO/DAY | TRANSACTION | DESCRIPTION | SYMBOL/CUSIP | QUANTITY | PRICE | DEBIT AMOUNT | CREDIT AMOUNT |
|---|---|---|---|---|---|---|---|
| 02/01/13 | | OPENING BALANCE | | 35,342.96 | | | |
| 02/01/13 | DIVIDEND | DREYFUS LIQUID ASSETS INC CL 2 SHS MONTHLY DIVIDEND | DLATX | | | | 0.11 |
| 02/01/13 | REINVEST | DREYFUS LIQUID ASSETS INC CL 2 SHS DIVIDEND REINVEST | DLATX | 0.11 | | 0.11 | |
| 02/28/13 | | CLOSING BALANCE | | 35,343.07 | | | |
| SWEEP PROGRAM DIV/INT | | | | | | | $0.11 |
| NET SWEEPING ACTIVITY | | | | | | $-0.11 | |

# J.P.Morgan

OFFICE SERVICING YOUR ACCOUNT
J.P. Morgan Securities LLC
383 Madison Avenue
New York, New York 10179
(212) 270-6000

AMERINDO INVESTMENT ADVISORS

STATEMENT PERIOD
February 1 - February 28, 2013

ACCOUNT NUMBER
102-25612 M0T

LAST STATEMENT
January 31, 2013

## Your messages

☞ **Important Information For Clients Holding Restricted Securities:** Restricted Securities (typically noted as "Restricted" or "RSTD" in the security description) have not been registered under the Securities Act of 1933 and may not be "freely traded." Since restricted securities are subject to certain restrictions which may render them illiquid or less liquid than freely-tradeable shares, there can be no assurance a secondary market exists. While we typically use the value of the registered/unrestricted security of the same issuer and same class for statement (and other) reporting purposes, the price realizable in a sale of the securities may be less than the "Market Value" indicated and could be zero. No attempt has been made to independently value the specific security subject to its restriction. Additionally, inclusion of pricing of these holdings will result in the aggregated value of your portfolio as reflected on this report being overstated by an amount equal to the difference (if any) between the value of the freely-traded underlying security and the actual value of your restricted shares. For additional information on pricing, please see "Market Prices" on the back of your account statement.

☞ You are advised to promptly report any inaccuracy or discrepancy in your account to your broker and J.P. Morgan Clearing Corp. ("JPMCC") at the telephone numbers listed on this statement. In order to protect your rights, including any rights under the Securities Investor Protection Act ("SIPA"), any such communications should be reconfirmed in writing to your broker and JPMCC at the addresses which appear on the front of this statement.

☞ Please report any difference or non-receipt of checks or stocks, indicated as delivered to you, to Client Services at 800-634-1428; or write to Client Services at J.P. Morgan Clearing Corp., Three Chase Metrotech Center, Brooklyn, N.Y. 11245-0001

☞ Important Information Regarding Auction Rate Securities (ARS). ARS are debt or preferred securities with an interest or dividend rate reset periodically in an auction. Although there may be daily, weekly and monthly resets, there is no guarantee that there will be liquidity. If there are not enough bids at an auction to redeem the securities available for sale, the result may be a failed auction. In the event of a failed auction, there is no assurance that a secondary market will develop or that the security will trade at par or any other price reflected on statements. Accordingly, investors should not rely on pricing information appearing in their statements with respect to ARS. Where J.P. Morgan Clearing Corp. was unable to obtain a price from an outside service for a particular ARS, the price column on your statement will indicate "unpriced."

# J.P.Morgan

OFFICE SERVICING YOUR ACCOUNT
J.P. Morgan Securities LLC
383 Madison Avenue
New York, New York 10179
(212) 270-6000

AMERINDO INTERNET GROWTH FUND
LTD
C/O CITITRUST (BAHAMAS) LTD
ATTN: MICHAEL R FIELDS
PO BOX N 1576-THOMPSON BLVD
NASSAU BAHAMAS

**AMERINDO INTERNET GROWTH FUND**

| | |
|---|---|
| STATEMENT PERIOD | April 1, 2011 |
| THROUGH | April 29, 2011 |
| ACCOUNT NUMBER | 102-27950 M0T |
| TAXPAYER NUMBER | Not Applicable |
| LAST STATEMENT | March 31, 2011 |

Month End Closing Method: FIFO

## What's In This Statement

Financial Summary..................................................3
Transaction Detail.................................................4
Your Messages....................................................5

## Your Portfolio at a Glance

| | |
|---|---|
| NET EQUITY THIS PERIOD | $0 |
| NET EQUITY LAST STATEMENT | 14,768,967 |
| CHANGE SINCE LAST STATEMENT | -14,768,967 |

There are no "Stop Loss" orders or other pending buy
or sell open orders on file for your account.

## Market Value of Your Portfolio

Cash & Money Mkt Fds    $0        $14,768,967

□ Current market value
▨ Last statement's market value

CLEARING AGENT: J.P. MORGAN CLEARING CORP.,
3 CHASE METROTECH CENTER, BROOKLYN, NY 11245
(212) 270-6000

SIPC  This summary is for informational purposes only. It is not intended as a tax document.
This statement should be retained for your records. See reverse side for important information.