UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/21/14

SECURITIES AND EXCHANGE
COMMISSION,

Plaintiffs,

-v-

AMERINDO INVESTMENT ADVISORS
INC., *et al.*,

Defendants.

No. 05 Civ. 5231 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

The Court is in receipt of three emails from purported Amerindo investors seeking information about their investments. These purported investors are David Mainzer, Amerindo's former general counsel; Jacqueline Gaztambide, a longtime friend of Defendant Vilar and one of his bail co-signers; and Ana Acevedo, Ms. Gaztambide's sister. Accordingly, IT IS HEREBY ORDERED THAT these purported investors shall, no later than May 5, 2014, contact the Receiver and file a claim according to the previously established claims procedure. (Doc. No. 291.) IT IS FURTHER ORDERED THAT these purported investors shall submit a letter to the Court no later than April 23, 2014 explaining why they did not file a claim previously and how, when, and by whom they were informed that Amerindo assets might soon be distributed.

SO ORDERED.

Dated: April 21, 2014
New York, New York

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE