# ALFRED HEITKONIG
PO Box 9024038  San Juan, PR  00902
alfredo@ahfs.biz

April 29, 2014

Mr. Ian J. Gazes, Esq.
Gazes LLC
151 Hudson Street
NY, NY 10013

Dear Mr. Gazes,

I have reviewed your letter dated April 25, 2014 to Judge Sullivan regarding your agreement reached with the Mayers and Attorney Begos regarding the valuation of their account and the subsequent revised amount of their claim and the additional $1,163,911 which you recommend that the Mayers should receive via the interim distribution.

As you are aware, I am not in agreement with your existing valuations of ATGF investor claimants' accounts. Many ATGF investor claimants have submitted Amerindo Statements of Account (ASoA) as proofs of claim that predated the ASoA that I submitted by several years. This has resulted in huge inequalities for not only the Heitkoenig ATGF valuation, but also for the universe of ATGF investor claimants.

As per your letter mentioned above, I now understand you are available to meet in order to discuss our individual concerns regarding our account valuation, and more importantly, you are willing to grant adjustments.

I therefore submit and attach the Heitkoenig Account ASoA dated 03.01.00. This statement date is the equal time period to many investor claimants who submitted ATGF claims, which were approved by you for distribution.

In order that you may compare "apples to apples" and allow for all ATGF investor claimants' submission to be evaluated within the similar time period and to reduce the extraordinary fluctuations of ATGF share valuations between the many ATGF investor claimants, I hereby submit and officially demand that the ATGF share price of $127.68 shown in this statement be used to value the Heitkoenig account Amerindo ATGF claim of 90,000 ATGF shares. This will result in an increase of our ATGF claim of $9,627,300 and an increase in our interim distribution of $3,132,813.

As this is of great importance, I remain available to meet as soon as possible to further discuss this matter with you in order that you may grant our adjustment. Please let me know when you are available.

Sincerely,

Alfred Heitkonig

# AMERINDO INVESTMENT ADVISORS, INC.

SUCRE BUILDING
CALLE 48 ESTE BELLA VISTA
P.O. BOX 5168
PANAMA 5, PANAMA
TEL: (507) 264-9673
FAX: (507) 264-9667

## STATEMENT OF ACCOUNT

The Heitkeonig Account

| Client Account Number | Reference |
|---|---|
| F390H | F |

| Statement Period | |
|---|---|
| Opening 01.01.00 | Closing 03.31.00 |

| Closing Account Balances | |
|---|---|
| Cash | Equities XXXRHODES |
| ---------- | $1,000,000.00 |
| Fixed Deposits | External |
| $4,128,298.96 | $11,491,434.00 |

| Financial Account Summary |
|---|
| $16,619,732.96 |

| Type of Investment | Price | Amount |
|---|---|---|
| **FIXED DEPOSIT ACCOUNTS** | | |
| AMERINDO FIXED RATE DEPOSIT(ONE YEAR GUARANTEED @ 13% PER ANNUM 08.03.99 TO 08.02.00) | | $2,723,644.07 |
| AMERINDO FIXED RATE DEPOSIT ACCOUNT (GUARANTEED @ 13% PER ANNUM 05.18.99 TO 05.17.00) | | $1,404,654.89 |
| **EQUITIES** | | |
| AMERINDO TECHNOLOGY GROWTH FUND (90,000.00 Shares) | $127.6826 | $11,491,434.00 |
| **EXTERNAL CUSTODY ACCOUNTS** | | |
| **MISCELLANEOUS / CASH** | | |
| TWO SHARES IN RHODES CAPITAL GROUP LTD PLUS DIVIDENDS MINUS WITHDRAWALS AS OF AUGUST 30, 1999 | | $1,000,000.00 |
| **TOTAL** | | $16,619,732.96 |