**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**SECURITIES AND EXCHANGE COMMISSION,**

**Plaintiff,**

**v.**

**05 Civ. 5231 (RJS)**
**ECF CASE**

**AMERINDO INVESTMENT ADVISORS INC.,**
**AMERINDO INVESTMENT ADVISORS, INC.,**
**AMERINDO ADVISORS UK LIMITED,**
**AMERINDO MANAGEMENT INC.,**
**AMERINDO TECHNOLOGY GROWTH FUND, INC.,**
**AMERINDO TECHNOLOGY GROWTH  FUND II, INC.,**
**TECHNO RAQUIA, S.A.,**
**ALBERTO W. VILAR, and**
**GARY ALAN TANAKA,**

**Defendants.**

## NOTICE OF VOLUNTARY DISMISSAL OF
## PLAINTIFF'S SEVENTH CLAIM FOR RELIF

Plaintiff, Securities and Exchange Commission, pursuant to Fed. R. Civ.  P. 41(a)(1)(A),

hereby dismisses its seventh claim for relief alleged in its May 25, 2012 Second Amended

Complaint in this action against defendants Alberto W. Vilar and Gary Alan Tanaka, alleging

that each of them aided and abetted violations of Section 206(4) of the Investment

Advisers Act of 1940, 15 U.S.C. § 80b-6(4), and Rule 206(4)-2(a) thereunder, 17 C.F.R.

§ 275.206(4)(-2(a).

Dated:  New York, NY
        May 21, 2014

                                        Respectfully submitted,

                                         /s/ Neal Jacobson_____
                                        NEAL JACOBSON
                                        MARK D. SALZBERG
                                        Attorneys for Plaintiff
                                        Securities and Exchange Commission
                                        Brookfield Place, 200 Vesey Street
                                        Room 400
                                        New York, NY  10281-1022

Of Counsel:
Alistaire Bambach