UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/27/14
```

SECURITIES AND EXCHANGE COMMISSION,

                Plaintiff,

-v-

AMERINDO INVESTMENT ADVISORS, *et al.*,

                Defendants.

No. 05 Civ. 5231 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

IT IS HEREBY ORDERED THAT the Receiver shall submit a status report to the Court no later than July 25, 2014 informing the Court of his progress in valuing the Entity Defendants' assets and proposing a timeline for future distributions.

SO ORDERED.

Dated:     May 23, 2014
             New York, New York

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE