UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/27/14
```

SECURITIES AND EXCHANGE COMMISSION,

Plaintiff,

v.

AMERINDO INVESTMENT ADVISORS INC.,
AMERINDO INVESTMENT ADVISORS, INC.,
AMERINDO ADVISORS UK LIMITED,
AMERINDO MANAGEMENT INC.,
AMERINDO TECHNOLOGY GROWTH FUND, INC.,
AMERINDO TECHNOLOGY GROWTH FUND II, INC.,
TECHNO RAQUIA, S.A.,
ALBERTO W. VILAR, and
GARY ALAN TANAKA,

Defendants.

05 Civ. 5231 (RJS)
ECF CASE

## NOTICE OF VOLUNTARY DISMISSAL OF PLAINTIFF'S SEVENTH CLAIM FOR RELIF

Plaintiff, Securities and Exchange Commission, pursuant to Fed. R. Civ. P. 41(a)(1)(A), hereby dismisses its seventh claim for relief alleged in its May 25, 2012 Second Amended Complaint in this action against defendants Alberto W. Vilar and Gary Alan Tanaka, alleging that each of them aided and abetted violations of Section 206(4) of the Investment

Advisers Act of 1940, 15 U.S.C. § 80b-6(4), and Rule 206(4)-2(a) thereunder, 17 C.F.R. § 275.206(4)(-2(a).

Dated: New York, NY
       May 21, 2014

                                Respectfully submitted,

                                /s/ Neal Jacobson
                              NEAL JACOBSON
                              MARK D. SALZBERG
                              Attorneys for Plaintiff
                              Securities and Exchange Commission
                              Brookfield Place, 200 Vesey Street
                              Room 400
                              New York, NY 10281-1022

Of Counsel:
Alistaire Bambach

SO ORDERED
Dated: 5/23/14

                              RICHARD J. SULLIVAN
                              U.S.D.J.

2