UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SECURITIES AND EXCHANGE
COMMISSION,

                Plaintiff,

-v-

AMERINDO INVESTMENT ADVISORS, *et al.*,

                Defendants.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/29/14

No. 05 Civ. 5231 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

The Court is in receipt of the attached email from Jacqueline A. Gaztambide requesting that the Court include her claims in the initial distribution. As the Order setting the amounts for the initial distribution was issued two weeks ago (Doc. No. 432), including Ms. Gaztambide's claim in that distribution is not possible. Nevertheless, Ms. Gaztambide may of course seek to have her claim recognized in future distributions, which are expected. Accordingly, IT IS HEREBY ORDERED THAT the request is DENIED.

SO ORDERED.

Dated:      May 28, 2014
              New York, New York

RICHARD L. SULLIVAN
UNITED STATES DISTRICT JUDGE

A copy of this Order has been sent to:

Jacqueline A. Gaztambide
jagaztambide@rocketmail.com



Jacqueline Gaztambide

05/27/2014 04:49 PM

Please respond to Jacqueline Gaztambide

To "sullivannysdchambers@nysd.uscourts.gov" <sullivannysdchambers@nysd.uscourts.gov>
cc "ian@gazesllc.com" <ian@gazesllc.com>, "justin.anderson@usdoj.gov" <justin.anderson@usdoj.gov>, "jacobsonn@sec.gov" <jacobsonn@sec.gov>,
bcc
Subject Amerindo Investments/ Ana Acevedo, Jacqueline A. Gaztambide

## Dear Judge Sullivan,

We have filed a claim with Atty. Ian Gazes as you instructed.

The reason I write to you is because Atty. Gazes stated during our telephone conversation that we were too late for the first distribution of the Amerindo Funds, but if there was a second distribution in the future, he could consider our claim. These distributions should be sent to all Amerindo investors, not a select few.

As you can imagine, this is not only confusing, but unacceptable. We have been long time Amerindo investors as our accounts were opened in 1991 and 1996. Since then, no funds have ever been taken out at any time. Naturally, we would like to access our accounts since we are at retirement age.

Amerindo also had previously submitted our information (approx. two years ago) for both accounts to a Sharon Levin of the Dept. of Justice not once, but, twice. To this day, we don't understand why we are being treated in this fashion.

I ask that you consider our situation. We honestly believe we should be part of this first distribution and any others in the future concerning our retirement accounts.

Cordially,
Jacqueline A. Gaztambide