UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------X
SECURITIES and EXCHANGE
COMMISSION,

    Plaintiff,

--against--            No. 05 Civ. 5231 (RJS)

AMERINDO INVESTMENT ADVISORS  NOTICE OF APPEARANCE
INC., et al.,

    Defendants.
-----------------------------------------------------X

To the Clerk of this Court and all parties of record:

Enter my appearance as pro bono counsel in this case on behalf of:

  Amerindo Investment Advisors Inc. ("Amerindo–US"); Amerindo Investment Advisors, Inc. ("Amerindo–Panama"); Amerindo Advisors UK Ltd.; Amerindo Management Inc.; Amerindo Technology Growth Fund, Inc.; Amerindo Technology Growth Fund II, Inc.; and Techno Raquia, S.A.

I certify that I am admitted to practice in this Court.

Date: July 4, 2014      Signature: *[signature]*
            Vivian Shevitz
            Bar No: NY 1036367
            46 Truesdale Lake Drive
            South Salem, New York 10590
            914 763 2122
            Vivian@shevitzlaw.com