UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------X
SECURITIES and EXCHANGE                  :
COMMISSION,                              :
                                         :
                  Plaintiff,             :
                                         :
         --against--                     :      No. 05 Civ. 5231 (RJS)
                                         :
AMERINDO INVESTMENT ADVISORS             :      NOTICE OF APPEAL
INC., et al.,                            :
                                         :
                  Defendants.            :
-------------------------------------------------X

Notice is hereby given that the named parties to this action -- Alberto W. Vilar, Gary A. Tanaka, Amerindo Investment Advisors Inc. ("Amerindo–US"), Amerindo Investment Advisors, Inc. ("Amerindo–Panama"), Amerindo Advisors UK Ltd., Amerindo Management Inc., Amerindo Technology Growth Fund, Inc.; Amerindo Technology Growth Fund II, Inc., and Techno Raquia, S.A. – hereby appeal to the United States Court of Appeals for the Second Circuit from:

(1) Final Judgment against Alberto W. Vilar (Docket No. 433),
(2) Final Judgment against Gary Alan Tanaka (Docket No. 434), and
(3) Final Judgment Against All Entity Defendants (Docket No. 435),

entered in this action on the 16th day of May 2014, and from all Orders affecting said parties' property interests, in the Receivership imposed by the district court in this action (over property first described as "substitute assets" in 05 cr 621(RJS)), including DOCS 230, 232, 267, 279, 290, 291, 293, 297, 298, 309, 312, 322, 335, 338, 345, 358, 362, 365, 406, and 425.

Signature: *[signature]*
Vivian Shevitz
Bar No.: NY 1036367
46 Truesdale Lake Drive
South Salem, New York 10590
914-763-2122
Vivian@shevitzlaw.com