EXHIBIT A FIRST INTERIM DISTRIBUTION

| Claim No. | Payee | Interim Distribution Amount | Interim Distribution Made | Allowed Claim Amount | Balance on Allowed Claim |
|---|---|---|---|---|---|
| 1 | E. Ronald Salvitti, M.D. | $2,251,953.47 | $2,251,953.47 | $6,000,000.00 | $3,748,046.53 |
| 2 | John Preetzmann - Aggerholm | $88,106.09 | $88,106.09 | $234,745.76 | $146,639.67 |
| 3 | QGCI Nominees Limited (1) | $35,655.93 | $60,997.00 | $95,000.00 | $34,003.00 |
| 4 | Lisa Mayer & Debra Mayer (2) | $4,088,343.36 | $4,088,343.36 | $10,759,561.98 | $6,671,218.62 |
| 6 | Elizabeth Knope | $1,884.51 | $1,884.51 | $5,021.00 | $3,136.49 |
| 7 | Michael Walsh | $92,933.69 | $92,933.69 | $247,608.19 | $154,674.50 |
| 8 | Surinder Rametra | $93,831.39 | $93,831.39 | $250,000.00 | $156,168.61 |
| 9 | Sheridan Securities | $187,662.79 | $187,662.79 | $500,000.00 | $312,337.21 |
| 10 | James Charles | $65,954.52 | $65,954.52 | $175,726.14 | $109,771.62 |
| 11 | Ariadana Sanchez | $779,278.74 | $779,278.74 | $2,076,274.00 | $1,296,995.26 |
| 12 | Robin Sayko | $103,542.19 | $103,542.19 | $275,872.99 | $172,330.80 |
| 13 | Donald & Marilyn Walsh | $84,739.17 | $84,739.17 | $225,775.13 | $141,035.96 |
| 14 | Frank Harris | $17,790.43 | $17,790.43 | $47,400.00 | $29,609.57 |
| 15 | Charles Kaye | $65,677.47 | $65,677.47 | $174,988.00 | $109,310.53 |
| 16 | Alfred Heitkonig | $1,973,974.35 | $1,973,974.35 | $5,259,365.37 | $3,285,391.02 |
| 17 | The Winsford Corporation | $562,988.37 | $562,988.37 | $1,500,000.00 | $937,011.63 |
| 18 | Peter Sweetland | $15,639.99 | $15,639.99 | $41,670.47 | $26,030.48 |
| 19 | John W. Sweetland, Sr. | $703,731.18 | $703,731.18 | $1,874,988.59 | $1,171,257.41 |
| 20 | Timothy Sweetland | $71,938.83 | $71,938.83 | $191,670.47 | $119,731.64 |
| 21 | John W. Sweetland, Jr. | $15,639.99 | $15,639.99 | $41,670.47 | $26,030.48 |
| 22 | Anthony W. Gibbs | $483,276.71 | $483,276.71 | $1,287,619.98 | $804,343.27 |
| 23 | Patricia A. Kabara | $50,958.18 | $50,958.18 | $135,770.62 | $84,812.44 |
| 24 | National Investors Group Holdings Ltd. f/k/a NIG-Amertech Ltd. | $375,325.58 | $375,325.58 | $1,000,000.00 | $624,674.42 |
| 25 | Angelika Jordan | $1,255,451.72 | $1,255,451.72 | $3,344,967.13 | $2,089,515.41 |
| 29-a | Paul Marcus | $1,135,673.41 | $1,135,673.41 | $3,025,835.38 | $1,890,161.97 |
| 29-b | The Deane J. Marcus Trust | $159,804.96 | $159,804.96 | $425,776.89 | $265,971.93 |
| 29-c | The Steven E. Marcus Trust | $159,804.96 | $159,804.96 | $425,776.89 | $265,971.93 |
| 29-d | The Cheryl Marcus-Podhaizer Trust | $193,788.87 | $193,788.87 | $516,322.05 | $322,533.18 |
| 29-e | The Eve S. Marcus Children's Trust | $11,259.77 | $11,259.77 | $30,000.00 | $18,740.23 |
| 30 | Imagineers Profit Sharing Plan | $63,618.86 | $63,618.86 | $169,503.13 | $105,884.27 |
| 32 | Lily Cates | $3,452,315.80 | $3,452,315.80 | $9,198,189.51 | $5,745,873.71 |
| 33 | Robert Cox | $31,995.95 | $31,995.95 | $85,248.51 | $53,252.56 |
| Other | Graciela Lecube Chavez | $18,178.56 | $18,178.56 | $48,434.12 | $30,255.56 |
| | **Total Interim Distributions** | **$18,692,719.79** | **$18,718,060.86** | **$49,670,782.77** | **$30,952,721.91** |

(1) JP Morgan inadvertently paid the distribution amount in pounds in an amount equal to $60,997.00 rather than the allowed distribution amount of $35,655.93.  QGCI's counsel is reviewing this matter.  The Receiver anticipates receiving the overpayment back in short order.

(2) Pursuant to the letter issued to this Court dated April 25, 2014 [ECF Doc No. 430], the adjusted Allowed Claim Amount for Claim #4 (Lisa and Debra Mayer) is $10,759,561.98. The Receiver received authorization on June 10, 2014 (ECF Doc No. 443) to remit an additional interim distribution to the Mayers in the sum of $1,163,911.95 representing the difference between the Revised Interim Distribution Amount and the distribution calculated based on the adjusted Allowed Claim Amount.  Also, the interim distribution amount on account of the Mayer claim includes the $50,000.00 emergency payment authorized by the Court's order dated February 19, 2014 [ECF Doc. No. 369].