**EDWARD T. SWANSON**
Attorney At Law
2071 N. Altadena Drive
Altadena, California 91001
Phone: (310) 283-1035  Fax: (866) 397-0114
etswanson@att.net

August 27, 2014

*Via Electronic Filing*

Honorable Richard J. Sullivan
Thurgood Marshall United States Courthouse
40 Foley Square
New York NY 10007

Ian J. Gazes, Receiver
Gazes LLC
151 Hudson Street
New York, New York 10013

      Re:    SEC v. Amerindo Investment Advisors Inc., et al.
               05 Civ. 5231 (RJS) ECF CASE:

               Partial Withdrawal of Claim Submitted With Respect to Anna Gladkoff

Judge Sullivan and Mr. Gazes:

      The undersigned, on behalf of Lily Cates, hereby partially withdraws the claim submitted with respect to Lily's deceased mother, Anna Gladkoff. Ms. Cates, on behalf of her deceased mother, previously filed a modified claim for a total of $550,000. Such amount included a $250,000 deposit made in or about January of 2001, for which my client has been unable to locate any substantiating documentation other than a handwritten note acknowledging receipt of the payment by a "Heather" with Amerindo. Inasmuch as we have no other documentation supporting this payment, my client has authorized me to withdraw the claim with respect to such $250,000 investment.

      The reduced claim for $300,000 relates to an investment by Anna Gladkoff made on November 27, 2000, in the amount of $300,000. A check for such amount was delivered to Amerindo Investments and the back of the check substantiates that the check was received and deposited, and in fact states: "FOR DEPOSIT ONLY TO THE ACCOUNT OF WITHIN NAMED PAYEE IN ABSENCE OF ENDORSEMENT GUARANTEED." The back also has printed on it the date "11-29-00."

      We respectfully request that the Receiver and the Court approve the remaining $300,000 claim relating to Anna Gladkoff, plus profits or interest from the date of investment.

                                  Very truly yours,

                                  Edward T. Swanson

cc: Ms. Lily Cates