# Ballard Spahr
# Stillman & Friedman
LLP

425 Park Avenue
New York, NY 10022-3506
TEL 212.223.0200
FAX 212.223.1942
www.ballardspahr.com

Julian W. Friedman
Tel: 212.223.0200 ext. 8019
Fax: 212.223.1942
friedmanj@bssfny.com

August 29, 2014

*By E-File and Hand Delivery*

Honorable Richard J. Sullivan
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

Re:     SEC v. Amerindo, 05-cv-5231 (RJS)

Dear Judge Sullivan:

        Please be advised that we represent Paul Marcus and members of his family, who
were investors in ATGF and who have made claims in the distribution proceeding in which Your
Honor appointed Ian Gazes, Esq. as Receiver.

        Enclosed are Objections of Claimants Paul Marcus, The Deane J. Marcus Trust, The
Steven E. Marcus Trust, The Cheryl Marcus-Podhaizer Trust and The Eve S. Marcus Children's
Trust to Additional Claims. The enclosed Objections were filed in the ECF system today under
Docket No. 464.

Respectfully submitted,

Julian W. Friedman

JWF:cn
Enclosure

cc:     Ian Gazes, Esq. (ian@gazesllc.com)
        Patrick Begos, Esq. (pwb@begoshorgan.com)
        AUSA Sharon Cohen Levin (Sharon.Levin@usdoj.gov)
        Andrea L. Weiss, Esq. (aweiss@llf-law.com)
        Mark D. Salzberg, Esq. (salzbergm@sec.gov)
        Neal Jacobson, Esq. (jacobsonn@sec.gov)
        Vivian Shevitz, Esq. (vivian@shevitzlaw.com)
        Jane Simkin Smith, Esq. (jssmith1@optonline.net)

Honorable Richard J. Sullivan
August 29, 2014
Page 2

      David C. Burger, Esq. (dcb@robinsonbrog.com)
      Paula K. Colbath, Esq. (pcolbath@loeb.com)
      Andrew E. Goldsmith, Esq. (agoldsmith@khhte.com)
      Thomas J. Hall, Esq. (hallt@hallandhalllaw.com)
      Eugene F. Hestres Velez, Esq. (ehestres@bbh-law.com)
      Timothy Wright (twright@entecworks.com)
      Robert Fryd (rfryd@wbcsk.com)
      David Mainzer, Esq. (mainzer@sposilco.com)
      James Webster, Esq. (jwebster@khhte.com)