EXHIBIT A TO RECEIVER'S POSITION IN RESPONSE TO ADDITIONAL INVESTOR CLAIMS

| Claim No. | Claimant | ATGF Shares per Most Recent Statement | Statement Date | Distributions Subsequent to Last Known Balance | Allowed ATGF Claim | Last Known Fixed Deposit Account Balance | Last Known Accrued Interest per Most Recent Statement | Fixed Deposit Account Interest Rate per Most Recent Statement | Statement Date | Distributions Subsequent to Last Known Balance | Allowed Fixed Deposit Claim | Other Investments | Allowed Other Investments, Net of Distributions | Total Allowed Claim |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 34 | Christina Lohmann | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | Amerindo Technology Fund Class D (Munder Internet Fund) | $0.00 | $0.00 |
| 35 | Ana Acevedo (5/14/14) | 7,665.82 | 3/31/02 | $0.00 | $239,800.65 | $640,934.75 | $24,583.80 | 8.00% | 3/31/02 | $0.00 | $665,518.55 | N/A | N/A | $905,319.20 |
| 36 | Jacqueline A. Gaztambide, Ana R. Acevedo, Annette Acevedo (5/14/14) | 2,205.90 | 3/31/96 | $0.00 | $65,000.00 | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | $65,000.00 |
| 37 | Maria Dichov (6/17/14) | 48,165.54 | 5/31/04 | $0.00 | $0.00 | $500,000.00 | $17,269.39 | 4.00% | 5/31/04 | $0.00 | $517,269.39 | N/A | N/A | $517,269.39 |
| 38 | LA Opera (6/19/14) | N/A | N/A | N/A | N/A | $1,000,000.00 | $271,240.25 | N/A | N/A | $550,000.00 | $721,240.25 | N/A | N/A | $721,240.25 |
| 39 | Anna Gladkoff (with Lily Cates' amended claim) | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | Amerindo B2B Mutual Fund | $300,000.00 | $300,000.00 |
| 40 | David Mainzer | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | $0.00 |