UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SECURITIES AND EXCHANGE COMMISSION,

                Plaintiff,

        v.

AMERINDO INVESTMENT ADVISORS INC.,
AMERINDO INVESTMENT ADVISORS, INC.,
AMERINDO ADVISORS UK LIMITED,
AMERINDO MANAGEMENT INC.,
AMERINDO TECHNOLOGY GROWTH FUND, INC.,
AMERINDO TECHNOLOGY GROWTH FUND II, INC.,
TECHNO RAQUIA, S.A.,
ALBERTO W. VILAR, and
GARY ALAN TANAKA,

                Defendants.

05 Civ. 5231 (RJS)

ECF CASE

---

## PROOF OF CLAIM FORM

Please fill in the information below and supply the supporting documents requested as an attachment to this proof of claim form. This should be received in hand by the Court appointed Receiver for Amerindo Investment Advisors (Panama) *et al.*, whose name and address is below, so as to be received in hand on or before September 20, 2013, 5:00 P.M. (Eastern Standard Time) by (a) certified mail, return receipt requested, or (b) overnight courier, or (hand delivery):

                Ian J. Gazes, Esq.
                Gazes LLC
                151 Hudson Street
                New York, New York 10013

<u>Debtor</u> means one or more of the Amerindo entities captioned above in which you gave Principal Funds.

<u>Principal Funds</u> means all funds given to the Debtor(s) and **NOT** returned to you.

<u>Profits</u> mean the appreciated value of the Principal Funds. By way of example only, earned interest if you held promissory notes and NOT paid to you.

**If you are not sure of a fact, please so state the fact you are not sure about, and provide the best documentation you have including copies of Amerindo**

statements for at least three months prior to and after the dates indicated below.

## PART A

Please answer the questions below and submit together with this completed form any written agreements between you and the Debtor(s) as concerns the establishment and/or opening of an account with the Debtor(s) (include Amerindo statements for three (3) months prior to the date indicated and after) and Profits prior to May 25, 2005.

### THIS PORTION OF THE PROOF OF CLAIM ONLY COVERS PRINCIPAL FUNDS AND PROFITS AS OF MAY 25, 2005

1. Your name, address, email address and phone number, including the name of any entity through which you provided Principal Funds with the Debtor(s). If your name or address had changed, please specify. *Current address - Christina Lohmann, 3344 Peachtree Rd. #2904, Atlanta, GA 30326* (*Prior address - Stamford, CT, see statement*)

2. Name and address of Debtor(s) (Amerindo entity) in which you gave the Principal Funds and the intended Amerindo entity if the recipient entity is different.

    Please specify and provide documents reflecting the transmittal of Principal Funds to the Debtor(s).

3. Details including the amount and supporting documentation related to Principal Funds you claim as of May 25, 2005 including any Amerindo statements for three (3) months prior to May 25, 2005 and after, if any: *$1,394.68 as of 9/30/05*

4. Details including the amount and supporting documentation related to any Profits you claim as of May 25, 2005: *$1,394.68 (see statement)*

5. Did you receive any distributions from the Debtor on account of your Principal Funds you claim as of May 25, 2005? *no*

If yes please specify any and all distributions and include any payments to third parties by the Debtor(s) on your behalf.

Please attach three (3) statements you received from the Debtor(s).

**Please provide copies of all documents that support your claim as of May 25, 2005.** Documents could include but are limited to promissory notes, itemized statements of your accounts, cancelled checks, wire transfer confirmations, letters, contracts, judgments, and security agreements. If the claim is secured please attached all document supporting same.

Please answer the questions below and submit together with this completed form any written agreements between you and the Debtor(s) as concerns the establishment and/or opening of an account with the Debtor and appreciated value after May 25, 2005.

## PART B

## THIS PROOF OF CLAIM ONLY COVERS PRINCIPAL FUNDS AND PROFITS AFTER MAY 25, 2005

1. Your name, address, phone number, and email address including the name of any entity through which you gave Principal Funds to the Debtor(s) after May 25, 2005. If your name or address had changed, please specify.   Christina Lohmann,
   3344 Peachtree Rd # 2904
   Atlanta, GA 30326

2. Name and address of Debtor(s) (Amerindo entity) in which you gave the Principal Funds and the intended Amerindo entity if the recipient entity is different. .

   Please specify and provide documents reflecting the transmittal of Principal Funds to the Debtor(s).

