UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SECURITIES AND EXCHANGE COMMISSION,

                Plaintiff,

        v.

AMERINDO INVESTMENT ADVISORS INC.,
AMERINDO INVESTMENT ADVISORS, INC.,
AMERINDO ADVISORS UK LIMITED,
AMERINDO MANAGEMENT INC.,
AMERINDO TECHNOLOGY GROWTH FUND, INC.,
AMERINDO TECHNOLOGY GROWTH FUND II, INC.,
TECHNO RAQUIA, S.A.,
ALBERTO W. VILAR, and
GARY ALAN TANAKA,

                Defendants.

05 Civ. 5231 (RJS)

ECF CASE

## PROOF OF CLAIM FORM

Please fill in the information below and supply the supporting documents requested as an attachment to this proof of claim form. This should be received in hand by the Court appointed Receiver for Amerindo Investment Advisors (Panama) *et al.*, whose name and address is below, so as to be received in hand on or before September 20, 2013, 5:00 P.M. (Eastern Standard Time) by (a) certified mail, return receipt requested, or (b) overnight courier, or (hand delivery):

        Ian J. Gazes, Esq.
        Gazes LLC
        151 Hudson Street
        New York, New York 10013

**Debtor** means one or more of the Amerindo entities captioned above in which you gave Principal Funds.

**Principal Funds** means all funds given to the Debtor(s) and **NOT** returned to you.

**Profits** mean the appreciated value of the Principal Funds. By way of example only, earned interest if you held promissory notes and NOT paid to you.

**If you are not sure of a fact, please so state the fact you are not sure about, and provide the best documentation you have including copies of Amerindo**

Please provide copies of all documents that support your claim after May 25, 2005. Documents could include but are limited to promissory notes, itemized statements of your accounts, cancelled checks, wire transfer confirmations, letters, contracts, judgments, and security agreements. If the claim is secured please attached all document supporting same.

**Please redact all account numbers other than the last 4 digits on the statement including personal identification numbers such as social security numbers and business EIN numbers.**

DO <u>NOT</u> SEND <u>ORIGINAL</u> DOCUMENTS.   Client Acct. # ~~[redacted]~~

**Signature:**

_X_ I am the account owner        ___ I am the account owner's authorized agent

Please note that, although you may make a claim through an agent, you DO NOT NEED TO HAVE AN AGENT to make this claim, and pay or offer to pay an agent merely to make this claim or obtain payment on your account. Your claim will not be reduced if you do not have an agent.

**Print Name:** ANA R. Acevedo
**Title:**
**Company:**
**Email:** acevedokacha@apl.com
**Telephone Number:** (787) 998-4722 (c)
(787) 200-6745

~~[signature redacted]~~      5-14-2014
**Signature**                              **Date**

If claim has been assigned please provide the following information:

**Name of Assignee:** _____
**Address of Assignee:** _____
**Email of Assignee:** _____
**Tel No. Of Assignee:** _____
**Date of Assignment:** _____

statements for at least three months prior to and after the dates indicated below.

## PART A

Please answer the questions below and submit together with this completed form any written agreements between you and the Debtor(s) as concerns the establishment and/or opening of an account with the Debtor(s) (include Amerindo statements for three (3) months prior to the date indicated and after) and Profits prior to May 25, 2005.

## THIS PORTION OF THE PROOF OF CLAIM ONLY COVERS PRINCIPAL FUNDS AND PROFITS AS OF MAY 25, 2005

1. Your name, address, email address and phone number, including the name of any entity through which you provided Principal Funds with the Debtor(s). If your name or address had changed, please specify.

   ANA R. Acevedo, Diamante C-53, Urb. Golden Gate, Guaynabo, P.R. 00968
   Acevedoracha@aol.com  (787) 200-6145 (H) (787) 598-4222 (c)

2. Name and address of Debtor(s) (Amerindo entity) in which you gave the Principal Funds and the intended Amerindo entity if the recipient entity is different.

