UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- x
                                                                             :

SECURITIES AND EXCHANGE COMMISSION,    :    Case No. 05-cv-5231-RJS

                        Plaintiff,                              :

                 - against -                            :

AMERINDO INVESTMENT ADVISORS, INC., *et al*,    :

                      Defendants.                          :
-------------------------------------------------------------------- x

**Lisa and Debra Mayer's Objections to Additional Investor Claims**

    Lisa and Debra Mayer, by their attorneys, Begos Brown & Green LLP, hereby submit the following objections to Additional Investor Claims, as reflected in the Receiver's Position in Response to Additional Investor Claims (Doc. No. 466).

    The Mayers asserted comprehensive objections to the Receiver's first proposed interim distribution (Doc. No. 376), which objections the Court generally overruled (Doc. No. 432). In order to preserve their rights, the Mayers hereby reassert in connection with the Additional Investor Claims the objections stated in Document 376.

Dated:       August 29, 2014

                                                              BEGOS BROWN & GREEN LLP

                                                              By: <u>Patrick W. Begos (PB4372)</u>
                                                              Attorneys for Lisa and Debra Mayer
                                                              2425 Post Road, Suite 205
                                                              Southport, CT 06890
                                                               (203) 254-1900
                                                              pbegos@bbgllp.com