# EDWARD T. SWANSON
Attorney At Law
2071 N. Altadena Drive
Altadena, California 91001
Phone: (310) 283-1035  Fax: (866) 397-0114
etswanson@att.net

September 8, 2014

*Via Electronic Filing*

Honorable Richard J. Sullivan
Thurgood Marshall United States Courthouse
40 Foley Square
New York NY 10007

Ian J. Gazes, Receiver
Gazes LLC
151 Hudson Street
New York, New York 10013

Re: SEC v. Amerindo Investment Advisors Inc., et al.
05 Civ. 5231 (RJS) ECF CASE:

Brief Response to Defendants' Objections Re Claim By Anna Gladkoff

Judge Sullivan and Mr. Gazes:

Defendants, through their attorney Vivien Shevitz, have objected to the Receiver's acceptance of the claim relating to Anna Gladkoff for $300,000. Ms. Shevitz incorrectly states that we identified the investment as "an investment in the Amerindo B2B Mutual Fund." Although the memo on the check refers to B2B Mutual Fund, the check was made out to Amerindo Investments, and was deposited by Amerindo Investments. Furthermore, at the request of the Receiver, I contacted Stephen Shenkenberg, the Managing Director, General Counsel and Chief Compliance Officer of Munder Capital Management. Mr. Shenkenberg advised me that there were no accounts in the name of Anna Gladkoff or Lily Cates in any of the Munder Funds, including the Munder Growth Opportunities Fund, f/k/a the Munder Internet Fund, which was the survivor of the 2006 merger with what was left of the Amerindo Technology Fund. Consequently, the $300,000 that was received by Amerindo Technologies in 2000 was not part of the Amerindo B2B Fund that subsequently was taken over by Munder Capital.

Very truly yours,

*[signature]*

Edward T. Swanson

cc: Ms. Lily Cates