| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | USDS SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #: _____<br>DATE FILED: 09-08-14 |

SECURITIES AND EXCHANGE
COMMISSION,

                Plaintiff,

-v-

AMERINDO INVESTMENT ADVISORS
INC., *et al.*,

                Defendants.

No. 05cv-5231 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

Pursuant to the Court's August 1, 2014 Order directing that objections to the Additional Claims be filed by August 29, 2014 (*see* Doc. No. 459), the Court is in receipt of objections from the following parties: (1) Alfried Heitkonig (Doc. No. 463); (2) Paul Marcus, the Deane J. Marcus Trust, the Steven E. Marcus Trust, the Cheryl Marcus-Podhaizer Trust, and the Eve S. Marcus Children's Trust (Doc. No. 464); (3) Lisa Mayer and Debra Mayer (Doc. No. 467); and (4) the Defendants (Doc. No. 468). IT IS HEREBY ORDERED THAT the Receiver shall respond to these objections no later than September 19, 2014.

SO ORDERED.

Dated:      September 4, 2014
               New York, New York

                                                     RICHARD J. SULLIVAN
                                                     UNITED STATES DISTRICT JUDGE