Vivian Shevitz
Attorney at Law
46 Truesdale Lake Drive
South Salem, New York 10590
(914) 977-3310
(914) 763-2122 (cell)
(888) 859-0158 (fax)
Vivian@shevitzlaw.com


September 12, 2014


Hon. Richard J. Sullivan   (ECF Filing)
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007


Re:  SEC v. Amerindo et al.  05-cv-5231 (RJS)
Request for *pro bono* counsel for defendants.


Dear Judge Sullivan:

On behalf of defendants I submit this request for the appointment of *pro bono* counsel to represent defendants in the ongoing proceedings in the district court.   The applications are attached.

Very truly yours,

/s/

Vivian Shevitz


Attached:  Defendants' applications for *pro bono* counsel.

Cc: all counsel (by ECF)

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

SEC
_____

_____
(List the full name(s) of the plaintiff(s)/petitioner(s).)

-against-

Amerindo Investment Advisors et al
_____

_____
(List the full name(s) of the defendant(s)/respondent(s).)

05 CV 5231 (RJS) (____)

### Application for the Court to Request Pro Bono Counsel

I ask the Court to request a *pro bono* attorney to represent me in this action. In support of my application, I declare under penalty of perjury that the following information is true and correct:

1.  Have you previously filed a "Request to Proceed in Forma Pauperis" (an IFP application)? Please check the appropriate box below:

    [✔] I have previously filed an IFP application in this case, and it is a true and correct representation of my current financial status.

    [ ] I have not previously filed an IFP application in this case and now attach an original IFP application showing my financial status.

    [ ] I have previously filed an IFP application in this case, but my financial status has changed. I have attached a new IFP application showing my current financial status.

2.  Explain why you need an attorney in this case. (Please note that requests for pro *bono* counsel are rarely granted at the early stages of a case and usually not before the Court has issued a decision on the merits of the case.) If you asked for an attorney earlier in this case, please also explain what has changed since you last asked for an attorney.

Present counsel (pro bono) asks that new pro bono counsel should be appointed for all defendants, the individuals and the entities.
Present counsel represented the individual defendant Vilar pursuant to the CJA, and individual defendant Tanaka had CJA counsel in the Court of Appeals and in the district court. PResent counsel has since withdrawn from representing defendants and each has been appointed new CJA counsel for the SEcond Circuit appeal, by that Court (14-1452, 14-1453). Anew attorney is needed for effective representation of defendants' interests remaining in this case. Counsel is concerned that she cannot be effective due to a potential conflict of interest of which this Court is aware.

3.  Explain what steps you have taken to find an attorney and with what results. (Please identify the lawyers, law firms or legal clinics you have contacted and their responses to your requests. If you have limited access to the telephone, mail, or other communication methods, or if you otherwise have had difficulty contacting attorneys, please explain.)

Individual defendants are without funds, as the Court is aware.  The entity defendants are also unable to access funds.  Due to ongoing proceedings in the district court, defendants' interests should be represented by new pro bono counsel.  Defendants have previously been granted forma pauperis status by the Court of Appeals, and both have had CJA counsel in the criminal appeal as well as for re-sentencing in the criminal case.

4.  If you need an attorney who speaks a language other than English, state what language(s) you speak: _____.

5.  I understand that if an attorney volunteers to represent me and that attorney learns that I can afford to pay for an attorney, the attorney may give this information to the Court.

6.  I understand that even if the Court grants this application, I will receive *pro bono* counsel only if an attorney volunteers to take my case and that there is no guarantee that an attorney will volunteer to represent me.

7.  I understand that if my answers on this application or in my IFP application are false, my case may be dismissed.

September 9 2014
_____
Date

/s/Vivian Shevitz on behalf of defendants.
_____
Signature

_____
Name (Last, First, MI)

_____
Prison Identification # (if incarcerated)

_____
Address                         City

_____
State        Zip Code

_____
Telephone Number

_____
E-mail Address (if available)

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

SEC

_____

(List the full name(s) of the plaintiff(s)/petitioner(s).)

-against-

Amerindo Investment Advisors

_____

(List the full name(s) of the defendant(s)/respondent(s).)

