UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SECURITIES AND EXCHANGE
COMMISSION,

Plaintiff,

-v-

AMERINDO INVESTMENT ADVISORS
INC., *et al.*,

Defendants.

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 09-16-14
```

No. 05cv-5231 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

The Court is in receipt of Defendants' request for new pro bono counsel to be appointed
for their representation. (Doc. No. 472.) However, the individual Defendants are currently
represented by counsel, and the entity Defendant has defaulted. If Defendants' counsel wishes to
withdraw, she may submit a motion to withdraw as counsel pursuant to Local Civil Rule 1.4. If
she makes such a motion and the Court grants it, Defendants may at that point submit a request
for pro bono counsel using the same form on which they submitted their current request.
Accordingly, IT IS HEREBY ORDERED THAT Defendant's request is DENIED without
prejudice to renewal if Defendants' counsel moves to withdraw as counsel and the Court grants
that motion.

SO ORDERED.

Dated:      September 16, 2014
            New York, New York

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE