UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                    *Plaintiff*,<br><br>        -against-<br><br>AMERINDO INVESTMENT ADVISORS, INC., et al,<br><br>                    *Defendants*. | 05 Civ. 5231 (RJS)<br><br>ECF CASE<br><br>**NOTICE OF APPEARANCE** |

　　　　PLEASE TAKE NOTICE that the undersigned hereby appears in this action as counsel for Claimant Ana R. Acevedo.

Dated:  New York, New York
　　　　September 19, 2014

　　　　　　　　　　　　　　　　　　　　　　　**CAHILL PARTNERS** LLP

　　　　　　　　　　　　　　　　　　　　　　　By s/Paul A. Winick
　　　　　　　　　　　　　　　　　　　　　　　Paul A. Winick
　　　　　　　　　　　　　　　　　　　　　　　Ronald W. Adelman
　　　　　　　　　　　　　　　　　　　　　　　70 West 40th Street
　　　　　　　　　　　　　　　　　　　　　　　 New York, NY 10018
　　　　　　　　　　　　　　　　　　　　　　　 Phone: (212) 719-4400
　　　　　　　　　　　　　　　　　　　　　　　 Fax: (212) 719-4440

　　　　　　　　　　　　　　　　　　　　　　　*Attorneys for Claimant*
　　　　　　　　　　　　　　　　　　　　　　　*Ana R. Acevedo*