

**GAZES LLC**
ATTORNEYS AT LAW

MAIN TEL: (212) 765-9000
FACSIMILE: (212) 765-9675
WRITER'S EMAIL:
ian@gazesllc.com

September 26, 2014

**By E-mail and ECF**

Honorable Richard J. Sullivan
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    *Securities and Exchange Commission v. Amerindo Investment Advisors Inc. et al.*; Case No. 05-cv-05231-RJS

Dear Judge Sullivan:

    Pursuant to the Court's Order dated August 1, 2014 [ECF Doc No. 459], the Receiver was directed to submit a proposed Second Interim Distribution application by September 30, 2014. The Receiver requests an extension of time to submit the proposed Second Interim Distribution to October 31, 2014. The Receiver believes the additional time will afford the Receiver an opportunity to adjust the distributees in the second interim distribution to incorporate the allowance, if any, of the additional claimants.

                                    Respectfully submitted,
                                    Gazes LLC

                                    By: /s/ Ian J. Gazes
                                    Ian J. Gazes, Receiver

cc:
AUSA Sharon Cohen Levin (Sharon.Levin@usdoj.gov)
Andrea L. Weiss, Esq. (aweiss@llf-law.com)
Mark D. Salzberg, Esq. (salzbergm@sec.gov)
Neal Jacobson, Esq. (jacobsonn@sec.gov)
Vivian Shevitz, Esq. (vivian@shevitzlaw.com)
Jane Simkin Smith, Esq. (jssmith1@optonline.net)
David C. Burger, Esq. (dcb@robinsonbrog.com)
Paula K. Colbath, Esq. (pcolbath@loeb.com)
Andrew E. Goldsmith, Esq. (agoldsmith@khhte.com)
Thomas J. Hall, Esq. (hallt@hallandhalllaw.com)
Eugene F. Hestres Velez, Esq. (ehestres@bbh-law.com)
Timothy Wright (twright@entecworks.com)
Robert Fryd (Rfryd@wbcsk.com)
Julian Friedman, Esq. jfriedman@stillmanfriedman.com)
David Mainzer, Esq. (mainzer@sposilco.com)
James Webster, Esq. jwebster@khhte.com)
Frederick Harvey Cohn, Esq. (fcohn@frederickhcohn.com)