UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SECURITIES AND EXCHANGE
COMMISSION,

                Plaintiff,

-v-

AMERINDO INVESTMENT ADVISORS, *et al.*,

                Defendants.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10-14-14

No. 05-cv-5231 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

    The Court is in receipt of the Receiver's Motion for an order (A) clarifying the designation of Receivership Assets, and (B) enjoining Defendants and their representatives from interfering with the Court's jurisdiction over the receivership assets. (Doc. No. 490.) IT IS HEREBY ORDERED THAT any objections to the motion shall be filed by October 21, 2014.

SO ORDERED.

Dated:    October 14, 2014
           New York, New York

_____
RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE