UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10-22-14
```

SECURITIES AND EXCHANGE
COMMISSION,

                Plaintiff,

-v-

AMERINDO INVESTMENT ADVISORS
INC., *et al.*,

                Defendants.

No. 05-cv-5231 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

      Pursuant to the Court's October 14, 2014 Order (Doc. No. 492), the Court is in receipt of a declaration of Vivian Shevitz (Doc. No. 496) opposing the Receiver's motion to enjoin Defendants from interfering in foreign proceedings and clarifying the designation of receivership assets (Doc. No. 491). IT IS HEREBY ORDERED THAT the Receiver shall respond to this objection no later than October 31, 2014.

SO ORDERED.

Dated:     October 22, 2014
              New York, New York

                                            RICHARD J. SULLIVAN
                                            UNITED STATES DISTRICT JUDGE