# Ballard Spahr
# Stillman & Friedman LLP

425 Park Avenue
New York, NY 10022-3506
TEL 212.223.0200
FAX 212.223.1942
www.ballardspahr.com

Julian W. Friedman
Tel: 212.223.0200 ext. 8019
Fax: 212.223.1942
friedmanj@bssfny.com

October 30, 2014

*By E-File and Hand Delivery*

Honorable Richard J. Sullivan
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

Re:   SEC v. Amerindo, 05-cv-5231 (RJS)

Dear Judge Sullivan:

  Please be advised that we represent the Marcus Claimants in the above-captioned proceeding.

  By Order entered on September 30 (Docket No. 485), Your Honor adjourned the Receiver's deadline to submit a proposed Second Interim Distribution application until October 31. In that same Order, Your Honor directed that any objections to the Second Interim Distribution application be submitted no later than November 10.

  I am writing this letter in order to request a one-week adjournment in the November 10 deadline for submitting objections to the Second Interim Distribution application. The reason for this request is that I have both professional and personal commitments for the period of November 6 through November 9, so I am concerned that we will not have sufficient time to consider the Receiver's proposal (which we have not yet even received) carefully and file any objections that are in the interests of my clients.

Respectfully submitted,

Julian W. Friedman

JWF:cn

cc:   Ian Gazes, Esq. (ian@gazesllc.com)
   Patrick Begos, Esq. (pwb@begoshorgan.com)
   AUSA Sharon Cohen Levin (Sharon.Levin@usdoj.gov)

Honorable Richard J. Sullivan
October 30, 2014
Page 2

       Andrea L. Weiss, Esq. (aweiss@llf-law.com)
       Mark D. Salzberg, Esq. (salzbergm@sec.gov)
       Neal Jacobson, Esq. (jacobsonn@sec.gov)
       Vivian Shevitz, Esq. (vivian@shevitzlaw.com)
       Jane Simkin Smith, Esq. (jssmith1@optonline.net)
       David C. Burger, Esq. (dcb@robinsonbrog.com)
       Paula K. Colbath, Esq. (pcolbath@loeb.com)
       Andrew E. Goldsmith, Esq. (agoldsmith@khhte.com)
       Thomas J. Hall, Esq. (hallt@hallandhalllaw.com)
       Eugene F. Hestres Velez, Esq. (ehestres@bbh-law.com)
       Timothy Wright (twright@entecworks.com)
       Robert Fryd (rfryd@wbcsk.com)
       David Mainzer, Esq. (mainzer@sposilco.com)
       James Webster, Esq. (jwebster@khhte.com)

Honorable Richard J. Sullivan
October 30, 2014
Page (bcc)

bcc:   Paul Marcus (paulevem@aol.com and paulmarcusnj@gmail.com)
       Deane Marcus (deane.marcus@gmail.com)