**EXHIBIT A - AMERINDO**
**SECOND INTERIM DISTRIBUTION**

| Claim No. | Claimant | Allowed Claim Amount | REVISED 1st Interim Distribution Amount | 1st Interim Distribution Paid | Balance on Allowed Claims - Post 1st Interim Distribution | Proposed 2nd Interim Distribution | Total Distributions at Proposed 61% (1st and 2nd Interim) | Balance on Allowed Claims - Post 1st & 2nd Interim Distribution |
|---|---|---|---|---|---|---|---|---|
| 1 | E. Ronald Salvitti, M.D. | $6,000,000.00 | $2,251,953.47 | $2,251,953.47 | $3,748,046.53 | $1,408,046.53 | $3,660,000.00 | $2,340,000.00 |
| 2 | John Preetzmann - Aggerholm | $234,745.76 | $88,106.09 | $88,106.09 | $146,639.67 | $55,088.82 | $143,194.91 | $91,550.85 |
| 3 | QGCI Nominees Limited a/k/a Quilter Cheviot Limited f/k/a Quilter Goodison Ltd. (1) | $95,000.00 | $35,655.93 | $60,997.00 | $34,003.00 | $0.00 | $60,997.00 | $34,003.00 |
| 4 | Lisa Mayer & Debra Mayer c/o Begos Brown & Green LLP | $10,759,561.98 | $4,088,343.36 | $4,088,343.36 | $6,671,218.62 | $2,474,989.45 | $6,563,332.81 | $4,196,229.17 |
| 6 | Elizabeth Knope | $5,021.00 | $1,884.51 | $1,884.51 | $3,136.49 | $1,178.30 | $3,062.81 | $1,958.19 |
| 7 | Michael Walsh | $247,608.19 | $92,933.69 | $92,933.69 | $154,674.50 | $58,107.31 | $151,041.00 | $96,567.19 |
| 8 | Surinder Rametra | $250,000.00 | $93,831.39 | $93,831.39 | $156,168.61 | $58,668.61 | $152,500.00 | $97,500.00 |
| 9 | Sheridan Securities | $500,000.00 | $187,662.79 | $187,662.79 | $312,337.21 | $117,337.21 | $305,000.00 | $195,000.00 |
| 10 | James Charles | $175,726.14 | $65,954.52 | $65,954.52 | $109,771.62 | $41,238.43 | $107,192.95 | $68,533.19 |
| 11 | Adriana Sanchez | $2,076,274.00 | $779,278.74 | $779,278.74 | $1,296,995.26 | $487,248.40 | $1,266,527.14 | $809,746.86 |
| 12 | Robin Sayko | $275,872.99 | $103,542.19 | $103,542.19 | $172,330.80 | $64,740.33 | $168,282.52 | $107,590.47 |
| 13 | Donald & Marilyn Walsh | $225,775.13 | $84,739.17 | $84,739.17 | $141,035.96 | $52,983.66 | $137,722.83 | $88,052.30 |
| 14 | Frank Harris | $47,400.00 | $17,790.43 | $17,790.43 | $29,609.57 | $11,123.57 | $28,914.00 | $18,486.00 |
| 15 | Charles Kaye | $174,988.00 | $65,677.47 | $65,677.47 | $109,310.53 | $41,065.21 | $106,742.68 | $68,245.32 |
| 16 | Alfred Heitkonig for himself and on behalf of Elna Charlotte Olga a/k/a Elna Heitkoenig and Maaike Maria Hickok a/k/a Heitkoenig | $5,259,365.37 | $1,973,974.35 | $1,973,974.35 | $3,285,391.02 | $1,234,238.53 | $3,208,212.88 | $2,051,152.49 |
| 17 | The Winsford Corporation | $1,500,000.00 | $562,988.37 | $562,988.37 | $937,011.63 | $352,011.63 | $915,000.00 | $585,000.00 |
| 18 | Peter Sweetland | $41,670.47 | $15,639.99 | $15,639.99 | $26,030.48 | $9,779.00 | $25,418.99 | $16,251.48 |
| 19 | John W. Sweetland, Sr. | $1,874,988.59 | $703,731.18 | $703,731.18 | $1,171,257.41 | $440,011.86 | $1,143,743.04 | $731,245.55 |
| 20 | Timothy Sweetland | $191,670.47 | $71,938.83 | $71,938.83 | $119,731.64 | $44,980.16 | $116,918.99 | $74,751.48 |
| 21 | John W. Sweetland, Jr. | $41,670.47 | $15,639.99 | $15,639.99 | $26,030.48 | $9,779.00 | $25,418.99 | $16,251.48 |
| 22 | Anthony W. Gibbs | $1,287,619.98 | $483,276.71 | $483,276.71 | $804,343.27 | $302,171.48 | $785,448.19 | $502,171.79 |
| 23 | Patricia A. Kabara | $135,770.62 | $50,958.18 | $50,958.18 | $84,812.44 | $31,861.90 | $82,820.08 | $52,950.54 |
| 24 | National Investors Group Holdings Ltd. f/k/a NIG-Amertech Ltd. | $1,000,000.00 | $375,325.58 | $375,325.58 | $624,674.42 | $234,674.42 | $610,000.00 | $390,000.00 |

