**Ian Gazes**

---

**From:** Vivian Shevitz <vivian@shevitzlaw.com>
**Sent:** Friday, June 28, 2013 11:34 AM
**To:** aweiss@llf-law.com; Adam D. Weiss
**Cc:** vivian@shevitzlaw.com; 'Jane Simkin Smith'; Ian Gazes
**Subject:** JP Morgan / Amerindo
**Attachments:** Mandamus + Appendix June 28 2013.pdf

Andrea and Adam:

Please be advised that the attached document has just been filed by me in the Second Circuit, and served on Judge Sullivan and Ian Gazes, concerning case in which we seek a Writ of Mandamus.

As signatories on the accounts maintained by your clients, we direct your client to NOT sell securities without consulting with Mr. Tanaka and Mr. Vilar.


Vivian Shevitz
Attorney at Law *
401 Cumberland Ave. – Apt. 609
Portland, Maine 04101
207-899-2502
914-763-2122 (cell)
Fax: 888-859-0158
Vivian@shevitzlaw.com

   *Admitted in New York; United States Supreme Court; United
    States Courts Of Appeals for the First, Second, Third, Seventh, and
    Ninth Circuits; United States District Courts for the Southern District
    Of New York and the Eastern District of New York.

```
   ))((
  ( ' > ' )
~~(   )~~
   ^ ^
```

**Ian Gazes**

| | |
|---|---|
| From: | Vivian Shevitz <vivian@shevitzlaw.com> |
| Sent: | Thursday, November 14, 2013 5:15 PM |
| To: | Ian Gazes; aweiss@llf-law.com; Adam D. Weiss; 'Jacobson, Neal'; salzbergm@sec.gov |
| Cc: | rvanvoris@bloomberg.net; Randy Wyrick; norman@normanlebrecht.com; 'Naftalis, Benjamin (USANYS)'; Sharon.Levin@usdoj.gov; justin.anderson@usdoj.gov; 'David C. Burger'; 'Jane Simkin Smith'; Jane Fisher-Byrialsen; vivian@shevitzlaw.com |
| Subject: | Amerindo Panama and the "related" SEC "civil" case .... |

Ian Gazes filed something today showing there was a sale of assets (shares of Sirius) out of the Amerindo Panama accounts held as "substitute assets". This is the first information we are receiving about this (or about anything Mr. Gazes is doing).

Please inform us when you sold securities held within the "substitute assets".

We believe it in violation of the stay issued by the Court of Appeals. JP Morgan should reverse the trade and any other trade of Amerindo Panama-held securities as it violates the restraining order and the stay.

I am asking again for *all* back-up and other information concerning Amerindo Panama claims and assets, as well as all account statements – current ones and past – from JP Morgan.

You have no reason to withhold it.   We object to this violation of defendants' rights.
(Why are you afraid to give us information?)

Vivian Shevitz
Attorney at Law *
46 Truesdale Lake Drive
South Salem, New York 10590
914-763-2122 (office and cell)
Fax: 888-859-0158
Vivian@shevitzlaw.com

   *Admitted in New York; United States Supreme Court; United
   States Courts Of Appeals for the First, Second, Third, Ninth, and
   Eleventh Circuits; United States District Courts for the Southern District
   Of New York and the Eastern District of New York.

))((