UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/17/19

SECURITIES AND EXCHANGE
COMMISSION,

               Plaintiff,

-v-

AMERINDO INVESTMENT ADVISORS
INC., *et al.*,

               Defendants.

No. 05-cv-5231 (RJS)

ORDER

UNITED STATES OF AMERICA

-v-

ALBERTO WILLIAM VILAR, *et al.*,

               Defendants.

No. 05-cr-621 (RJS)

RICHARD J. SULLIVAN, Circuit Judge:

    The Court in receipt of (1) a letter filed by claimants Debra and Lisa Mayer, dated September 16, 2019, requesting an extension of time to file a petition for a hearing on the validity of their alleged interest in the property subject to the Court's Preliminary Order of Forfeiture as to Substitute Assets (Doc. No. 813); and (2) a letter filed by the government, also dated September 16, 2019, requesting an extension of time for the Securities and Exchange Commission to file a petition for a hearing in the same matter (Doc. No. 814), and attaching a proposed order granting such a request (Doc. No. 814-1). As neither party has addressed the Court's authority under 28 U.S.C. § 853(n)(2) to provide such an extension, *see United States v. Marion*, 562 F.3d 1330, 1335

(11th Cir. 2009), IT IS HEREBY ORDERED THAT the parties are instructed to submit supplemental letters addressing this issue by September 19, 2019.

SO ORDERED.

Dated:   September 17, 2019
         New York, New York

_____
RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation