UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/9/19

SECURITIES AND EXCHANGE
COMMISSION,

                              Plaintiff,

        -v-                                              No. 05-cv-5231 (RJS)

AMERINDO INVESTMENT ADVISORS
INC., *et al.*,

                              Defendants.

_____

UNITED STATES OF AMERICA                                ORDER

        -v-

ALBERTO WILLIAM VILAR, *et al.*,                        No. 05-cr-621 (RJS)

                              Defendants.

_____

RICHARD J. SULLIVAN, Circuit Judge:

        The Court in receipt of the government's letter, dated December 6, 2019, responding to the

petitions filed *pro se* by Angelika Jordan and Lauranne Christov and proposing next steps in this

matter.  (Doc. No. 844.)  In light of the government's ongoing discussions with Petitioners, IT IS

HEREBY ORDERED THAT any motions to dismiss the Petitions for Substitute Assets shall be

filed by January 21, 2020, any opposition briefs shall be filed by February 20, 2020, and the

government's reply to any opposition briefs shall be filed by March 5, 2020.

SO ORDERED.

Dated:        December 9, 2019
              New York, New York

                                                  RICHARD J. SULLIVAN
                                                  UNITED STATES CIRCUIT JUDGE
                                                  Sitting by Designation