UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SECURITIES AND EXCHANGE
COMMISSION,

                        Plaintiff,

-v-

AMERINDO INVESTMENT ADVISORS
INC., *et al.*,

                        Defendants.

No. 05-cv-5231 (RJS)

UNITED STATES OF AMERICA

-v-

ALBERTO WILLIAM VILAR, *et al.*,

                        Defendants.

No. 05-cr-621 (RJS)

ORDER

RICHARD J. SULLIVAN, Circuit Judge:

      On December 9, 2019, the Court issued a Second Preliminary Order of Forfeiture as to Substitute Assets in this matter. (Doc. No. 848.) The Court is now in receipt of petitions filed by Lauranne Christov (Doc. Nos. 863, 865, 892); Lisa and Debra Mayer (Doc. No. 864); Alfred Heitkonig (Doc. No. 869); Paul Marcus, The Deane J. Marcus Trust, The Steven E. Marcus Trust, The Cheryl Marcus-Podhaizer Trust, and The Eve S. Marcus Children's Trust (Doc. No. 878); Amerindo Advisors (UK) Limited Retirement Benefits Scheme (Doc. No. 882); James Stableford (Doc. Nos. 886–87); and E. Ronald Salvitti (Doc. No. 890).[1]

      IT IS HEREBY ORDERED THAT the government shall submit a letter by July 7, 2020

---

[1] In light of the fact that Defendant Gary Tanaka has appealed the Court's denial of his motion to vacate the Second Preliminary Order of Forfeiture as to Substitute Assets (Doc. No. 870), the Court once again acknowledges that the government will "forestall distribution of the defendants' assets pending a final resolution" of that appeal (*see* Doc. No. 839).

outlining its proposed next steps regarding the Second Preliminary Order of Forfeiture, and providing the Court with an update, if any, about discussions with Lisa and Debra Mayer "regarding a resolution of their claim." (Doc No. 846.)

SO ORDERED.

Dated:  June 29, 2020
        New York, New York

_____
RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation