UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SECURITIES AND EXCHANGE COMMISSION,

                 Plaintiff,

-v-

AMERINDO INVESTMENT ADVISORS INC., *et al.*,

                 Defendants.

No. 05-cv-5231 (RJS)

ORDER

---

RICHARD J. SULLIVAN, District Judge:

     The Court is in receipt of the Notice of Death of Defendant Vilar (Doc. No. 793) and the letter submitted by defense counsel regarding the impact of Mr. Vilar's death on the instant proceedings (Doc. No. 794). IT IS HEREBY ORDERED that, no later than October 15, 2021, the SEC shall submit a letter to the Court detailing its position on the impact of Mr. Vilar's passing on the various matters pending before this Court and the Second Circuit. IT IS FURTHER ORDERED that any response to the SEC's letter shall be filed no later than October 22, 2021.

SO ORDERED.

Dated:    October 5, 2021
              New York, New York

                                             RICHARD J. SULLIVAN
                                             UNITED STATES CIRCUIT JUDGE
                                             Sitting by Designation