UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
                                :

UNITED STATES OF AMERICA          :                              

                                :        <u>STIPULATION AND ORDER</u>

           -v.-                :        <u>OF SETTLEMENT</u>

                                :

GARY ALAN TANAKA,              :

                                :        05 Cr. 621 (RJS)

              Defendant,       :

                                :

           -and-               :

                                :

SECURITIES AND EXCHANGE COMMISSION, :

                                :

            Plaintiff          :

                                :

           -v.-                :        05 Cv. 5231 (RJS)

                                :

AMERINDO INVESTMENT ADVISORS, INC.,   :
*et al*.                                   :

                                :

            Defendants.      :
-------------------------------------------------------------:x

         WHEREAS, this Stipulation and Order of Settlement is entered into by and

among defendant Gary Alan Tanaka ("Tanaka");  Amerindo Investment Advisors Inc.

("Amerindo US"), Amerindo Investment Advisors, Inc. ("Amerindo Panama"), Amerindo

Management Inc., Amerindo Technology Growth Fund, Inc., Amerindo Technology Growth

Fund II, Inc., and Techno Raquia, S.A (together, the "Entity Defendants"); James Stableford

("Stableford"); the trustees (the "Trustees") of the Amerindo Advisors (UK) Limited Retirement

Benefits Scheme (the "Benefits Scheme"); the United States Securities and Exchange

Commission (the "SEC"); and the United States of America ("United States"); (all, collectively,

the "Parties");

WHEREAS, on or about May 25, 2005 the United States commenced the above-captioned criminal action by filing a criminal complaint against Tanaka and defendant Alberto William Vilar ("Vilar") (together, the "Individual Defendants");

WHEREAS, on or about June 1, 2005, the SEC commenced the above-captioned civil enforcement action by filing a complaint against the Individual Defendants and Amerindo U.S.;

WHEREAS, on or about August 15, 2006, the Individual Defendants were charged in a twelve-count Superseding Indictment, S3 05Cr 621 (KMK) (the "Indictment");

WHEREAS, on or about November 19, 2008, a jury returned a guilty verdict against defendant Vilar on all twelve counts of the Indictment, and against defendant Tanaka on Counts One, Three and Four of the Indictment (Cr. Dkt. No. 320);

WHEREAS, on or about May 25, 2012, the SEC filed a second amended complaint naming the Individual Defendants and the Entity defendants (Civ. Dkt. 229);

WHEREAS, on or about April 25, 2014, the Court entered a Preliminary Order of Forfeiture/Money Judgment against the Individual Defendants, which made final as to each defendant a joint and several money judgment in the amount of $20,578,855.28 payable to the United States (collectively, the "Criminal Money Judgments") (Cr. Dkt. Nos. 684, 687);

WHEREAS, to date, the government maintains that the total amount of the Criminal Money Judgments remains unpaid;

WHEREAS, the Court also ordered Tanaka to pay restitution in the total amount of $26,637,502.69 on a joint and several basis (the "Restitution Order") (Cr. Dkt. No. 683);

WHEREAS, as of August 6, 2021, the balance outstanding on the Restitution Order was $1,921,532.17, which is comprised of $945,297.29 in principal plus $976,052.31 in accrued interest;

WHEREAS, on or about May 16, 2014, the Court entered final judgments against the Individual Defendants and the Entity Defendants (the "Civil Money Judgments") (Civ. Dkt. Nos. 432, 433, 434);

WHEREAS, on or about May 16, 2014, the Court entered a final judgment against Tanaka, imposing $13,118,693.96 in disgorgement and prejudgment interest (jointly and severally with Vilar and the Entity Defendants), and a $10,000,000 civil penalty payable to the SEC (Civ. Dkt. No. 434);

WHEREAS, on or about May 16, 2014, the Court entered a final judgment against the Entity Defendants, imposing $36,570,451.87 in disgorgement and prejudgment interest (jointly and severally, as well as jointly and severally with Vilar and Tanaka limited to the amount of disgorgement and prejudgment interest imposed against Vilar and Tanaka), as well as a $17,969,803 civil penalty against each one of the Entity Defendants, payable to the SEC (Civ. Dkt. No. 435);

