UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>- against –<br><br>AMERINDO INVESTMENT ADVISORS INC., *et al.,*<br><br>Defendants. | 05 Civ. 5231 (RJS)<br><br>**ORDER** |

On May 17, 2022, this Court issued an Order directing the turnover of approximately $12,806,760.32 (the "Garnishment Assets") into the Court Registry Investment System account (the "CRIS Account"). (Doc. No. 813.) IT IS HEREBY ORDERED THAT, by **August 1, 2022**, the SEC shall submit to the Court a letter outlining its proposal to effectuate a pro rata distribution of the Garnishment Assets to the investors, and to appoint Miller Kaplan Arase LLP of San Francisco, California, as tax administrator for the CRIS account and as administrative agent to effectuate that transfer. To the extent the SEC seeks to recover a portion of the Garnishment Assets to satisfy its judgment against Defendants, the SEC shall also set forth its arguments as to why it should be entitled to any Garnishment Assets ahead of the defrauded investors. Finally, the SEC shall submit by that date proposed orders in line with its proposed course of action. Any interested third parties wishing to respond to the SEC's submission must do so no later than **August 8, 2022**.

SO ORDERED.

Dated: July 26, 2022
New York, New York

RICHARD J. SULLIVAN
United States Circuit Court Judge
Sitting by Designation