UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SECURITIES AND EXCHANGE COMMISSION,

                        Plaintiff,

-v-

AMERINDO INVESTMENT ADVISORS INC., *et al.*,

                        Defendants.

No. 05-cv-5231 (RJS)

ORDER

---

RICHARD J. SULLIVAN, Circuit Judge:

    On July 26, 2022, the Court ordered American Stock Transfer & Trust Co., LLC ("AST") to show cause why it should not be sanctioned for failing to comply with the Court's May 17, 2022 order directing the turnover of certain funds in AST's control belonging to Amerindo Technology Growth Fund II, Inc. (Doc. No. 816.) The Court is now in receipt of a letter from AST's counsel, dated August 1, confirming that the funds have been delivered via check to the Court's finance department and will be deposited into the Court Registry Investment System account on August 3, 2022. Accordingly, no further action is required and the order to show cause is vacated.

SO ORDERED.

Dated:    August 2, 2022
             New York, New York

                                                        RICHARD J. SULLIVAN
                                                        UNITED STATES CIRCUIT JUDGE
                                                        Sitting by Designation