# Ballard Spahr
## LLP

- - - - - - - - - - - - - - - - - - -
1675 Broadway, 19th Floor
New York, NY 10019-5820
TEL 212.223.0200
FAX 212.223.1942
www.ballardspahr.com

Brad Gershel
Tel: 212.223.0200
Fax: 212.223.1942
gershelb@ballardspahr.com

August 15, 2022

*By ECF*

Honorable Richard J. Sullivan
U.S. Court of Appeals for the Second Circuit
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl St., Room 2530
New York, New York 10007
(212) 857-2450

Re:     SEC v. Amerindo, 05-cv-5231 (RJS)
        U.S. v. Vilar and Tanaka, 05-cr-621 (RJS)

Dear Judge Sullivan:

        This firm represents Paul Marcus, The Deane J. Marcus Trust, The Steven E. Marcus Trust, The Cheryl Marcus-Podhaizer Trust and The Eve S. Marcus Children's Trust.

        We write to advise the Court that Julian Friedman passed away last week after a long illness.  In order to provide a sufficient opportunity for new counsel from my firm to familiarize themselves with this matter, we respectfully request a two-week extension of time, from August 22, 2022, to September 5, 2022, to respond to the U.S. Securities and Exchange Commission's ("SEC") proposal regarding the distribution of Garnishment Assets (ECF No. 817).[1]

        Counsel for the Mayers and the SEC consent to this request.

The request for an extension of time is GRANTED.  IT IS HEREBY
ORDERED THAT the interested third parties shall respond to the
SEC's submission no later than Tuesday, September 6, 2022. The Clerk
of Court is respectfully directed to terminate the motions pending
at Doc. Nos. 822 and 823.


SO ORDERED.
Dated: August 17, 2022

_____
        Richard J. Sullivan
        U.S.C.J., Sitting by Designation