UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SECURITIES AND EXCHANGE
COMMISSION,

                Plaintiff,

  -v-

AMERINDO INVESTMENT ADVISORS
INC., *et al.*,

                Defendants.

No. 05-cv-5231 (RJS)

ORDER

RICHARD J. SULLIVAN, Circuit Judge:

    The Court is in receipt of a motion from Plaintiff Securities and Exchange Commission requesting that the Court issue an order directing the disbursement of funds from the funds under the Court's jurisdiction in this case ("the SEC v. Amerindo Investment Advisors Inc. Distribution Fund") to pay federal taxes for the second quarter of 2023. (Doc. No. 849.)

    Having reviewed the motion and the accompanying declaration of Nicholas A. Sanchez, a partner of Miller Kaplan Arase LLP, the tax administrator and distribution agent appointed in this case, for good cause shown, IT IS HEREBY ORDERED that the Clerk of the Court for the United States District Court for the Southern District of New York (the "Clerk of the Court") shall request a transfer from the SEC v. Amerindo Investment Advisors Inc. Distribution Fund on deposit in CRIS account 05-5231, in the amount of $9,500 payable to "Miller Kaplan Arase LLP SEC Trust Account," with a notation of the Distribution Fund's Employer Identification Number XX-XXX0315. IT IS FURTHER ORDERED that the Clerk of the Court shall mail the check to Miller

Kaplan Arase LLP, 275 Battery Street, Suite 1800, San Francisco, CA 94111.  The Clerk of Court is respectfully directed to terminate the motion pending at document number 849.

SO ORDERED.

Dated:      June 14, 2023
              New York, New York

_____
RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation