UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SECURITIES AND EXCHANGE
COMMISSION,

                    Plaintiff,

  -v-

AMERINDO INVESTMENT ADVISORS
INC., *et al.*,

                    Defendants.

No. 05-cv-5231 (RJS)

ORDER

---

RICHARD J. SULLIVAN, Circuit Judge:

The Court is in receipt of a motion from Plaintiff Securities and Exchange Commission requesting that the Court issue an order directing the disbursement of funds from the funds under the Court's jurisdiction in this case ("the SEC v. Amerindo Investment Advisors Inc. Distribution Fund") to pay federal taxes for the third quarter of 2023. (Doc. No. 855.)

Having reviewed the motion and the accompanying declaration of Nicholas A. Sanchez, a partner of Miller Kaplan Arase LLP, the tax administrator and distribution agent appointed in this case, the Court finds that there is good cause for the disbursement of the requested funds. Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court for the United States District Court for the Southern District of New York (the "Clerk of the Court") shall transfer $9,500 from the SEC v. Amerindo Investment Advisors Inc. Distribution Fund on deposit in CRIS account 05-5231, to the Miller Kaplan Arase LLP SEC Trust Account using the EFT instructions already on file with the Clerk of the Court for City National Bank account ending -8990, with a notation that

the Employer Identification Number associated with the transfer of these funds is XX-XXX0315.

IT IS FURTHER ORDERED that Miller Kaplan Arase LLP shall use the released funds to pay federal taxes for the third quarter of 2023 no later than September 15, 2023. The Clerk of Court is respectfully directed to terminate the motion pending at document number 855.

SO ORDERED.

Dated: August 25, 2023
New York, New York

_____
RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation