UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>         Plaintiff,<br><br> -v-<br><br>AMERINDO INVESTMENT ADVISORS INC., *et al.*,<br><br>         Defendants. | No. 05-cv-5231 (RJS)<br><br>ORDER |

RICHARD J. SULLIVAN, Circuit Judge:

  The Court is in receipt of a motion from Plaintiff Securities and Exchange Commission requesting that the Court issue an order directing a disbursement from the funds under the Court's jurisdiction in this case (the "SEC v. Amerindo Investment Advisors Inc. Distribution Fund") to pay the estimated federal taxes for the second quarter of 2024. (Doc. No. 864.)

  Having reviewed the motion and the accompanying declaration of Nicholas A. Sanchez, a partner of Miller Kaplan Arase LLP, the tax administrator and distribution agent appointed in this case, the Court finds that there is good cause for the disbursement of the requested funds. Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court for the United States District Court for the Southern District of New York (the "Clerk of the Court") shall transfer $41,000 from the SEC v. Amerindo Investment Advisors Inc. Distribution Fund on deposit in CRIS account 05-5231, to the Miller Kaplan Arase LLP SEC Trust Account using the EFT instructions already on file with the Clerk of the Court for City National Bank account ending -8990, with a notation that

the Employer Identification Number associated with the transfer of these funds is XX-XXX0315.

The Clerk of Court is respectfully directed to terminate the motion pending at document number 864.

SO ORDERED.

Dated: July 11, 2024
New York, New York

_____
RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation