UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                                                    Plaintiff,<br><br>- against -<br><br>AMERINDO INVESTMENT ADVISORS INC.,<br>AMERINDO INVESTMENT ADVISORS INC.,<br>AMERINDO ADVISORS UK LIMITED,<br>AMERINDO MANAGEMENT INC.,<br>AMERINDO TECHNOLOGY GROWTH FUND, INC.,<br>AMERINDO TECHNOLOGY GROWTH FUND II, INC.,<br>TECHNO RAQUIA, S.A.,<br>ALBERTO W. VILAR, and<br>GARY ALAN TANAKA,<br><br>                                                    Defendants. | 05 Civ. 5231 (RJS) |

**[PROPOSED] ORDER DIRECTING DISBURSEMENT OF FUNDS TO PAY QUARTERLY FEDERAL ESTIMATED TAXES DUE SEPTEMBER 16, 2024**

Upon the August 27, 2024 application of the Securities and Exchange Commission ("Commission") for an order directing the disbursement of funds to pay quarterly federal estimated taxes for the third quarter of 2024; and the Court having reviewed the application and the accompanying declaration of Nicholas A. Sanchez, a partner of Miller, Kaplan Arase LLP, the Tax Administrator and Distribution Agent appointed in this case; and for good cause shown,

IT IS HEREBY ORDERED, that the Clerk of the Court for the United States District Court for the Southern District of New York ("Clerk of the Court") shall transfer $36,000 (thirty six thousand dollars) from the SEC v. Amerindo Investment Advisors Inc. Distribution Fund on deposit in CRIS account 05-5231, to the Miller Kaplan Arase LLP SEC Trust Account using the EFT instructions already on file with the Clerk of the Court for City National Bank account ending -8990, with a notation that the Employer Identification Number associated

with the transfer of these funds is XX-XXX0315.

Dated: New York, New York
       , 2024

 

_____
RICHARD J. SULLIVAN
UNITED STATES CIRCUIT COURT JUDGE
Sitting by Designation