UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SECURITIES AND EXCHANGE COMMISSION,

Plaintiff,

-v-

AMERINDO INVESTMENT ADVISORS INC., *et al.*,

Defendants.

No. 05-cv-5231 (RJS)

ORDER

**ORDER DIRECTING THE TRANSFER OF FUNDS FROM THE REGISTRY OF THE COURT TO EFFECTUATE A FINAL DISTRIBUTION**

Before the Court is the October 18, 2024 application of the Securities and Exchange Commission (the "SEC") for an order directing a final distribution of the Distribution Fund from the Registry of the Court, and the accompanying declaration of Nicholas A. Sanchez, a partner of Miller Kaplan Arase LLP ("Miller Kaplan"), the Tax Administrator and Distribution Agent appointed in this case. (Doc. No. 881.)

For good cause shown, IT IS HEREBY ORDERED THAT the Clerk of the Court shall transfer $35,089 from the *SEC v. Amerindo Investment Advisors Inc.* Distribution Fund on deposit in the Registry of the Court, account 05-5231, to the Miller Kaplan SEC Trust Account using the EFT instructions already on file with the Clerk of the Court for City National Bank account ending -8990, with a notation that the Employer Identification Number associated with the transfer of these funds is XX-XXX0315.

IT IS FURTHER ORDERED THAT the Clerk of the Court shall transfer all funds remaining in the Distribution Fund after the payment to Miller Kaplan to the SEC by check

payable to the "Securities and Exchange Commission," which shall be delivered or mailed to:

> Enterprise Services Center
> Accounts Receivable Branch
> HQ Bldg., Room 265, AMK-326
> 6500 South MacArthur Boulevard
> Oklahoma City, OK 73169

The check shall be accompanied by a letter identifying the case title, civil action number, and name of this Court, and shall specify that payment is made pursuant to this Final Judgment.

The Clerk of Court is respectfully directed to terminate the application pending at Doc. No. 881 and close this case.

SO ORDERED.

Dated: November 6, 2024
       New York, New York

_____
RICHARD J. SULLIVAN
UNITED STATES CIRCUIT COURT JUDGE
Sitting by Designation