3. Details including the amount and supporting documentation related to Principal Funds you claim after May 25, 2005 (please attach any statements you received after May 25, 2005):

4. Details including the amount and supporting documentation related to any Profits you claim after May 25, 2005:   $1,394.68   as of   9/30/05

5. Did you receive any distributions from the Debtor on account of your Principal Funds you claim after May 25, 2005?   $1,394.68   (see Statement)

If yes please specify any and all distributions and include any payments to third parties by the Debtor(s) on your behalf.

Please attach the last three (3) statements you received from the Debtor(s).

Please provide copies of all documents that support your claim after May 25, 2005. Documents could include but are limited to promissory notes, itemized statements of your accounts, cancelled checks, wire transfer confirmations, letters, contracts, judgments, and security agreements. If the claim is secured please attached all document supporting same.

**Please redact all account numbers other than the last 4 digits on the statement including personal identification numbers such as social security numbers and business EIN numbers.**

**DO NOT SEND ORIGINAL DOCUMENTS.**

**Signature:**

_X_ I am the account owner     ___ I am the account owner's authorized agent

Please note that, although you may make a claim through an agent, you DO NOT NEED TO HAVE AN AGENT to make this claim, and pay or offer to pay an agent merely to make this claim or obtain payment on your account. Your claim will not be reduced if you do not have an agent.

**Print Name:** Christina Lohmann
**Title:** account holder
**Company:**
**Email:** christinalohmann2gmail.com
**Telephone Number:** 404-831-0543

Signature: [redacted]    Date: 4/30/14

If claim has been assigned please provide the following information:

**Name of Assignee:** _____
**Address of Assignee:** _____
**Email of Assignee:** _____
**Tel No. Of Assignee:** _____
**Date of Assignment:** _____


**AMERINDO**FUNDS
P.O. BOX 446
PORTLAND, ME 04112

Page 1 of 1
From: 01/01/05
To: 09/30/05
Customer: 20733

Ref#:135-0002450
CHRISTINA LOHMANN
123 HARBOR DR 104
STAMFORD CT 06902

*[handwritten: Murder Internet Fund]*
*[handwritten: 1-800-468-5789 3]*

### Fund Summary Market Value as of 09/30/05

| Fund | 09/30/05 Price | Current Dividends | Share Balance | Market Value | Percent |
|---|---|---|---|---|---|
| AMERINDO TECHNOLOGY FUND CLASS D | $8.49 | $0.00 | 164.294 | $1,394.86 | 100.00 |
| | | $0.00 | | $1,394.86 | 100.00 |

### Fund Detail

AMERINDO TECHNOLOGY FUND CLASS D
Account: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓

YTD Income   $0.00
YTD LT Capital   $0.00

Account Registration:
CHRISTINA LOHMANN

| Date | Description | Amount | Price | Number of Shares | Total Share Balance |
|---|---|---|---|---|---|
| 01/01/05 | Beginning Balance | | | | 164.294 |
| | No Transactions | | | | |
| 09/30/05 | Ending Balance | | | | 164.294 |

*[handwritten notes: call back 8-5; Goldman D 10/26/05; Confirmation # 1383-102605]*

135L1

www.amerindo.com
Account Information: (888) 832-4386



**AMERINDO FUNDS**
P.O. BOX 446
PORTLAND, ME 04112

April 4, 2005

547

CHRISTINA LOHMANN
123 HARBOR DR APT 104
STAMFORD CT 06902-7459

Account Number:   

Dear Shareholder:

During the weekend of April 9th and 10th, 2005, Forum Shareholder Services, the transfer agent for the AMERINDO TECHNOLOGY FUND CLASS D ("Fund"), will convert to a new recordkeeping system. Although this conversion will result in minimal change to your account with the Fund, we want to bring the following to your attention:

- Your existing account number, listed above, will change slightly. You will notice the addition of new digits before and after your existing account number. Those numbers represent identifiers the transfer agent will use in the new system to specify the fund you own. Please note that we will keep a record of your old account number. Therefore, if you are unable to locate your new number, a shareholder service representative can still assist you with transaction and account inquiries using your old account number. For easy reference, below is your new account number:

    New Account Number: 135-35007549783101-31

- If you access your account via the Internet, beginning April 11, 2005 your new User ID will be your Customer Number, which is provided below. Upon your first login attempt after that date, you will be instructed to enter your new User ID and password. Your password is your tax identification number, without dashes or spaces. You will be required to change this password after your initial login. If you do not wish to supply your tax identification number to login, you may contact us for an alternative means of access.