   Alberto Vilar, Amerindo Investment Advisors, Inc
   785 Third Avenue, Suite 3204, NewYork, NY 10017
   Please specify and provide documents reflecting the transmittal of Principal Funds to the Debtor(s). Attached

3. Details including the amount and supporting documentation related to Principal Funds you claim as of May 25, 2005 including any Amerindo statements for three (3) months prior to May 25, 2005 and after, if any:

   Have attached 3 statements from different dates.

4. Details including the amount and supporting documentation related to any Profits you claim as of May 25, 2005:

   Never redeemed any moneys. Profits should be those valid on 5/25/2005

5. Did you receive any distributions from the Debtor on account of your Principal Funds you claim as of May 25, 2005? None

If yes please specify any and all distributions and include any payments to third parties by the Debtor(s) on your behalf.

N/A

Please attach three (3) statements you received from the Debtor(s).

* Previous ADDRESS - Ms. Ana Acevedo
  Molac Imports
  Street A, Corner B
  Mario Julia Industrial Park
  Puerto Nuevo, P.R. 00920

Please provide copies of all documents that support your claim as of May 25, 2005. Documents could include but are limited to promissory notes, itemized statements of your accounts, cancelled checks, wire transfer confirmations, letters, contracts, judgments, and security agreements. If the claim is secured please attached all document supporting same.

Please answer the questions below and submit together with this completed form any written agreements between you and the Debtor(s) as concerns the establishment and/or opening of an account with the Debtor and appreciated value after May 25, 2005.

## PART B

## THIS PROOF OF CLAIM ONLY COVERS PRINCIPAL FUNDS AND PROFITS AFTER MAY 25, 2005

1. Your name, address, phone number, and email address including the name of any entity through which you gave Principal Funds to the Debtor(s) after May 25, 2005. If your name or address had changed, please specify. *No investments were made after 5/25/2005*

2. Name and address of Debtor(s) (Amerindo entity) in which you gave the Principal Funds and the intended Amerindo entity if the recipient entity is different. .
*Alberto Vilar - same as part A*

Please specify and provide documents reflecting the transmittal of Principal Funds to the Debtor(s).
*See Attachment*

3. Details including the amount and supporting documentation related to Principal Funds you claim after May 25, 2005 (please attach any statements you received after May 25, 2005):
*See attachments.   None were received.*

4. Details including the amount and supporting documentation related to any Profits you claim after May 25, 2005:
*See attachments.*

5. Did you receive any distributions from the Debtor on account of your Principal Funds you claim after May 25, 2005?   *No*

If yes please specify any and all distributions and include any payments to third parties by the Debtor(s) on your behalf.

Please attach the last three (3) statements you received from the Debtor(s).

*On this investment nothing was ever Redeemed.*

*Ana R. Acevedo*
G.P.O. BOX 6126 • SAN JUAN, PUERTO RICO 00936

September 25, 1991

Mr. Albert Vilar
Amerindo Investments Advisors, Inc.
780 Third Ave
Suite 3204
New York, N.Y. 10017

Dear Mr. Vilar:

As per our telephone conversation I have enclosed two checks, #434 for the amount of $100,000.00 and #435 for the amount of $60,000.00. These are to be invested as we discussed.

If you have any questions please don't hesitate to call me at my office, (809) 793-4288 or 793-4273. My mailing address is PO Box 366126 San Juan, P.R. 00936-6126.

Cordially,

Ana R. Acevedo





October 22, 1991



**AMERINDO
TECHNOLOGY
GROWTH
FUND LIMITED**

17A Curzon Street, Mayfair,
London W1Y 7FE, England
Tel: 629 2349
Telex: 291735 AML UK

BY FAX & COURIER

Mrs. Ana R. Acevedo
Molac Imports
Street A, Corner B, Mario Julia Industrial Park
Puerto Nuevo, P.R. 00920

Dear Mrs. Acevedo:

Thank you for your subscription to the Amerindo Technology Growth Fund and your deposit to the Fixed Deposit Account. I am very pleased to acknowledge that both your checks, one in the sum of $100,000 and the other in the sum of $60,000, were safely received at our New York Office on October 7, 1991 and were immediately deposited at our custodian Bank, Bear Stearns.