05 CV 5231 (RJS) (___)

Application for the Court to
Request Pro Bono Counsel

I ask the Court to request a new pro bono attorney to represent me in this action. In support of my application, I declare under penalty of perjury that the following information is true and correct:

1. Have you previously filed a "Request to Proceed in Forma Pauperis" (an IFP application)? Please check the appropriate box below:

   ☐ I have previously filed an IFP application in this case, and it is a true and correct representation of my current financial status.

   ☐ I have not previously filed an IFP application in this case and now attach an original IFP application showing my financial status.

   ☐ I have previously filed an IFP application in this case, but my financial status has changed. I have attached a new IFP application showing my current financial status.

2. Explain why you need an attorney in this case. (Please note that requests for pro bono counsel are rarely granted at the early stages of a case and usually not before the Court has issued a decision on the merits of the case.) If you asked for an attorney earlier in this case, please also explain what has changed since you last asked for an attorney.

_____

_____

_____

_____

_____

_____

_____

3. Explain what steps you have taken to find an attorney and with what results. (Please identify the lawyers, law firms or legal clinics you have contacted and their responses to your requests. If you have limited access to the telephone, mail, or other communication methods, or if you otherwise have had difficulty contacting attorneys, please explain.)

_____

_____

_____

_____

_____

_____

4. If you need an attorney who speaks a language other than English, state what language(s) you speak: _____ .

5. I understand that if an attorney volunteers to represent me and that attorney learns that I can afford to pay for an attorney, the attorney may give this information to the Court.

6. I understand that even if the Court grants this application, I will receive *pro bono* counsel only if an attorney volunteers to take my case and that there is no guarantee that an attorney will volunteer to represent me.

7. I understand that if my answers on this application or in my IFP application are false, my case may be dismissed.

SEPTEMBER 2014 _____      _Gary Tanaka_ _____
Date                                              Signature

TANAKA   GARY    X                57819-054
Name (Last, First, MI)                                Prison Identification # (if incarcerated)

46 TRUESDALE LAKE DR        SO. SALEM    NY   10590
Address                            City                             State        Zip Code

_____             _____
Telephone Number                            E-mail Address (if available)

2

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

SEC

(List the full name(s) of the plaintiff(s)/petitioner(s).)

-against-

Amerindo Investment Advisors et al.

(List the full name(s) of the defendant(s)/respondent(s).)

05 CV 5231 (RJS ( )

### Application for the Court to Request Pro Bono Counsel

I ask the Court to request a *pro bono* attorney to represent me in this action. In support of my application, I declare under penalty of perjury that the following information is true and correct:

1. Have you previously filed a "Request to Proceed in Forma Pauperis" (an IFP application)? Please check the appropriate box below:

   ☐ I have previously filed an IFP application in this case, and it is a true and correct representation of my current financial status.

   ☐ I have not previously filed an IFP application in this case and now attach an original IFP application showing my financial status.

   ☐ I have previously filed an IFP application in this case, but my financial status has changed. I have attached a new IFP application showing my current financial status.

2. Explain why you need an attorney in this case. (Please note that requests for pro *bono* counsel are rarely granted at the early stages of a case and usually not before the Court has issued a decision on the merits of the case.) If you asked for an attorney earlier in this case, please also explain what has changed since you last asked for an attorney.

_____

_____

_____

_____

_____

_____

Rev. 3/27/14

3. Explain what steps you have taken to find an attorney and with what results. (Please identify the lawyers, law firms or legal clinics you have contacted and their responses to your requests. If you have limited access to the telephone, mail, or other communication methods, or if you otherwise have had difficulty contacting attorneys, please explain.)

_____

_____

_____

_____

_____

4. If you need an attorney who speaks a language other than English, state what language(s) you speak: _____.

5. I understand that if an attorney volunteers to represent me and that attorney learns that I can afford to pay for an attorney, the attorney may give this information to the Court.

6. I understand that even if the Court grants this application, I will receive *pro bono* counsel only if an attorney volunteers to take my case and that there is no guarantee that an attorney will volunteer to represent me.

7. I understand that if my answers on this application or in my IFP application are false, my case may be dismissed.

___AUGUST 6, 2014___
Date

___Albert Vilar___ (signature)
Signature

___VILAR  ALBERTO W.___
Name (Last, First, MI)

___57828-054___
Prison Identification # (if incarcerated)

_____          _____          _____          _____
Address                          City                              State       Zip Code

_____          _____
Telephone Number                 E-mail Address (if available)

2