# EXHIBIT A - AMERINDO
## SECOND INTERIM DISTRIBUTION

| Claim No. | Claimant | Allowed Claim Amount | REVISED 1st Interim Distribution Amount | 1st Interim Distribution Paid | Balance on Allowed Claims - Post 1st Interim Distribution | Proposed 2nd Interim Distribution | Total Distributions at Proposed 61% (1st and 2nd Interim) | Balance on Allowed Claims - Post 1st & 2nd Interim Distribution |
|---|---|---|---|---|---|---|---|---|
| 25 | Angelica Jordan | $3,344,967.13 | $1,255,451.72 | $1,255,451.72 | $2,089,515.41 | $784,978.23 | $2,040,429.95 | $1,304,537.18 |
| 29-a | Paul Marcus | $3,025,835.38 | $1,135,673.41 | $1,135,673.41 | $1,890,161.97 | $710,086.17 | $1,845,759.58 | $1,180,075.80 |
| 29-b | The Deane J. Marcus Trust | $425,776.89 | $159,804.96 | $159,804.96 | $265,971.93 | $99,918.94 | $259,723.90 | $166,052.99 |
| 29-c | The Steven E. Marcus Trust | $425,776.89 | $159,804.96 | $159,804.96 | $265,971.93 | $99,918.94 | $259,723.90 | $166,052.99 |
| 29-d | The Cheryl Marcus-Podhaizer Trust | $516,322.05 | $193,788.87 | $193,788.87 | $322,533.18 | $121,167.58 | $314,956.45 | $201,365.60 |
| 29-e | The Eve S. Marcus Children's Trust | $30,000.00 | $11,259.77 | $11,259.77 | $18,740.23 | $7,040.23 | $18,300.00 | $11,700.00 |
| 30 | Imagineers Profit Sharing Plan | $169,503.13 | $63,618.86 | $63,618.86 | $105,884.27 | $39,778.05 | $103,396.91 | $66,106.22 |
| 32 | Lily Cates | $9,198,189.51 | $3,452,315.80 | $3,452,315.80 | $5,745,873.71 | $2,158,579.80 | $5,610,895.60 | $3,587,293.91 |
| 33 | Robert Cox | $85,248.51 | $31,995.95 | $31,995.95 | $53,252.56 | $20,005.64 | $52,001.59 | $33,246.92 |
| 34 | Graciela Lecube Chavez | $48,434.12 | $18,178.56 | $18,178.56 | $30,255.56 | $11,366.25 | $29,544.81 | $18,889.31 |
| | | **$49,670,782.77** | **$18,692,719.79** | **$18,718,060.86** | **$30,952,721.91** | **$11,584,163.63** | **$30,302,224.49** | **$19,368,558.28** |
| **NEW CLAIMS:** | | | | | | | | |
| 35 | Ana Acevedo (5/14/14) | $160,000.00 | $0.00 | $0.00 | $160,000.00 | $97,600.00 | $97,600.00 | $62,400.00 |
| 36 | Jacqueline A. Gaztambide, Ana R. Acevedo, Annette Acevedo (5/14/14) | $65,000.00 | $0.00 | $0.00 | $65,000.00 | $39,650.00 | $39,650.00 | $25,350.00 |
| 37 | LA Opera (6/19/14) | $721,240.25 | $0.00 | $0.00 | $721,240.25 | $439,956.55 | $439,956.55 | $281,283.70 |
| 38 | Maria Dichov (6/17/14) | $1,567,528.62 | $0.00 | $0.00 | $1,567,528.62 | $956,192.46 | $956,192.46 | $611,336.16 |
| 39 | Anna Gladkoff (with Lily Cates' amended claim) | $300,000.00 | $0.00 | $0.00 | $300,000.00 | $183,000.00 | $183,000.00 | $117,000.00 |
| 40 | David Mainzer | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 41 | Christina Lohmann | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | | **$2,813,768.87** | **$0.00** | **$0.00** | **$2,813,768.87** | **$1,716,399.01** | **$1,716,399.01** | **$1,097,369.86** |
| | | **$52,484,551.64** | **$18,692,719.79** | **$18,718,060.86** | **$33,766,490.78** | **$13,300,562.64** | **$32,018,623.50** | **$20,465,928.14** |

(1) As part of the 1st interim distributions, JP Morgan inadvertently paid the distribution amount in British Pounds in an amount equal to $60,997.00 rather than the allowed distribution amount of $35,655.93. No additional distribution will be made at this time.