WHEREAS, to date, the disgorgement and prejudgment interest awarded to the SEC against the Individual Defendants and the Entity Defendants has been satisfied by assets collected by the Receiver; however, the total amount of the Civil Money Judgments for penalties entered against the Individual Defendants and each of the Entity Defendants remains unpaid;

WHEREAS, the Individual Defendants and Entity Defendants have cross-appealed orders entered in the civil enforcement action dated December 31, 2014, May 20, 2016, and July 14, 2017 approving the receiver's motions for second, third, and fourth interim

distributions and denying their Rule 60(b) motion to vacate judgments against them (Second

Circuit Appeal 17-2534 (L), 17-2541 (con) (cross appeal);

WHEREAS, on or about October 3, 2018, the Receiver filed a letter stating that

he did not object to the United States' motion for the entry of a Preliminary Order of Forfeiture

as to Substitute Assets (Civ. Dkt. No. 709; motion at Cr. Dkt. No. 769);

WHEREAS, on or about August 2, 2019, the Court entered a Preliminary Order

of Forfeiture as to Substitute Assets (the "First Substitute Assets Order") forfeiting all of the

Individual Defendants' right, title and interest in the assets listed therein (the "Substitute Assets")

(Cr. Dkt. No. 802);

WHEREAS, on or about December 9, 2019, the Court entered a Second

Preliminary Order of Forfeiture as to Substitute Assets (the "Second Substitute Assets Order")

forfeiting all of the Individual Defendants' right, title and interest in the assets held in J.P.

Morgan Chase brokerage account number 102-05012 MOD, held in the name of the Trustees of

the Amerindo Advisors (UK) Ltd. Ret. Benefits Scheme (the "Benefits Scheme Assets") (Cr.

Dkt. No. 848);

WHEREAS, the Substitute Assets and the Benefits Scheme Assets are currently

subject to ancillary forfeiture proceedings before this Court;

WHEREAS, the Individual Defendants have filed notices of appeal of the First

Substitute Assets Order and the Second Substitute Assets Order;

WHEREAS, the Trustees have filed a Third-Party Petition in the ancillary

forfeiture proceeding claiming sole ownership of the Benefits Scheme Assets (the "Trustees'

Petition") (Cr. Dkt. No. 882);

WHEREAS Stableford has also filed a Third-Party Petition in the ancillary forfeiture proceeding (Cr. Dkt. No. 886);

WHEREAS, on or about January 8, 2021, the Court issued a Post-Judgment Continuing Writ of Garnishment (Cv. Dkt. No. 763) against the Entity Defendants seeking payment of the penalties due in the SEC, plus post-judgment interest pursuant to an application from the SEC;

WHEREAS, on or about March 2, 2021, the SEC submitted to the Court a proposed Garnishment Disposition Order for assets valued at approximately $12,806,760.32 held in the name of Amerindo Technology Growth Fund II (the "Garnishment Assets") (Cv. Dkt. No. 774);

WHEREAS, on or about March 5, 2021, the Individual Defendants filed a letter with the Court objecting to the SEC's proceeding against the Garnishment Assets (the "Garnishment Objection") (Cr. Dkt. No. 935, Cv. Dkt. No. 782);

WHEREAS, on or about March 2, 2021, counsel for the Entity Defendants filed a letter with the Court objecting to the SEC's proceeding against the Garnishment Assets (Cv. Dkt. No. 776);

WHEREAS, on or about September 4, 2021, Vilar died;

WHEREAS, on or about October 28, 2021, the United States Court of Appeals for the Second Circuit so-ordered a stipulation withdrawing with prejudice Vilar's appeals of the First Substitute Assets Order and the Second Substitute Assets Order (19-2492(L) and 19-4200(Con));