- If you access your account information via the Fund's Automated Voice Response System, beginning April 12, 2005 your new access ID will be your Customer Number, which is provided below.

- If you have multiple account registrations (for example an Individual Retirement Account ("IRA") and a non-retirement account), your accounts will now be grouped together for

www.amerindo.com
Account Information: (888) 832-4386

## AMERINDO FUNDS INC.

### SUPPLEMENT DATED JUNE 6, 2005 TO THE PROSPECTUS
### AND
### STATEMENT OF ADDITIONAL INFORMATION DATED FEBRUARY 25, 2005

### AS SUPPLEMENTED MAY 31, 2005

THIS SUPPLEMENT PROVIDES NEW AND ADDITIONAL INFORMATION BEYOND THAT CONTAINED IN THE PROSPECTUS AND STATEMENT OF ADDITIONAL INFORMATION AND SHOULD BE READ IN CONJUNCTION WITH THE PROSPECTUS AND STATEMENT OF ADDITIONAL INFORMATION.

Effective June 3, 2005, the independent directors of the Board of Directors (the "Board") of the Amerindo Funds Inc. (the "Fund") have appointed Munder Capital Management ("MCM"), 480 Pierce Street, Birmingham, Michigan 48009, as the new manager of the Fund. MCM was founded in 1985 and offers a broad selection of portfolio management services using a disciplined investment approach. As of March 31, 2005, MCM had approximately $36.7 billion in assets under management.

The Board, pursuant to their fiduciary obligations under the Investment Company Act of 1940 and related rules thereunder, determined that MCM's disciplined investment approach, sector expertise, and overall performance history were the key factors in their selection. The Fund's prior investment advisory contract, voluntary expense limitation agreement and shareholder services agreement expired on May 31, 2005. Under the terms of the Fund's new investment advisory contract, the Fund will pay an annual advisory fee, equal to 1.00% of the Fund's average daily net assets. Based upon the rules of the Securities and Exchange Commission, the duration of the new investment advisory contract cannot exceed 150 days since the termination of the agreement with the previous advisor, without approval by a majority of the outstanding voting securities of the Fund. Upon the expiration of this interim investment advisory contract, the Fund retains the right to enter into a new investment advisory contract with MCM, or another investment advisor, subject to shareholder approval, and the Board reserves the right to recommend other investment advisors or alternative actions to shareholders which it believes would be in their best interests.

## AMERINDO FUNDS INC.

### SUPPLEMENT DATED MAY 31, 2005 TO THE PROSPECTUS
### AND
### STATEMENT OF ADDITIONAL INFORMATION DATED FEBRUARY 25, 2005

THIS SUPPLEMENT PROVIDES NEW AND ADDITIONAL INFORMATION BEYOND THAT CONTAINED IN THE PROSPECTUS AND STATEMENT OF ADDITIONAL INFORMATION AND SHOULD BE READ IN CONJUNCTION WITH THE PROSPECTUS AND STATEMENT OF ADDITIONAL INFORMATION.

Gary Tanaka, the President and an interested director of Amerindo Funds Inc. (the "Fund") and Alberto Vilar, Chief Executive Officer of the Fund who are principals of Amerindo Investment Advisors Inc. ("Amerindo") were charged in criminal complaints and are currently incarcerated.

Accordingly, the independent directors of the Board of Directors of the Fund (the "Independent Directors") have taken the following actions:

- The Independent Directors have discontinued any sales of the Fund until further notice.

- The Board has rescinded any authority to Gary Tanaka or Alberto Vilar to give any instruction with respect to the Fund or its assets.

- The Independent Directors have removed Gary Tanaka as President of Amerindo Funds Inc. and Alberto Vilar as Chief Executive Officer effective May 27, 2005.

- The Independent Directors have appointed Dana Smith, the Fund's current Chief Compliance Officer, as new acting President of the Fund effective May 27, 2005.

- As a precautionary measure, the Fund's auditors have been retained to conduct a special audit of the Fund.

- The Independent Directors have commenced a search for an interim manager/adviser to replace Amerindo.

- The Independent Directors have authorized portfolio purchases and sales on behalf of the Fund provided that one or more Independent Director has approved the trade.

Please Retain This Document for Future Reference

AME-SK-005-0100