Amerindo Technology Growth Fund

As you are a new subscriber to the Fund, I would like to outline briefly the basic and most important rules as far as you, as a subscriber, are concerned.

The Fund is valued twice a month, i.e. on the 1st and 15th day of the month. **You may only transact the Fund on these two days each month.**

I have already informed our Registrar of your subscription. It takes about six weeks to issue a share certificate which is then sent to us to be signed. Most of our clients prefer that we retain the share certificate in our safekeeping. Unless we hear from you to the contrary, we will assume that you prefer us to do this.

For your information, the details of your subscription are as follows:

Total Subscription:       $100,000
Net Asset Value:          $9.1206
Total Shares Subscription: 10,164.19

You will be regularly receiving statements on a quarterly basis informing you how the Fund is doing.

Fixed Deposit Account

Your check for $60,000 was immediately invested in our Fixed Deposit Account. Interest is paid on an annual basis on the anniversary of your joining which will be October 7, 1992. We presently are paying a 15% rate of interest.

Mrs. Ana R. Acevedo
October 22, 1991

Once again, I would like to thank you for your contributions and assure you of our best intentions at all times. Should you have any questions or queries, please do not hesitate to call me or Albert here in London on 011-44-71-629-2349. (Albert can also be reached through our San Francisco Office, (415) 362 0292).

Sincerely yours,

Renata Le Port
Finance & Administration Manager

# AMERINDO INVESTMENT ADVISORS, INC.

Avenida Samuel Lewis
Edificio Plaza Obarrio
Apartado 5215
Panama 5, Panama
Tel: (507) 264-9673
Fax: (507) 264-9667

April 17, 2002

Ms. Ana Acevedo
Molac Imports
Street A, Corner B
Mario Julia Industrial Park
Puerto Nuevo 00920
Puerto Rico

Dear Ms. Acevedo,

Please find enclosed the statement of your Account for the month ending March 31, 2002.

Should you have any questions regarding the above please do not hesitate to contact me directly.

With kind regards

*[signature]*

Renata Tanaka

# AMERINDO INVESTMENT ADVISORS, INC.

AVENIDA SAMUEL LEWIS,
EDIFICIO PLAZA OBARRIO
APARTADO 5215
PANAMA 5 PANAMA
TEL: (507) 264-9673
FAX: (507) 264-9667

## STATEMENT OF ACCOUNT

Ms Ana Acevedo
Molac Imports
Street A, Corner B
Mario Julia Industrial Park
Puerto Nuevo 00920
Puerto Rico

| Statement Period | |
|---|---|
| Opening  03.01.02 | Closing  03.31.02 |
| Closing Account Balances | |
| xxxxINTEREST $24,583.80 | Equities $239,800.65 |
| Fixed Deposits $640,934.75 | External ---------- |
| Financial Account Summary $905,319.20 | |

Client Account Number: [redacted]
Reference: F

| Type of Investment | Price | Amount |
|---|---|---|
| FIXED DEPOSIT ACCOUNTS<br>AMERINDO FIXED RATE DEPOSIT ACCOUNT<br>(Guaranteed at 8% per annum, maturity date 10.07.02) | | $640,934.75 |
| EQUITIES<br>AMERINDO TECHNOLOGY GROWTH FUND<br>( 7,665.82 shares) | $31.2818 | $239,800.65 |
| EXTERNAL CUSTODY ACCOUNTS | | |
| MISCELLANEOUS / CASH<br>INTEREST (10.07.01 to 03.31.02 @ 8% P.A.) | | $24,583.80 |
| TOTAL | | $905,319.20 |

# AMERINDO INVESTMENT ADVISORS, INC.

Avenida Samuel Lewis
Edificio Plaza Obarrio
Apartado 5215
Panama 5, Panama
Tel: (507) 264-9673
Fax: (507) 264-9667

August 29, 2001

Ms. Ana Acevedo
Molac Imports
Street A, Corner B
Mario Julia Industrial Park
Puerto Nuevo 00920
Puerto Rico

Dear Ms. Acevedo,

Please find enclosed the statement of your Account for the month ending July 31, 2001.