WHEREAS, the Parties have agreed to a global resolution of the outstanding Restitution Order, Criminal Money Judgments, Civil Money Judgments and their respective

claims to the Substitute Assets, Garnishment Assets and Benefits Scheme Assets, on the terms

set forth in detail below, in which (1) Tanaka and the Entity Defendants shall consent to the

forfeiture of the Substitute Assets and the garnishment of Garnishment Assets; (2) Tanaka shall

pay an additional $13,262,000 in satisfaction of the Restitution Order, the Criminal Money

Judgments and the Civil Money Judgments, from benefits received from a new HMRC-approved

individual pension scheme that will be created for him following the dissolution of the Benefits

Scheme;

WHEREAS, the Benefits Scheme has represented that, in order for Tanaka to pay

the agreed amount of $13,262,000, the Benefits Scheme Assets must be released from any

restraint in these actions and repatriated to the United Kingdom for dissolution of the Benefits

Scheme pursuant to United Kingdom law;

WHEREAS, the United States has agreed to seek vacatur of the Second Substitute

Assets Order, and the United States and the SEC have agreed to seek to terminate any restraint

imposed on the Benefits Scheme Assets in these actions, in order to effectuate this global

settlement; and

WHEREAS, the Parties recognize that the Substitute Assets will be distributed as

determined by the Court following the adjudication of all third-party petitions filed in the

ancillary proceeding;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and

among the United States of America, by its attorney Damian Williams, United States Attorney,

Assistant United States Attorney Alexander J. Wilson, of counsel,  Gary Alan Tanaka and his

attorney Daniel M. Perez, Esq., Amerindo Investment Advisors Inc. ("Amerindo US"),

Amerindo Investment Advisors, Inc. ("Amerindo Panama"), Amerindo Management Inc.,

Amerindo Technology Growth Fund, Inc., Amerindo Technology Growth Fund II, Inc., and

Techno Raquia, S.A. by their attorney Vivian Shevitz, Esq. and principal Gary Alan Tanaka,

James Stableford and his attorney James M. Webster, III, Esq., the Trustees of the Amerindo

Advisors (UK) Limited Retirement Benefits Scheme, by their attorney Ilene Jaroslaw, Esq., and

the United States Securities and Exchange Commission, by its attorney Senior Counsel Elizabeth

Goody that:

     1.     Tanaka and the Entity Defendants hereby consent to the forfeiture of the

Substitute Assets and the garnishment of Garnishment Assets, and Tanaka and the Entity

Defendants hereby consent to dismissal of the appeals of the First Substitute Assets Order and

Second Substitute Assets Order.  (19-2602(con), 20-421(con)). Tanaka shall further cause a

stipulation of dismissal of the appeals of the First Substitute Assets Order and Second Substitute

Assets Order, attached hereto as Exhibit A, to be filed within five days from entry of this

Stipulation and Order of Settlement.

     2.     Upon the dismissal of Vilar and Tanaka's appeals of the Second Substitute Assets

Order, the Second Substitute Assets Order shall be vacated, and any restraint on the Benefits

Scheme Assets imposed in these actions shall be terminated, without further Order of this Court.

     3.     Within 10 days of the entry of the dismissal of Tanaka's appeal of the Second

Substitute Assets Order and the termination of the restraints on the Benefits Scheme Assets as

provided in Paragraph 2 above, the Trustees shall take all necessary steps to cause the Benefits

Scheme Assets to be repatriated to the United Kingdom.  Counsel for the Trustees shall

immediately advise the other Parties when the repatriation of the Benefits Scheme Assets has

occurred.

     4.     Tanaka and the Entity Defendants agree to voluntarily dismiss their cross appeal

of the second, third and fourth interim distribution orders, and denial of their Rule 60(b) motion (17-2534(L), 17-2541 (con)), without fees or costs, and the SEC agrees to voluntarily dismiss any cross claims or counterclaims in 17-2541, without fees or costs, within five days of the repatriation of the Benefits Scheme Assets. Tanaka and the Entity Defendants shall cause a stipulation of dismissal of the appeals in the civil enforcement action, Exhibit B hereto, to be filed within five days of receipt of notice from counsel for the Trustees that the repatriation has occurred.