Should you have any questions regarding the above please do not hesitate to contact me directly.

With kind regards

Renata Tanaka

# AMERINDO INVESTMENT ADVISORS, INC.

SUCRE BUILDING
CALLE 48 ESTE BELLA VISTA
P.O. BOX 5168
PANAMA 5, PANAMA
TEL: (507) 264-9673
FAX: (507) 264-9667

## STATEMENT OF ACCOUNT

Ms Ana Acevedo
Molac Imports
Street A, Corner B
Mario Julia Industrial Park
Puerto Nuevo 00920
Puerto Rico

Client Account Number: [redacted]
Reference: F

**Statement Period**
Opening: 07.01.01
Closing: 07.31.01

**Closing Account Balances**

| Cash INTEREST | Equities |
|---|---|
| $51,650.42 | $328,225.11 |
| Fixed Deposits | External |
| $577,418.69 | ---------- |

**Financial Account Summary**
$957,294.22

| Type of Investment | Price | Amount |
|---|---|---|
| **FIXED DEPOSIT ACCOUNTS** | | |
| AMERINDO FIXED RATE DEPOSIT ACCOUNT | | |
| (Guaranteed at 11% per annum, maturity date 10.07.01) | | $577,418.69 |
| | | |
| **EQUITIES** | | |
| AMERINDO TECHNOLOGY GROWTH FUND | | |
| ( 7,665.82 shares) | $42.8167 | $328,225.11 |
| | | |
| EXTERNAL CUSTODY ACCOUNTS | | |
| | | |
| MISCELLANEOUS / CASH | | |
| INTEREST (10.07.00 to 07.31.01 @ 11% P.A..) | | $51,650.42 |
| | | |
| **TOTAL** | | $957,294.22 |

# AMERINDO INVESTMENT ADVISORS, INC.

Avenida Samuel Lewis<br>
Edificio Plaza Obarrio<br>
Apartado 5215<br>
Panama 5, Panama<br>
Tel: (507) 264-9673<br>
Fax: (507) 264-9667

June 12, 2001

Ms. Ana Acevedo
Molac Imports
Street A, Corner B
Mario Julia Industrial Park
Puerto Nuevo 00920
Puerto Rico

Dear Ms. Acevedo,

Please find enclosed the statement of your Account for the month ending May 31, 2001.

Should you have any questions regardiing the above please do not hesitate to contact me directly.

With kind regards

Renata Tanaka

# AMERINDO INVESTMENT ADVISORS, INC.

SUCRE BUILDING
CALLE 48 ESTE BELLA VISTA
P.O. BOX 5168
PANAMA 5, PANAMA
TEL: (507) 264-9673
FAX: (507) 264-9667

## STATEMENT OF ACCOUNT

Ms Ana Acevedo
Molac Imports
Street A, Corner B
Mario Julia Industrial Park
Puerto Nuevo 00920
Puerto Rico

| Client Account Number | Reference |
|---|---|
| ███████████ | F |

| Statement Period | |
|---|---|
| Opening 05.01.01 | Closing 05.31.01 |
| Closing Account Balances | |
| Cash INTEREST $41,067.91 | Equities $371,003.46 |
| Fixed Deposits $577,418.69 | External ---------- |
| Financial Account Summary | |
| $989,490.06 | |

| Type of Investment | Price | Amount |
|---|---|---|
| **FIXED DEPOSIT ACCOUNTS** | | |
| AMERINDO FIXED RATE DEPOSIT ACCOUNT (Guaranteed at 11% per annum, maturity date 10.07.01) | | $577,418.69 |
| **EQUITIES** | | |
| AMERINDO TECHNOLOGY GROWTH FUND ( 7,665.82 shares) | $48.3971 | $371,003.46 |
| EXTERNAL CUSTODY ACCOUNTS | | |
| MISCELLANEOUS / CASH INTEREST (10.07.00 to 05.31.01 @ 11% P.A.) | | $41,067.91 |
| TOTAL | | $989,490.06 |