5.      Within 90 days of the repatriation of the Benefits Scheme Assets to the United Kingdom, the Trustees shall cause the Benefits Scheme to commence the process of dissolution pursuant to United Kingdom law and shall distribute the Benefits Scheme Assets to new HMRC-approved individual pension schemes held by Tanaka, James Stableford, and Renata Le Port-Tanaka according to the terms of the Benefits Scheme and United Kingdom law.

6.      Within 90 days of the distribution of the Benefits Scheme Assets as described in Paragraph 4 above, Tanaka shall pay $13,262,000 from his HMRC-approved individual pension scheme, said scheme funded by the distribution of Benefits Scheme Assets as described above in Paragraph 5.

>        (a) Tanaka shall pay $6,631,000 to the SEC by wire transfer based on instructions to be provided by counsel for the SEC (the "Civil Money Judgment Payment");

>        (b) Tanaka shall, on a mutually agreed date, pay the outstanding balance on the Restitution Order as of the date of payment to the Clerk of the Court, by wire transfer based on instructions to be provided by counsel for the United States (the "Restitution Payment");

    (c)  Tanaka shall pay $6,631,000, less the Restitution Payment, to the United

        States, by wire transfer based on instructions to be provided by counsel for the

        United States (the "Criminal Money Judgment Payment").

7.     The SEC agrees to accept the Civil Money Judgment Payment in full satisfaction of the monetary portions of the Final Judgment entered in its action against Tanaka (Civ. Dkt. No. 434).  The monetary portions of the final judgment entered against the Entity Defendants in the civil action remain in effect (Civ. Dkt. 435).

8.     The United States agrees to accept the Criminal Money Judgment Payment and the forfeiture of Tanaka's interest in the Substitute Assets in full satisfaction of the Criminal Money Judgments.

9.     Tanaka shall pay in full all taxes due and owing to any jurisdiction, including but not limited to the United Kingdom, the United States or the State of New York, for his respective distribution from his new HMRC-approved individual pension scheme.  Tanaka further agrees that he will not in any manner seek any deduction, credit, or other reduction in the amount of taxes due because of his payments to the SEC, the United States and the Clerk of the Court as set forth in Paragraph 6.

10.    The SEC and the United States hereby release any cross claims, counterclaims or other claims against Tanaka, the Entity Defendants, and the Trustees, that could be made in the related civil action 12 Civ. 5240 (RJS).

11.    The Trustees, Tanaka, the Entity Defendants, and Stableford are hereby barred from asserting, or assisting others in asserting, any claim against the United States of America ("USA"), the Department of Justice ("DOJ"), the United States Attorney's Office – SDNY ("USAO"), the United States Marshals Service ("USMS"), the United States Postal Inspection

Service ("USPIS"), and the Securities and Exchange Commission ("SEC"), or any and all
employees, officers, and agents of the USA, the DOJ, the USAO, the USMS, the USPIS and the
SEC, in connection with or arising out of the seizure, restraint, and/or constructive possession of
the Benefit Scheme Assets, including, but not limited to, any claim that there was no probable
cause to seize, restrain and/or forfeit the Benefit Scheme Assets, that the Trustees, Tanaka, the
Entity Defendants and/or Stableford are a prevailing party, or that the Trustees,  Tanaka, the
Entity Defendants and/or Stableford are entitled to attorneys' fees or any award of interest.  Each
Party to this Stipulation and Offer of Settlement shall bear its own costs, expenses, and
attorneys' fees. The timing of any bar on claims as to the civil appeal referenced in Paragraph 4
is governed by the provisions in Paragraph 4.

        12.    This Stipulation and Order of Settlement constitutes the entire agreement between
the Parties on the matters raised herein, and no other statement, promise or agreement, either
written or oral, made by any party or agents of any party, that is not contained in this written
Stipulation and Order of Settlement shall be enforceable.

        13.    The Parties hereby agree to waive all rights to appeal or otherwise challenge or
contest the validity of this Stipulation and Order of Settlement.

        14.    This Court shall retain jurisdiction to hear and determine all matters arising from
the implementation of this Stipulation and Order of Settlement.

        15.    The undersigned United States and SEC signatories represent that they are signing
this Stipulation and Order of Settlement in their official capacities and that they are authorized to
execute this document.  The signature pages of this Stipulation and Order of Settlement may be
executed in one or more counterparts, each of which will be deemed an original but all of which
together will constitute one and the same instrument.  The signature pages may be transmitted by

fax or by electronic file in PDF format, and such signatures shall be deemed equivalent to valid

originals.


AGREED AND CONSENTED TO:

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

By: _____          11/17/2021
     ALEXANDER J. WILSON                    _____
     Assistant United States Attorney       DATE
     One St. Andrew's Plaza
     New York, New York 10007
     Tel.: (212) 637-2453

SECURITIES AND EXCHANGE COMMISSION

By: _____          12/9/21
     ELIZABETH GOODY                        _____
     Senior Counsel                         DATE
     Securities and Exchange Commission
     200 Vesey Street, Suite 400
     New York, New York 10281-1022
     Tel.: (212) 336-0569

GARY ALAN TANAKA

By: _____          _____
     GARY ALAN TANAKA                       DATE
     Defendant

By: _____          11/17/2021
     DANIEL M. PEREZ, ESQ.                  _____
     Attorney for Defendant Tanaka          DATE
     Law Offices of Daniel M. Perez, Esq.
     93 Spring Street, Suite 505
     Newton, NJ 07860

fax or by electronic file in PDF format, and such signatures shall be deemed equivalent to valid originals.

AGREED AND CONSENTED TO:

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

By: _____                          _____
     ALEXANDER J. WILSON                          DATE
     Assistant United States Attorney
     One St. Andrew's Plaza
     New York, New York 10007
     Tel.: (212) 637-2453

SECURITIES AND EXCHANGE COMMISSION

By: _____                          _____
     ELIZABETH GOODY                              DATE
     Senior Counsel
     Securities and Exchange Commission
     200 Vesey Street, Suite 400
     New York, New York 10281-1022
     Tel.: (212) 336-0569

GARY ALAN TANAKA

By: _____                          _____
     GARY ALAN TANAKA                             DATE
     Defendant

By: _____                          _____
     DANIEL M. PEREZ, ESQ.                        DATE
     Attorney for Defendant Tanaka
     Law Offices of Daniel M. Perez, Esq.
     93 Spring Street, Suite 505
     Newton, NJ 07860

11

AMERINDO INVESTMENT ADVISORS INC. ("AMERINDO US").
AMERINDO INVESTMENT ADVISORS, INC. ("AMERINDO PANAMA"),
AMERINDO MANAGEMENT INC.,
AMERINDO TECHNOLOGY GROWTH FUND, INC.,
AMERINDO TECHNOLOGY GROWTH FUND II, INC., AND
TECHNO RAQUIA, S.A

By: _____          _____
    GARY ALAN TANAKA          DATE
    Principal/Defendant

By: _____          _____
    VIVIAN SHEVITZ          DATE
    Attorney for Defendants
    Vivian Shevitz, Attorney at Law
    46 Truesdale Lake Drive
    South Salem, NY 10590
    Tel.: (914) 763-2122

TRUSTEES OF THE AMERINDO ADVISORY (UK) LIMITED RETIREMENT BENEFITS
SCHEME

By: _____          _____
    ILENE JAROSLAW          DATE
    Attorney for the Trustees
    Phillips Nizer LLP
    485 Lexington Avenue, 14th Floor
    New York, New York 10017
    Tel.: (212) 841-1343

By: _____          _____
    GARY ALAN TANAKA          DATE
    Trustee

By: _____          _____
    JAMES STABLEFORD          DATE
    Trustee

12

AMERINDO INVESTMENT ADVISORS INC. ("AMERINDO US").
AMERINDO INVESTMENT ADVISORS, INC. ("AMERINDO PANAMA"),
AMERINDO MANAGEMENT INC.,
AMERINDO TECHNOLOGY GROWTH FUND, INC.,
AMERINDO TECHNOLOGY GROWTH FUND II, INC., AND
TECHNO RAQUIA, S.A

By: _____
     GARY ALAN TANAKA                _____
     Principal/Defendant                DATE

By: _____
     VIVIAN SHEVITZ                    _____
     Attorney for Defendants           DATE
     Vivian Shevitz, Attorney at Law
     46 Truesdale Lake Drive
     South Salem, NY 10590
     Tel.: (914) 763-2122

TRUSTEES OF THE AMERINDO ADVISORY (UK) LIMITED RETIREMENT BENEFITS
SCHEME

By: _____
     ILENE JAROSLAW            November 19, 2021
     Attorney for the Trustees        _____
     Phillips Nizer LLP                DATE
     485 Lexington Avenue, 14th Floor
     New York, New York 10017
     Tel.: (212) 841-1343

By: _____
     GARY ALAN TANAKA              _____
     Trustee                        DATE

By: _____
     JAMES STABLEFORD         21st Nov 2021
     Trustee                        DATE

12

JAMES STABLEFORD

By: _____           18th Nov 2021
    JAMES STABLEFORD                     _____
    Third Party Petitioner               DATE

By: _____           11/19/21
    JAMES M. WEBSTER, III, ESQ.          _____
    Attorney for James Stableford        DATE
    Kellogg, Hansen, Todd, Figel & Frederick, P.L.L.C.
    1615 M Street, N.W., Suite 400
    Washington, D.C.  20036


SO ORDERED:

_____               4/18/22
HONORABLE RICHARD J. SULLIVAN           _____
UNITED STATES CIRCUIT JUDGE              DATE
Sitting by Designation

13

# EXHIBIT A

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

GARY ALAN TANAKA,

      Defendant-Appellant,

      - v. -

UNITED STATES OF AMERICA,

      Appellee.

**STIPULATION**

Dkt. No. 19-2602(con)
Dkt. No. 20-421(con)

IT IS HEREBY STIPULATED AND AGREED by and between GARY ALAN

TANAKA, the defendant, by and through his attorney, Daniel M. Perez, Esq., and the United

States of America, by DAMIAN WILLIAMS, United States Attorney for the Southern District

of New York, and Alexander J. Wilson, Assistant United States Attorney, of counsel; that GARY

ALAN TANAKA's Notices of Appeal in the above-captioned matters, filed on August 19, 2019

and January 31, 2020, respectively, are hereby withdrawn with prejudice without costs and

without attorney's fees pursuant to FRAP 42(b).

Dated: New York, New York
      November 17, 2021

                    DAMIAN WILLIAMS
                    United States Attorney

By: _____
          Alexander J. Wilson
          Assistant United States Attorney
          (212) 637-2453

_____
DANIEL M. PEREZ, ESQ.
Attorney for Defendant Tanaka
Law Offices of Daniel M. Perez, Esq.
93 Spring Street, Suite 505
Newton, NJ 07860

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

ALBERTO VILAR,

    Defendant-Appellant,

  - v. -

UNITED STATES OF AMERICA,

    Appellee.

STATEMENT PURSUANT TO
LOCAL RULE 42.2

Dkt. No. 19-2492(L)
Dkt. No. 19-4200(Con)

      Pursuant to Local Rule 42.2 and in support of the Stipulation filed by defendant GARY ALAN TANAKA and the United States to dismiss the defendant's Notices of Appeal in the above-captioned matters, the defendant, GARY ALAN TANAKA, hereby states that (a) counsel has explained the effect of voluntary dismissal of the appeals; (b) the defendant understands counsel's explanation, and (c) the defendant desires to withdraw and voluntarily dismiss the appeals.

Dated: New York, New York
   ~~November~~ 10 DECEMBER , 2021

GARY ALAN TANAKA

# EXHIBIT B

# UNITED STATES COURT OF APPEALS
## FOR THE SECOND CIRCUIT

SECURITIES AND EXCHANGE COMMISSION,

Plaintiff-Appellee,

v.

PAUL MARCUS, THE DEANE J. MARCUS
TRUST, THE STEVEN E. MARCUS TRUST,
THE CHERYL MARCUS-PODHAIZER
TRUST, THE EVE S. MARCUS
CHILDREN'S TRUST, LISA MAYER,
DEBRA MAYER, ALFRED C. HEITKOENIG,
ELNA CHARLOTTE HEITKOENIG,
MAAKIE HEITKOENIG,

Claimant-Appellants,

AMERINDO INVESTMENT ADVISORS
INC., ALBERTO WILLIAM VILAR, GARY
ALAN TANAKA, AMERINDO
INVESTMENT ADVISORS, INC.,
AMERINDO ADVISORS UK LIMITED,
AMERINDO MANAGEMENT INC.,
AMERINDO TECHNOLOGY GROWTH
FUND, INC., AMERINDO TECHNOLOGY
GROWTH FUND II, INC., TECHNO
RAQUIA, S.A.,

Defendants-Appellants.

**STIPULATION**
Consolidated Docket Nos.
17-2534 (L), 17-2537
17-2541, 17-2681

## **FRAP 42(b) STIPULATION OF DISMISSAL**

The undersigned counsel for the parties stipulate that the above-captioned

Case No. 17-2541 is withdrawn with prejudice without costs and without

attorneys' fees pursuant to FRAP 42(b).


AMERINDO INVESTMENT ADVISORS INC.,
ALBERTO WILLIAM VILAR,
GARY ALAN TANAKA,
AMERINDO INVESTMENT ADVISORS, INC.,
AMERINDO ADVISORS UK LIMITED,
AMERINDO MANAGEMENT INC.,
AMERINDO TECHNOLOGY GROWTH FUND, INC.,
AMERINDO TECHNOLOGY GROWTH FUND II, INC., and
TECHNO RAQUIA, S.A.

By: _____          _____
    VIVIAN SHEVITZ                     DATE
    Vivian Shevitz, Attorney at Law
    46 Truesdale Lake Drive
    South Salem, NY 10590
    Tel.: (914) 763-2122


SECURITIES AND EXCHANGE COMMISSION

By: _____          12/13/2021
    Emily True Parise                  DATE
    Securities and Exchange Commission
    100 F Street, N.E.
    Washington, DC  20549-9040
    (202) 551-5169
    parisee@sec.gov

The undersigned counsel for the parties stipulate that the above-captioned

Case No. 17-2541 is withdrawn with prejudice without costs and without

attorneys' fees pursuant to FRAP 42(b).


AMERINDO INVESTMENT ADVISORS INC.,
ALBERTO WILLIAM VILAR,
GARY ALAN TANAKA,
AMERINDO INVESTMENT ADVISORS, INC.,
AMERINDO ADVISORS UK LIMITED,
AMERINDO MANAGEMENT INC.,
AMERINDO TECHNOLOGY GROWTH FUND, INC.,
AMERINDO TECHNOLOGY GROWTH FUND II, INC., and
TECHNO RAQUIA, S.A.

By: _____          _____
       VIVIAN SHEVITZ                                          DATE
       Vivian Shevitz, Attorney at Law
       46 Truesdale Lake Drive
       South Salem, NY 10590
       Tel.: (914) 763-2122


SECURITIES AND EXCHANGE COMMISSION


By: _____          _____
       Emily True Parise                                        DATE
       Securities and Exchange Commission
       100 F Street, N.E.
       Washington, DC  20549-9040
       (202) 551-5169
       parisee@sec.gov